# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ADYAR ANANDA BHAVAN CORP.,

                Plaintiff,

    v.

HEAVEN SPICE USA, LLC, *et al.*,

                Defendants.

Civil Action No. 19-16879 (JMV) (JSA)

**AMENDED PRETRIAL
SCHEDULING ORDER**

**THIS MATTER** having come before the Court for a Telephone Status Conference on August 18, 2022, wherein the Court addressed the parties' joint letter of August 15, 2022, (ECF No. 79), as well as the status of completing fact discovery; and for good cause shown,

**IT IS on this 18th day of August, 2022,**

**ORDERED THAT**:

1.    The deadline for serving affirmative expert reports is extended through and including **October 21, 2022**.

2.    The deadline for serving responsive expert reports is extended through and including **November 21, 2022**.

3.    The deadline for completing all expert discovery, including expert depositions, is extended through and including **December 21, 2022**.

4.    The parties shall submit a joint letter **on or before October 19, 2022**, addressing the status of completing expert discovery.

5.    The Court will conduct a Telephone Status Conference on **October 21, 2022 at 9:30 a.m. EST**, and will provide the parties with the connection information in advance.

6.     The Court will also conduct an in-person Settlement Conference on **December 1, 2022 at 11:00 a.m. EST**.  All parties, party representatives, and/or insurance claims adjusters with **ACTUAL AND FULL** settlement authority are required to participate.  The parties shall fax confidential settlement position papers of five (5) pages or less to Chambers (973-645- 4549) **on or before November 29, 2022**.

7.     All other provisions set forth in the Court's prior Pretrial Scheduling Orders shall remain in effect.

*s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

cc:     Hon. John Michael Vazquez, U.S.D.J.