# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADYAR ANANDA BHAVAN, CORP.,<br><br>                        Plaintiff,<br><br>  -against-<br><br>HEAVEN SPICE USA LLC, BLUE BELL USA, LLC and ADYAR ANANDA BHAVAN SWEETS & SNACKS, INC.<br><br>                        Defendants. | Case No.: 2:19-cv-16879-JMV-JSA<br><br>Hon. Judge John Michael Vazquez<br>Hon. Magistrate Judge Jessica S. Allen<br><br><br>**ORDER ADMITTING ELENI MELEKOU, ESQ.** *PRO HAC VICE* |

This matter having been opened to the court upon the application to admit Eleni Melekou, Esq., *associate* of Pardalis & Nohavicka, LLP, *pro hac vice* by Anastasi Pardalis, Esq. (NJ ID NO. 357512021), which firm has been engaged as counsel of record for ADYAR ANANDA BHAVAN, CORP; and it is appearing that

    a)    Eleni Melekou, Esq. is an associate of Pardalis & Nohavicka, LLP, a law firm with offices in New York, New York.

    b)    Eleni Melekou, Esq. is a member in good standing of the bar of the State of New York and are admitted to practice before the highest courts of that jurisdiction;

    c)    is not, and has never been, under any disciplinary proceeding, suspension or disbarment by any court;

    d)    is not an attorney of the State of New Jersey and is not eligible for admission to the bar of this District pursuant to Local Civil Rule 101.1 (b); and

e) acknowledges that, by virtue of admission *pro hac vice*, she is subject to disciplinary jurisdiction of this Court;

**IT IS**, this  18th  day of      January      , 2023

**ORDERED**, that Eleni Melekou, Esq. be, and hereby is, granted leave to appear *pro hac vice* as counsel and participate with the sponsoring counsel for Plaintiff ADYAR ANANDA BHAVAN, CORP. in the above captioned matter in all phases of the trial, subject to the following conditions:

1. Eleni Melekou, Esq. shall abide by the New Jersey Court Rules including all disciplinary rules, R. 1:20-1 and R. 1:28-2.

2. Eleni Melekou, Esq. shall, and hereby do, consent to the appointment of the Clerk of the Supreme Court as her agent upon whom service of process may be made for all actions against PARDALIS & NOHAVICKA, LLP that may arise out of her participation in this matter.

3. Eleni Melekou, Esq. shall immediately notify the court of any matter affecting her standing at the Bar of any other jurisdiction.

4. Eleni Melekou Esq. shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorney admitted herein.

5. No discovery, motion, trial, or any other proceeding delay shall occur or be requested by reason of the inability of Eleni Melekou, Esq. to be in attendance.

6. Eleni Melekou, Esq. shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court R. 1:28-2(a) and Local Civil Rule 101.1(c)(2).

      7.      Eleni Melekou, Esq. shall pay the sum of $150.00 to the Clerk of Court in accordance with Local Civil Rule 101.1(c)(3).

      8.      *Pro hac vice* admission will automatically terminate for failure to make the initial and any annual payment required by R. 1:20-1(b) and R. 1:28-2.

      9.      Non-compliance with any of the terms of this order shall constitute grounds for removal.

      *s/ Jessica S. Allen*
      Hon. Jessica S. Allen, U.S.M.J.