**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADYAR ANANDA BHAVAN, CORP.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>HEAVEN SPICE USA LLC et al.,<br><br>Defendants/Counterclaimants. | Civil Action No. 2:19-cv-16879 (JMV)(JSA)<br><br>**DECLARATION OF LARRY E. HARDCASTLE, II, ESQ.** |

Larry E. Hardcastle, II, Esq., of full age, does hereby say:

1. I am an Attorney-at-Law of the state of New Jersey and a partner with the law firm of Lanciano & Associates, L.L.C.

2. I have had primary responsibility for representing the Defendants in this matter and, through that representation, have full knowledge of all things certified hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this litigation identified by bates stamp AABC000005. Defendants relied upon this document in Paragraph 4 of their Answer to Plaintiff's Statement of Material Facts.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the license agreement between Blue Bell USA, LLC and Adyar Ananda Bhavan Sweets & Snacks, Inc., identified by bates stamp Heaven Spice 000110-22. Defendants relied upon this document in Paragraphs 6 and 31 of their Answer to Plaintiff's Statement of Material Facts.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the license agreement between Heaven Spice USA, LLC and Adyar Ananda Bhavan Sweets & Snacks, Inc., identified by bates

stamp Heaven Spice 000097-109. Defendants relied upon this document in Paragraphs 8 and 25 of their Answer to Plaintiff's Statement of Material Facts.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Deposition of Lukeshwaran Srikumar.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Deposition of Balamurugan Raja.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an advertisement from AAB India, identified by bates stamp HEAVEN SPICE 000096. Defendants relied upon this document in Paragraphs 47 through 49 of their Answer to Plaintiff's Statement of Material Facts.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email showing a sale of goods by AAB India bearing the Mark before Plaintiff's priority day, identified by bates stamp HEAVEN SPICE 000175-76. Defendants relied upon this document in Paragraphs 54, 58, and 61 of their Answer to Plaintiff's Statement of Material Facts and Paragraph 10 of Defendants Counterstatement of Material Facts.

10. Attached hereto as **Exhibit 8** is a true and correct copy of sales records of AAB India bearing the Mark, identified by bates stamp HEAVEN SPICE 000033-35; 125. Defendants relied upon this document in Paragraph 60 of their Answer to Plaintiff's Statement of Material Facts and Paragraph 11 of Defendants Counterstatement of Material Facts. .

11. Attached hereto as **Exhibit 9** is a true and correct copy of evidence of AAB India and AAB New Jersey's efforts to target sales in the region, identified by bates stamp HEAVEN SPICE 000001-3; 5; 17-26; 30-48. Defendants relied upon this document in Paragraph 62 of their Answer to Plaintiff's Statement of Material Facts.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Deposition of KT Srinivasa Raja.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a partial list of domains owned by AAB India, identified by bates stamp HEAVEN SPICE 000090. Defendants relied upon this document in Paragraph 3 of their Counterstatement of Material Facts.

14. Attached hereto as **Exhibit 12** is a true and correct copy of AAB India's efforts to targe the US market, identified by bates stamp HEAVEN SPICE 000001-5. Defendants relied upon this document in Paragraph 4 of their Counterstatement of Material Facts.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the deposition of Senthil Kumar Anandan.

16. Attached hereto as **Exhibit 14** is a true and correct copy of AAB New Jersey's New Jersey registration, identified by bates stamp HEAVEN SPICE 000028-29. Defendants relied upon this document in Paragraph 7 of their Counterstatement of Material Facts.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Deposition of Anigha Gounder.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Deposition of Raju Perumal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2023

Respectfully submitted,

By: /s/ Larry Hardcastle

Larry E. Hardcastle, II
Lanciano & Associates, LLC
2 Route 31 North
Pennington, New Jersey 08534
(609) 452-7100
lhardcastle@lancianolaw.com