# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2019-10-30 14:04:10 EDT

**Mark:** ADYAR ANANDA BHAVAN

ADYAR ANANDA BHAVAN

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86644191 | **Application Filing Date:** | May 28, 2015 |
| **US Registration Number:** | 5288499 | **Registration Date:** | Sep. 19, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 19, 2017

**Publication Date:** Dec. 13, 2016

# Mark Information

**Mark Literal Elements:** ADYAR ANANDA BHAVAN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The English translation of "ADYAR ANANDA BHAVAN" in the mark is "BIG HAPPY PLACE".

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Catering services; Restaurant services, including sit-down service of food and take-out restaurant services

| | | | |
|---|---|---|---|
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 2013 | **Use in Commerce:** | Oct. 2013 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information