# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------X

ADYAR ANANDA BHAVAN, CORP.,

PLAINTIFF,

-against- Action No.: 19-16879-JMV-JSA

HEAVEN SPICE USA, LLC, ET AL.,

DEFENDANTS.

-----------------------------------------X

DATE: February 10, 2022

TIME: 1:40 P.M.

VIRTUAL DEPOSITION of the Defendant, HEAVEN SPICE USA, LLC, by a witness, LOKESHWARAN SRIKUMAR, taken by the Plaintiff, pursuant to a stipulation and to the Federal Rules of Civil Procedure, held at the above date and time, before Anna Khodachnik, a Notary Public of the State of New York.

A P P E A R A N C E S:

SCULLY, SCOTT, MURPHY & PRESSER, P.C.
Attorneys for the Plaintiff
ADYAR ANANDA BHAVAN, CORP.,
400 Garden City Plaza
Garden City, New York 11530
BY: KEITH A. WELTSCH, ESQ.
File #: 2672/1903

LANCIANO & ASSOCIATES
Attorneys for the Defendants
HEAVEN SPICE USA, LLC, ET AL.
2 Route 31 North
Pennington, New Jersey 08534
BY: LARRY HARDCASTLE, ESQ.

* * *

F E D E R A L S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

* * * *

L. SRIKUMAR
L O K E S H W A R A N S R I K U M A R,
called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:
EXAMINATION BY
MR. WELTSCH:
Q. Please state your name for the record.
A. Lokeshwaran Srikumar.
Q. What is your business address?
A. 6400 Hadley Road, South Plainfield, New Jersey 07080.
Q. Before we start, would you prefer Mr. Srikumar?
A. That would be easier, a lot easier, yes.
Q. So I am just going to do a little bit of an intro first before we get started with the deposition to start with. Have you ever been in a deposition before?
A. No, this is the first time.
Q. Did you speak about this deposition at all with somebody before the

L. SRIKUMAR

day started?

A. We had a conversation with the parent company, that's pretty much it.

Q. And by parent company you mean the company in India?

A. Yes.

Q. So first let me introduce myself. My name is Keith Weltsch. I am counsel for the Plaintiff in this action, Adyar Ananda Bhavan, Corp. The reason I am here today is because of a lawsuit that the parties are involved in in the District Court of New Jersey surrounding the use and registration of the name Adyar Ananda Bhavan. Before I proceed with the substance of the deposition we have several ground rules that we want to discuss. This deposition that we'll be conducting virtually today is a procedure under U.S. laws that is designed to enable us to ask questions under oath as though you are sitting in a courtroom. Please understand that you have taken an oath to provide truthful testimony during this deposition.

L. SRIKUMAR

I am going to ask you a series of questions about you and your involvement in matters concerning the present lawsuit. Please answer these questions to the extent that you have personal knowledge regarding the questions that I am asking. In addition, while your attorney may object to some of the questions that I may ask, unless he specifically directs you to not answer, you are obligated to respond to my questions. Please wait until I am done asking my questions. Oh, sorry. That is my line, presuming there was interpreters. So that script is not needed here. If at any time you don't understand my question, please say so and I will try to clarify my question. For the benefit of the Court Reporter, please do not answer with body gestures or ah-has or uh-huhs. Please say clearly yes or no and speak your responses clearly to my question. If you need to take a break, please let me finish my question and your answer and then we will take a short break. I presume, on the

L. SRIKUMAR

side, Mr. Srikumar, that we will probably be taking a break regardless. So it's now 1:40. If we wanted to go an hour or so and then maybe take a little break after that. Something like that is fine.

A. Ah-ha.

Q. Do you understand everything that I have just explained?

A. Yes.

Q. Great. Go ahead and tell me your name, please?

A. My name is Lokeshwaran Srikumar.

Q. Great. And can you tell me a little bit about your work history? So basically you went to college, like you know, after you finished schooling, what did you do?

A. I finished my electronic and instrumentation engineering in India and then I came to America. We moved here and we started the business. And my involvement in the business is I am the operations manager and member of the Heaven

Spice USA, LLC.

Q. Let's back up a bit. So when did you come to America?

A. I came in 2016.

Q. So you came -- just to make it clear, I am just going to flush that answer out a little bit. You came to America in 2016. You were in India. You finished your schooling in India. When you came to America, was it with the idea of starting a new business?

A. Yes.

Q. So were you in contact with -- sorry, actually, you know, Larry and I are going to be doing six times over the next couple of days. He is going to hear me do this over and over again. So there are -- for the purpose of this conversation, I am going to use three series of acronyms, okay. One is going to be A2B -- Adyar Ananda Bhavan PVT, LTD is going to be called A2B India, the parent company. Adyar Ananda Bhavan Sweets and Snacks, Inc., the New Jersey corporation is going

L. SRIKUMAR
to be called A2B, New Jersey?
A. Okay.
Q. And then my client, Adyar Ananda Bhavan Corp. is going to he be called -- we are going to call it AABNY?
A. Okay.
Q. A2B India, A2B --
A. New Jersey.
Q. And AABNY?
A. NY, okay.
Q. So you were in India at the time and you had a conversation with a representative at A2B India, is that correct?
A. Yes.
Q. Who approached who with respect to this business opportunity?
A. So it's a family owned business. My uncle had a conversation with K.T. Srinivasa Raja and it was a conversation that they had for a while and he gave us an approval to proceed with a facility to be opened in New Jersey and that is how we started the business.

L. SRIKUMAR

Q. So your uncle, and I'm just going to call him Mr. Raja, if that is fine?

A. Yeah.

Q. Let me back that up. The representative of the master licensor is also a Mr. Raja.

A. Yes.

Q. How do we pronounce his name?

A. Bala Muragan.

Q. So maybe it's better if we say Srinivasa referring to a representative of A2B --

A. Bala.

Q. And can we call him Bala, is that okay because I know he is referred to that in some papers.

A. It's only represented -- Murugan is how you usually --

MR. WELTSCH: Off the record.

(Whereupon, an off-the-record discussion was held.)

Q. So the representative of A2B we are going to call Srinivasa?

L. SRIKUMAR

A. A2B India, yeah.

Q. And then A2B New Jersey we are going to call him Murugan?

MR. HARDCASTLE: But it's M-U-R.

A. M-U-R-U-G-A-N.

Q. It's confusing. I can't just say Mr. Raja because it's two different people. Okay. So you spoke with -- your uncle spoke with Srinivasa about this new business opportunity?

A. Ah-ha.

Q. And your uncle -- did your uncle stay in India?

A. Yeah, we are basically all from India, so yes.

Q. So he stayed in India?

A. Yes.

Q. And then -- and he knew Srinivasa and Srinivasa was speaking with him about a business opportunity in the United States. And then he thought of you as someone who could come along and start the business, is that correct?

L. SRIKUMAR

A. My uncle was the one that proposed for a business opportunity in America and they aligned with that interest and that is how it started.
Q. So is your uncle part of the business presently?
A. Yes, the Heaven and Spice business, the franchise.
Q. What is his role?
A. He is the managing member.
Q. So is he, Mr. Rajasekaran, is that correct?
A. Yes.
Q. We will get to that. So he signed, Mr. Rajasekaran signed the license agreement?
A. Yes.
Q. But he stayed in India?
A. No, he's --
Q. Or is he in the United States as well?
A. He is in the United States now, yeah.
Q. All right. That's fine. So is

L. SRIKUMAR

he your supervisor?

A. Yes.

Q. That's fine. What would his title be?

A. Managing member.

Q. Would you say that the two of you have roughly equal knowledge about the operation of the business?

A. Yes, we started doing everything together, so from the beginning.

Q. So you have been working in this capacity since -- so you came to this agreement in 2016. When did this restaurant -- when did the franchise open?

A. Okay, the franchise was opened for business March 2019 -- sorry, 2017, March of 2017.

Q. March of 2017?

A. Yes.

Q. I am going to pull up -- I am going to be asking you questions in general, but then I am also going to be pulling up some documents where I am going to be asking questions about the content of

L. SRIKUMAR

what's in the document and I will ask you -- I will have it on my screen to share and then give you an opportunity to look at it. And if there is something that I am going too quickly on, then, you know, I might ask you to read a lengthy list of something and in doing so you might say okay, go to the next page, go to the next page, et cetera, et cetera.

MR. WELTSCH: Anna, I guess what we would do is that I would -- I will introduce these Exhibits and I then I would send you an email after the fact with whatever the Exhibits were and you could mark them accordingly.

Q. Can everybody see this?

A. Yes.

Q. This is going to be Plaintiff Exhibit A. These are Defendants' responses to Plaintiff's first set of interrogatories. I will explain to you what this document is. Duration the litigation the parties have an opportunity

L. SRIKUMAR

to send a series of interrogatories, which are basically questions about the case that they want to know about the other side. And the other side is obligated to answer those questions. These are our interrogatories to you and your responses to those interrogatories. I will go to number 3. Can you read number three.

A. Yes.

(Whereupon, Defendants' responses to Plaintiff's first set of interrogatories was marked as Plaintiff's Exhibit A for identification as of this date by the Reporter.)

Q. Read number 3 up to your name.

A. Identify the three persons --

Q. You could read it to yourself, actually?

A. Okay. Sorry.

Q. So the questions that I am going to ask you today are going to be based on your knowledge and your position as an executive at Heaven Spice and at Blue

L. SRIKUMAR

Bell. So answer these question in that capacity.
A. Yeah.
Q. So do you have a title?
A. I was the operations manager.
Q. So you have that same title at Heaven Spice and at Blue Bell?
A. Yes.
Q. Do you have that same role with respect to the Princeton location or is that a separate franchisee?
A. It's the same role and it is with the same branch.
Q. So you have that role in all three New Jersey locations?
A. Yes, all the New Jersey locations.
Q. Okay. Got it. I will put up what is Plaintiff's Exhibit B. Okay. So that is marked -- those are bates numbers Heaven Spice 000097 to Heaven Spice 000109.
(Whereupon, document was marked as Plaintiff's Exhibit B for identification as of this date by the

L. SRIKUMAR

Reporter.)

A. I didn't understand what those numbers are. Is it for me or for Anna?

Q. This is for Anna. So to explain, when parties produce documents, they have markings on them.

A. Okay.

Q. And numbers, so they are basically like Larry knows what I am talking about when I start asking questions about this number document and when he has questions of my witnesses, everybody knows what we are talking about.

A. You are starting them with numbers, okay.

Q. So Larry knows what I am talking about. Have you seen this document before?

A. Yes.

Q. You have. Okay. So could you explain what this document is to your understanding?

A. This is a licensee agreement between us, the franchise locations and the

L. SRIKUMAR

USA Blue Bell Corporation.

Q. Okay. Taking a look at this document, can you tell me the names of the parties to this agreement?

A. Yes, that is Mr. Senthilkumar Rajasekaran, who is representing Heaven and Spice, and the master licensee which would be represented by Mr. Balamurgan K Raja.

Q. Actually the names of the companies.

A. Heaven Spice USA, LLC and between the master licensee, which is Adyar Ananda Bhavan Sweets And Snacks Incorporation.

Q. To your understanding as an executive at Heaven Spice LLC, when was that company formed?

A. The company was formed in 2015.

Q. 2015?

A. Yes, around October of 2015.

Q. And what was happening between October of 2015 and March of 2017?

A. So initially the business was started -- a company or an LLC was formed

L. SRIKUMAR

and that is when we started trying to talk to businesses who will be interested for a franchise operation option for New Jersey and eventually we found A2B to be a very interested prospect and that's how it all started. The two years time was a time period to find a proper brand that would flourish in America.

Q. The company was formed, is it correct to say that the company was formed in the United States before you moved to the United States?

A. Ah, yeah, my uncle was here since even before.

Q. When did Mr. Rajasekaran come to America?

A. 2015.

Q. 2015. He came to America -- is it correct to say that he came to America with the intent of starting this type of business?

A. Yes.

Q. And to clarify, this type of business I mean a --

L. SRIKUMAR

A. A restaurant.
Q. A restaurant business. Was it his intent to open an Indian food restaurant business?
A. He is actually vegan and he wanted to promote vegetarianism. So his option was to look for a vegetarian south Indian restaurant.
Q. Do you know if -- did you or your uncle have conversations with other entities during this time frame about --
A. Entities meaning --
Q. Other companies, I'm sorry?
A. Yes, he was approached by someone in the past, but that wasn't a plan --
Q. I'm sorry, I see Anna's face. You are going to have to start again.
A. I mean like -- yeah, but we don't have any conversations that was actual conversation, just talk with friends and thing like that, nothing in emails or things like that.
Q. No, no, I am just asking in

L. SRIKUMAR

general. Did you have other conversation with other companies at this time?
A. Yes.
Q. You did. So other Indian --
A. Yes.
Q. So other Indian vegetarian restaurants as a potential franchisee?
A. Yes.
Q. But he had the conversation with Srinivasa in 2016?
A. Yes. I mean earlier than '16. Everything happened earlier. It's not like just it started then, in 2016 and it took time for them to make the decision to align about opening a prime space in America.
Q. So can you look at the first line of this document and tell me what day the agreement was entered into?
A. Sixteen March, 2017.
Q. Before that, were you having any conversation with A2B India?
A. Yes.
Q. If the agreement was entered into on March 16, 2017, do you recall the

L. SRIKUMAR

date the restaurant actually opened?

A. It opened on the date of March 16, 2017. That is the day that we signed the agreement.

Q. Would it be correct to say that you were in the process of setting up, building --

A. Construction.

Q. -- et cetera, and all of that -- if you don't mind waiting until I am finished with the question. And finishing up the restaurant and that was all done, but then by the time you signed -- is it correct that you signed an open -- signed the license and opened the restaurant the exact same day?

A. Yes.

Q. So you see here that -- could you read -- do you see where my --

A. Yeah, I could see your curser, yeah.

Q. Can you just read the portion of the license agreement starting with where my curser is?

L. SRIKUMAR

A. Starting after that or --

Q. Again, going to the end of the paragraph.

A. And has decided to grant rights to start an outlet at 6400 Hadley Road, South Plainfield to run a restaurant which facilitates, manufacture and sell sweets, savories, ice creams, bakery products, healthy foods, packaged foods, spices, et cetera. under the trade name A2B.

Q. So that facility is still -- is it correct to say that that facility is still opened today?

A. Yes.

Q. What is the name of that restaurant?

A. A2B Indian Veg Restaurant.

Q. So I am going to try to break down this paragraph a little bit further, some of the points that are raised in this paragraph. So my question is, it says here that you have been granted rights to manufacture and sell sweets. Does Heaven Spice manufacturer sweets and savories?

L. SRIKUMAR

A. Right now we are not at a capacity to manufacturer sweets because the A2B India are pioneers in the sweet industry and we didn't want to get into such big shoes yet. So what we do is we procure the sweets from India, package, seal, manufacture in India, transfer it through flight and then we sell it at our stores, that is what we do for sweets and savories.

MR. WELTSCH: Off the record.

(Whereupon, an off-the-record discussion was held.)

MR. WELTSCH: Anna, can you read back the last answer we have.

(Whereupon, the referred to answer was read back by the Reporter.)

Q. When you sell sweets and savories in the store, what brand is on the packaging for the items that you sell?

A. Right now?

Q. Yes.

A. Right now it is packaged as

L. SRIKUMAR

A2B.

Q. How long has that been for?

A. Sometime after the Plaintiff filed the notice we had a conversation with the parent company and attorney team, around 2019 and some beginning of 2020 and everything, they impacted everything. I believe they had their conclusions on how the case is going.

Q. That's fine. It is your understanding that since at least a year or two, is it your understanding that you do not offer any Adyar Ananda Bhavan packaging --

A. Yes.

Q. -- in the stores. And to confirm, the same holds true with -- is it accurate to say that the same holds true with respect to ice cream, bakery products, healthy food, packaged foods and spices?

A. Yes.

Q. Is there anywhere in the South Plainfield location where one would see the words Adyar Ananda Bhavan?

L. SRIKUMAR

A. Presently, no.

Q. And where did it used to be visible?

A. So they were in the packaged goods.

Q. Okay.

A. And also in the sign board.

Q. What sign board?

A. On the front package sign board.

Q. So to confirm you are saying it used to be on the packaging and it used to be on the front of the restaurant?

A. Yes.

Q. Was it visible elsewhere in the restaurant?

A. We had a few decals on the doors, which were also replaced.

Q. Just going through the rest of that paragraph, looking at the end of that paragraph, you see where it says under the trade name A2B?

A. Yes.

Q. So I am just trying to -- I

L. SRIKUMAR

know you did not sign this agreement. Your uncle signed this agreement, but I am trying to get your understanding. Was your understanding when you signed this agreement that you were entering into a license agreement with respect to the name A2B, A number 2 B or with respect to Adyar Ananda Bhavan?

A. From where I come from in India A2B and Adyar Ananda Bhavan are like synonymous. Though they incorporate two different businesses in one banner, it's all together. It's an entity together.

Q. When you say it's two different entities, can you explain that?

A. Well, one portion, the A2B Indian Veg Restaurant portion of it focuses more on the restaurant side of it and the other, Adyar Ananda Bhavan Sweets and Snacks, that focuses more into these snacks, sweets and other products like the bakery items, the masalas and powers, everything, spices and everything like that.

L. SRIKUMAR

Q. Is it correct to say that A2B is effectively slang for Adyar Ananda Bhavan or a nickname?

A. Yes, pretty much.

MR. HARDCASTLE: Objection.

Q. Is A2B a nickname for Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. Sorry?

Q. Is A2B a nickname for Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. Sorry, I hear something from Larry, but I am not able to understand what he says.

MR. HARDCASTLE: Oh, sorry. I am just noting my objection for the record. You could answer. Unless you will hear me object and Keith provided you with this instruction, you will hear me object from time to time. Unless I say objection and then specifically tell you to not answer the question, you could just

L. SRIKUMAR

answer the question after my objection is noted.

A. Okay.

Q. I will ask it for a third time. Is A2B effectively a nickname for Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. A2B is a separate entity, but it's also considered as a nickname, but A2B is not just like a nickname. A2B is our brand like for the restaurant operations of the package.

Q. I am going to the last page of this document. I am going to read Mr. Senthilkumar Rajasekaran, what is his title? Do you know what his title is at Heaven Spice?

A. Managing member.

Q. Managing member. We are going to move on from this document. We are going to move on to Exhibit C. Do you recognize this document?

A. Yes.

(Whereupon, document was marked

L. SRIKUMAR

as Plaintiff's Exhibit C for identification as of this date by the Reporter.)

Q. Can you explain what your understanding is to what this document is?

A. This is a similar document like the last one except for the location and the business entity name.

Q. And what is the business entity in this agreement?

A. Blue Bell USA LLC.

Q. And where does Blue Bell USA LLC operate?

A. So the operation location is 3195 US-46 Parsippany, New Jersey 07054.

Q. As it says in the agreement. Okay.

A. Yes.

Q. Can you tell me the name of this -- sorry, the date this agreement was entered into? Do you see that from the top?

A. Thirtieth, January, 2019.

Q. And did this restaurant open

L. SRIKUMAR

similarly on the same day that you signed -- this agreement was effective?

A. Yes.

Q. Similarly, is it correct to say that you were in the process of construction and building the restaurant and then on the opening day that Mr. Rajasekaran signed the agreement, is that correct?

A. Yes.

Q. I would ask a similar question about the overview paragraph about a third of the way down. I will just read it. It says there was grant of right to start an outlet at 3159 US-46 Parsippany, New Jersey 07054 to run a restaurant with facilities to manufacture and sell sweets, savories, ice cream, baking products, healthy foods, packaged food, spices, et cetera under the trade name A2B. I just want to confirm, is it correct that Blue Bell US, LLC does not manufactures any sweets and savories packaged product?

A. Yes.

L. SRIKUMAR

Q. And is it also correct to say that Blue Bell USA does not manufacture any finished packaged products whatsoever, manufacturer?

A. Yeah.

Q. Is it correct to say that you said that Blue Bell sells packages that are received from A2B India?

A. Yes.

Q. And is it also correct to say that A2B, the only branding that is on this packaging is -- says A2B Veg Indian Restaurant, is that correct?

A. No, it just counts as A2B.

Q. A2B. It doesn't say Veg. So to confirm, on the outside of the restaurant, what does it say?

A. A2B Indian Veg Restaurant.

Q. Got it, but then on the packaging, is it correct to say that it says A2B?

A. Yes.

Q. Got it, that distinction. In the Blue Bell restaurant, did it also

L. SRIKUMAR

formerly say Adyar Ananda Bhavan?
A. On the sign packet, yes.
Q. I have a document here, but I will ask the same question with respect to the Princeton location. So does the same hold true with respect to the Princeton location. I will ask the same question. Is it correct to say that the location in Princeton does not manufacture and package any of its own products?
A. Yes.
Q. Is it correct to say that the location in Princeton does not sell presently any products that have the word Adyar Ananda Bhavan on the packaging?
A. Yes.
Q. Is it correct to say that the restaurant in Princeton does not have the word Adyar Ananda Bhavan anywhere visible on packaging or products?
A. Yes.
Q. I will move onto another document. Have you seen --
A. Yeah.

L. SRIKUMAR

Q. Have you seen this document before?

A. Yes.

Q. So I am going to mark this as Exhibit D. Sorry, I apologize.

MR. WELTSCH: I am going to mark actually Exhibit C, Anna, by referencing that it's Heaven Spice 000110 to Heaven Spice 000122. This is now Exhibit D and that is Heaven Spice 00067.

(Whereupon, Food Licence was marked as Plaintiff's Exhibit D for identification as of this date by the Reporter.)

Q. Have you seen this document before?

A. Yes.

Q. And what is this, your understanding as to what this document means?

A. It's a food license.

Q. A food license. Can you read to me the name of who the license is

L. SRIKUMAR

granted to?

A. A2B Indian restaurant.

Q. Which location is this for?

A. 3159 Route 46 Parsippany, New Jersey 07054.

Q. And was there ever a license that was granted to a company called Adyar Ananda Bhavan or restaurant named Adyar Ananda Bhavan in Parsippany?

A. No.

MR. WELTSCH: We are going to mark this as Exhibit E. This is Heaven Spice 000068.

(Whereupon, life hazard use certificate of registration was marked as Plaintiff's Exhibit E for identification as of this date by the Reporter.)

Q. Have you seen this document before?

A. Yes.

Q. Could you describe it to me?

A. It's a life hazard use certificate of registration.

L. SRIKUMAR

Q. Can you read the name of the business owner? You see that right here?

A. Yeah, Blue Bell USA LLC.

Q. And the building name, can you read that?

A. A2B Indian Restaurant.

MR. WELTSCH: This is going to be Exhibit F.

(Whereupon, Sanitary Inspection Report was marked as Plaintiff's Exhibit F for identification as of this date by the Reporter.)

Q. Have you seen this document before?

A. Yes.

Q. And what is this, please? Can you describe it, please?

A. It is the food inspection -- health department sanitary inspection report.

Q. Can you read to me the location and the name of the report?

A. The name is A2B Indian Restaurant; the location is 3159 Route 46

L. SRIKUMAR

Parsippany.

Q. Does this report refer to the Blue Bell location?

A. Yes.

Q. Can you read the name of the restaurant on the report?

A. A2B Indian Restaurant.

Q. And similarly, there is no report that you are aware of that refers to Adyar Ananda Bhavan as the name of a restaurant, is that correct?

A. Yes.

Q. I will move to Exhibit G. Similar question, have you seen this before?

A. Yes.

(Whereupon, Life Hazard Use Certificate of Registration was marked as Plaintiff's Exhibit G for identification as of this date by the Reporter.)

Q. Can you describe it, please?

A. It's a Life Hazard Use Certificate of Registration given by the

L. SRIKUMAR

fire department for the south Plainfield location. The business name is A2B Indian Veg Restaurant.

Q. Can you tell me the date on this certificate?

A. The issue date is 3/22/2019.

Q. And this happened presumably after -- several years after the business opened?

A. Yeah, this certificate has to be updated every year. So it comes up every year.

MR. WELTSCH: This will be H.

(Whereupon, food license registration was marked as Plaintiff's Exhibit H for identification as of this date by the Reporter.)

Q. Are you familiar with this document?

A. Yes.

Q. And could you describe this document?

A. It's the food license

L. SRIKUMAR

registration for South Plainfield Boro.

Q. Which restaurant does this refer to?

A. A2B Indian Veg Restaurant.

Q. And there has never been a certificate that is registered -- that is issued for Adyar Ananda Bhavan as a name of a restaurant, is that correct?

A. Yes.

Q. So coming back from the documents for a second. I want to talk a little bit more about your role in the company. You said that you are -- is it correct to say that you are the operations manager for all three restaurants located in Princeton, South Plainfield and Parsippany?

A. Yes.

Q. Can you describe to me what some of your tasks are with respect to -- on a day to day basis?

A. My tasks would be to operate the facility without any issues in terms of any mechanical failure and things like

L. SRIKUMAR

that, and any of these licenses and issues and most part it has been that way, yeah.

Q. Do you have anything to do with the hiring and firing of employees?

A. Not all of them, but some portion of it, yes.

Q. You do?

A. Yes.

Q. Do you have a position that deals with the public?

A. Not directly in regard to the public, but in terms of an issue or something that rises up or escalates, that is someplace that I get involved.

Q. Can you give me an example of an issue like that might be?

A. Anything that there is -- if somebody wants to speak to a manager or somebody else from higher authority and I am present at the location that day, then that would be me who would be taking up for that issue.

Q. You would be the manager in that circumstance?

L. SRIKUMAR

A. Yes.
Q. Do you have an office?
A. Well, we meet up with in the Parsippany locations, the basement. The whole basement is set up as an office.
Q. Where was your office before the Parsippany location located?
A. We did not -- we worked out of our houses.
Q. Your houses?
A. Yes.
Q. Do you have people at any of the restaurant locations in Princeton, Parsippany and South Plainfield who report directly to you?
A. Yes.
Q. And which people would those be?
A. Basically the floors, floor managers, floor supervisors, those would be the people that would be reporting to me, to just in case of any kind of mechanical failure or any problem with the structures or any of the license issues or health

L. SRIKUMAR

inspection, things like that.

Q. Is there someone else at the company that would be responsible if there were other kinds of issues with the restaurant?

A. It depends on what other kind because we have a lot of people who take care of separate, separate things and they report to us so we don't get too stretched, you know.

Q. Let's say there was an issue with respect to -- nothing to do with this case, someone was -- a waiter was taking money from the till?

A. Something like that would go to the attention to a floor supervisor and then get reported to us so for us to make a decision or a correction.

Q. So I want to talk a little bit more -- actually I just want to back up a little bit. During your time as an operations manager, do you have -- have you had occasions to talk to customers?

A. Yes.

L. SRIKUMAR

Q. And what would the nature of those conversations --

A. How good we have been maintaining our facility and at times where we have had issues, take out product being missed or something like in a package that gets escalated and we kind of step in to handle it, that is -- that would pretty much be it.

Q. On a day to day basis the people would have the -- is it accurate to say that people would have a more direct interaction with the floor, the floor manager?

A. Yes.

MR. WELTSCH: Let's take a five minute break.

(Whereupon, a short recess was taken.)

Q. As part of your job as operations manager, do you play any role in promotional or advertising -- the promotional advertising end of the business?

L. SRIKUMAR

A. I do manage the social media post and everything.

Q. What platform does A2B New Jersey utilize?

A. Facebook and we are present on Google and Yelp also so these are the three platforms.

Q. When you say Google, can you explain that? Let me rephrase. When you say you are on Google, what do you mean by that?

A. Google, the locations, the address. How you search restaurant on Google, it's just like that. We do not do any advertising within Google like that.

Q. That is what I was trying to get at. You do not participate in the Google add words program?

A. No.

Q. Is there any advertisement that you participate in whatsoever, paid advertising?

A. No, we do have a few of locally operated associations that we are

L. SRIKUMAR

affiliated with. Apart from that we do not have any kind of advertisement.

Q. Can you explain what you mean by local affiliations that are associated with?

A. So that is a group called Ehamil Sangam, which is a group of South Indians and we have been a part of their sponsors for programs and things like that and there was -- there have been some events that involve like -- it was music concert of South Indian artists who had come to America to do -- to perform in a concert and we were the sponsors for that.

Q. So I am going to ask you, when did you first learn about AABNYC?

A. When we got the -- a little before when we got the complaint registered, I mean when we got the mail that AABNYC had filed a case against Heaven Spice USA.

Q. Okay. What do you mean a little before?

A. A little before, meaning like

L. SRIKUMAR

we wanted to expand into New York and that is when we realized that one of our customers had told us that that is already one in New York and we said no, we don't have any in New York and we researched to find that somebody had been using the name Adyar Ananda Bhavan in New York and that is how we knew it.

Q. Do you have a fair amount of communication with A2B India?

A. Yes.

Q. Did you talk to him reasonably frequently?

A. Yes. Most of our communications are going to A2B New Jersey, but we do have contact with them as well, in India as well.

Q. So I am going to mark this as Exhibit I. Can you see that?

A. Yes.

(Whereupon, document was marked as Plaintiff's Exhibit I for identification as of this date by the Reporter.)

L. SRIKUMAR

Q. Are you aware of -- are you aware of the fact that A2B India and AABNY were in a previous dispute prior to the lawsuit?

A. No.

Q. No, you were not?

A. Not us.

Q. Were you aware of the fact that A2B India and AABNY were previously in a dispute in the US trademark office over the trademark Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. No.

Q. Is there someone else at A2B New Jersey that you would think would have that knowledge?

MR. HARDCASTLE: Objection.

A. No.

Q. The reason I ask the question is because this was a decision and I will explain it to you, what this decision was. A2B India filed a complaint to stop our client from using the domain name Adyar Ananda Bhavan NY, as you could see here.

L. SRIKUMAR

Sorry, this was -- I apologize. I'm identifying this document as Heaven Spice 00084 to Heaven Spice 00089. If you see here there is a dispute between Adyar Ananda Bhavan Sweets and Snacks and strike Anitha Gounder who was the owner of AABNY. Do you see there is a dispute here over the name Adyar Ananda Bhavan NY and you could see here that there was a decision that was issued on October 26, 2017, do you see that?

A. Yes.

Q. So no one from A2B India, to your knowledge, communicated to you anything with respect to this dispute over -- did anyone from A2B India communicate anything with respect to this domain name dispute to you?

A. No.

Q. Did anyone from A2B India notify you at all of any prior disputes over the trademark Adyar Ananda Bhavan prior to the lawsuit?

A. No.

L. SRIKUMAR

Q. Is it correct to say that you had conversations with the floor manager?

A. Yes.

Q. Has the floor manager previously mentioned to you any times where customers have come in and discussed AABNYC?

A. Not very frequently. The one time it happened they explained it to me because when I went and spoke to the customer and realized that there was somebody using the name.

Q. When was that?

A. Somewhere around maybe 2019. I'm not very sure. This is just a conversation that I had with the conversation that came in. I don't have a date.

Q. But you are saying that that took place prior to the lawsuit being filed?

A. Yeah, pretty -- both were very close. We had this conversation. We searched the website to see that there is

L. SRIKUMAR

somebody using that name. We escalated to the parent company in New Jersey and within a week or so we had the notice and that is when we told them that this is serious and they had to get on it, that's all.

Q. Do you have any awareness of any written correspondence at all between any customers and anybody at your facility expressing any confusion between your -- any of your New Jersey restaurants and AABNYC?

A. I don't have any return correspondence, but as I said when I spoke to the customer they told that the New Jersey -- I mean the New York brand is not that great. The New Jersey one is good and that is when we started saying we don't have a branch in New York and then they told us there is the address and that is how we came to find out about the restaurant.

Q. So you had this one question in roughly 2019 and no one has come to your restaurant, that you are aware of since

L. SRIKUMAR

that has address that has discussed AABNYC at all, to your awareness?

A. Yes. We had -- it was a Yelp review that was posted. I'm not -- I don't have a record of it, but it was -- it happens in the restaurant industry when people go to a different restaurant and just post a different comment like some of our restaurants, one of our customers or somebody had just posted that the chicken tikka masala was bad or something like that, but we don't sell any non vegetarian items. It's a pure vegetarian restaurant. We had a cross conversation of somebody saying that the New Jersey branch is not good. We assumed it's just like a mistake and we didn't go deep into until the woods, until this person came in and told us about an address that that is something physically present advertising your name and that is when we went into it.

Q. So this is the 2019 time frame. Were there, at that time, any internal discussions that were aware of, internal

meaning inside the company about taking action against AABNYC?

A. From our side, no.

Q. Could you explain why that was?

A. We -- as soon as we got this knowledge about a restaurant that is being used with the same name, we highlighted it to the parent company in New Jersey. Then they were having internal conversations of how to handle it because of the petition of what do you call it, the complaint from NYC and then we made it a point that they had to take an initiative on this and that is come to be right now.

Q. To use the expression these matters were sort of above your pay grade, so to speak, they were over your --

A. To put it properly, it was not handled with the franchisee.

Q. Yes?

A. It was handled by the franchisers, not us. That is what I am trying to say.

Q. Right --

L. SRIKUMAR

A. So A2B India and A2B New Jersey were having those conversations. It was just our position to highlight that there was an issue and that stops from our involvement, you know.

Q. So those conversations might have been had between Srinivasa and Murugan?

A. Probably, yes.

Q. Okay, that makes sense. I am going to call this, I know it says I, but I am going to call this Exhibit J. That is going to be marked as AABC 00001050. Do you see what this is?

(Whereupon, trademark registration was marked as Plaintiff's Exhibit J for identification as of this date by the Reporter.)

A. Yes.

Q. Can you explain what you perceive this document to be?

A. It looks like a trademark, registration for Adyar Ananda Bhavan to

L. SRIKUMAR

Adyar Ananda Bhavan Corp. New York operation.

Q. Can you read the services listed?

A. Catering services, restaurant services including sit down service of food and take out restaurant service.

Q. Can you read the date at the bottom where it says filed?

A. Okay, 5/28/2015.

Q. So is it accurate to say that the South Plainfield location -- sorry, I will ask the question a different way. Did the South Plainfield location of the restaurant open after May 18, 2015?

MR. HARDCASTLE: Objection.

A. Yes.

Q. When the restaurant first opened, was Adyar Ananda Bhavan used on the facility?

A. Yes.

Q. Hold on literally for half a second. Is it accurate to say that -- did the Parsippany location of the restaurant

L. SRIKUMAR

franchise open after May 28, 2015?

A. Yes.

Q. When the restaurant first opened, did the Parsippany location use Adyar Ananda Bhavan on the facility in some visible manner?

A. Yes.

Q. And after May 28, 2015, did the Parsippany location sell packaged products that utilize Adyar Ananda Bhavan on the packaging?

A. Yes.

Q. That is the same question about Princeton location. When the Princeton -- sorry, when did the Princeton location open?

A. December 23, 2020.

Q. 2020. And by December 2020 had you removed all references to Adyar Ananda Bhavan from the restaurant by that point?

MR. HARDCASTLE: Objection.

A. Yes.

Q. When the Princeton restaurant opened -- is it correct to say that when

the Princeton restaurant opened no reference was made to Adyar Ananda Bhavan?

A. Yes.

MR. WELTSCH: That is actually all I have today.

MR. HARDCASTLE: Nothing from me.

(Whereupon, at 3:06 P.M., the Examination of this witness was concluded.)

° ° ° °

L. SRIKUMAR

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_______________________________
LOKESHWARAN SRIKUMAR

Subscribed and sworn to before me
this _____ day of ________________ 20___.

_______________________________
NOTARY PUBLIC

L. SRIKUMAR

E X H I B I T S

PLAINTIFF EXHIBITS


| EXHIBIT LETTER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exh A | Defendants' Responses to Plaintiff's First Set of Interrogatories | 15 |
| Exh B | Heaven Spice 000097 to Heaven Spice 000109 | 16 |
| Exh C | Heaven Spice 000110 to Heaven Spice 000122 | 30 |
| Exh D | Food license | 34 |
| Exh E | Life Hazard Use Certificate Of Registration | 35 |
| Exh F | Sanitary Inspection Report | 36 |
| Exh G | Life Hazard Use Certificate Of Registration | 37 |
| Exh H | Food License Registration | 38 |
| Exh I | Document | 46 |
| Exh J | Trademark Registration | 53 |


(Exhibits retained by Counsel.)

I N D E X


| EXAMINATION BY | PAGE |
|---|---|
| MR. WELTSCH | 4 |

L. SRIKUMAR

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF KINGS )

I, ANNA KHODACHNIK, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of March 2022.

______________________________
ANNA KHODACHNIK

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Adyar Ananda Bhavan, Corp. v. Heaven Spice USA LLC., Et Al

DATE OF DEPOSITION: 2/10/2022

WITNESSES' NAME: Lokeshwaran Srikumar

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

_____________________________
Lokeshwaran Srikumar

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF ______________, 20__.

_________________________ (NOTARY PUBLIC)

_________________________ MY COMMISSION EXPIRES:

**&**

**&** 2:4,9 3:17

**0**

**00001050** 53:14
**000068** 35:14
**000097** 16:22 58:8
**000109** 16:22 58:8
**000110** 34:10 58:9
**000122** 34:10 58:10
**00067** 34:12
**00084** 48:4
**00089** 48:4
**07054** 30:16 31:17 35:6
**07080** 4:14
**08534** 2:11

**1**

**1** 3:17
**10** 1:11
**11530** 2:6
**15** 58:7
**16** 21:12,25 22:4 58:8
**18** 54:16
**19-16879** 1:6
**1:40** 1:12 7:4

**2**

**2** 2:10 27:8
**2/10/2022** 60:3
**20** 57:19 60:22
**2015** 18:19,20,21 18:23 19:18,19 54:16 55:2,9
**2016** 8:5,9 13:14 21:11,14
**2017** 13:17,18,19 18:23 21:20,25 22:4 48:11
**2019** 13:17 25:7 30:24 49:15 50:24 51:23
**2020** 25:7 55:18,19 55:19
**2022** 1:11 59:20
**23** 55:18
**24545** 59:22
**26** 48:11
**2672/1903** 2:7
**28** 55:2,9
**2nd** 59:20

**3**

**3** 15:9,17
**3/22/2019** 38:7
**30** 3:16 58:10
**31** 2:10
**3159** 31:16 35:5 36:25
**3195** 30:16
**34** 58:11
**35** 58:12
**36** 58:13
**37** 58:15
**38** 58:16
**3:06** 56:9

**4**

**4** 58:25
**400** 2:5
**46** 30:16 31:16 35:5 36:25 58:17

**5**

**5/28/2015** 54:11
**53** 58:18

**6**

**6400** 4:13 23:6

**a**

**a2b** 8:21,23 9:2,8 9:8,14 10:14,24 11:2,3 19:5 21:22 23:11,18 24:4 25:2 26:23 27:8 27:11,17 28:2,7,11 29:6,9,10,11 31:21 32:9,12,13,15,16 32:19,22 35:3 36:7,24 37:8 38:3 39:5 44:4 46:11 46:16 47:3,10,15 47:23 48:14,17,21 53:2,2
**aabc** 53:14
**aabny** 9:6,10 47:3 47:10 48:7
**aabnyc** 45:17,21 49:8 50:12 51:2 52:3
**able** 28:15
**accurate** 25:19 43:12 54:12,24
**acronyms** 8:20
**action** 1:6 5:10 52:3 59:16
**actual** 20:22
**add** 44:19
**addition** 6:7
**address** 4:12 44:14 50:20 51:2 51:20
**administer** 3:11
**advertisement** 44:21 45:3
**advertising** 43:23 43:24 44:16,23 51:21
**adyar** 1:3 2:5 5:11 5:15 8:21,24 9:4 18:13 25:14,25 27:8,11,20 28:3,7 28:11 29:6 33:2 33:16,20 35:8,9 37:11 39:8 46:8 47:12,24 48:5,9,23 53:25 54:2,20 55:6,11,20 56:3 60:2
**affiliated** 45:2
**affiliations** 45:5
**agreed** 3:5,20
**agreement** 12:17 13:14 17:24 18:5 21:19,24 22:5,24 27:2,3,6,7 30:11 30:17,21 31:3,9
**ah** 6:20 7:7 11:13 19:14
**ahead** 7:11
**al** 1:8 2:10 60:2
**align** 21:15
**aligned** 12:4
**america** 7:22 8:4,8 8:11 12:4 19:9,17 19:19,20 21:16 45:14
**amount** 46:10
**ananda** 1:3 2:5 5:11,15 8:22,24 9:5 18:14 25:14 25:25 27:9,11,20 28:3,8,12 29:7 33:2,16,20 35:9,10 37:11 39:8 46:8 47:12,25 48:6,9,23 53:25 54:2,20 55:6,11,20 56:3 60:2
**anitha** 48:7

**anna** 1:19 14:11 17:4,5 24:15 34:8 59:7,23
**anna's** 20:18
**answer** 6:5,10,19 6:24 8:7 15:5 16:2 24:16,18 28:19,25 29:2
**anybody** 50:9
**apart** 45:2
**apologize** 34:6 48:2
**approached** 9:17 20:15
**approval** 9:23
**artists** 45:13
**asking** 6:7,12 13:22,25 17:11 20:25
**associated** 45:5
**associates** 2:9
**associations** 44:25
**assumed** 51:17
**attention** 42:17
**attorney** 6:8 25:6
**attorneys** 2:4,9
**authority** 40:20
**authorized** 3:11
**aware** 37:10 47:2 47:3,9 50:25 51:25
**awareness** 50:7 51:3

**b**

**b** 16:20,24 27:8 58:2,8
**back** 8:3 10:6 24:16,18 39:11 42:21
**bad** 51:12
**bakery** 23:9 25:20 27:23
**baking** 31:19
**bala** 10:11,15,16
**balamurgan** 18:9
**banner** 27:13
**based** 15:24
**basement** 41:5,6
**basically** 7:17 11:16 15:3 17:10 41:20
**basis** 39:22 43:11
**bates** 16:21
**beginning** 13:11 25:7
**believe** 25:9
**bell** 16:2,8 18:2 30:12,13 31:22 32:3,8,25 36:4 37:4
**benefit** 6:18
**better** 10:12
**bhavan** 1:3 2:5 5:11,16 8:22,24 9:5 18:14 25:14 25:25 27:9,11,20 28:4,8,12 29:7 33:2,16,20 35:9,10 37:11 39:8 46:8 47:12,25 48:6,9,23 53:25 54:2,20 55:6,11,21 56:3 60:2
**big** 24:6
**bit** 4:20 7:16 8:3,8 23:20 39:13 42:20 42:22
**blood** 59:16
**blue** 15:25 16:8 18:2 30:12,13 31:22 32:3,8,25 36:4 37:4
**board** 26:8,9,11
**body** 6:19
**boro** 39:2
**bottom** 54:10
**branch** 16:14 50:19 51:16
**brand** 19:8 24:21 29:12 50:16
**branding** 32:12
**break** 6:23,25 7:3 7:5 23:19 43:18
**building** 22:8 31:7 36:5
**business** 4:12 7:23 7:24 8:12 9:18,20 9:25 11:12,22,25 12:3,7,9 13:9,17 18:24 19:22,25 20:3,5 30:9,10 36:3 38:3,9 43:25
**businesses** 19:3 27:13

**c**

**c** 2:2 29:22 30:2 34:8 57:2 58:9 59:2,2
**call** 9:6 10:3,16,25 11:4 52:12 53:12 53:13
**called** 4:3 8:23 9:2 9:6 35:8 45:7
**capacity** 13:13 16:3 24:3
**care** 42:9
**case** 15:3 25:10 41:23 42:14 45:21 60:2
**catering** 54:6
**certificate** 35:16 35:25 37:19,25 38:6,11 39:7 58:12,14
**certification** 3:8
**certify** 57:4,8 59:9 59:14
**cetera** 14:9,10 22:10 23:11 31:20
**change** 60:5
**chicken** 51:11
**circumstance** 40:25
**city** 2:5,6
**civil** 1:18
**clarify** 6:17 19:24
**clear** 8:7
**clearly** 6:21,22
**client** 9:4 47:24
**close** 49:24
**college** 7:17
**come** 8:4 11:24 19:16 27:10 45:14 49:7 50:24 52:15
**comes** 38:12
**coming** 39:11
**comment** 51:9
**commission** 60:25
**communicate** 48:17
**communicated** 48:15
**communication** 46:11
**communications** 46:16
**companies** 18:11 20:14 21:3
**company** 5:4,5,6 8:23 18:18,19,25 19:10,11 25:6 35:8 39:14 42:4 50:3 52:2,9

**complaint** 45:19 47:23 52:12
**concerning** 6:4
**concert** 45:13,15
**concluded** 56:11
**conclusions** 25:9
**conducting** 5:19
**confirm** 25:18 26:12 31:21 32:17
**confusing** 11:8
**confusion** 50:10
**considered** 29:10
**construction** 22:9 31:7
**contact** 8:14 46:17
**content** 13:25
**conversation** 5:3 8:19 9:13,20,22 20:22 21:2,10,22 25:5 49:17,18,24 51:15
**conversations** 20:11,21 43:3 49:3 52:10 53:3,7
**copy** 3:14,17
**corp** 1:3 2:5 5:11 9:5 54:2 60:2
**corporation** 8:25 18:2
**correct** 9:15 11:25 12:13 19:11,20 22:6,15 23:13 28:2 31:5,10,22 32:2,7,11,14,21 33:9,13,18 37:12 39:9,15 49:2 55:25 57:9
**correction** 42:19
**correspondence** 50:8,14
**counsel** 3:6,17 5:10 58:20
**counts** 32:15
**county** 59:5
**couple** 8:17
**court** 1:2 3:13 5:14 6:18
**courtroom** 5:23
**cream** 25:20 31:19
**creams** 23:9
**cross** 51:15
**curser** 22:21,25
**customer** 49:12 50:15
**customers** 42:24 46:4 49:7 50:9 51:10

**d**

**d** 3:2 34:6,11,14 57:2 58:11,22
**date** 1:11,19 15:15 16:25 22:2,3 30:3 30:21 34:15 35:18 36:13 37:21 38:5 38:7,18 46:24 49:19 53:19 54:9 60:3
**day** 5:2 21:18 22:4 22:17 31:2,8 39:22,22 40:21 43:11,11 57:19 59:20 60:22
**days** 3:16 8:17
**deals** 40:11
**decals** 26:18
**december** 55:18 55:19
**decided** 23:5
**decision** 21:15 42:19 47:21,22 48:10
**deep** 51:18
**defendant** 1:15
**defendants** 1:9 2:9 14:21 15:11 58:6
**department** 36:20 38:2
**depends** 42:7
**deposition** 1:14 3:8,9,14 4:21,22 4:25 5:17,19,25 60:3
**describe** 35:23 36:18 37:23 38:23 39:20
**description** 58:5
**designed** 5:21
**different** 11:9 27:13,15 51:8,9 54:14
**direct** 43:13
**directly** 40:12 41:16
**directs** 6:10
**discuss** 5:18
**discussed** 49:7 51:2
**discussion** 10:23 24:14
**discussions** 51:25
**dispute** 47:4,11 48:5,8,16,19
**disputes** 48:22
**distinction** 32:24
**district** 1:2,2 5:13
**document** 14:2,24 16:23 17:12,18,22 18:4 21:18 29:15 29:21,23,25 30:6,7 33:4,24 34:2,17,21 35:20 36:14 38:21 38:24 46:22 48:3 53:23 58:17
**documents** 13:24 17:6 39:12
**doing** 8:16 13:10 14:8
**domain** 47:24 48:18
**doors** 26:19
**duly** 4:3 57:5 59:11
**duration** 14:24

**e**

**e** 2:2,2 3:2,2 4:2 35:13,17 57:2 58:2,12,22 59:2,2
**earlier** 21:12,13
**easier** 4:17,18
**effect** 3:12,15
**effective** 31:3
**effectively** 28:3 29:6
**ehamil** 45:8
**electronic** 7:20
**email** 14:14
**emails** 20:23
**employees** 40:5
**enable** 5:21
**engineering** 7:21
**entered** 21:19,24 30:22
**entering** 27:6
**entities** 20:12,13 27:16
**entity** 27:14 29:9 30:9,10
**equal** 13:8
**errata** 60:1
**escalated** 43:8 50:2
**escalates** 40:14

**esq** 2:6,11
**et** 1:8 2:10 14:9,10 22:10 23:10 31:20 60:2
**events** 45:12
**eventually** 19:5
**everybody** 14:18 17:13
**exact** 22:17
**examination** 4:7 56:10 58:24 59:10 59:12
**examined** 4:5
**example** 40:16
**executive** 15:25 18:17
**exh** 58:6,8,9,11,12 58:13,14,16,17,18
**exhibit** 14:21 15:14 16:20,24 29:22 30:2 34:6,8 34:11,14 35:13,17 36:9,12 37:14,20 38:17 46:20,23 53:13,18 58:4,4
**exhibits** 14:13,15 58:3,20
**expand** 46:2
**expires** 60:25
**explain** 14:23 17:6 17:22 27:16 30:5 44:10 45:4 47:22 52:5 53:22
**explained** 7:9 49:10
**expressing** 50:10
**expression** 52:16
**extent** 6:5

**f**

**f** 3:2 36:9,12 58:13 59:2
**face** 20:18
**facebook** 44:6
**facilitates** 23:8
**facilities** 31:17
**facility** 9:24 23:12 23:13 39:24 43:5 50:9 54:21 55:6
**fact** 14:15 47:3,9
**failure** 39:25 41:24
**fair** 46:10
**familiar** 38:20
**family** 9:19
**february** 1:11
**federal** 1:18
**file** 2:7
**filed** 25:5 45:21 47:23 49:22 54:10
**filing** 3:7
**find** 19:8 46:7 50:21
**fine** 7:6 10:4 12:25 13:4 25:11
**finish** 6:23
**finished** 7:18,20 8:9 22:12 32:4
**finishing** 22:12
**fire** 38:2
**firing** 40:5
**first** 4:3,20,23 5:8 14:22 15:12 21:17 45:17 54:19 55:4 57:5 58:6
**five** 43:17
**flight** 24:9
**floor** 41:20,21 42:17 43:14,14 49:3,5
**floors** 41:20
**flourish** 19:9
**flush** 8:7
**focuses** 27:18,21
**follows** 4:6
**food** 20:4 25:21 31:20 34:13,23,24 36:19 38:15,25 54:7 58:11,16
**foods** 23:10,10 25:21 31:19
**force** 3:15
**foregoing** 57:8
**form** 3:21
**formed** 18:18,19 18:25 19:10,11
**formerly** 33:2
**forth** 59:11
**found** 19:5
**frame** 20:12 51:23
**franchise** 12:9 13:15,16 17:25 19:4 55:2
**franchisee** 16:12 21:8 52:20
**franchisers** 52:23
**frequently** 46:14 49:9
**friends** 20:22
**front** 26:10,14
**further** 3:20 23:20 57:8 59:14

**g**

**g** 11:7 37:14,20 58:14
**garden** 2:5,6
**general** 13:23 21:2
**gestures** 6:20
**give** 14:4 40:16
**given** 37:25 57:10 59:13
**go** 7:4,11 14:8,9 15:8 42:16 51:8 51:18
**going** 4:19 6:2 8:7 8:16,17,20,21,22 8:25 9:5,6 10:3,25 11:4 13:21,22,23 13:24 14:5,20 15:23,23 20:19 23:3,19 25:10 26:20 29:14,15,20 29:22 34:5,7 35:12 36:8 45:16 46:16,19 53:12,13 53:14
**good** 43:4 50:17 51:17
**goods** 26:6
**google** 44:7,9,11 44:13,15,16,19
**gounder** 48:7
**grade** 52:17
**grant** 23:5 31:15
**granted** 23:23 35:2,8
**great** 7:11,15 50:17
**ground** 5:18
**group** 45:7,8
**guess** 14:11

**h**

**h** 4:2 38:14,17 58:2,16
**ha** 7:7 11:13
**hadley** 4:13 23:6
**half** 54:23
**hand** 59:20
**handle** 43:9 52:11
**handled** 52:20,22
**happened** 21:13 38:8 49:10

**happening** 18:22
**happens** 51:7
**hardcastle** 2:11 11:5 28:6,9,13,17 29:8 47:13,18 54:17 55:22 56:7
**hazard** 35:15,24 37:18,24 58:12,14
**health** 36:20 41:25
**healthy** 23:10 25:21 31:19
**hear** 8:17 28:14,20 28:22
**heaven** 1:8,15 2:10 7:25 12:8 15:25 16:8,22,22 18:7,12 18:17 23:24 29:18 34:9,10,11 35:14 45:21 48:3,4 58:8 58:8,9,10 60:2
**held** 1:18 10:23 24:14
**hereinbefore** 57:11 59:11
**hereunto** 59:19
**higher** 40:20
**highlight** 53:4
**highlighted** 52:8
**hiring** 40:5
**history** 7:16
**hold** 33:7 54:23
**holds** 25:18,19
**hour** 7:4
**houses** 41:10,11
**huhs** 6:20

**i**

**ice** 23:9 25:20 31:19
**idea** 8:11
**identification** 15:15 16:25 30:3 34:15 35:18 36:12 37:21 38:18 46:24 53:19
**identify** 15:18
**identifying** 48:3
**impacted** 25:8
**including** 54:7
**incorporate** 27:12
**incorporation** 18:15
**india** 5:6 7:21 8:9 8:10,23 9:8,12,14 11:2,15,17,18 12:19 21:22 24:4 24:7,8 27:10 32:9 46:11,18 47:3,10 47:23 48:14,17,21 53:2
**indian** 20:4,9 21:5 21:7 23:18 27:18 32:13,19 35:3 36:7,24 37:8 38:3 39:5 45:13
**indians** 45:9
**industry** 24:5 51:7
**initially** 18:24
**initiative** 52:14
**inside** 52:2
**inspection** 36:10 36:19,20 42:2 58:13
**instruction** 28:21
**instrumentation** 7:21
**intent** 19:21 20:4
**interaction** 43:14
**interest** 12:4
**interested** 19:3,6 59:17
**internal** 51:24,25 52:10
**interpreters** 6:14
**interrogatories** 14:23 15:2,7,8,13 58:7
**intro** 4:20
**introduce** 5:8 14:13
**involve** 45:12
**involved** 5:13 40:15
**involvement** 6:3 7:24 53:6
**issue** 38:7 40:13 40:17,23 42:12 53:5
**issued** 39:8 48:11
**issues** 39:24 40:2 41:25 42:5 43:6
**items** 24:22 27:23 51:14

**j**

**j** 53:13,18 58:18
**january** 30:24
**jersey** 1:2 2:11 4:14 5:14 8:25 9:2 9:9,24 11:3 16:16 16:17 19:4 30:16 31:16 35:6 44:5 46:16 47:16 50:3 50:11,16,17 51:16 52:9 53:2
**jmv** 1:6
**job** 43:21
**jsa** 1:6
**judge** 3:13

**k**

**k** 4:2,2 18:9
**k.t.** 9:21
**keith** 2:6 5:9 28:20
**khodachnik** 1:20 59:7,23
**kind** 41:23 42:7 43:8 45:3
**kinds** 42:5
**kings** 59:5
**knew** 11:20 46:9
**know** 7:18 8:15 10:17 14:6 15:4 20:10 27:2 29:17 42:11 53:6,12
**knowledge** 6:6 13:8 15:24 47:17 48:15 52:7
**knows** 17:10,13,17

**l**

**l** 3:2,2 4:1,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1,2 58:1 59:1
**lanciano** 2:9
**larry** 2:11 8:15 17:10,17 28:15
**laws** 5:21
**lawsuit** 5:12 6:4 47:5 48:24 49:21

**learn** 45:17
**lengthy** 14:7
**letter** 58:5
**licence** 34:13
**license** 12:16 22:16,24 27:7 34:23,24,25 35:7 38:15,25 41:25 58:11,16
**licensee** 17:24 18:8,13
**licenses** 40:2
**licensor** 10:7
**life** 35:15,24 37:18 37:24 58:12,14
**line** 6:13 21:18 60:5
**list** 14:7
**listed** 54:5
**literally** 54:23
**litigation** 14:25
**little** 4:20 7:5,16 8:8 23:20 39:13 42:20,22 45:18,24 45:25
**llc** 1:8,15 2:10 8:2 18:12,17,25 30:12 30:14 31:22 36:4 60:1,2
**local** 45:5
**locally** 44:24
**located** 39:16 41:8
**location** 16:11 25:24 30:8,15 33:6,8,9,14 35:4 36:22,25 37:4 38:3 40:21 41:8 54:13,15,25 55:5 55:10,15,16
**locations** 16:16,18 17:25 41:5,14 44:13
**lokeshwaran** 1:16 4:11 7:13 57:15 60:3,21
**long** 25:3
**look** 14:4 18:3 20:8 21:17
**looking** 26:21
**looks** 53:24
**lot** 4:17 42:8

**m**

**m** 4:2 11:6,7
**mail** 45:20
**maintaining** 43:5
**manage** 44:2
**manager** 7:25 16:6 39:16 40:19 40:24 42:23 43:15 43:22 49:3,5
**managers** 41:21
**managing** 12:11 13:6 29:19,20
**manner** 55:7
**manufacture** 23:8 23:24 24:8 31:18 32:3 33:10
**manufacturer** 23:25 24:3 32:5
**manufactures** 31:23
**march** 13:17,18,19 18:23 21:20,25 22:3 59:20
**mark** 14:16 34:5,8 35:13 46:19
**marked** 15:13 16:21,23 29:25 34:14 35:17 36:11 37:20 38:16 46:22 53:14,17
**markings** 17:7
**marriage** 59:16
**masala** 51:12
**masalas** 27:23
**master** 10:7 18:8 18:13
**matter** 59:18
**matters** 6:3 52:17
**mean** 5:5 19:25 20:20 21:12 44:11 45:4,20,23 50:16
**meaning** 20:13 45:25 52:2
**means** 34:22
**mechanical** 39:25 41:23
**media** 44:2
**meet** 41:4
**member** 7:25 12:11 13:6 29:19 29:20
**mentioned** 49:6
**mind** 22:11
**minute** 43:18
**missed** 43:7
**mistake** 51:17
**money** 42:15
**move** 29:21,22 33:23 37:14
**moved** 7:22 19:12
**muragan** 10:11
**murphy** 2:4
**murugan** 10:20 11:4 53:9
**music** 45:12

**n**

**n** 2:2 3:2 4:2 11:7 57:2 58:22
**name** 4:9 5:9,15 7:12,13 10:10 15:17 23:11,16 26:23 27:7 30:9 30:20 31:21 34:25 36:2,5,23,24 37:6 37:11 38:3 39:8 46:7 47:24 48:9 48:18 49:13 50:2 51:21 52:8 60:2,3
**named** 35:9
**names** 18:4,10
**nature** 43:2
**need** 6:22
**needed** 6:15
**never** 39:6
**new** 1:2,21 2:6,11 4:5,14 5:14 8:12 8:25 9:2,9,24 11:3 11:11 16:16,17 19:4 30:16 31:16 35:5 44:4 46:2,5,6 46:8,16 47:16 50:3,11,15,16,17 50:19 51:16 52:9 53:2 54:2 59:4,8 60:1
**nickname** 28:4,7 28:11 29:6,10,11
**non** 51:13
**north** 2:10
**notary** 1:20 4:4 57:22 59:7 60:25
**noted** 29:3
**notice** 25:5 50:4
**notify** 48:22
**noting** 28:18
**number** 15:9,9,17 17:12 27:8
**numbers** 16:21 17:4,9,16
**ny** 9:11 47:25 48:9
**nyc** 52:12

**o**

**o** 3:2 4:2 57:2
**oath** 3:12 5:22,24
**object** 6:8 28:20 28:22
**objection** 28:6,9 28:13,18,23 29:3,8 47:13,18 54:17 55:22
**objections** 3:21
**obligated** 6:11 15:5
**occasions** 42:24
**october** 18:21,23 48:11
**offer** 25:14
**office** 41:3,6,7 47:11
**oh** 6:13 28:17
**okay** 8:21 9:3,7,11 10:17 11:10 13:16 14:8 15:21 16:19 16:20 17:8,16,21 18:3 26:7 29:4 30:18 45:23 53:11 54:11
**open** 13:15 20:4 22:15 30:25 54:16 55:2,17
**opened** 9:24 13:16 22:2,3,16 23:14 38:10 54:20 55:5 55:25 56:2
**opening** 21:16 31:8
**operate** 30:14 39:23
**operated** 44:25
**operation** 13:9 19:4 30:15 54:3
**operations** 7:25 16:6 29:12 39:15 42:23 43:22
**opportunity** 9:18 11:12,22 12:3 14:4,25
**option** 19:4 20:8
**original** 3:9,17
**outcome** 59:17
**outlet** 23:6 31:16
**outside** 32:17
**overview** 31:13
**owned** 9:19
**owner** 36:3 48:7

**p**

**p** 2:2,2 3:2
**p.c.** 2:4
**p.m.** 1:12 56:9
**package** 24:7 26:10 29:13 33:10 43:7
**packaged** 23:10 24:25 25:21 26:5 31:20,24 32:4 55:10
**packages** 32:8
**packaging** 24:22 25:14 26:13 32:13 32:21 33:16,21 55:12
**packet** 33:3
**page** 14:9,9 29:14 58:4,24 60:5
**paid** 44:22
**papers** 10:18
**paragraph** 23:4 23:20,22 26:21,22 31:13
**parent** 5:4,5 8:23 25:6 50:3 52:9
**parsippany** 30:16 31:16 35:5,10 37:2 39:18 41:5,8 41:15 54:25 55:5 55:10
**part** 12:6 40:3 43:21 45:9
**participate** 44:18 44:22
**parties** 3:7 5:13 14:25 17:6 18:5 59:15
**pay** 52:17
**pennington** 2:11
**people** 11:10 41:13,18,22 42:8 43:12,13 51:8
**perceive** 53:23
**perform** 45:14
**period** 19:8
**person** 51:19
**personal** 6:6
**persons** 15:18
**petition** 52:11
**physically** 51:21
**pioneers** 24:4
**place** 49:21 57:11
**plainfield** 4:14 23:7 25:24 38:2 39:2,17 41:15 54:13,15
**plaintiff** 1:4,17 2:4 5:10 14:20 25:4 58:3
**plaintiff's** 14:22 15:12,14 16:20,24 30:2 34:14 35:17 36:11 37:20 38:17 46:23 53:18 58:6
**plan** 20:16
**platform** 44:4
**platforms** 44:8
**play** 43:22
**plaza** 2:5
**please** 4:9 5:23 6:4 6:12,16,19,20,23 7:12 36:17,18 37:23
**point** 52:13 55:21
**points** 23:21
**portion** 22:23 27:17,18 40:7
**position** 15:24 40:10 53:4
**post** 44:3 51:9
**posted** 51:5,11
**potential** 21:8
**powers** 27:23
**prefer** 4:16
**present** 6:4 40:21 44:6 51:21
**presently** 12:7 26:2 33:15
**presser** 2:4
**presumably** 38:8
**presume** 6:25
**presuming** 6:14
**pretty** 5:4 28:5 43:9 49:23
**previous** 47:4
**previously** 47:10 49:6
**prime** 21:16
**princeton** 16:11 33:6,7,10,14,19 39:17 41:14 55:15 55:15,16,24 56:2
**prior** 47:4 48:22 48:24 49:21
**probably** 7:2 53:10

**problem** 41:24
**procedure** 1:18 5:20
**proceed** 5:16 9:23
**process** 22:7 31:6
**procure** 24:7
**produce** 17:6
**product** 31:24 43:6
**products** 23:9 25:20 27:22 31:19 32:4 33:11,15,21 55:10
**program** 44:19
**programs** 45:10
**promote** 20:7
**promotional** 43:23 43:24
**pronounce** 10:10
**proper** 19:8
**properly** 52:19
**proposed** 12:3
**prospect** 19:6
**provide** 5:24
**provided** 28:21
**public** 1:20 4:4 40:11,13 57:22 59:7 60:25
**pull** 13:21
**pulling** 13:24
**pure** 51:14
**purpose** 8:19
**pursuant** 1:17
**put** 16:19 52:19
**pvt** 8:22

**q**

**question** 6:16,18 6:22,24 16:2 22:12 23:22 28:25 29:2 31:12 33:5,8 37:15 47:20 50:23 54:14 55:14
**questions** 5:22 6:2 6:5,7,9,11,13 13:22,25 15:3,6,22 17:11,13
**quickly** 14:6

**r**

**r** 2:2 3:2 4:2,2,2 11:6,7 57:2 59:2
**raised** 23:21
**raja** 9:21 10:3,8 11:9 18:9
**rajasekaran** 12:12 12:16 18:7 19:16 29:16 31:9
**read** 14:7 15:9,17 15:19 22:20,23 24:16,18 29:15 31:14 34:24 36:2 36:6,22 37:6 54:4 54:9
**realized** 46:3 49:12
**reason** 5:11 47:20 60:5
**reasonably** 46:13
**recall** 21:25
**received** 32:9
**recess** 43:19
**recognize** 29:23
**record** 4:10 10:21 10:22 24:12,13 28:19 51:6 59:12
**refer** 37:3 39:4
**reference** 56:3
**references** 55:20
**referencing** 34:9
**referred** 10:17 24:17
**referring** 10:13
**refers** 37:10
**regard** 40:12
**regarding** 6:6
**regardless** 7:3
**registered** 39:7 45:20
**registration** 5:15 35:16,25 37:19,25 38:16 39:2 53:17 53:25 58:12,15,16 58:18
**related** 59:15
**removed** 55:20
**rephrase** 44:10
**replaced** 26:19
**report** 36:11,21,23 37:3,7,10 41:15 42:10 58:13
**reported** 42:18
**reporter** 6:19 15:16 17:2 24:19 30:4 34:16 35:19 36:13 37:22 38:19 46:25 53:20
**reporting** 41:22 60:1
**representative** 9:14 10:7,13,24
**represented** 10:19 18:9
**representing** 18:7
**researched** 46:6
**reserved** 3:22
**respect** 9:17 16:11 25:20 27:7,8 33:5 33:7 39:21 42:13 48:16,18
**respective** 3:6
**respond** 6:11
**responses** 6:21 14:21 15:7,12 58:6
**responsible** 42:4
**rest** 26:20
**restaurant** 13:15 20:2,3,5,9 22:2,13 22:16 23:7,17,18 26:14,17 27:18,19 29:12 30:25 31:7 31:17 32:14,17,19 32:25 33:19 35:3 35:9 36:7,25 37:7 37:8,12 38:4 39:3 39:5,9 41:14 42:6 44:14 50:22,25 51:7,8,14 52:7 54:6,8,16,19,25 55:4,21,24 56:2
**restaurants** 21:8 39:16 50:11 51:10
**retained** 58:20
**return** 50:13
**review** 51:5
**right** 12:25 24:2 24:23,25 31:15 36:3 52:15,25
**rights** 23:5,23
**rises** 40:14
**road** 4:13 23:6
**role** 12:10 16:10 16:13,15 39:13 43:22
**roughly** 13:8 50:24
**route** 2:10 35:5 36:25
**rules** 1:18 5:18
**run** 23:7 31:17

**s**

**s** 2:2 3:2,2 4:2,2 58:2 60:5

**sangam** 45:8
**sanitary** 36:10,20 58:13
**savories** 23:9,25 24:11,21 31:18,23
**saying** 26:12 49:20 50:18 51:16
**says** 23:22 26:22 28:16 30:17 31:15 32:13,22 53:12 54:10
**schooling** 7:18 8:10
**scott** 2:4
**screen** 14:3
**script** 6:15
**scully** 2:4
**seal** 24:8
**sealing** 3:7
**search** 44:14
**searched** 49:25
**second** 39:12 54:24
**see** 14:18 20:18 22:19,20,21 25:24 26:22 30:22 36:3 46:20 47:25 48:4 48:8,10,11 49:25 53:15
**seen** 17:18 33:24 34:2,17 35:20 36:14 37:15
**sell** 23:8,24 24:9 24:20,22 31:18 33:14 51:13 55:10
**sells** 32:8
**send** 14:14 15:2
**sense** 53:11
**senthilkumar** 18:6 29:16
**separate** 16:12 29:9 42:9,9
**series** 6:2 8:20 15:2
**serious** 50:5
**service** 3:16 54:7,8
**services** 54:4,6,7
**set** 14:22 15:12 41:6 58:6 59:11 59:20
**setting** 22:7
**share** 14:3
**sheet** 60:1
**shoes** 24:6
**short** 6:25 43:19
**side** 7:2 15:4,5 27:19 52:4
**sign** 26:8,9,10 27:2 33:3
**signature** 59:22
**signed** 3:10,12,15 12:16,16 22:4,14 22:15,15 27:3,5 31:2,9
**similar** 30:7 31:12 37:15
**similarly** 31:2,5 37:9
**sit** 54:7
**sitting** 5:23
**six** 8:16
**sixteen** 21:20
**slang** 28:3
**snacks** 8:24 18:14 27:21,22 48:6
**social** 44:2
**somebody** 4:25 40:19,20 46:7 49:13 50:2 51:11 51:15
**someplace** 40:15
**soon** 52:6
**sorry** 6:13 8:15 13:17 15:21 20:14 20:18 28:10,14,17 30:21 34:6 48:2 54:13 55:16
**sort** 52:17
**south** 4:13 20:8 23:7 25:23 38:2 39:2,17 41:15 45:8,13 54:13,15
**space** 21:16
**speak** 4:24 6:21 40:19 52:18
**speaking** 11:21
**specifically** 6:10 28:24
**specified** 57:11
**spice** 1:8,15 2:10 8:2 12:8 15:25 16:8,22,22 18:8,12 18:17 23:25 29:18 34:9,10,12 35:14 45:22 48:3,4 58:8 58:8,9,10 60:2
**spices** 23:10 25:21 27:24 31:20
**spoke** 11:10,11 49:11 50:14
**sponsors** 45:10,15
**srikumar** 1:16 4:1 4:11,16 5:1 6:1 7:1,2,14 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1,15 58:1 59:1 60:3,21
**srinivasa** 9:21 10:13,25 11:11,21 11:21 21:11 53:8
**ss** 59:4
**start** 4:15,21 11:24 17:11 20:19 23:6 31:15
**started** 4:21 5:2 7:23 9:25 12:5 13:10 18:25 19:2 19:7 21:14 50:18
**starting** 8:11 17:15 19:21 22:24 23:2
**state** 1:20 4:4,9 59:4,8
**states** 1:2 11:23 12:21,23 19:12,13
**stay** 11:15
**stayed** 11:18 12:19
**step** 43:8
**stipulated** 3:5,20
**stipulation** 1:17
**stop** 47:23
**stops** 53:5
**store** 24:21
**stores** 24:10 25:17
**stretched** 42:10
**strike** 48:6
**structures** 41:24

**subscribed** 57:18 60:22
**substance** 5:17
**supervisor** 13:2 42:17
**supervisors** 41:21
**sure** 49:16
**surrounding** 5:14
**sweet** 24:4
**sweets** 8:24 18:14 23:8,24,25 24:3,7 24:10,20 27:20,22 31:18,23 48:6
**sworn** 3:10 4:4 57:5,18 59:11 60:22
**synonymous** 27:12

**t**

**t** 3:2,2 57:2 58:2 59:2,2
**take** 6:23,25 7:5 42:8 43:6,17 52:14 54:8
**taken** 1:16 5:24 43:20
**talk** 19:2 20:22 39:12 42:20,24 46:13
**talking** 17:11,14 17:18
**tasks** 39:21,23
**team** 25:6
**tell** 7:11,15 18:4 21:18 28:24 30:20 38:5
**terms** 39:24 40:13
**testified** 4:5
**testify** 57:5
**testimony** 5:25 57:6,10 59:13
**thing** 20:23
**things** 20:24 39:25 42:2,9 45:10
**think** 47:16
**third** 29:5 31:13
**thirtieth** 30:24
**thought** 11:23
**three** 8:20 15:9,18 16:16 39:16 44:7
**tikka** 51:12
**till** 42:15
**time** 1:12,19 3:22 4:23 6:15 9:13 19:7,7 20:12 21:3 21:15 22:14 28:22 28:23 29:5 42:22 49:10 51:23,24 57:10
**times** 8:16 43:5 49:6
**title** 13:5 16:5,7 29:17,17
**today** 5:12,20 15:23 23:14 56:6
**told** 46:4 50:5,15 50:20 51:19
**top** 30:23
**trade** 23:11 26:23 31:21
**trademark** 47:11 47:12 48:23 53:16 53:24 58:18
**transcript** 57:9,9
**transfer** 24:8
**trial** 3:22
**true** 25:18,19 33:7 57:9 59:12
**truth** 57:5
**truthful** 5:25
**try** 6:17 23:19
**trying** 19:2 26:25 27:4 44:17 52:24
**two** 11:9 13:7 19:7 25:13 27:12,15
**type** 19:21,24

**u**

**u** 3:2 4:2 11:6,7,7
**u.s.** 5:20
**uh** 6:20
**uncle** 9:20 10:2 11:11,14,15 12:2,6 19:14 20:11 27:3
**understand** 5:23 6:16 7:8 17:3 28:15
**understanding** 17:23 18:16 25:12 25:13 27:4,5 30:6 34:21
**united** 1:2 11:23 12:21,23 19:12,13
**unsigned** 3:14
**updated** 38:12
**usa** 1:8,15 2:10 8:2 18:2,12 30:12,13 32:3 36:4 45:22 60:2
**use** 5:14 8:20 35:15,24 37:18,24 52:16 55:5 58:12 58:14
**usually** 10:20
**utilize** 44:5 55:11

**v**

**v** 60:2
**veg** 23:18 27:18 32:13,16,19 38:4 39:5
**vegan** 20:6
**vegetarian** 20:8 21:7 51:13,14
**vegetarianism** 20:7
**veritext** 60:1
**virtual** 1:14
**virtually** 5:20
**visible** 26:4,16 33:20 55:7

**w**

**w** 4:2
**wait** 6:12
**waiter** 42:14
**waiting** 22:11
**waived** 3:9
**want** 5:18 15:4 24:5 31:21 39:12 42:20,21
**wanted** 7:4 20:7 46:2
**wants** 40:19
**way** 31:14 40:3 54:14 59:17
**website** 49:25
**week** 50:4
**weltsch** 2:6 4:8 5:9 10:21 14:11 24:12 24:15 34:7 35:12 36:8 38:14 43:17 56:5 58:25
**went** 7:17 49:11 51:22
**whatsoever** 32:4 44:22
**whereof** 59:19
**witness** 1:16 3:10 3:16,18 4:3 56:10 59:10,13,19
**witnesses** 17:13
**witnesses'** 60:3

**woods** 51:18
**word** 33:15,20
**words** 25:25 44:19
**work** 7:16
**worked** 41:9
**working** 13:12
**written** 50:8

**x**

**x** 1:3,9 58:2,22

**y**

**yeah** 10:5 11:2,16 12:24 16:4 19:14 20:20 22:21,22 32:6 33:25 36:4 38:11 40:3 49:23
**year** 25:12 38:12 38:13
**years** 19:7 38:9
**yelp** 44:7 51:4
**york** 1:21 2:6 4:5 46:2,5,6,8 50:16 50:19 54:2 59:4,8 60:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.