# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 2:19-cv-16879

ADYAR ANANDA BHAVAN, CORP.,
Plaintiff,

vs.

HEAVEN SPICE USA LLC, BLUE BELL USA, LLC AND ADYAR ANANDA BHAVAN SWEETS & SNACKS, INC.,

Defendants.

REMOTE DEPOSITION OF: BALAMURUGAN RAJA

---

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before RITA GARDNER, a Notary Public and Certified Court Reporter of the State of New Jersey, held REMOTELY VIA ZOOM, on Friday, February 11, 2022, commencing at 1:07 p.m.

A P P E A R A N C E S :

LANCIANO & ASSOCIATES LLC
By: LAWRENCE E. HARDCASTLE, ESQUIRE
2 Route 31 North
Pennington, New Jersey 08534
Lhardcastle@lancianolaw.com
(609) 452-7100
Attorneys for the Plaintiff

SCULLY SCOTT MURPHY & PRESSER PC
By: KEITH A. WELTSCH, ESQUIRE
400 Garden City Plaza Suite 300
Garden City, New York 11530
Kweltsch@ssmp.com
Attorneys for the Defendants

A L S O P R E S E N T:

EIBER TRANSLATIONS
By: JAY KUMAR, TAMIL INTERPRETER

INDEX TO WITNESS



| WITNESS | PAGE |
|---|---|
| BALAMURUGAN RAJA | |
| By MR. WELTSCH | 5 |



INDEX TO EXHIBITS



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| A | Defendants' Responses to Plaintiff's First Set of Interrogatories | 14 |
| B | A registration Bates-stamped Heaven's Spike 0026 to Heaven Spice 0030 | 17 |
| C | E-mails Bates-stamped Heaven Spice 00018 through Heaven Spice 00020 | 24 |
| D | Documents Bates-stamped Heaven Spice 000175 to Heaven Spice 000176, Heaven Spice 000033 through Heaven Spice 000035 | 26 |
| E | An e-mail Bates-stamped Heaven Spice 000037 through Heaven Spice 000048 | 30 |
| F | An agreement Bates-stamped Heaven Spice 00097 through Heaven Spice 000109 | 34 |
| G | An agreement Bates-stamped Heaven Spice 000110 through Heaven Spice 000122 | 36 |
| H | A document titled: (WIP) Arbitration and Mediation Center | 38 |
| I | A list of the revenues and expenses For the Heaven Spice branch in 2017, Bates-stamped Heaven Spice 000165 | 62 |

INDEX TO EXHIBITS CONT'D



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| J | A breakdown of sales at the Heaven Spice branch in 2017, Bates-stamped Heaven Spice 000166 | 63 |
| K | A spreadsheet, Bates-stamped 000167 | 64 |
| L | A document Bates-stamped 000168 | 64 |
| M | A document Bates-stamped 000169 | 65 |



(Exhibits were not provided to the reporter.)

REQUESTS MADE: PAGE / LINE

16/7
30/14
32/1
53/3

(JAY KUMAR, Tamil Interpreter, was sworn in.)

BALAMURUGAN RAJA, 3313 Alydar Road, Downingtown, Pennsylvania 19335, having been duly sworn, was examined and testified as follows:

EXAMINATION BY MR. WELTSCH:

Q. Hello. My name is Keith. Good afternoon, Mr. Raja. Larry has now heard me give this speech three times, so he is getting ready for a fourth. He might know it by heart already.

Hello, my name is Keith Weltsch. I am counsel for the plaintiff in this action, Adyar Ananda Bhavan Corporation. The reason I am here today is because of a lawsuit that the parties are involved in the District Court of New Jersey surrounding the use and registration of the name Adyar Ananda Bhavan.

Before we proceed with the substance of the deposition, we have several ground rules that we want to discuss with you. This deposition will be conducted virtually today as a procedure under U.S. law that is designed to enable us to ask you questions under oath as though you were sitting in a courtroom in the United States.

Please understand that you have taken an oath to provide truthful testimony during this deposition. I am going to ask you a series of questions about you and your involvement in matters concerning the present lawsuit.

Please answer these questions to the extent that you have personal knowledge regarding the questions that I am asking. In addition, while your attorney may object to some of the questions that I may ask, unless he specifically directs you to not answer, you are obligated to respond to my questions.

A. I got it.

Q. Please wait until I am done asking my question, in fact, until the interpreter finishes translating my question completely before providing me with an answer.

If at any time you do not understand my question, please say so, and I will try to clarify my question.

For the benefit of the court reporter and the interpreter, please do not answer with body gestures or uh-huhs or uh-hums. Please say yes or no and speak clearly in your responses to my questions.

If you need to take a break, please let me finish my question and your answer and we will take a short break.

Do you understand these ground rules?

A. Understood.

Q. Okay. Great.

So could you please tell me your name.

A. Balamurugan K. Raja.

Q. Would you prefer that I call you Mr. Raja?

A. Yes. Absolutely. Definitely.

Q. Before I proceed with some questions, there is a little bit of confusion here because your last name is Mr. Raja, and then one of the owners of Adyar Ananda Bhavan in India is also named Mr. Raja, and I am going to be speaking about him as well, so is it okay if I refer to him as Srinivasa?

A. Certainly.

Q. So could you tell me a little bit about your background. Were you born in the United States of America?

A. I was not born here. I was born in India.

Q. Did you have a follow-up?

A. No, I just wanted to tell you that I

was not born here. I was born in Deall.

Q. Okay, got it.

And could you explain to me -- I guess the first question is, how long have you been working for Adyar Ananda Bhavan -- let's set some further ground rules because it can be a little complicated. So for the purpose of this conversation, I think it is better if we say the following companies. A2B India will refer to the parent company in India. A2B U.S. will be the master licensure. A2B New Jersey will refer to the restaurants that are owned by Heaven Spice and Blue Bell. And AAB NYC will refer to the restaurant in New York City.

Do you understand the distinction between the four acronyms that I used?

A. Yes. Yes.

Q. Okay. Great. Thank you.

How long have you been working for A2B India and also A2B U.S.?

MR. HARDCASTLE: Objection.

BY MR. WELTSCH:

Q. How long have you been working for A2B India?

A. I did not work there at all.

Q. Okay. Great. So how long have you been working for A2B U.S.?

A. Since 2017.

Q. 2017?

A. Full time.

MR. HARDCASTLE: If I can just -- we identified the two restaurants, but we didn't identify Adyar Ananda Bhavan, Inc. -- excuse me, Ananda Bhavan Sweets & Snacks, Inc., which is the 2007 registered company. So there is, you know, two different U.S.-based companies -- three different, your client, the Blue Bell, and Heaven Spice, and then there is Adyar Ananda Bhavan Sweets & Snacks, Inc.

So I don't know how you want to deal with that, but I think that is the confusion.

MR. WELTSCH: I was trying to say Adyar Ananda Bhavan Sweets & Snacks, Inc., I was trying to say that was A2B U.S.

MR. HARDCASTLE: Ah, okay. But that is different from the other two defendants.

MR. WELTSCH: Yes.

MR. HARDCASTLE: Okay. So long as we are clear on that. In any event, I think that is what got the response that slowed us down a little

bit. Anyway, I will let you proceed. I apologize.

MR. WELTSCH: Okay. The confusion is certainly that he was doing a lot of stuff in the United States prior to then, to 2017.

BY MR. WELTSCH:

Q. When did you move to the United States?

A. I came here in 1990.

Q. 1990. What were you doing from 1990 until you started work for A2B U.S.?

A. So for about two years, since 1990, I worked in Roy Rogers, which was a fast food company. I worked there part-time, and then I worked full time in Kmart Corporation from 1992 to 1998.

From 1998 to 2006, I worked in a gourmet catering company. From 2006 to 2017, I worked in USPS. And in 2007, I registered the company A2B. I registered that myself.

Q. I am sort of taking this a little bit out of order, so I am not going to introduce the exhibit now. But you brought it up, so I will just ask the question.

I note that the corporation Adyar Ananda Bhavan Sweets & Snacks, Inc., was registered in New Jersey in 2007; is that correct?

A. Yes.

Q. So, between the time of 2007 and 2017, when you started working full-time for A2B United States, what tasks did you have working on a part-time basis for A2B United States?

MR. HARDCASTLE: Objection.

A. I was taking care of business, Mr. Srinivasa Raja came here, and I registered and I was doing a few activities during that time. Mr. Raja's visit was in 2006. We went to Las Vegas for an exhibition. He is a member of the Hotel Association. So after that he visited again in 2009 on November 7, we visited Orlando, Florida and we went to each Indian store there. There was gentleman by the name Narayan in Florida who was a chef and he had been making Indian sweets & snacks and supplying it to many Indian stores there and he was also working as a chef in A2B.

So what I did was myself and Mr. Srinivasa Raja and Mr. Narayan, we took a survey of the place, we were trying to see if there was any place where we could open a business in that area. On May 28 in 2011, he visited New York and he was also a recipient of an award.

Dr. Prakash Swami, Ph.D., invited us. Prakash was from New York. He invited from Indian

American Business Promotion Council that is located in New York. That was the organization that invited us. So Mr. Swami was the president of Indian American Business Promotion Council Incorporated in New York. He was the one who invited Mr. Srinivasa Raja and there was an award ceremony, and the award read as Mr. Srinivasa Raja being the "king of sweets."

We visited Washington on July 4, 2012. In and around Washington, there was on gentleman by the name Mr. Robby, who was our friend. Again, the same thing, we surveyed many stores and try to develop some business. We were looking at it, rather, to develop some business.

In 2012 there was an association called FeTNA, which is Tamil Sangam Association of North America. We donated $4,000 there, to this organization.

On February 14, 2015, he visited Dallas. Again, we visited many places there. So there was again, on June 18, 2016, he visited, and myself and his nephew, Mr. Vishnu, who is one of the directors, also visited SelectUSA Roadshow, Summit.

BY MR. WELTSCH:

Q. Can I interrupt for one second?

Mr. Vishnu was the director of what?
A. He is part of A2B. Mr. Vishnu is part of A2B.
So there was a Summit in Washington, D.C., on June 19 to June 20. And during that Summit, President O'Bama, ex-president O'Bama gave a speech, and he attended that and they were trying to do business and look at investment opportunities during that time period.
So in 2010, there were several occasions when he used to call me and he would ask me to go and check several places outside the state or whatever state it is that he wanted me to go. So I would go there, survey these places, and then come back and look at business opportunities.
So as the year 2017 approached, I was the one who was doing all this groundwork for him in a responsible way.
Q. That is a very thorough answer. Thank you.
A. Thank you for that.
Q. So what I am going to do now is share my screen and I am going to show a series of documents over the course of the deposition and then ask questions about some of the things that are in

the documents. Okay?
A. Okay.
(Defendants' Responses to Plaintiff's First Set of Interrogatories was marked for identification as Plaintiff's Exhibit A.)
BY MR. WELTSCH:
Q. That I am going to show you now should look familiar to you. It is the Defendant's Responses to Plaintiffs First Set of Interrogatories. What this document is, is a set of questions that I asked of the defendants about this case, and then the defendants provided their answers, their sworn responses, which you are familiar with because this is your signature at the bottom. So presumably, you have read these and they are true.
A. Yes.
Q. So I am going to read No. 11 which says, "Identify all facts that Defendants intend to rely upon to support the contention that AABC committed fraud before the U.S. Patent Trademark Office in procuring the registration for the mark Adyar Ananda Bhavan."
Do you see this portion here that I am underlining that says, "Master licensor of the

India-based company's mark since 2006"?

A. Yes.

Q. Could you explain to me what it means for A2B United States to be a master licensor?

A. The licensor is a parent company. I am the master licensee and they are giving you business. Through them, I am doing business.

Q. Just to confirm, the United States did -- is the United States company a master licensee or master licensor?

MR. HARDCASTLE: Objection.

A. No one else has the license.

BY MR. WELTSCH:

Q. I will ask the question again. Is A2B U.S. a master licensor?

MR. HARDCASTLE: Objection.

(Discussion off the record.)

BY MR. WELTSCH:

Q. Is there a license agreement between A2B India and A2B U.S.?

MR. HARDCASTLE: Objection.

A. Yes, there is.

BY MR. WELTSCH:

Q. Do you have possession of that agreement between A2B United States and A2B India?

A. I have an agreement.
MR. WELTSCH: Did he say "had"?
THE INTERPRETER: There is an agreement.
MR. WELTSCH: We would ask for production of that agreement.
MR. HARDCASTLE: I am not sure by the witness's testimony whether that agreement is written or oral, but if it is written, I will see that it is produced.
MR. WELTSCH: Okay. I am looking to No. 8. It says, "If it is written, identify any agreements including license agreements to which Defendants are a party relating to the use of the Adyar Ananda Bhavan mark in the United States."
MR. HARDCASTLE: Right. And I think we produced the ones with the sublicensees.
MR. WELTSCH: Yes.
MR. HARDCASTLE: If it is written, I will confirm. The reason why I didn't produce one is because I don't believe it is written. I believe it is oral. But if it is written, then I will make sure that is produced.
MR. WELTSCH: Okay.
BY MR. WELTSCH:

Q. Which makes it challenging to ask the following question. To the extent that there is an agreement, what are the terms of the agreement between A2B India and A2B U.S., to the extent that you recall?

A. The parent company allows the master -- so to increase the sales, we have a sublicense to increase the sales, and the parent company has allowed to us use the master license.

Q. Is it accurate to say that the agreement between A2B U.S. and Blue Bell and -- I am sorry.

Is the agreement between A2B U.S. and Blue Bell a sublicensing agreement?

A. Master licensee and then it is a sublicensee.

Q. So A2B U.S., your opinion is that -- is it your opinion that A2B U.S. is a master licensee?

MR. WELTSCH: Sorry, we are back in the same place as we were before. Let me move on from this line of questioning.

(Discussion off the record.)

(A registration Bates-stamped Heaven's Spike 0026 to Heaven Spice 0030 was marked for identification as Plaintiff's Exhibit B.)

BY MR. WELTSCH:

Q. This will be Exhibit B. Please take a look at this document. Do you recognize this document?

A. Yes.

Q. So could you tell me who the management is for -- sorry. Could you describe what this document is?

Sorry. This is Exhibit B and it is marked as Heaven's Spike 00026 to 00030.

Do you recognize this document?

A. Yes.

Q. Could you explain what this document is?

A. So in 2007, I was the one who registered Ms. Cavi Ramaswamy was my lawyer -- was my attorney who helped me register this.

Q. Can you tell me who the management was at the time of Adyar Ananda Bhavan Sweets & Snacks, Inc.?

A. Are you talking about U.S. or India?

Q. USA.

A. I was the one who registered and gave it to them. I got approval from India and registered it here.

Q. In looking at this document, I see it also lists KT Srinivasa Raja and KT Venkataesan. Were the three of you the only shareholders in Adyar Ananda Bhavan Sweets & Snacks?
A. Yes.
Q. And I see here that the business name is spelled B-H-A-V-E-N. Has that since been corrected?
A. Yes. We corrected it.
Q. I just want to confirm something. One of your responses to the interrogatories says that you were -- A2B U.S. was working since 2006 to build goodwill and -- you see here it says, ABBSS was the U.S.-based master licensor of the India-based company since 2006 -- you can just read that and then I will ask the question.
This interrogatory response says 2006, but the corporation was not formed until 2007. So what activities were taking place before the corporation was even formed?
MR. HARDCASTLE: Objection.
A. I didn't understand.
BY MR. WELTSCH:
Q. The response to the interrogatory says that efforts were made starting in 2006, but the

corporation Adyar Ananda Bhavan Sweets & Snacks, Inc., was not formed until 2007, one year later.

MR. HARDCASTLE: Objection to the form of the question.

BY MR. WELTSCH:

Q. The question is, were you acting in your personal capacity before the corporation was formed?

A. In 2006, I had taken him to Las Vegas, right. We had gone to the hotel and the restaurants, right.

Q. Okay. I am clear one from the explanation from before.

I am going back to the interrogatories from -- which were Exhibit A and -- so if I show him these responses in English, do I have to read them or can he read them, do they need to be repeated in Tamil or can he read them and process them on his own?

A. If it is something easy, I can read it myself, and it depends on which portion of it or which half of it.

Q. Okay. Can Mr. Raja please read No. 1 to himself?

A. (Sotto voce).

Q. Do you understand that question?
A. Yes.
Q. So I am going to scroll through the list of items that were listed in response to the question. When you have read them all, then I will go to the next page, so tell me when.
A. I am done.
I read up to white soan papdi.
Q. Okay. Perfect. Is this the complete list of items that have been sold in the United States that utilize the wording "Adyar Ananda Bhavan" as far as you are aware?
A. Can you go back to the previous page? Scroll down. Except for the one next -- the one after -- except that one. It is spelled M-O-R, space, K-U-Z-H-A-M-B-U.
Q. Okay. Understood.
A. All of these were items that were being sold.
Q. Does this list include any restaurant services?
MR. HARDCASTLE: Objection.
A. No. Sweet & Snacks was separate.
BY MR. WELTSCH:
Q. Does this list include any catering

services?

A. No catering services.

Q. Does this list include any takeout food services?

A. No.

Q. So would it be accurate to say that the Adyar Ananda Bhavan mark, pursuant to this interrogatory, is not used with any services in the United States that bear or utilize the Adyar Ananda Bhavan mark?

A. The Sweets & Snacks were separate, and then we changed everything from Adyar Ananda Bhavan to A2B. We changed everything.

Q. And when did that happen?

A. Attending New York they said they are going to be suing us. So we changed everything.

Q. I understand. I was looking for if Mr. Raja has a better idea as to the year that that happened.

A. I think it was 2019, once our attorney told us we changed everything, all at once.

Q. All at once. Do you recall if you changed -- when you changed -- scratch that.

Have you changed the use of Adyar Ananda Bhavan on packaging for Sweets & Snacks?

A. Everything is changed, it is all A2B only.
Q. And did the packaging change to A2B after the change occurred for the name on the restaurant or at the same time?
A. First we changed the packaging, and then we changed the Adyar Ananda Bhavan.
Q. So you are saying that the packaging was changed first and then you changed the restaurant afterwards?
A. Yes. Yes.
Q. I am going to stay on this exhibit and go to No. 2a, where we asked to identify the product or service bearing, utilizing the Adyar Ananda Bhavan mark identified in answer to Interrogatory No. 1. If you see here at the last line, it says, With respect to the products identified in Heaven Spice 000176, the date of first sale was October 9, 2013."
MR. WELTSCH: I am not going to ask a question until you are done interpreting.
BY MR. WELTSCH:
Q. I am not going to ask a question about that now; I will come back to it later.
I will show you a document called

Heaven Spice 00018 to 00020.

(E-mails Bates-stamped Heaven Spice 00018 through Heaven Spice 00020 was marked for identification as Plaintiff's Exhibit C.)

BY MR. WELTSCH:

Q. First, I will give you an opportunity to read this correspondence. Here is the first page. Tell me when you are done.

A. I am finished reading.

Q. Do you recall seeing this e-mail before?

A. I remember.

Q. Do you know who Narayan Raju is?

A. Yes. Mr. Narayan Raju and Sudharshon Lakshma Raju were doing business in Edison, New Jersey. So what happened was he had this idli shop, Mr. Narayan Raju was the one who had the idli shop and he contacted Mr. Sudharshon --

Q. I am sorry, what kind of shop?

THE INTERPRETER: I-D-L-I, it is actually one of the foods from South India. Idli, that is what it is called.

A. So that was a shop he had and he contacted Mr. Narayan Raju and said, "If you can supply the items, what we can do is we can keep it

in our restaurant and sell them."
BY MR. WELTSCH:
Q. Okay. So I see there is an e-mail here that was sent from KTSAABSweets to Balamurugan Raja. Can you confirm that that e-mail was sent from Mr. Srinivasa Raja to you?
A. Yes, from -- you see that it has come from there to my e-mail address. That is what it is.
Q. So where it says, "Sir, mail forwarded, contact our MD for further details," can you explain what that means? Sorry. Do you understand what that means?
A. So it is the staff who sent this and they have said sir, this is what he had said and the M.D. has asked us to provide it to you. M.D. is the managing director.
Q. Is that the managing director in India?
A. Mr. Srinivasa Raja, yes.
Q. Great. Then I note that you forwarded this e-mail to a Shreyabala@hotmail.com. Who is that? Do you know who that address is?
A. My acquaintance.
Q. And what was the purpose of forwarding it to your acquaintance?

A. He is my brother and he lives here and he helps me with everything here.

Q. And did any sales of A2B or Adyar Ananda Bhavan products result from this initial contact with Mr. Narayan Raju?

A. No. We only went and surveyed the place. There is one gentleman by the name Ashu who lives in Edison, New Jersey. So we went and saw this particular location, which had municipal parking. There was not enough space there and the atmosphere or the ambiance was not good enough, so we thought we would not proceed with that any further.

Q. Okay. Great.

I am going to share my screen again.

(Documents Bates-stamped Heaven Spice 000175 to Heaven Spice 000176, Heaven Spice 000033 through Heaven Spice 000035 was marked for identification as Plaintiff's Exhibit D.)

BY MR. WELTSCH:

Q. Exhibit D is comprised of Heaven Spice 000175 to 000176, 000033 through 35.

This is includes additional items that are not supposed to be on this list, so ignore those. And so it should be 33 to 35 and 175 to 176.

Is Mr. Raja familiar with this document?
A. Yes.
Q. And do you know what online Indiansweets@gmail.com is?
A. Earlier I did not know about that, but it has been ordered from this website.
Q. Could you explain what you mean by "earlier"?
A. So this appears to be an online order that has -- they have shipped it to the U.S. directly from there to here. We do not do that. We did not do that. So the customer has ordered it on their own.
Q. Does A2B U.S. have no involvement -- scratch that.
Did A2B U.S., Inc., have any involvement in online sales of Adyar Ananda Bhavan products?
A. No.
Q. Do you know how Adyar Ananda Bhavan products would be promoted from an online website?
A. I don't know. So in Edison, during the Bali, which is the Festival of Lights, there was somebody who bought a lot of sweets from India and

then they sold them here illegally. By the time we went there, they had disappeared.

Q. By the time you went where?

A. Edison. Edison, New Jersey.

Q. Were these products that you are talking about purchased via an online website?

A. Maybe online. Maybe when they came they may have brought it themselves. I don't know.

Q. They may have brought it themselves from India?

A. Maybe those who sold them. I don't know.

Q. I will show you what are invoices, documents 33 to 35. Have you seen these before, the ones that say "Indian Sweets to USA.com"?

A. No, I have not seen this.

Q. To confirm, your task within A2B U.S. was to create business -- let me rephrase.

Is it correct to say that your task within A2B U.S., Inc., was to create business opportunities for stores or restaurants within the United States?

A. Yes.

Q. Are you aware if there were consistent and continuous online sales of snacks and sweets

from 2013 through 2017 that used the Adyar Ananda Bhavan mark?

A. Are you talking online?

Q. Online, yes.

A. I don't know.

Q. You don't know. Okay.

(Discussion off the record.)

(Remote deposition recessed at 2:33 p.m. and resumed at 2:42 p.m.)

BY MR. WELTSCH:

Q. Earlier in the deposition I asked for an explanation of what activities Mr. Raja was engaging in between the time he started working in 2006, I believe, until 2017. It appeared to me that Mr. Raja was reading from, if not a script, certainly detailed notes.

MR. HARDCASTLE: Is there a question?

MR. WELTSCH: Can I keep going?

MR. HARDCASTLE: Okay. Yes, yes.

MR. WELTSCH: It was for you.

THE INTERPRETER: Okay.

MR. WELTSCH: Jay, if I could keep going.

THE INTERPRETER: He didn't understand and I am explaining again.

MR. HARDCASTLE: There is no question pending. There is no response required.

THE INTERPRETER: Right.

MR. HARDCASTLE: Wait until a question is asked and then respond.

BY MR. WELTSCH:

Q. The question is, did Mr. Raja prepare a series of notes to read from for this deposition?

A. Yes, I don't know that he is -- yes, I wrote down the years when Mr. Srinivasa Raja visited my, the years is what I wrote down, yeah, I did to remember.

MR. WELTSCH: We would call for production of those notes.

MR. HARDCASTLE: Noted.

The plaintiff has made a request for the production of the notes. I have noted that request and I will advise the witness accordingly.

THE WITNESS: Okay.

(An e-mail Bates-stamped Heaven Spice 000037 through Heaven Spice 000048 marked for identification as Plaintiff's Exhibit E.)

BY MR. WELTSCH:

Q. This is going to be Plaintiff's Exhibit E. Is Mr. Raja familiar with this e-mail?

THE INTERPRETER: We can't see it.
MR. WELTSCH: I apologize.
BY MR. WELTSCH:
Q. This is Plaintiff's Exhibit E, Heaven Spice 000037 through Heaven Spice 000048.
Mr. Raja, are you familiar with this e-mail?
A. Yes, I have seen this before.
Q. So is it correct to say that this e-mail, Murugan, refers to you; is that correct?
A. Yes.
Q. And then this e-mail that was sent on March 14, 2016, "Hello, Mr. Ramesh," was sent from you to a Mr. Ramesh; is that correct?
A. Yes. I was the one who sent it.
Q. Does this e-mail refer to the franchise that opened in Frisco, Texas?
A. He sends me pictures after taking a look at all the locations, and then I take a look at the locations, at pictures, and then we decide, and then I decide.
Q. Did A2B U.S. end up entering into an agreement with Mr. Ramesh?
A. Yes.
Q. Is that license agreement still in

affect?
A. Yes.
MR. WELTSCH: Then we would request production of that agreement.
MR. HARDCASTLE: Noted.
BY MR. WELTSCH:
Q. In this restaurant in Frisco, Texas, does it still say Adyar Ananda Bhavan anywhere on the restaurant?
MR. HARDCASTLE: Objection.
A. Yes.
BY MR. WELTSCH:
Q. Where does it say Adyar Ananda Bhavan on the restaurant?
A. In Frisco.
Q. Where on the restaurant itself does it say Adyar Ananda Bhavan?
A. In the front, it is written.
Q. On the front of the store it says "Adyar Ananda Bhavan"?
A. That is correct.
Q. Going back to the interrogatories for a second. Can you read No. 5, please?
MR. WELTSCH: Well, Mr. Raja can read it to himself in English and if he needs an

interpreter, I guess he can tell us.
A. Yes, I understood.
BY MR. WELTSCH:
Q. Okay. The response to this interrogatory says that "Adyar Ananda Bhavan" -- sorry. The only location that uses Adyar Ananda Bhavan is in Herndon, Virginia. The remainder of the markets use A2B. So is this answer incorrect?
A. I don't know. I have to see. I don't know.
Q. You signed this interrogatory under oath. So I am going to ask you to answer the question.
A. The sign is there in Herndon, Virginia.
Q. So are you unsure if Adyar Ananda Bhavan is still used in Frisco, Texas?
A. I don't know. I don't remember. In the beginning, I don't remember. I don't remember about Texas.
Q. But you signed these interrogatories stating that it was not in use in Texas; is that correct?
A. Yes, that is correct.
Q. Yes, it is correct that it is not used in Texas?

MR. HARDCASTLE: Objection.
A. I don't remember how it is in Texas.
(An agreement Bates-stamped Heaven Spice 00097 through Heaven Spice 000109 was marked for identification as Plaintiff's Exhibit F.)
BY MR. WELTSCH:
Q. Let's move to Exhibit F, which is going to be Heaven Spice 000097 to Heaven Spice 000109.
A. I don't know about that.
Q. Is Mr. Raja familiar with this agreement?
A. Yes.
Q. Did you create this agreement?
A. Yes.
Q. You wrote it personally; is that correct?
A. No, I didn't write it personally. I gave it to the attorney. They wrote on it and gave it back to us.
Q. So I am going to read something -- sorry. Could you explain what this document is?
A. A license agreement between master license and the sublicensee.
Q. And who is the sublicensee here?
A. Heaven Spice.

Q. And is this agreement still in effect?
A. Yes.
Q. I am going to --
MR. WELTSCH: Ms. Kumar, could you read this portion starting with, "Has decided to grant," and translate it?
THE INTERPRETER: Yes.
BY MR. WELTSCH:
Q. Do you see at the end of the paragraph where it says, under the tradename, "A2B"?
A. Yes.
Q. Does that mean that this agreement is granting the rights to use the trademark or trade name A2B in the United States?
A. A2B can be used, but the original name is Adyar Ananda Bhavan, that is the brand-name and everybody knows about it.
Q. I am going to go to No. 2.1.
A. Okay.
MR. WELTSCH: Could you read this starting with "This grant?"
THE INTERPRETER: Yes.
BY MR. WELTSCH:
Q. So we are going to go to Appendix A. And what marks are in Appendix A?

A. A2B.

Q. Are there any other marks listed in Appendix A?

A. Just A2B Vegetarian Restaurant is the only mark there.

Q. Okay. Great.

When, to your recollection, did the A2B Vegetarian Restaurant open up in South Plainfield, New Jersey?

A. March 16, 2017.

Q. It appears that this -- does this agreement -- is it your view that this agreement applies to any other trademarks other than what was listed in the agreement?

MR. HARDCASTLE: Objection.

A. Just for this. Only for this store.

(An agreement Bates-stamped Heaven Spice 000110 through Heaven Spice 000122 was marked for identification as Plaintiff's Exhibit G.)

BY MR. WELTSCH:

Q. I am going to go to Plaintiff's Exhibit G and that is going to be Heaven Spice 000110 to 000122.

Do you recognize this agreement?

A. Yes.

Q. Did you sign this agreement?
A. Yes.
Q. We are going to go to --
MR. WELTSCH: Can you read this part from Section 2.1?
THE INTERPRETER: The whole one?
MR. WELTSCH: The part up to Appendix A.
A. Yes.
BY MR. WELTSCH:
Q. And we are going to go to what Appendix A says. What marks are listed in Appendix A?
A. A2B.
Q. Is Adyar Ananda Bhavan listed in Appendix A?
A. No.
Q. So is it your view that Adyar Ananda Bhavan is not included in this license agreement, as well?
A. So Adyar Ananda Bhavan is the parent company. A2B is something that is part of the Adyar Ananda Bhavan.
Q. Understood. But 2.1 of the agreement says, "This grant includes all licensed marks, trademarks, watermarks, logos, emblems, which are

available and in possession of the master licensee attached in Appendix A."

Is the only mark listed in Appendix A A2B Veg Restaurant in a logo form?

MR. HARDCASTLE: Objection.

A. Yes, in the logo there is only A2B.

BY MR. WELTSCH:

Q. This agreement that we are talking about, who is this agreement between?

A. Master licensee and the sublicensee.

Q. And who are those parties?

A. Blue Bell Parsippany.

(A document titled: (WIP) Arbitration and Mediation Center was marked for identification as Plaintiff's Exhibit H.)

Q. I am going to introduce what is now Plaintiff's Exhibit H, even though it says G on this page.

Have you seen this document before?

A. I have not seen it.

Q. Can you tell me the circumstances under which you first learned about our client? The circumstances under which you learned about AAB New York City.

A. So this was from Heaven Spice

restaurant. There was a customer who complained about it. They said that the food was very, very good, but -- the brand-name's food was very good, but the food was very bad. We went there thinking that the brand-name, it has good food, but the food was very bad.

When we heard that we knew that there was no branch in New York, that is when we came to know about this.

Q. What year did this conversation take place?

A. 2019. Around the time when Blue Bell was about to begin, start.

Q. Say that again.

A. First he said 2019, around the time when Blue Bell was about to begin or start.

Q. I am going to introduce this document with you. I will explain what this is. I will just have you read to yourself the first -- the points that say one and two.

A. Okay.

Q. I am just going to scroll down here. Can you see the date of this document?

A. October 26, 2017.

Q. Is it your understanding that this

dispute this document speaks to, can you understand that from reading the first couple of paragraphs?

A. Yes.

Q. So do you have an understanding from reading this document that A2B India was in dispute with Anitha Gounder in Queens over the name Adyar Ananda Bhavan NY? Do you have that understanding from looking at this document?

A. I didn't understand. I don't know.

Q. Did you see the paragraph that says "Disputed domain name Adyar Ananda Bhavan NY"?

A. Yes.

Q. Do you see here where it says "MS Adyar Ananda Bhavan Sweets & Snacks of Chennai, India"?

A. Okay.

Q. Do you see that the date of this document is October 26, 2017?

A. Yes.

Q. Do you consider yourself to be a business partner with Adyar Ananda Bhavan Sweets & Snacks of Chennai?

MR. HARDCASTLE: Objection.

A. No.

BY MR. WELTSCH:

Q. You are not business partners with

Adyar Ananda Bhavan Sweets & Snacks?
MR. HARDCASTLE: Objection.
A. No, he is objecting, how can I answer.
BY MR. WELTSCH:
Q. You are allowed to answer with an Objection.
A. No. No.
Q. So how would you describe your relationship with Adyar Ananda Bhavan Sweets & Snacks?
MR. HARDCASTLE: Objection.
A. So it is more a friend. I have started it here and we have the license for it. That is the relationship.
BY MR. WELTSCH:
Q. Are the principal owners of Adyar Ananda Bhavan Sweets & Snacks in India co-owners of Adyar Ananda Bhavan Sweets & Snacks U.S.?
A. Yes.
Q. So looking at this document from 2017, we can see that the document relates to a dispute -- I am sorry, let me back up.
Do you know who Anitha Gounder is?
A. No, only after they sued us in 2019, that is when we know.

Q. I am saying now you know who she is, correct?

A. Yes. No, I know.

Q. So as you can see from this document, this is a dispute from 2017 between Adyar Ananda Bhavan Sweets & Snacks and the owner of my client; is that correct?

MR. HARDCASTLE: Objection.

A. I don't remember.

BY MR. WELTSCH:

Q. It is nothing to recall.

A. I don't know.

MR. HARDCASTLE: Objection. Asked and answered.

MR. WELTSCH: He didn't answer the question.

MR. HARDCASTLE: He said "I don't recall." "I don't recall" is an answer.

MR. WELTSCH: "I don't recall" is not an answer to the question.

MR. HARDCASTLE: Fair enough. Ask it again; I will put my objection on the record.

BY MR. WELTSCH:

Q. The question is, does looking at this document -- sir, does this document appear to be a

dispute between Adyar Ananda Bhavan Sweets & Snacks of India and Anitha Gounder, the owner of my client's company?

MR. HARDCASTLE: Objection.

A. I don't recall.

BY MR. WELTSCH:

Q. "I don't recall" is not an answer. If the answer is "I don't know" that is an answer to the question. "I don't recall" is something that happens in the past.

MR. HARDCASTLE: There is no response required because there is no question pending.

BY MR. WELTSCH:

Q. Do you see that the date of this document is 2017?

A. I see that.

Q. Did you ever have a discussion with Mr. Srinivasa Raja, the principal of Adyar Ananda Bhavan Sweets & Snacks, about AAB New York City prior to 2019?

A. No.

MR. WELTSCH: Can you read this that I highlighted on Page 85? Let me know when you are done.

Q. Can I go forward with a question?

A. Is this from India, Adyar Ananda Bhavan from India?

Q. No. It says U.S. Trademark.

MR. HARDCASTLE: To the witness, you don't ask questions. And, Keith, obviously you don't give answers.

BY MR. WELTSCH:

Q. So can you see from this document who the respondent is in the first line of this paragraph? And say that for me on the record.

A. They are filing in 2015 and the opposition was in 2016.

Q. The first line of this paragraph. Can he read that to me in English? The first line starting with "The respondent."

A. "The Respondent is the founder of the U.S. company."

Q. Does Mr. Raja have an understanding that the respondent in this case is my client?

MR. HARDCASTLE: Objection. That is not what the sentence says.

BY MR. WELTSCH:

Q. Does Mr. Raja understand that the respondent in this matter is the founder of a company called Adyar Ananda Bhavan Corp.?

A. I don't recall.
Q. It is a simple -- okay. Can he read the sentence in English? Can Mr. Raja read the sentence in English?
MR. HARDCASTLE: There is a reason why we have a translator here. If he would like to read it translated into Tamil, and then he can read it in his native language and then the translator --
MR. WELTSCH: I think we have done that, but go ahead and say it again.
THE INTERPRETER: So read it again to him, is that what you are saying --
MR. WELTSCH: Up to "New York Corporation."
THE INTERPRETER: Where is that at?
MR. HARDCASTLE: Why don't you highlight it. It is the first sentence.
THE INTERPRETER: Just the first sentence, okay.
A. Okay.
BY MR. WELTSCH:
Q. Does Mr. Raja know who Adyar Ananda Bhavan Corp. is in these proceedings?
A. Yes, I know.
Q. And who are they?

A. It is a New York Corporation.
Q. And what role do they have in this lawsuit?
A. They are using our name since 2013.
Q. Do you see here from this paragraph that Adyar Ananda Bhavan Corp. was issued a registration No. 5248990 on September 19, 2017?
A. Yes, I do.
Q. Great.
MR. WELTSCH: Do you see here -- can you please read this paragraph, the sentence that is highlighted to Mr. Raja?
THE INTERPRETER: Yes, I will do that.
A. Okay.
BY MR. WELTSCH:
Q. So can you see from this sentence that the respondent was operating a restaurant under the name Adyar Ananda Bhavan?
MR. HARDCASTLE: Objection.
A. Yes, but we didn't know about it, right, that they have been using this.
BY MR. WELTSCH:
Q. So, yes. The answer is yes.
So my question is, does this document say that Adyar Ananda Bhavan Corp. owned a trademark

registration for Adyar Ananda Bhavan in the United States?

MR. HARDCASTLE: Objection.

THE INTERPRETER: In the United States you said, right?

MR. WELTSCH: Yes.

A. Yes, if I look in this, that is how it appears.

BY MR. WELTSCH:

Q. Does this document also say that the respondent was operating a restaurant under the name Adyar Ananda Bhavan?

A. Yes.

Q. Does this document also say that the person who filed the complaint in this case is Adyar Ananda Bhavan Sweets & Snacks of Chennai, India?

A. Okay.

Q. Can he say yes or no?

A. Yes.

Q. And finally, the date -- to confirm, the date on this document is October 26, 2017, correct?

A. It is written here, but I truly do not know.

Q. Mr. Srinivasa Raja never discussed this

document or anything that was in this document with you; is that correct?

MR. HARDCASTLE: Objection.

A. I don't recall.

BY MR. WELTSCH:

Q. Did you ever have a conversation with Mr. Raja about anything that we have discussed today about this document?

MR. HARDCASTLE: Objection.

A. I don't recall.

BY MR. WELTSCH:

Q. Okay. I will move on.

How often do you visit any of the individual branches that have license agreements with A2B U.S.?

A. I cannot say how often. Whenever I would like to or think of it, I just go. I cannot tell you a time.

Q. What quality control measures does A2B U.S. participate in with the individual branches?

A. Quality control. So I will be going first and see if the quality of the food is good enough. In addition, to some extent, the sublicensees were also the chefs, take care of these things.

Q. I apologize. Can you explain what you mean by "take care of these things"?

A. Every day we check the quality of the food and also they check the brand-name. After that, only we come out after checking the quality of the food, they taste it too.

Q. Who tastes the food?

A. The chef.

Q. The chef who works at the restaurant tastes the food; is that correct?

A. There are three or four people who check. The chef who works in those restaurants, the sublicensee. And if I happen to go there, I taste it too, I check it too.

Q. So the sublicensee -- are you saying that the sublicensee would be primarily responsible for checking the quality of their individual branch?

A. Yes.

Q. Do you know who Mr. C Senthil Anandan is?

A. We had gone to the restaurant. That is when I saw him.

Q. I need to clarify. When you say "you went to the restaurant," do you mean when you went to the restaurant owned by my client?

A. Yes, I had gone.
Q. What was the purpose of the visit to my client's restaurant?
A. So there is this gentleman by the name Subramaniam who is a chef in the New York Ganesh Temple, and he worked in the kitchen.
Mr. Subramaniam and Mr. Srinivasa Raja are friends.
So Mr. Subramaniam called me and told me that there is one Mr. Senthil in New York who wants to see you. So I went there to see him.
Q. To your knowledge, had Mr. Senthil Anandan ever been to one of your restaurants?
A. No, I do not know. He is actually mentioned to me that I have visited your restaurant and I had seen you there. That is when I came to know that he had visited our restaurant.
Q. So when you came to the restaurant in New York City, what did you discuss with Mr. Anandan?
A. So once I went inside I asked for the owner, and that is when Mr. Senthil came out and he told me that he had seen me. Mr. Subramaniam asked me to come and see you, that is the reason I am here.
Mr. Vishnu, Mr. Venkatesan, who is

another director, and myself, we all went to the restaurant. He said that he wanted to talk to me and develop the brand really big. So after that, I got busy so I could not come.

In the meanwhile, there was another gentleman by the name Amouden[ph] who was working at your restaurant, he called me and he was very upset about something and he was screaming and yelling over the phone.

After this, Senthil said that he spoke very loud and was very angry, so that is when what I did I was I filed a lawsuit on your company, and in a few weeks I was about to come to your restaurant and talk to you. The date we went to that restaurant was August 31, 2019.

So we had -- we ate in that restaurant and then I was about to pay him and he said, "No, no, no, don't pay me. We will come later on and talk to you about it. Thanks for coming." He said that also. Because you came -- "I asked you to come, so that is why you came to visit me." That was the other thing that he also said.

Q. Did Mr. Anandan say to you that he had the ability to negotiate on behalf of my client?

A. That is what he said because a woman

called me and he was so upset, I filed the lawsuit. And after a few weeks, I was planning anyway to come and talk to you.

Q. And did he say what he was looking to -- what kind of terms he was looking to negotiate with you?

A. After a women talked to me, that is when we filed the lawsuit. He was thinking about making the brand-name really big prior to that.

Q. When he said he was going to make the brand really big, did you think you wanted some sort of partnership with your company?

A. No, not partnership. All he wanted was -- the idea was to have one of the branches and make the brand name big. It will be more like a sublicensee or like a franchise with the logo.

Q. Okay.

I am going to turn back to the interrogatories, which were Exhibit A. I would like to look at No. 8. Can you read No. 8, please?

THE INTERPRETER: Ms. Kumar, you can read it to him. That will be fine.

BY MR. WELTSCH:

Q. This response references a Tahra Spices, LLC of California, dated June 24, 2020.

Does A2B U.S. have a license agreement currently with Tahra Spices, LLC?
A. Yes, we have it.
MR. WELTSCH: We request production of that license agreement.
MR. HARDCASTLE: Noted.
BY MR. WELTSCH:
Q. Does A2B Sweets & Restaurant, LLC of Texas listing refer to the Frisco Branch?
A. Yes.
Q. I am going to go back to the California location. Does the California location use the mark "Adyar Ananda Bhavan" on the building at all?
A. Okay. I would have to see.
Q. Can you explain what you mean "you will have to see"?
Was a decision made to stop using Adyar Ananda Bhavan solely in New Jersey?
A. In the beginning it was in New Jersey and then A2B, right.
Q. When the decision was made to stop using Adyar Ananda Bhavan in stores and on packaging, has that -- sorry, I apologize.
Was the decision made to stop using Adyar Ananda Bhavan only in New Jersey?

MR. HARDCASTLE: Objection.
A. I don't recall.
BY MR. WELTSCH:
Q. Have you had any discussions with anyone from the California branch about the use of the trademark Adyar Ananda Bhavan?
A. I don't remember.
Q. Have you had any conversations with anybody at the Texas branch about the use of the trademark Adyar Ananda Bhavan?
A. No, I don't remember.
Q. Have you had any conversations with anybody at the Princeton branch about the use of the trademark Adyar Ananda Bhavan?
A. Yes.
Q. So you specifically -- is it correct to say that you specifically recall having conversations with restaurants in New Jersey about the use of the trademark Adyar Ananda Bhavan?
A. No, overall everything -- we were asked to change everything and that is what we did.
Q. But you just said that you are not sure if you had conversations about that, about the Adyar Ananda Bhavan trademark in California and Texas; is that correct?

A. I don't know.
Q. In your response to Interrogatory No. 5 --
MR. WELTSCH: Can you read the answer to Interrogatory No. 5, Ms. Kumar?
A. Yes, I think so.
BY MR. WELTSCH:
Q. So to confirm, you think that all of the branches, except for the Herndon branch, use A2B; is that correct?
A. I think they have not changed it only in Virginia.
Q. In Virginia. So it is your recollection that they have stopped using it -- is it your recollection that they have stopped using it in California and Texas?
MR. HARDCASTLE: Objection.
A. I don't recall.
BY MR. WELTSCH:
Q. In looking at the answers to No. 8, I note that the Herndon location is not listed as having a license agreement with ABB, Inc. Does ABB, Inc., have a license agreement with -- sorry.
Does A2B U.S. have a license agreement with the Herndon location?

A. No.
MR. WELTSCH: Could you repeat the question, please.
(The following was read by the reporter. "Question. In looking at the answers to No. 8, I note that the Herndon location is not listed as having a license agreement with ABB, Inc. Does ABB, Inc., have a license agreement with -- sorry.
Does A2B U.S. have a license agreement with the Herndon location?")
BY MR. WELTSCH:
Q. So what type of agreement does the Herndon location have that allows it to use the A2B and Adyar Ananda Bhavan marks in the United States?
MR. HARDCASTLE: Objection.
THE INTERPRETER: Once again, I want to go back on this question. Can you repeat the question, please?
MR. WELTSCH: Sure.
BY MR. WELTSCH:
Q. What type of agreement does the Herndon location have with either A2B -- sorry, let me ask that again.
Does the Herndon location have any type

of agreement with A2B, the United States company?
A. It is in the process.
Q. When did the Herndon location open up?
A. January 30, 2019. January 30 -- no. December 1, 2019.
Q. So, to confirm, the Herndon location has been operating without a license to use any of the trademarks since 2019 -- sorry, I will back that question up.
Has the Herndon location been operating since 2019 without a written license?
A. Yes.
Q. What supervision does A2B U.S. have over the Herndon, Virginia branch without a license agreement?
A. So there was some discussions going on. That is why it takes more time.
Q. Is the Herndon, Virginia branch paying a royalty for sales currently?
A. So the sublicensee takes care of most of it. There are some issues with about two people or so. So agreement is still in discussion stage and it does take some time.
No. You asked the question, right, about royalty; the answer is no.

Q. Is the Herndon location paying any royalties to A2B India?
A. No.
Q. Is it correct to say that the Herndon branch is using the A2B trademark without formal permission from either A2B India or A2B U.S.?
MR. HARDCASTLE: Objection.
BY MR. WELTSCH:
Q. Scratch the question.
Does the Herndon branch have permission to operate using the Adyar Ananda Bhavan trademark from A2B U.S.?
A. We have not yet changed it to A2B, so only when we change it we will be giving them permission.
Q. Did the restaurant in Herndon open up before discussing open up the store with you?
THE INTERPRETER: Can you rephrase the question? I don't understand.
MR. WELTSCH: Sure.
BY MR. WELTSCH:
Q. Did the Herndon branch -- did you know about the Herndon branch opening up before it opened?
A. Yes.

MR. WELTSCH: Can you read the question and answer back, please.
(The following was read by the reporter. "Question. Did the Herndon branch -- did you know about the Herndon branch opening up before it opened?
"Answer. Yes.")
BY MR. WELTSCH:
Q. Do you engage in any sort of quality control tactics or any quality control measures with the Herndon branch?
A. They don't issue the license then.
Q. Okay. I am going to turn to No. 2 in the interrogatories. So if we can turn to 2C. Can you read 2C, please -- I will read it in English.
"The dollar value expended in advertising from the date of first use to the present on a quarterly annual basis in the United States."
And then the response includes, "Defendants are unable to provide a more specific breakdown because their U.S.-based advertising efforts are not carried out on a regular basis. The strength of and goodwill associated with the India-based company provides sufficient name

recognition in the target community. The foregoing notwithstanding, defendants have spent $15,616 to date."

MR. WELTSCH: Please repeat that to him.

THE INTERPRETER: Okay.

A. Yes, in India we advertise it in the TV, in the television.

BY MR. WELTSCH:

Q. Do you know how that number of $15,616 was calculated?

A. You will have to ask them. I don't know.

Q. Who is "them"?

Then I would say, the defendants include your company. So you were part of that calculation.

A. Are you talking about the U.S. company?

Q. Yes. The U.S. company is a defendant in this case.

A. I don't know how to say that. I don't know.

Q. He signed these interrogatories. He has personal knowledge of this answer.

MR. HARDCASTLE: Is there a question?

MR. WELTSCH: Yes.
MR. HARDCASTLE: What is the question?
BY MR. WELTSCH:
Q. The question is, how is the $15,616 spent in advertising calculated?
MR. HARDCASTLE: Objection. Asked and answered.
A. I don't know how to say that.
BY MR. WELTSCH:
Q. Are you aware of the kind of advertising that any of the sublicensees utilize in America?
A. So what happens is in places where we donate Tommy Sangum is an association. When we donate, there is some advertisement there. And when we cater to those events, also we donate. They do this both in New York and in Washington, D.C.
Q. I am going to go to letter D from the same question. I will read it. "The dollar amounts of sales from the date of first use to the present on a quarterly and annual basis," and then I am just going to read this sentence. "That said, they have sold $495,827 worth of ABB branded Sweets & Snacks since operations began."
My question is, how was that $495,827

calculated?
A. We give the details to the sublicensee.
Q. You give what details to the sublicensee?
A. So what happens is the sublicensee are the people who give us the number of sales, what they have sold, et cetera, and all that information is given to us and then we give the numbers.
Q. Does that $495,827 speak to all of the sublicensees or only the sublicensees in New Jersey that are -- I am sorry, that is two questions.
Does the $495,827 refer to all of the sublicensees?
A. In New Jersey, it is Heaven Spice and Blue Bell.
Q. And not Princeton; is that correct?
A. Yes.
Q. Okay.
(A list of the revenues and expenses for the Heaven Spice branch in 2017, Bates-stamped Heaven Spice 000165 was marked for identification as Plaintiff's Exhibit I.)
BY MR. WELTSCH:
Q. I will show you what is Exhibit I. Are you familiar with this document? This is Heaven

Spice 000165.

(Discussion off the record.)

BY MR. WELTSCH:

Q. Are you familiar with this document?

A. Yes.

Q. Is this document a list of the revenues and expenses for the Heaven Spice branch in 2017?

A. Yes.

Q. Does this say that the gross profit for Heaven Spice in 2017 was approximately $1.3 million?

A. Only if I have it beside me and compare will I be able to tell if it is correct or incorrect.

Q. Okay.

(A breakdown of sales at the Heaven Spice branch in 2017, Bates-stamped Heaven Spice 000166 was marked for identification as Plaintiff's Exhibit J.)

BY MR. WELTSCH:

Q. Do you recognize this document, which is Exhibit J, Heaven Spice 000166?

A. Yes.

Q. And is this a further breakdown of sales at the Heaven Spice branch in 2017?

A. Yes, not exactly the figure. The

format is the same, but it may not be the exact same numbers, only if I have it beside me and compare it I will be able to give you a better idea.

Q. Okay.

(A spreadsheet, Bates-stamped 000167 was marked for identification as Plaintiff's Exhibit K.)

BY MR. WELTSCH:

Q. Do you recognize this document, Exhibit K, Heaven Spice 000167?

A. It is the same format.

Q. Do you happen to know what year this is from?

A. I don't remember, only if I compare it I will be able to tell you.

Q. This $161,481.96 in the royalty column, does that refer to the amount that A2B U.S. received from the sublicensee?

A. Yes.

(A document Bates-stamped 000168 was marked for identification as Plaintiff's Exhibit L.)

BY MR. WELTSCH:

Q. Do you recognize this document, this is Exhibit L, Heaven Spice 000168?

A. Yes, I have seen.

Q. So this yellow column on the right, does that refer to the yearend numbers?
A. Maybe, only if I am able to have it next to each other and compare, then only I will be able to know if it is the same or exact.
Q. But you would agree that this refers to the South Plainfield location; is that correct?
A. Can you move it over this side? More. It looks like...
Q. It looks like Heaven Spice; is that correct?
A. Correct.
(A document Bates-stamped 000169 was marked for identification as Plaintiff's Exhibit M.)
BY MR. WELTSCH:
Q. Do you recognize this document, which is Exhibit M, Heaven Spice 000169?
Do you see at the top where it says "2019 Parsippany"?
A. Yes.
Q. Would this royalty on the right-hand column refer to what A2B U.S. was paid from the sublicensee?
A. I only know if I can pull my -- if I look at my records I know.

(Discussion off the record.)
BY MR. WELTSCH:
Q. Let me ask one last question, then.
Other than the one incident in 2019 when someone came to the New Jersey location to discuss my client, are you aware of other instances where customers -- are you aware that there -- of other instances where there are customers who have asked if the New York City location was related to any of the locations in New Jersey?
A. About what?
Q. Asking if the New Jersey locations were related or affiliated with the restaurant in New York.
A. The customer does not know the difference. They both have the same name, so they don't know. This is different only when they came and experienced it, they know that this was their experience.
Q. I was asking was there more than just one customer.
A. Many customers have asked.
Q. Okay.
MR. WELTSCH: We are adjourned.

(Remote deposition concluded at 4:45 p.m.)

_______________________________
BALAMURUGAN RAJA

Subscribed and sworn to before me

this __ day fo ___________, 2022.

_________________________________
Notary public

CERTIFICATE

I, RITA GARDNER, Notary Public of the State of New Jersey and a Certified Court Reporter, do hereby certify that prior to the commencement of the examination, BALAMURUGAN RAJA was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the remote testimony as taken stenographically by and before me at the time and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative or employee of such attorney or counsel, and that I am not financially interested in the action.

Rita Gardner

Notary Public of the State of New Jersey

Dated: February 23, 2022

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS

CASE NAME: Adyar Ananda Bhavan, Corp. v. Heaven Spice USA LLC., Et Al

DATE OF DEPOSITION: 2/11/2022

WITNESSES' NAME: Balamurugan Raja

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |
| ____ | _________ | ____________________________ | __________________________ |

________________________________
Balamurugan Raja

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____________, 20__.

______________________ ________________________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

**&**

**&** 1:8 2:2,6 9:9,13 9:18 10:23 11:15 18:19 19:4 20:1 21:23 22:11,25 40:14,20 41:1,9,17 41:18 42:6 43:1 43:19 47:16 53:8 61:23

**0**

**000033** 3:15 26:17 26:22
**000035** 3:15 26:18
**000037** 3:17 30:21 31:5
**000048** 3:17 30:21 31:5
**000097** 34:8
**000109** 3:19 34:4,8
**000110** 3:20 36:18 36:22
**000122** 3:21 36:18 36:23
**000165** 3:24 62:21 63:1
**000166** 4:4 63:17 63:21
**000167** 4:6 64:5,10
**000168** 4:7 64:20 64:24
**000169** 4:8 65:13 65:17
**000175** 3:14 26:17 26:22
**000176** 3:14 23:18 26:17,22
**00018** 3:12 24:1,3
**00020** 3:13 24:1,3
**00026** 18:10
**00030** 18:10
**00097** 3:18 34:4
**0026** 3:10 17:24
**0030** 3:11 17:24
**08534** 2:3

**1**

**1** 20:23 23:16 57:5
**1.3** 63:10
**11** 1:15 14:18
**11530** 2:7
**14** 3:8 12:19 31:13
**15,616** 60:2,10 61:4
**16** 36:10
**16/7** 4:11
**161,481.96** 64:16
**16879** 1:3
**17** 3:10
**175** 26:25
**176** 26:25
**18** 12:21
**19** 13:5 46:7
**19335** 5:5
**1990** 10:7,8,8,10
**1992** 10:13
**1998** 10:13,14
**1:07** 1:16

**2**

**2** 2:3 59:13
**2.1** 37:5,23
**2.1.** 35:18
**2/11/2022** 69:3
**20** 13:5 69:22
**2006** 10:14,15 11:9 15:1 19:12,15,17 19:25 20:9 29:14
**2007** 9:10 10:16,24 11:1 18:15 19:18 20:2
**2009** 11:11
**2010** 13:10
**2011** 11:22
**2012** 12:9,15
**2013** 23:19 29:1 46:4
**2015** 12:19 44:11
**2016** 12:21 31:13 44:12
**2017** 3:24 4:4 9:3 9:4 10:4,15 11:1 13:16 29:1,14 36:10 39:24 40:17 41:20 42:5 43:15 46:7 47:21 62:20 63:7,10,16,24
**2019** 22:20 39:12 39:15 41:24 43:20 51:15 57:4,5,8,11 65:19 66:4
**2020** 52:25
**2022** 1:16 67:8 68:24
**23** 68:24
**24** 3:12 52:25
**26** 3:14 39:24 40:17 47:21
**28** 11:22
**2:19** 1:3
**2:42** 29:9
**2a** 23:13
**2c** 59:14,15

**3**

**30** 3:16 57:4,4
**30/14** 4:12
**300** 2:7
**31** 2:3 51:15
**32/1** 4:12
**33** 26:25 28:14
**3313** 5:4
**34** 3:18
**35** 26:22,25 28:14
**36** 3:20
**38** 3:22

**4**

**4** 12:9
**4,000** 12:17
**400** 2:7
**452-7100** 2:4
**495,827** 61:23,25 62:9,12
**4:45** 67:3

**5**

**5** 3:4 32:23 55:2,5
**5248990** 46:7
**53/3** 4:13

**6**

**609** 2:4
**62** 3:23
**63** 4:3
**64** 4:5,7
**65** 4:8

**7**

**7** 11:12

**8**

**8** 16:12 52:20,20 55:20 56:6
**85** 43:23

**9**

**9** 23:18
**9235** 68:21

**a**

**a2b** 8:9,10,11,19 8:20,23 9:2,19 10:9,17 11:2,4,17 13:2,3 15:4,14,20 15:20,25,25 17:4,4 17:11,13,17,18

19:12 22:13 23:1 23:3 26:3 27:15 27:17 28:17,20 31:22 33:8 35:10 35:14,15 36:1,4,7 37:13,21 38:4,6 40:5 48:15,19 53:1,8,20 55:10,24 56:10,14,23 57:1 57:13 58:2,5,6,6 58:12,13 64:17 65:22
**aab** 8:13 38:23 43:19
**aabc** 14:20
**abb** 55:22,22 56:7 56:8 61:23
**abbss** 19:13
**ability** 51:24
**able** 63:12 64:3,15 65:3,5
**absolutely** 7:11
**accurate** 17:10 22:6 68:11
**acquaintance** 25:23,25
**acronyms** 8:16
**acting** 20:6
**action** 1:3 5:13 68:16,19
**activities** 11:8 19:19 29:12
**addition** 6:8 48:23
**additional** 26:23
**address** 25:8,22
**adjourned** 66:24
**advertise** 60:7
**advertisement** 61:15
**advertising** 59:17 59:22 61:5,11
**advise** 30:18
**adyar** 1:4,7 5:13 5:18 7:15 8:5 9:8 9:13,17 10:22 14:23 16:15 18:19 19:3 20:1 21:11 22:7,9,12,24 23:7 23:14 26:3 27:18 27:21 29:1 32:8 32:13,17,20 33:5,6 33:15 35:16 37:14 37:17,20,21 40:6 40:11,13,20 41:1,9 41:16,18 42:5 43:1,18 44:1,25 45:22 46:6,18,25 47:1,12,15 53:13 53:17,22,25 54:6 54:10,14,19,23 56:15 58:11 69:2
**affect** 32:1
**affiliated** 66:13
**afternoon** 5:9
**agree** 65:6
**agreement** 3:18,20 15:19,25 16:1,4,6 16:8 17:3,3,11,13 17:14 31:23,25 32:4 34:3,11,13,22 35:1,12 36:12,12 36:14,17,24 37:1 37:18,23 38:8,9 53:1,5 55:22,23,24 56:7,8,10,13,22 57:1,15,22
**agreements** 16:13 16:13 48:14
**ah** 9:20
**ahead** 45:10
**al** 69:2
**allowed** 17:9 41:5
**allows** 17:6 56:14
**alydar** 5:4
**ambiance** 26:11
**america** 7:21 12:17 61:12
**american** 12:1,4
**amouden** 51:6
**amount** 64:17
**amounts** 61:19
**ananda** 1:4,8 5:14 5:18 7:15 8:5 9:8 9:9,13,18 10:23 14:23 16:15 18:19 19:4 20:1 21:11 22:7,9,12,25 23:7 23:14 26:4 27:18 27:21 29:1 32:8 32:13,17,20 33:5,6 33:15 35:16 37:14 37:17,20,22 40:7 40:11,14,20 41:1,9 41:17,18 42:5 43:1,18 44:1,25 45:22 46:6,18,25 47:1,12,16 53:13 53:18,22,25 54:6 54:10,14,19,24 56:15 58:11 69:2
**anandan** 49:19 50:12,19 51:23
**angry** 51:11
**anitha** 40:6 41:23 43:2
**annual** 59:18 61:21
**answer** 6:6,11,17 6:22 7:2 13:19 23:15 33:8,12 41:3,5 42:15,18,20 43:7,8,8 46:23
55:4 57:25 59:2,7 60:24
**answered** 42:14 61:7
**answers** 14:13 44:6 55:20 56:5
**anybody** 54:9,13
**anyway** 10:1 52:2
**apologize** 10:1 31:2 49:1 53:23
**appear** 42:25
**appeared** 29:14
**appears** 27:10 36:11 47:8
**appendix** 35:24,25 36:3 37:7,11,12,15 38:2,3
**applies** 36:13
**approached** 13:16
**approval** 18:24
**approximately** 63:10
**arbitration** 3:22 38:13
**area** 11:21
**ashu** 26:7
**asked** 14:11 23:13 25:16 29:11 30:5 42:13 50:20,22 51:20 54:20 57:24 61:6 66:9,22
**asking** 6:8,14 66:12,20
**associated** 59:24
**associates** 2:2
**association** 11:11 12:15,16 61:14
**ate** 51:16
**atmosphere** 26:11
**attached** 38:2

**attended** 13:7
**attending** 22:15
**attorney** 6:9 18:17 22:20 34:18 68:15 68:17
**attorneys** 2:5,8
**august** 51:15
**available** 38:1
**award** 11:23 12:6 12:6
**aware** 21:12 28:24 61:10 66:6,7

**b**

**b** 3:10 17:25 18:2 18:9 19:7 21:16
**back** 13:15 17:19 20:14 21:13 23:24 32:22 34:19 41:22 52:18 53:11 56:18 57:8 59:2
**background** 7:20
**bad** 39:4,6
**balamurugan** 1:6 3:3 5:4 7:8 25:4 67:5 68:7 69:3,21
**bali** 27:24
**based** 9:11 15:1 19:14,14 59:22,25
**basis** 11:4 59:18 59:23 61:21
**bates** 3:10,12,14 3:16,18,20,24 4:4 4:5,7,8 17:23 24:2 26:16 30:20 34:3 36:17 62:20 63:16 64:5,20 65:13
**bear** 22:9
**bearing** 23:14
**began** 61:24
**beginning** 33:18 53:19
**behalf** 51:24
**believe** 16:21,21 29:14
**bell** 1:7 8:13 9:12 17:11,14 38:12 39:12,16 62:15
**benefit** 6:21
**better** 8:8 22:18 64:3
**bhavan** 1:4,8 5:14 5:18 7:15 8:5 9:8 9:9,13,18 10:23 14:23 16:15 18:19 19:4 20:1 21:12 22:7,10,12,25 23:7 23:15 26:4 27:18 27:21 29:2 32:8 32:13,17,20 33:5,7 33:16 35:16 37:14 37:18,20,22 40:7 40:11,14,20 41:1,9 41:17,18 42:6 43:1,19 44:1,25 45:23 46:6,18,25 47:1,12,16 53:13 53:18,22,25 54:6 54:10,14,19,24 56:15 58:11 69:2
**big** 51:3 52:9,11 52:15
**bit** 7:13,19 10:1,18
**blue** 1:7 8:12 9:12 17:11,14 38:12 39:12,16 62:15
**body** 6:22
**born** 7:20,22,22 8:1,1
**bottom** 14:15
**bought** 27:25
**branch** 3:24 4:4 39:8 49:17 53:9 54:5,9,13 55:9 57:14,18 58:5,10 58:22,23 59:4,5,11 62:20 63:7,16,24
**branches** 48:14,20 52:14 55:9
**brand** 35:16 39:3 39:5 49:4 51:3 52:9,11,15
**branded** 61:23
**break** 7:1,3
**breakdown** 4:3 59:22 63:15,23
**brother** 26:1
**brought** 10:20 28:8,9
**build** 19:12
**building** 53:13
**business** 11:6,21 12:1,4,13,14 13:8 13:15 15:7,7 19:6 24:15 28:18,20 40:20,25
**busy** 51:4

**c**

**c** 2:1 3:12 24:4 49:19
**calculated** 60:11 61:5 62:1
**calculation** 60:17
**california** 52:25 53:11,12 54:5,24 55:16
**call** 7:9 13:11 30:13
**called** 12:15 23:25 24:22 44:25 50:8 51:7 52:1
**capacity** 20:7
**care** 11:6 48:24 49:2 57:20
**carried** 59:23
**case** 14:12 44:19 47:15 60:20 69:2
**cater** 61:16
**catering** 10:15 21:25 22:2
**cavi** 18:16
**center** 3:22 38:14
**ceremony** 12:6
**certainly** 7:18 10:3 29:16
**certificate** 68:2
**certified** 1:14 68:5
**certify** 68:6,10,14
**cetera** 62:7
**challenging** 17:1
**change** 23:3,4 54:21 58:14 69:5
**changed** 22:12,13 22:16,21,23,23,24 23:1,6,7,9,9 55:11 58:13
**check** 13:12 49:3,4 49:12,14
**checking** 49:5,17
**chef** 11:15,17 49:8 49:9,12 50:5
**chefs** 48:24
**chennai** 40:14,21 47:16
**circumstances** 38:21,23
**city** 2:7,7 8:14 38:24 43:19 50:18 66:9
**civil** 1:3
**clarify** 6:19 49:23
**clear** 9:24 20:12
**clearly** 6:24
**client** 9:12 38:22 42:6 44:19 49:25

51:24 66:6
**client's** 43:3 50:3
**column** 64:16 65:1 65:22
**come** 13:14 23:24 25:7 49:5 50:23 51:4,13,18,21 52:2
**coming** 51:19
**commencement** 68:6
**commencing** 1:16
**commission** 69:25
**committed** 14:21
**community** 60:1
**companies** 8:9 9:11
**company** 8:10 9:10 10:11,15,17 15:5,9 17:6,8 19:15 37:21 43:3 44:17,25 51:12 52:12 57:1 59:25 60:16,18,19
**company's** 15:1
**compare** 63:11 64:2,14 65:4
**complained** 39:1
**complaint** 47:15
**complete** 21:9
**completely** 6:16
**complicated** 8:7
**comprised** 26:21
**concerning** 6:5
**concluded** 67:2
**conducted** 5:22
**confirm** 15:8 16:20 19:10 25:5 28:17 47:20 55:8 57:6
**confusion** 7:13 9:16 10:2
**consider** 40:19
**consistent** 28:24
**cont'd** 4:1
**contact** 25:11 26:5
**contacted** 24:18 24:24
**contention** 14:20
**continuous** 28:25
**control** 48:19,21 59:10,10
**conversation** 8:8 39:10 48:6
**conversations** 54:8,12,18,23
**corp** 1:4 44:25 45:23 46:6,25 69:2
**corporation** 5:14 10:13,22 19:18,20 20:1,7 45:14 46:1
**correct** 10:24 28:19 31:9,10,14 32:21 33:22,23,24 34:16 42:2,7 47:22 48:2 49:10 54:16,25 55:10 58:4 62:16 63:12 65:7,11,12
**corrected** 19:8,9
**correspondence** 24:7
**council** 12:1,4
**counsel** 5:13 68:15 68:18
**couple** 40:2
**course** 13:24
**court** 1:1,14 5:16 6:21 68:5
**courtroom** 5:25
**create** 28:18,20 34:13
**currently** 53:1 57:19
**customer** 27:13 39:1 66:15,21
**customers** 66:7,8 66:22
**cv** 1:3

**d**

**d** 3:14 24:20 26:19 26:21 61:18
**d.c.** 13:5 61:17
**dallas** 12:20
**date** 23:18 39:23 40:16 43:14 47:20 47:21 51:14 59:17 60:3 61:20 68:13 69:3
**dated** 52:25 68:24
**day** 49:3 67:8 69:22
**deal** 9:15
**deall** 8:1
**december** 57:5
**decide** 31:20,21
**decided** 35:5
**decision** 53:17,21 53:24
**defendant** 60:19
**defendant's** 14:8
**defendants** 1:9 2:8 3:8 9:21 14:3,11 14:12,19 16:14 59:21 60:2,15
**definitely** 7:11
**depends** 20:21
**deposition** 1:5 5:20,21 6:3 13:24 29:8,11 30:8 67:2 69:3
**describe** 18:7 41:8
**description** 3:7 4:2
**designed** 5:23
**detailed** 29:16
**details** 25:11 62:2 62:3
**develop** 12:13,14 51:3
**difference** 66:16
**different** 9:11,11 9:21 66:17
**directly** 27:12
**director** 13:1 25:17,18 51:1
**directors** 12:23
**directs** 6:10
**disappeared** 28:2
**discuss** 5:21 50:18 66:6
**discussed** 47:25 48:7
**discussing** 58:17
**discussion** 15:17 17:22 29:7 43:17 57:22 63:2 66:1
**discussions** 54:4 57:16
**dispute** 40:1,5 41:21 42:5 43:1
**disputed** 40:11
**distinction** 8:15
**district** 1:1,2 5:16
**document** 3:22 4:7 4:8 14:10 18:3,4,8 18:11,13 19:1 23:25 27:2 34:21 38:13,19 39:17,23 40:1,5,8,17 41:20 41:21 42:4,25,25 43:15 44:8 46:24 47:10,14,21 48:1,1

48:8 62:25 63:4,6 63:20 64:9,20,23 65:13,16
**documents** 3:14 13:24 14:1 26:16 28:14
**doing** 10:3,8 11:8 13:17 15:7 24:15
**dollar** 59:16 61:19
**domain** 40:11
**donate** 61:14,15 61:16
**donated** 12:17
**downingtown** 5:4
**dr** 11:24
**duly** 5:5 68:7

**e**

**e** 2:1,1,2,9,9 3:12 3:16,16 19:7 24:2 24:10 25:3,5,8,21 30:20,22,25,25 31:4,7,10,12,16
**earlier** 27:6,9 29:11
**easy** 20:20
**edison** 24:15 26:8 27:23 28:4,4
**effect** 35:1
**efforts** 19:25 59:23
**eiber** 2:10
**either** 56:23 58:6
**emblems** 37:25
**employee** 68:15,17
**enable** 5:23
**engage** 59:9
**engaging** 29:13
**english** 20:16 32:25 44:14 45:3 45:4 59:15
**entering** 31:22
**entitled** 1:12
**errata** 69:1
**esquire** 2:2,6
**et** 62:7 69:2
**event** 9:24
**events** 61:16
**everybody** 35:17
**ex** 13:6
**exact** 64:1 65:5
**exactly** 63:25
**examination** 5:7 68:7
**examined** 5:6
**excuse** 9:8
**exhibit** 3:7 4:2 10:20 14:5 17:25 18:2,9 20:15 23:12 24:4 26:19 26:21 30:22,24 31:4 34:5,7 36:19 36:21 38:15,17 52:19 62:22,24 63:18,21 64:6,9,21 64:24 65:14,17
**exhibition** 11:10
**exhibits** 3:6 4:1,9
**expended** 59:16
**expenses** 3:23 62:19 63:7
**experience** 66:19
**experienced** 66:18
**expires** 69:25
**explain** 8:3 15:3 18:13 25:11 27:8 34:21 39:18 49:1 53:15
**explaining** 29:25
**explanation** 20:13 29:12
**extent** 6:7 17:2,4 48:23

**f**

**f** 3:18 34:5,7
**fact** 6:15
**facts** 14:19
**fair** 42:21
**familiar** 14:8,14 27:1 30:25 31:6 34:10 62:25 63:4
**far** 21:12
**fast** 10:11
**february** 1:15 12:19 68:24
**festival** 27:24
**fetna** 12:16
**figure** 63:25
**filed** 47:15 51:12 52:1,8
**filing** 44:11
**finally** 47:20
**financially** 68:18
**fine** 52:22
**finish** 7:2
**finished** 24:9
**finishes** 6:15
**first** 3:8 8:4 14:4,9 23:6,9,18 24:6,7 38:22 39:15,19 40:2 44:9,13,14 45:17,18 48:22 59:17 61:20
**florida** 11:12,14
**fo** 67:8
**follow** 7:24
**following** 8:9 17:2 56:4 59:3
**follows** 5:6
**food** 10:11 22:3 39:2,3,4,5,5 48:22 49:4,6,7,10
**foods** 24:21
**foregoing** 60:1 68:10
**form** 20:3 38:4
**formal** 58:5
**format** 64:1,11
**formed** 19:18,20 20:2,8
**forth** 68:13
**forward** 43:25
**forwarded** 25:10 25:20
**forwarding** 25:24
**founder** 44:16,24
**four** 8:16 49:11
**fourth** 5:11
**franchise** 31:16 52:16
**fraud** 14:21
**friday** 1:15
**friend** 12:11 41:12
**friends** 50:7
**frisco** 31:17 32:7 32:15 33:16 53:9
**front** 32:18,19
**full** 9:5 10:12 11:2
**further** 8:6 25:11 26:13 63:23 68:10 68:14

**g**

**g** 3:20 36:19,22 38:17
**ganesh** 50:5
**garden** 2:7,7
**gardner** 1:13 68:4
**gentleman** 11:14 12:10 26:7 50:4 51:6
**gestures** 6:23
**getting** 5:10

**give** 5:9 24:6 44:6 62:2,3,6,8 64:3
**given** 62:8
**giving** 15:6 58:14
**gmail.com** 27:5
**go** 13:12,13,14 21:6,13 23:13 35:18,24 36:21 37:3,11 43:25 45:10 48:17 49:13 53:11 56:18 61:18
**going** 6:3 7:16 10:19 13:22,23 14:7,18 20:14 21:3 22:16 23:12 23:20,23 26:15 29:18,23 30:24 32:22 33:12 34:7 34:20 35:3,18,24 36:21,22 37:3,11 38:16 39:17,22 48:21 52:10,18 53:11 57:16 59:13 61:18,22
**good** 5:8 26:11 39:3,3,5 48:22
**goodwill** 19:13 59:24
**gounder** 40:6 41:23 43:2
**gourmet** 10:15
**grant** 35:5,21 37:24
**granting** 35:13
**great** 7:6 8:18 9:1 25:20 26:14 36:6 46:9
**gross** 63:9
**ground** 5:20 7:4 8:6
**groundwork** 13:17
**guess** 8:3 33:1

**h**

**h** 3:22 19:7 21:16 38:15,17
**half** 20:22
**hand** 65:21
**happen** 22:14 49:13 64:12
**happened** 22:19 24:16
**happens** 43:10 61:13 62:5
**hardcastle** 2:2 8:21 9:6,20,23 11:5 15:11,16,21 16:7,16,19 19:21 20:3 21:22 29:17 29:19 30:1,4,15 32:5,10 34:1 36:15 38:5 40:22 41:2,11 42:8,13,17 42:21 43:4,11 44:4,20 45:5,16 46:19 47:3 48:3,9 53:6 54:1 55:17 56:16 58:7 60:25 61:2,6
**heard** 5:9 39:7
**heart** 5:11
**heaven** 1:7 3:10,12 3:12,14,14,15,15 3:16,17,18,18,20 3:20,24,24 4:4,4 8:12 9:12 17:24 23:17 24:1,2,3 26:16,17,17,18,21 30:20,21 31:4,5 34:3,4,8,8,25 36:17,18,22 38:25 62:14,20,21,25 63:7,10,15,16,21 63:24 64:10,24 65:10,17 69:2
**heaven's** 3:10 17:23 18:10
**held** 1:15
**hello** 5:8,12 31:13
**helped** 18:17
**helps** 26:2
**hereinbefore** 68:13
**herndon** 33:7,14 55:9,21,25 56:6,11 56:14,22,25 57:3,6 57:10,14,18 58:1,4 58:10,16,22,23 59:4,5,11
**highlight** 45:17
**highlighted** 43:23 46:12
**hotel** 11:10 20:10
**hotmail.com.** 25:21
**huhs** 6:23
**hums** 6:23

**i**

**idea** 22:18 52:14 64:3
**identification** 14:5 17:25 24:4 26:19 30:22 34:5 36:19 38:14 62:21 63:17 64:6,21 65:14
**identified** 9:7 23:15,17
**identify** 9:8 14:19 16:12 23:13
**idli** 24:16,17,21
**ignore** 26:24
**illegally** 28:1
**incident** 66:4
**include** 21:20,25 22:3 60:16
**included** 37:18
**includes** 26:23 37:24 59:20
**including** 16:13
**incorporated** 12:4
**incorrect** 33:8 63:13
**increase** 17:7,8
**index** 3:1,6 4:1
**india** 7:15,23 8:9 8:10,20,24 15:1,20 15:25 17:4 18:21 18:24 19:14 24:21 25:18 27:25 28:10 40:5,14 41:17 43:2 44:1,2 47:16 58:2,6 59:25 60:7
**indian** 11:13,15,16 11:25 12:3 28:15
**indiansweets** 27:5
**individual** 48:14 48:20 49:17
**information** 62:7
**initial** 26:4
**inside** 50:20
**instances** 66:6,8
**intend** 14:19
**interested** 68:18
**interpreter** 2:11 5:1 6:15,22 16:3 24:20 29:21,24 30:3 31:1 33:1 35:7,22 37:6 45:11,15,18 46:13 47:4 52:21 56:17 58:18 60:6

**interpreting** 23:21
**interrogatories** 3:9 14:4,10 19:11 20:14 32:22 33:20 52:19 59:14 60:23
**interrogatory** 19:17,24 22:8 23:15 33:5,11 55:2,5
**interrupt** 12:25
**introduce** 10:19 38:16 39:17
**investment** 13:8
**invited** 11:24,25 12:2,5
**invoices** 28:13
**involved** 5:16
**involvement** 6:4 27:15,18
**issue** 59:12
**issued** 46:6
**issues** 57:21
**items** 21:4,10,18 24:25 26:23

**j**

**j** 4:3 63:18,21
**january** 57:4,4
**jay** 2:11 5:1 29:22
**jersey** 1:2,14 2:3 5:16 8:11 10:24 24:16 26:8 28:4 36:9 53:18,19,25 54:18 62:10,14 66:5,10,12 68:5,22
**july** 12:9
**june** 12:21 13:5,5 52:25

**k**

**k** 4:5 7:8 21:16 64:7,10
**keep** 24:25 29:18 29:22
**keith** 2:6 5:8,12 44:5
**kind** 24:19 52:5 61:10
**king** 12:7
**kitchen** 50:6
**kmart** 10:13
**knew** 39:7
**know** 5:11 9:10,15 24:13 25:22 27:4 27:6,21,23 28:8,12 29:5,6 30:9 33:9 33:10,17 34:9 39:9 40:9 41:23 41:25 42:1,3,12 43:8,23 45:22,24 46:20 47:24 49:19 50:13,16 55:1 58:22 59:5 60:10 60:13,21,22 61:8 64:12 65:5,24,25 66:15,17,18
**knowledge** 6:7 50:11 60:24
**knows** 35:17
**kt** 19:2,2
**ktsaabsweets** 25:4
**kumar** 2:11 5:1 35:4 52:21 55:5
**kweltsch** 2:8

**l**

**l** 2:9 4:7 24:20 64:21,24
**lakshma** 24:15
**lanciano** 2:2
**lancianolaw.com** 2:4
**language** 45:8
**larry** 5:9
**las** 11:9 20:9
**law** 5:23
**lawrence** 2:2
**lawsuit** 5:15 6:5 46:3 51:12 52:1,8
**lawyer** 18:16
**learned** 38:22,23
**legal** 69:1
**letter** 61:18
**lhardcastle** 2:4
**license** 15:12,19 16:13 17:9 31:25 34:22,23 37:18 41:13 48:14 53:1 53:5 55:22,23,24 56:7,8,10 57:7,11 57:14 59:12
**licensed** 37:24
**licensee** 15:6,9 17:15,18 38:1,10
**licensor** 14:25 15:4,5,10,15 19:14
**licensure** 8:11
**lights** 27:24
**line** 4:10 17:21 23:16 44:9,13,14 69:5
**list** 3:23 21:4,10 21:20,25 22:3 26:24 62:19 63:6
**listed** 21:4 36:2,14 37:12,14 38:3 55:21 56:7
**listing** 53:9
**lists** 19:2
**little** 7:13,19 8:6 9:25 10:18
**lives** 26:1,8
**llc** 1:7,7 2:2 52:25 53:2,8 69:2
**located** 12:1
**location** 26:9 33:6 53:12,12 55:21,25 56:6,11,14,23,25 57:3,6,10 58:1 65:7 66:5,9
**locations** 31:19,20 66:10,12
**logo** 38:4,6 52:16
**logos** 37:25
**long** 8:4,19,23 9:1 9:23
**look** 13:8,15 14:8 18:3 31:19,19 47:7 52:20 65:25
**looking** 12:13 16:11 19:1 22:17 40:8 41:20 42:24 52:4,5 55:20 56:5
**looks** 65:9,10
**lot** 10:3 27:25
**loud** 51:11

**m**

**m** 4:8 21:15,16 65:14,17
**m.d.** 25:16,16
**mail** 3:16 24:10 25:3,5,8,10,21 30:20,25 31:7,10 31:12,16
**mails** 3:12 24:2
**making** 11:15 52:9
**management** 18:6 18:18
**managing** 25:17 25:18
**march** 31:13 36:10
**mark** 14:22 15:1 16:15 22:7,10 23:15 29:2 36:5

38:3 53:12
**marked** 14:4 17:24 18:10 24:3 26:18 30:21 34:4 36:18 38:14 62:21 63:17 64:6,21 65:14
**markets** 33:8
**marks** 35:25 36:2 37:12,24 56:15
**master** 8:11 14:25 15:4,6,9,10,15 17:6,9,15,18 19:14 34:22 38:1,10
**matter** 1:12 44:24
**matters** 6:4
**md** 25:11
**mean** 27:8 35:12 49:2,24 53:15
**means** 15:3 25:12 25:13
**measures** 48:19 59:10
**mediation** 3:22 38:14
**member** 11:10
**mentioned** 50:14
**million** 63:10
**move** 10:6 17:20 34:7 48:12 65:8
**municipal** 26:9
**murphy** 2:6
**murugan** 31:10

**n**

**n** 2:1,9 19:7
**name** 5:8,12,17 7:7,14 11:14 12:11 19:6 23:4 26:7 35:14,15,16 39:5 40:6,11 46:4 46:18 47:11 49:4 50:4 51:6 52:9,15 59:25 66:16 69:2 69:3
**name's** 39:3
**named** 7:15
**narayan** 11:14,19 24:13,14,17,24 26:5
**native** 45:8
**need** 7:1 20:17 49:23
**needs** 32:25
**negotiate** 51:24 52:5
**neither** 68:14,17
**nephew** 12:22
**never** 47:25
**new** 1:2,14 2:3,7 5:16 8:11,14 10:24 11:22,25 12:2,5 22:15 24:15 26:8 28:4 36:9 38:23 39:8 43:19 45:13 46:1 50:5,9,18 53:18,19 53:25 54:18 61:17 62:10,14 66:5,9,10 66:12,13 68:5,22
**north** 2:3 12:16
**notary** 1:13 67:10 68:4,22 69:25
**note** 10:22 25:20 55:21 56:6
**noted** 30:15,17 32:5 53:6
**notes** 1:11 29:16 30:8,14,17
**notwithstanding** 60:2
**november** 11:12
**number** 60:10 62:6
**numbers** 62:8 64:2 65:2
**ny** 40:7,11
**nyc** 8:13

**o**

**o** 2:9 21:15
**o'bama** 13:6,6
**oath** 5:24 6:2 33:12
**object** 6:9
**objecting** 41:3
**objection** 8:21 11:5 15:11,16,21 19:21 20:3 21:22 32:10 34:1 36:15 38:5 40:22 41:2,6 41:11 42:8,13,22 43:4 44:20 46:19 47:3 48:3,9 54:1 55:17 56:16 58:7 61:6
**obligated** 6:11
**obviously** 44:5
**occasions** 13:11
**occurred** 23:4
**october** 23:18 39:24 40:17 47:21
**office** 14:22
**okay** 7:6,17 8:2,18 9:1,20,23 10:2 14:1,2 16:11,24 20:12,23 21:9,17 25:3 26:14 29:6 29:19,21 30:19 33:4 35:19 36:6 39:21 40:15 45:2 45:19,20 46:14 47:17 48:12 52:17 53:14 59:13 60:6 62:18 63:14 64:4 66:23
**once** 22:20,21,22 50:20 56:17
**ones** 16:17 28:15
**online** 27:4,10,18 27:22 28:6,7,25 29:3,4
**open** 11:21 36:8 57:3 58:16,17
**opened** 31:17 58:24 59:6
**opening** 58:23 59:5
**operate** 58:11
**operating** 46:17 47:11 57:7,10
**operations** 61:24
**opinion** 17:17,18
**opportunities** 13:8 13:15 28:21
**opportunity** 24:6
**opposition** 44:12
**oral** 16:9,22
**order** 10:19 27:10
**ordered** 27:7,13
**organization** 12:2 12:18
**original** 35:15
**orlando** 11:12
**outside** 13:12
**overall** 54:20
**owned** 8:12 46:25 49:25
**owner** 42:6 43:2 50:21
**owners** 7:14 41:16 41:17

**p**

**p** 2:1,1,9
**p.m.** 1:16 29:9,9 67:3
**packaging** 22:25 23:3,6,8 53:23
**page** 3:2,7 4:2,10 21:6,13 24:8 38:18 43:23 69:5
**paid** 65:22
**papdi** 21:8
**paragraph** 35:9 40:10 44:10,13 46:5,11
**paragraphs** 40:2
**parent** 8:10 15:5 17:6,8 37:20
**parking** 26:10
**parsippany** 38:12 65:19
**part** 10:12 11:4 13:2,2 37:4,7,21 60:16
**participate** 48:20
**particular** 26:9
**parties** 5:15 38:11 68:16
**partner** 40:20
**partners** 40:25
**partnership** 52:12 52:13
**party** 16:14
**patent** 14:21
**pay** 51:17,18
**paying** 57:18 58:1
**pc** 2:6
**pending** 30:2 43:12
**pennington** 2:3
**pennsylvania** 5:5
**people** 49:11 57:21 62:6
**perfect** 21:9
**period** 13:9
**permission** 58:6 58:10,15
**person** 47:15
**personal** 6:7 20:7 60:24
**personally** 34:15 34:17
**ph** 51:6
**ph.d.** 11:24
**phone** 51:9
**pictures** 31:18,20
**place** 11:20,21 17:20 19:19 26:7 39:11
**places** 12:20 13:12 13:14 61:13
**plainfield** 36:8 65:7
**plaintiff** 1:5 2:5 5:13 30:16
**plaintiff's** 3:8 14:3 14:5 17:25 24:4 26:19 30:22,24 31:4 34:5 36:19 36:21 38:15,17 62:22 63:17 64:6 64:21 65:14
**plaintiffs** 14:9
**planning** 52:2
**plaza** 2:7
**please** 6:1,6,14,19 6:22,23 7:1,7 18:2 20:23 32:23 46:11 52:20 56:3,19 59:2,15 60:4
**points** 39:19
**portion** 14:24 20:21 35:5
**possession** 15:24 38:1
**prakash** 11:24,25
**prefer** 7:9
**prepare** 30:7
**present** 6:5 59:18 61:20
**president** 12:3 13:6,6
**presser** 2:6
**presumably** 14:15
**previous** 21:13
**primarily** 49:16
**princeton** 54:13 62:16
**principal** 41:16 43:18
**prior** 10:4 43:20 52:9 68:6
**procedure** 5:22
**proceed** 5:19 7:12 10:1 26:12
**proceedings** 1:12 45:23
**process** 20:18 57:2
**procuring** 14:22
**produce** 16:20
**produced** 16:10 16:17,23
**product** 23:13
**production** 16:6 30:14,17 32:4 53:4
**products** 23:17 26:4 27:19,22 28:5
**profit** 63:9
**promoted** 27:22
**promotion** 12:1,4
**provide** 6:2 25:16 59:21
**provided** 4:9 14:12
**provides** 59:25
**providing** 6:16
**public** 1:13 67:10 68:4,22 69:25
**pull** 65:24
**purchased** 28:6
**purpose** 8:7 25:24 50:2
**pursuant** 22:7
**put** 42:22

**q**

**quality** 48:19,21 48:22 49:3,5,17 59:9,10
**quarterly** 59:18 61:21
**queens** 40:6
**question** 6:15,16 6:19,20 7:2 8:4 10:21 15:14 17:2 19:16 20:4,6 21:1 21:5 23:21,23 29:17 30:1,4,7 33:13 42:16,20,24 43:9,12,25 46:24 56:3,5,18,19 57:9 57:24 58:9,19 59:1,4 60:25 61:2 61:4,19,25 66:3
**questioning** 17:21
**questions** 5:24 6:4 6:6,8,9,12,25 7:12 13:25 14:11 44:5 62:11

**r**

**r** 2:1,9 21:15
**raja** 1:6 3:3 5:4,9 7:8,10,14,15 11:7 11:19 12:6,7 19:2 20:23 22:18 25:4 25:6,19 27:1 29:12,15 30:7,10 30:25 31:6 32:24 34:10 43:18 44:18 44:23 45:3,22 46:12 47:25 48:7 50:7 67:5 68:7 69:3,21
**raja's** 11:9
**raju** 24:13,14,15 24:17,24 26:5
**ramaswamy** 18:16
**ramesh** 31:13,14 31:23
**read** 12:7 14:15,18 19:15 20:16,17,18 20:20,23 21:5,8 24:7 30:8 32:23 32:24 34:20 35:4 35:20 37:4 39:19 43:22 44:14 45:2 45:3,6,7,11 46:11 52:20,22 55:4 56:4 59:1,3,15,15 61:19,22
**reading** 24:9 29:15 40:2,5
**ready** 5:10
**really** 51:3 52:9,11
**reason** 5:14 16:20 45:5 50:23 69:5
**recall** 17:5 22:22 24:10 42:11,18,18 42:19 43:5,7,9 45:1 48:4,10 54:2 54:17 55:18
**received** 64:17
**recessed** 29:8
**recipient** 11:23
**recognition** 60:1
**recognize** 18:3,11 36:24 63:20 64:9 64:23 65:16
**recollection** 36:7 55:14,15
**record** 15:17 17:22 29:7 42:22 44:10 63:2 66:1
**records** 65:25
**refer** 7:17 8:9,11 8:13 31:16 53:9 62:12 64:17 65:2 65:22
**references** 52:24
**refers** 31:10 65:6
**regarding** 6:7
**register** 18:17
**registered** 9:10 10:16,17,23 11:7 18:16,23,25
**registration** 3:10 5:17 14:22 17:23 46:7 47:1
**regular** 59:23
**related** 66:9,13
**relates** 41:21
**relating** 16:14
**relationship** 41:9 41:14
**relative** 68:15,17
**rely** 14:20
**remainder** 33:7
**remember** 24:12 30:12 33:17,18,18 34:2 42:9 54:7,11 64:14
**remote** 1:5 29:8 67:2 68:11
**remotely** 1:15
**repeat** 56:2,18 60:4
**repeated** 20:17
**rephrase** 28:18 58:18
**reporter** 1:14 4:9 6:21 56:5 59:4 68:5
**request** 30:16,18 32:3 53:4
**requests** 4:10
**required** 30:2 43:12
**respect** 23:17
**respond** 6:11 30:5
**respondent** 44:9 44:15,16,19,24 46:17 47:11
**response** 9:25 19:17,24 21:4 30:2 33:4 43:11 52:24 55:2 59:20
**responses** 3:8 6:24 14:3,9,13 19:11 20:16
**responsible** 13:18 49:16
**restaurant** 8:13 21:20 23:5,10 25:1 32:7,9,14,16 36:4,8 38:4 39:1 46:17 47:11 49:9 49:21,24,25 50:3 50:14,16,17 51:2,7 51:13,15,16 53:8 58:16 66:13
**restaurants** 8:12 9:7 20:11 28:21 49:12 50:12 54:18
**result** 26:4
**resumed** 29:9
**revenues** 3:23 62:19 63:6
**right** 16:16 20:10 20:11 30:3 46:21 47:5 53:20 57:24 65:1,21
**rights** 35:13
**rita** 1:13 68:4
**road** 5:4
**roadshow** 12:23
**robby** 12:11
**rogers** 10:11
**role** 46:2
**route** 2:3
**roy** 10:11
**royalties** 58:2
**royalty** 57:19,25 64:16 65:21
**rules** 5:20 7:4 8:6

**s**

**s** 2:1,9,9 69:5
**sale** 23:18
**sales** 4:3 17:7,8 26:3 27:18 28:25 57:19 61:20 62:6 63:15,24
**sangam** 12:16
**sangum** 61:14
**saw** 26:8 49:22
**saying** 23:8 42:1 45:12 49:15
**says** 14:19,25 16:12 19:11,13,17 19:24 23:16 25:10 32:19 33:5 35:10 37:12,24 38:17 40:10,13 44:3,21 65:18

**scott** 2:6
**scratch** 22:23 27:16 58:9
**screaming** 51:8
**screen** 13:23 26:15
**script** 29:15
**scroll** 21:3,14 39:22
**scully** 2:6
**second** 12:25 32:23
**section** 37:5
**see** 11:20 14:24 16:9 19:1,6,13 23:16 25:3,7 31:1 33:9 35:9 39:23 40:10,13,16 41:21 42:4 43:14,16 44:8 46:5,10,16 48:22 50:10,10,23 53:14,16 65:18
**seeing** 24:10
**seen** 28:14,16 31:8 38:19,20 50:15,22 64:25
**selectusa** 12:23
**sell** 25:1
**sends** 31:18
**sent** 25:4,5,14 31:12,13,15
**sentence** 44:21 45:3,4,17,19 46:11 46:16 61:22
**senthil** 49:19 50:9 50:11,21 51:10
**separate** 21:23 22:11
**september** 46:7
**series** 6:3 13:23 30:8
**service** 23:14
**services** 21:21 22:1,2,4,8
**set** 3:8 8:5 14:4,9 14:10 68:13
**share** 13:22 26:15
**shareholders** 19:3
**sheet** 69:1
**shipped** 27:11
**shop** 24:16,17,19 24:23
**short** 7:3
**show** 13:23 14:7 20:15 23:25 28:13 62:24
**shreyabala** 25:21
**side** 65:8
**sign** 33:14 37:1
**signature** 14:14 68:21
**signed** 33:11,20 60:23
**simple** 45:2
**sir** 25:10,15 42:25
**sitting** 5:24
**slowed** 9:25
**snacks** 1:8 9:9,13 9:18 10:23 11:15 18:19 19:4 20:1 21:23 22:11,25 28:25 40:14,21 41:1,10,17,18 42:6 43:1,19 47:16 61:23
**soan** 21:8
**sold** 21:10,19 28:1 28:11 61:23 62:7
**solely** 53:18
**solutions** 69:1
**somebody** 27:25
**sorry** 17:12,19 18:7,9 24:19 25:12 33:6 34:21 41:22 53:23 55:23 56:9,23 57:8 62:11
**sort** 10:18 52:11 59:9
**sotto** 20:25
**south** 24:21 36:8 65:7
**space** 21:16 26:10
**speak** 6:24 62:9
**speaking** 7:16
**speaks** 40:1
**specific** 59:21
**specifically** 6:10 54:16,17
**speech** 5:10 13:7
**spelled** 19:7 21:15
**spent** 60:2 61:5
**spice** 1:7 3:11,12 3:12,14,14,15,15 3:16,17,18,18,20 3:20,24,24 4:4,4 8:12 9:12 17:24 23:18 24:1,2,3 26:16,17,17,18,21 30:20,21 31:5,5 34:4,4,8,8,25 36:18,18,22 38:25 62:14,20,21 63:1,7 63:10,16,16,21,24 64:10,24 65:10,17 69:2
**spices** 52:25 53:2
**spike** 3:10 17:24 18:10
**spoke** 51:10
**spreadsheet** 4:5 64:5
**srinivasa** 7:17 11:7,19 12:5,7 19:2 25:6,19 30:10 43:18 47:25 50:7
**ssmp.com** 2:8
**staff** 25:14
**stage** 57:22
**stamped** 3:10,12 3:14,16,18,20,24 4:4,5,7,8 17:23 24:2 26:16 30:20 34:3 36:17 62:20 63:16 64:5,20 65:13
**start** 39:13,16
**started** 10:9 11:2 29:13 41:12
**starting** 19:25 35:5,21 44:15
**state** 1:14 13:12,13 68:5,22
**states** 1:1 5:25 7:20 10:4,6 11:3,4 15:4,8,9,25 16:15 21:11 22:9 28:22 35:14 47:2,4 56:15 57:1 59:19
**stating** 33:21
**stay** 23:12
**stenographic** 1:11
**stenographically** 68:12
**stop** 53:17,21,24
**stopped** 55:14,15
**store** 11:13 32:19 36:16 58:17
**stores** 11:16 12:12 28:21 53:22
**strength** 59:24

**stuff** 10:3
**sublicense** 17:7
**sublicensee** 17:16 34:23,24 38:10 49:13,15,16 52:16 57:20 62:2,4,5 64:18 65:23
**sublicensees** 16:17 48:24 61:11 62:10 62:10,13
**sublicensing** 17:14
**subramaniam** 50:5,7,8,22
**subscribed** 67:7 69:22
**substance** 5:19
**sudharshon** 24:14 24:18
**sued** 41:24
**sufficient** 59:25
**suing** 22:16
**suite** 2:7
**summit** 12:23 13:4 13:6
**supervision** 57:13
**supply** 24:25
**supplying** 11:16
**support** 14:20
**supposed** 26:24
**sure** 16:7,23 54:22 56:20 58:20
**surrounding** 5:17
**survey** 11:19 13:14
**surveyed** 12:12 26:6
**swami** 11:24 12:3
**sweet** 21:23
**sweets** 1:8 9:9,13 9:18 10:23 11:15 12:8 18:19 19:4 20:1 22:11,25 27:25 28:15,25 40:14,20 41:1,9,17 41:18 42:6 43:1 43:19 47:16 53:8 61:23
**sworn** 5:2,5 14:13 67:7 68:7 69:22

**t**

**t** 2:9
**tactics** 59:10
**tahra** 52:24 53:2
**take** 7:1,3 18:2 31:19 39:10 48:24 49:2 57:23
**taken** 1:12 6:1 20:9 68:12
**takeout** 22:3
**takes** 57:17,20
**talk** 51:2,14,19 52:3
**talked** 52:7
**talking** 18:21 28:6 29:3 38:8 60:18
**tamil** 2:11 5:1 12:16 20:18 45:7
**target** 60:1
**task** 28:17,19
**tasks** 11:3
**taste** 49:6,13
**tastes** 49:7,10
**television** 60:8
**tell** 7:7,19,25 18:6 18:18 21:6 24:8 33:1 38:21 48:18 63:12 64:15
**temple** 50:6
**terms** 17:3 52:5
**testified** 5:6
**testify** 68:8
**testimony** 6:2 16:8 68:12
**texas** 31:17 32:7 33:16,19,21,25 34:2 53:9 54:9,24 55:16
**thank** 8:18 13:19 13:21
**thanks** 51:19
**thing** 12:12 51:22
**things** 13:25 48:25 49:2
**think** 8:8 9:16,24 16:16 22:20 45:9 48:17 52:11 55:6 55:8,11
**thinking** 39:4 52:8
**thorough** 13:19
**thought** 26:12
**three** 5:10 9:11 19:3 49:11
**time** 6:18 9:5 10:12,13 11:1,2,4 11:8 13:9 18:19 23:5 28:1,3 29:13 39:12,15 48:18 57:17,23 68:13
**times** 5:10
**titled** 3:22 38:13
**today** 5:15,22 48:7
**told** 22:21 50:8,22
**tommy** 61:14
**top** 65:18
**trade** 35:13
**trademark** 14:21 35:13 44:3 46:25 54:6,10,14,19,24 58:5,11
**trademarks** 36:13 37:25 57:8
**tradename** 35:10
**transcript** 1:11 68:11
**translate** 35:6
**translated** 45:7
**translating** 6:16
**translations** 2:10
**translator** 45:6,8
**true** 14:16 68:11
**truly** 47:23
**truth** 68:8,8,9
**truthful** 6:2
**try** 6:19 12:12
**trying** 9:17,18 11:20 13:7
**turn** 52:18 59:13 59:14
**tv** 60:8
**two** 9:7,10,21 10:10 39:20 57:21 62:11
**type** 56:13,22,25

**u**

**u** 21:16,16
**u.s.** 5:22 8:10,20 9:2,11,19 10:9 14:21 15:15,20 17:4,11,13,17,18 18:21 19:12,14 27:11,15,17 28:17 28:20 31:22 41:18 44:3,17 48:15,20 53:1 55:24 56:10 57:13 58:6,12 59:22 60:18,19 64:17 65:22
**uh** 6:23,23
**unable** 59:21
**underlining** 14:25
**understand** 6:1,18 7:4 8:15 19:22

21:1 22:17 25:12 29:24 40:1,9 44:23 58:19
**understanding** 39:25 40:4,7 44:18
**understood** 7:5 21:17 33:2 37:23
**united** 1:1 5:25 7:20 10:4,6 11:2,4 15:4,8,9,25 16:15 21:10 22:9 28:22 35:14 47:1,4 56:15 57:1 59:18
**unsure** 33:15
**upset** 51:7 52:1
**usa** 1:7,7 18:22 69:2
**usa.com** 28:15
**use** 5:17 16:14 17:9 22:24 33:8 33:21 35:13 53:12 54:5,9,13,19 55:9 56:14 57:7 59:17 61:20
**uses** 33:6
**usps** 10:16
**utilize** 21:11 22:9 61:11
**utilizing** 23:14

**v**

**v** 19:7 69:2
**value** 59:16
**veg** 38:4
**vegas** 11:9 20:9
**vegetarian** 36:4,8
**venkataesan** 19:2
**venkatesan** 50:25
**veritext** 69:1
**view** 36:12 37:17
**virginia** 33:7,14 55:12,13 57:14,18
**virtually** 5:22
**vishnu** 12:22 13:1 13:2 50:25
**visit** 11:9 48:13 50:2 51:21
**visited** 11:11,12,22 12:9,19,20,21,23 30:10 50:14,16
**voce** 20:25
**vs** 1:6

**w**

**wait** 6:14 30:4
**want** 5:21 9:15 19:10 56:17
**wanted** 7:25 13:13 51:2 52:11,13
**wants** 50:10
**washington** 12:9 12:10 13:4 61:17
**watermarks** 37:25
**way** 13:18
**website** 27:7,22 28:6
**weeks** 51:13 52:2
**weltsch** 2:6 3:4 5:7 5:12 8:22 9:17,22 10:2,5 12:24 14:6 15:13,18,23 16:2,5 16:11,18,24,25 17:19 18:1 19:23 20:5 21:24 23:20 23:22 24:5 25:2 26:20 29:10,18,20 29:22 30:6,13,23 31:2,3 32:3,6,12 32:24 33:3 34:6 35:4,8,20,23 36:20 37:4,7,10 38:7 40:24 41:4,15 42:10,15,19,23 43:6,13,22 44:7,22 45:9,13,21 46:10 46:15,22 47:6,9 48:5,11 52:23 53:4,7 54:3 55:4,7 55:19 56:2,12,20 56:21 58:8,20,21 59:1,8 60:4,9 61:1 61:3,9 62:23 63:3 63:19 64:8,22 65:15 66:2,24
**went** 11:9,13 26:6 26:8 28:2,3 39:4 49:24,24 50:10,20 51:1,14
**white** 21:8
**wip** 3:22 38:13
**witness** 3:1,2 30:18,19 44:4
**witness's** 16:8
**witnesses'** 69:3
**woman** 51:25
**women** 52:7
**wording** 21:11
**work** 8:25 10:9
**worked** 10:11,12 10:12,14,16 50:6
**working** 8:5,19,23 9:2 11:2,3,17 19:12 29:13 51:6
**works** 49:9,12
**worth** 61:23
**write** 34:17
**written** 16:9,9,12 16:19,21,22 32:18 47:23 57:11
**wrote** 30:10,11 34:15,18

**y**

**yeah** 30:11
**year** 13:16 20:2 22:18 39:10 64:12
**yearend** 65:2
**years** 10:10 30:10 30:11
**yelling** 51:8
**yellow** 65:1
**york** 2:7 8:14 11:22,25 12:2,5 22:15 38:24 39:8 43:19 45:13 46:1 50:5,9,18 61:17 66:9,14

**z**

**z** 21:16
**zoom** 1:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.