# EXHIBIT 6

# A2B

## INDIAN VEG. RESTAURANT

Adyar Ananda Bhavan SWEETS & SNACKS

Adyar Ananda Bhavan SWEETS & SNACKS

AAB

## OUR USA & CANADA BRANCHES:

NEW JERSEY:
South Plainfield
Parsippany
Princeton (Coming Soon)

VIRGINIA: Herndon
TEXAS: Frisco
CALIFORNIA: San Jose

Quality You Can Taste!

CANADA:
Ontario (Coming Soon)

Visit
www.a2bnewjersey.com








Congratul[redacted]ating the

50th Anniversary Golden Jubilee 2020!