# EXHIBIT 7

**From:** Louis Levy - Belles Katz
**To:** SENTHIL KUMARAN
**Subject:** RE: Re: Grand Sweets Order For Friday Delivery

p.s. My client and I are very grateful for your help. Thanks so much.

Best regards,

Lou

Louis J. Levy
Belles Katz LLC
Phone: 240.453.9211 or 267.952.2060 (direct)
202.258.6547 (cell)
215.658.1890 (general)
Email: llevy@belleskatz.com

**The above email is for intended recipient only and may be confidential and protected by attorney/client privilege. If you are not the intended recipient, please advise the sender immediately either by email or by calling 215.658.1890. Unauthorized use or distribution is prohibited and may be unlawful. We do not represent or warrant that this e-mail and/or attachment(s) are free of any virus or other defect that might affect any computer system into which it is received and opened.**

DISCLOSURE UNDER TREASURY DEPARTMENT CIRCULAR NO. 230. This communication (including any attachments) (a) was not intended or written to be used, and it cannot be used, by the recipient or any other taxpayer, for the purpose of avoiding penalties that may be imposed, under the Internal Revenue Code of 1986, as amended, on the taxpayer, and (b) cannot be used or referred to by anyone in promoting, marketing, or recommending a partnership or any other entity, investment plan or arrangement, to one or more taxpayers. Under Circular No. 230, practitioners are permitted to provide written tax advice for one of these purposes only if certain stringent requirements are complied with. If you would like us to provide this type of written tax advice, please contact us and we will be pleased to discuss the matter with you.

---

**From:** SENTHIL KUMARAN [mailto:senthil_gs@yahoo.com]
**Sent:** Thursday, April 19, 2018 12:14 PM
**To:** Louis Levy - Belles Katz
**Subject:** Fw: Re: Grand Sweets Order For Friday Delivery

----- Forwarded message -----
**From:** Senthil <Senthil_gs@yahoo.com>
**To:** "onlineIndiansweets@gmail.com" <onlineIndiansweets@gmail.com>
**Sent:** Wednesday, 9 October, 2013, 10:43:12 PM IST
**Subject:** Re: Grand Sweets Order For Friday Delivery

Pls find dhl tracking # 9977739041

Sent from my iPhone

On 09-Oct-2013, at 8:36 am, Indian Sweets Online <onlineIndiansweets@gmail.com> wrote:

> Ayshwarya Sridharan
> 420 Shiloh Manor Dr
> Marietta , GA 30066

A2b Sweets Chennai Mixture 250 gms - 3 packets
A2b Sweets Boondhi laddu 250 gms - 2 packets ( **NOT MOTHI LADDU)**
A2b Sweets Badusha 250 gms - 1 packet
A2b Sweets Ribbon Pakoda 250 gms - 1 packet
A2b Sweets Thattai 250 gms - 1 packet
A2b Sweets Vazhakkai chips spicy 250 gms - 1 packet
Grand Sweets Mor Kuzhambu Mix Bottle - 500 gms - 1 Bottle

Pls send tracking information when you have it available,

---

**Total Control Panel** Login

| | | |
|---|---|---|
| To: llevy@belleskatz.com | Message Score: 10 | High (60): Pass |
| From: senthil_gs@yahoo.com | My Spam Blocking Level: Custom | Medium (75): Pass |
| | | Low (90): Pass |
| | Block this sender | Custom (85): Pass |
| | Block yahoo.com | |

*This message was delivered because the content filter score did not exceed your filter level.*