# EXHIBIT 8

# Invoice

INDIANSWEETSTOUSA.com
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 16/09/2014 |
| **Order ID:** | 125 |
| **Payment Method:** | Credit/Debit Cards |
| **Shipping Method:** | USA (Weight: 2.50kg) |

| To | Ship To (if different address) |
|---|---|
| VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States<br>vikaskrishna@hotmail.com<br>2014175060 | VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States |

| Product | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Badam Halwa- 250gms | GS_SWEETS | 2 | $8.99 | $17.98 |
| Sri Krishna Mysorepauk | K_sweets | 2 | $4.99 | $9.98 |
| Masala Cashewnut - 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Seedai - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Athirasam - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Badam-Burfi | A2B_SWEETS | 1 | $4.99 | $4.99 |
| Coconut - Burfi 1 | A2B_SWEETS | 1 | $4.99 | $4.99 |
| | | | **Sub-Total:** | $54.90 |
| | | | **USA (Weight: 2.50kg):** | $18.99 |
| | | | **Total:** | $73.89 |

# Invoice

INDIANSWEETSTOUSA.com
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 16/09/2014 |
| **Order ID:** | 125 |
| **Payment Method:** | Credit/Debit Cards |
| **Shipping Method:** | USA (Weight: 2.50kg) |

| **To** | **Ship To (if different address)** |
|---|---|
| VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States<br>vikaskrishna@hotmail.com<br>2014175060 | VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States |

| **Product** | **Model** | **Quantity** | **Unit Price** | **Total** |
|---|---|---|---|---|
| Badam Halwa- 250gms | GS_SWEETS | 2 | $8.99 | $17.98 |
| Sri Krishna Mysorepauk | K_sweets | 2 | $4.99 | $9.98 |
| Masala Cashewnut - 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Seedai - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Athirasam - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Badam-Burfi | A2B_SWEETS | 1 | $4.99 | $4.99 |
| Coconut - Burfi 1 | A2B_SWEETS | 1 | $4.99 | $4.99 |
| | | | **Sub-Total:** | $54.90 |
| | | | **USA (Weight: 2.50kg):** | $18.99 |
| | | | **Total:** | $73.89 |

# Invoice

INDIANSWEETSTOUSA.com
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 10/09/2014 |
| **Order ID:** | 121 |
| **Payment Method:** | PayPal |
| **Shipping Method:** | USA (Weight: 5.50kg) |

| **To** | **Ship To (if different address)** |
|---|---|
| Usha Srinivasan<br>6507 Fishers Ct<br>Moorpark, California 93021<br>United States<br>shreevidya@yahoo.com<br>8053762809 | Usha Srinivasan<br>6507 Fishers Ct<br>Moorpark, California 93021<br>United States |

| Product | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Kai Murukku | Savouries | 2 | $3.99 | $7.98 |
| Masala Groundnut - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Mullu Thenkuzhal - 250 GMS | A2A_SAVOUR | 1 | $3.99 | $3.99 |
| Mysore Dhall Mixture - 250 GMS | A2A_SAVOUR | 1 | $3.99 | $3.99 |
| Pepper Vadai- 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Badhusha | GS_SWEETS | 1 | $4.99 | $4.99 |
| Laddu - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Parupu Poli - 250gms | GS_SWEETS | 1 | $4.99 | $4.99 |
| Cashew Kathli - 250gms | GS_SWEETS | 1 | $8.99 | $8.99 |
| Ambika's Manathakali Vathal | A_VATHAL | 2 | $2.99 | $5.98 |
| Ambika's SP.RiceAppalam | A_APPALAM | 1 | $2.99 | $2.99 |
| Coffee Powder ( Filter coffee powder)<br>- Pack: 250gms | Coffee powder | 1 | $9.99 | $9.99 |
| Sambar Podi - 250 GMS | POWDER | 1 | $2.99 | $2.99 |
| Coconut Podi | POWDER | 1 | $2.99 | $2.99 |
| Ambika's Thamarai Kizhangu | A_VATHAL | 1 | $2.99 | $2.99 |
| Ambika's Vepp Ampoo | A_VATHAL | 1 | $2.99 | $2.99 |
| Ambika Vengaya Vadaam | A_VADAAM | 1 | $2.99 | $2.99 |
| Tirunelveli Halwa | Special | 1 | $4.99 | $4.99 |
| Ambika's Gundu Moormilagai Vathal | A_VATHAL | 1 | $2.99 | $2.99 |
| | | | **Sub-Total:** | $93.78 |
| | | | **USA (Weight: 5.50kg):** | $36.96 |
| | | | **Total:** | $130.74 |

**Comment**

Please ensure that packaging is strong.

# Invoice

Indian Sweets to USA
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 17/07/2014 |
| **Order ID:** | 66 |
| **Payment Method:** | Credit/Debit Cards |
| **Shipping Method:** | USA (Weight: 3.00kg) |

| **To** | **Ship To (if different address)** |
|---|---|
| James Susai<br>990 Frank SmithRoad<br>Longmeadow, Massachusetts 01106<br>United States<br>sjames081@gmail.com<br>4135678149 | James Susai<br>990 Frank SmithRoad<br>Longmeadow, Massachusetts 01106<br>United States |

| **Product** | **Model** | **Quantity** | **Unit Price** | **Total** |
|---|---|---|---|---|
| Badhusha | GS_SWEETS | 2 | $4.99 | $9.98 |
| Chennai Mixture - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Jangiri | A2B_SWEETS | 2 | $4.99 | $9.98 |
| Ribbon Pakoda - 250 GMS | A2A_SAVOUR | 2 | $3.99 | $7.98 |
| Ambika's Kaimurukku | A_Snacks | 2 | $3.99 | $7.98 |
| Tirunelveli Halwa | Special | 1 | $4.99 | $4.99 |
| Karaboondhi - 250 GMS | A2A_SAVOUR | 1 | $3.99 | $3.99 |
| | | | **Sub-Total:** | $52.88 |
| | | | **USA (Weight: 3.00kg):** | $18.99 |
| | | | **Total:** | $71.87 |