# EXHIBIT 9

From: Snaxpo Registration <crobinson@sfa.org> | Add to Address Book | Block Sender

To:"kts@aabsweets.com" <kts@aabsweets.com>

Subject: Snaxpo 2005: Registration Confirmation

Date: Wed, 08 Dec 04 14:41:33 IST

Dear Srinivasa Raja,

Thank you for registering for SNAXPO 2005, March 12-15, 2005. Your registration has been received and you currently have a balance owing of $670 USD.

You can view your registration confirmation / receipt anytime by clicking on the link below:

http://www.snaxporeg.com/public/stmtFull.asp?ID=1062-55388

If you have not already done so, please be sure to reserve your room directly with the Westin Diplomat Resort and Spa by calling 954-602-6000. Please mention SNAXPO in order to receive the special group room rate of $225 single or double occupancy. The reservation deadline is February 16, 2005.

SFA is partnering with several transportation carriers for special discounts to SNAXPO 2005 attendees traveling to Hollywood, Florida. For discounts with United Airlines, call Meeting Reservations at 1-800-521-4041 and mention ID number 557XK; discounts with US Airways, call 1-800-874-7687 and mention Gold File #291231852908; for discounts with Avis Rent A Car, call Meeting and Group Reservations at 1-800-331-1600 and mention discount #A378099.

Your badges and tickets can be picked up at the SNAXPO registration area beginning at 8:00 a.m. on Friday, March 11, and continuing throughout the convention. Badges and tickets will not be mailed in advance.

As a reminder, name badges and tickets must be worn to all SFA functions and tickets will be collected when required. The recommended dress is resort casual for the Saturday evening reception/dinner; business casual attire for the exhibit hall and educational sessions; and resort casual for the Tuesday evening Chairman's Reception and Gala.

We look forward to seeing you at SNAXPO 2005 in Hollywood, Florida. If you have any questions on registration, please Colleen Robinson at 1-800-628-1334 ext. 213.

Sincerely,

James A. McCarthy
President and CEO
Snack Food Association

ES-REF#:1130:1062

SNAXPO® 2005
Making Snacks: A Global Business

**SNAXPO 2005**
**68th Snack Food Association Annual Exhibit and Conference Hollywood, Florida - March 12 -15**

Thank you for registering for 68th Snack Food Association Annual Exhibit and Conference
Hollywood, Florida - March 12 -15

We look forward to seeing you at the event.

## Other Registrations

REGISTER AND PAY FOR A SPOUSE/GUEST

SELECT BANQUET TABLE SEATING

REGISTER AND PAY FOR ANOTHER DELEGATE
****Please pay for this delegate before registering and paying for another delegate****

## STATEMENT

| FROM: | TO: |
|---|---|
| Attn: SNAXPO 2005<br>Snack Food Association<br>1711 King Street, Suite One<br>Alexandria, VA 22314<br>Tel: 703-836-4500 or 800-628-1344<br>Fax: 703-836-7148 | Srinivasa Raja<br>#9 Fourth Street Parameshwar<br>Chennad, Tamilnadu, TamilNadu<br>600 020 INDIA<br>011-91-44-2446-0202<br>kts@aabsweets.com |

| QTY | DESCRIPTION | AMOUNT | TAX1 | TAX2 | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | Member (Early Bird) | 695.00 | 0.0% | 0.0% | 25.00 | 670.00 |

| | |
|---|---|
| TOTAL FEES | 670.00 |
| TAX1 | 0.00 |
| TAX2 | 0.00 |
| TOTAL FEES | 670.00 |
| PAYMENTS | 670.00 |
| **BALANCE (US$)** | **$0.00** |

**TRANSACTION HISTORY**

| DATE | METHOD | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/31/2004 | CC * | Payment | 670.00 |

*Please note that when you receive your credit card statement the charge will appear as
**Conference / Tradeshow Registration**

## Registrant Information Summary

| ATTENDEE INFORMATION | |
|---|---|
| REG ID#: | 1062-55388 |
| First Name: | Srinivasa |
| Last Name: | Raja |
| Middle Name: | k.t |
| Badge Name: | Srinivasa |
| Title: | M.D |
| Company: | Adyar Ananda Bhavan Sweets & Snacks |
| BadgeCompany: | Adyar Ananda Bhavan Sweets & snacks |
| Address: | #9 Fourth Street Parameshwar |
| City: | Chennad, Tamilnadu |
| State/Province: | TamilNadu |
| Postal/Zip Code: | 600 020 |
| Country: | INDIA |
| Telephone: | 011-91-44-2446-0202 |
| Fax: | 011-91-44-2446-0607 |
| Email: | kts@aabsweets.com |
| ContactName: | |
| ContactTelephone: | |
| ProductsSell: | Potato Chips, Corn Chips, Extruded Snacks, Party Mix |
| ProductOther: | |
| JobFunction: | CEO/President/Owner |
| Decision: | Final Decision |
| Expenditures: | Yes |
| NewProduct: | Yes |
| JoinedSFABefore2002: | |
| FirstSnaxpo: | |
| SpecialAssistance: | |

**Snack Food Association**
P.O. Box 890877
Charlotte NC 28289-0877
703-836-4500 FAX 703-836-8262

# INVOICE

Invoice No.: 2005DUES01
Date: March 3, 2005

**To:** Mr. K.T. Raja
Chairman of the Board
Adyar Ananda Bhavan Sweets & Snacks
#9 Fourth Street Parameshwar
Nagar Adyar
Chennad, Tamilnadu, 600 020
INDIA

Payable by Check (Drawn on a U.S. Bank and Payable in U.S. Dollars) or by Credit Card. Please forward all payment to the address listed above. Thank you.

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | 2005 Snack Food Association Membership Dues | | See attached dues schedule |
| | | Balance Due | |

THANK YOU FOR BEING A MEMBER!

**Larry Hardcastle**

[redacted]

[redacted]

[redacted]

[redacted]

----- Forwarded Message -----
**From:** balamurugan raja <balamorgan@yahoo.com>
**To:** "kts@aabsweets.com" <kts@aabsweets.com>
**Sent:** Monday, March 1, 2010, 07:23:40 PM EST
**Subject:** Fw: new shopping center in Malvern

Dear Srini,

Take a look I spoken to you earlier by phone about link

--- On Tue, 1/26/10, Raja Rama <alagaraja@gmail.com> wrote:

> From: Raja Rama <alagaraja@gmail.com>
> Subject: new shopping center in Malvern
> To: balamorgan@yahoo.com
> Date: Tuesday, January 26, 2010, 1:24 PM
> Here is the link to the new complex
> coming up near RT 29 and RT 202.
> http://www.worthingtonmalvern.com/
>
> Take a look at the demographics
> data..
> http://www.worthingtonmalvern.com/lifestyle/demographics.php
>

**Larry Hardcastle**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

----- Forwarded Message -----
**From:** balamurugan raja <balamorgan@yahoo.com>
**To:** "shreyabala@hotmail.com" <shreyabala@hotmail.com>
**Sent:** Monday, November 8, 2010, 01:53:49 PM EST
**Subject:** Fw: AAB in USA

----- Forwarded Message ----
**From:** kts <kts@aabsweets.com>
**To:** balamurugan raja <balamorgan@yahoo.com>
**Sent:** Mon, November 8, 2010 1:43:07 AM
**Subject:** Fw: AAB in USA

Sir
Mail forwarded , contact our M D for further details

by
AAB

On Mon, 08 Nov 2010 05:40:34 +0530 narasimha raju knraju1@yahoo.com wrote
**Dear Sir,**

**This is Narayan Raju B/O of Sudharshan (Lakshmana) Raju from Edison, NJ.**

**It was a great pleasure talking to you to discuss potential business opportunities in the States for AAB products.**

**Sir, As mentioned, I am an MBA graduate in the States and have been working as an Executive for an Apparel Company for many years and just decided to start my own business in Catering Business. Just for your information, I am the one who approached MTR Group to market their packaged foods (all podi's, Masala Powder, Pickles, etc.,) in the year 1985 and that did materialize as they were not ready that time and finally started their venture with some of their relatives.**

**AAB products will have a great growth in the states due to your excellent reputation in terms of Quality and need less to say the supers taste as well.**

**I am in the process of signing a Sub Lease for 5 years with an option to extend for another 5 years and this place is called Idly's located in the heart of Oak Tree Road which is the prime location for Indian Businesses and as you are aware this road attracts people from all over New Jersey, Pennsylvania, New York, Connecticut, Maryland, etc.,**

**Idly's can accommodate nearly 100 people and there is enough room to accommodate a nice AAB's Counter for Sweets and Snacks as well. Idly's have rented a small portion to an Ice Cream Shop and this can be removed with an advance notice of about 2 months.**

**The place comes with two full pledged Kitchen area and a huge basement (approximately 3000 to 3500 Sq ft) to store raw materials. The place can also accommodate about 24 cars and a Municipal parking is just behind the restaurant's fence and this can accommodate more than 200 cars.**

**I am very much interested in joining hands with you to assure you a solid growth not only on Oak Tree Road, but also across Unites States, We can also distribute all your packaged products either through House Of Spices or we can operate this on our own.**

**Before we proceed on further plans, I do wish to know if you are interested in starting Pure Vegetarian Tiffin and Thali sections as well in addition to marketing AAB's Sweets and Snacks. (I am taking over Idly's to serve these items as well) OR do you just want to plan AAB's Counters only for Sweets and Snacks?**

**Based on AAB's reputation, I strongly feel that, we do have a great chance to open doors for Tiffin and Thali items (similar to Saravana Bhavan). Brother was gracious enough to offer his services to visit quite often to support me in this venture and he has so many years of excellent experience in this trade as he was the one who started restaurants such as Thrupthi, Mathura, Alampur., etc.,**

**Last but not the least, please provide me contact details of your friend in New Jersey so that I can show him the place (I am also attaching few pictures for your reference in multiple emails due to size limitations per email) as well as discuss any matters that you are interested in finalizing.**

**My Telephone number is 001 917 669 9890 and my email address is knraju1@yahoo.com. My house is located just five minutes away from Oak Tree Road.**

**Again, thank you for your kind call and please be assured that, I will do what ever it takes to build a strong name and reputation for AAB's products across North America including Canada.**

**Best Regards**

**Narayan Raju**





**From:** balamurugan raja
**To:** Balamorgan; Larry Hardcastle
**Cc:** Raj Kumar; Vishnu Shankar; Ramaswamy Ramaswamy; srinivasan raja
**Subject:** Fw: Donations received from Mr. Srinivasan Raja (Adyar Ananda Bhavan) $4,000
**Date:** Tuesday, November 9, 2021 6:20:18 PM

---

Dear Gentlemen,

Here it is receipt of AAB Director Mr. Srinivasa Raja Donated to FeTNA (Federation of Tamil Sangams of North America) near wahington 25th event.

Please find attachment receipt of 25th annual convention celebrate event donated by Mr.Srinivasa Raja of Adyar Ananda Bhavan.

Thank you,
Very Best regards,
**Balamurugan K. Raja**
Vice President & Development Manager
Adyar Ananda Bhavan Sweet and Snacks Inc., USA

484-995-2265 | balamorgan@yahoo.com

----- Forwarded Message -----
**From:** Balagan Arumugaswamy <balagancpa@gmail.com>
**To:** "balamorgan@yahoo.com" <balamorgan@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 04:35:59 PM EST
**Subject:** Fwd: Donations received from Mr. Srinivasan Raja (Adyar Ananda Bhavan) $4,000

Please find the details of the money received from Srinivasan Raja of Adyar Ananda Bhawan. The mail is forwarded to you as received from the past President, Mr.Peter Yeronimuse.

---------- Forwarded message ---------
From: **Naanjil Peter** <NaanjilPeter@gmail.com>
Date: Tue, Nov 9, 2021 at 2:28 PM
Subject: Donations received from Mr. Srinivasan Raja (Adyar Ananda Bhavan) $4,000
To: Balagan (tsangam) Arumugaswamy <balagancpa@gmail.com>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vijaya | Raja | 1202 Cuzco Ct | Herndon | VA | 20170 US | 1000 | 274.9 |
| Sakthivel | Raja | 1202 Cuzco Ct | Herndon | VA | 20170 US | 1000 | |
| **Srinivasan** | **Raja Ananda Bhavan** | **1202 Cuzco Ct** | **Herndon** | **VA** | **20170 US** | | **2,000.00** |

Donation received for 2012 Federation of Tamil Sangams of North America (FeTNA) Silver Jubilee celebrations.
Held July first week of 2012.

**The Federation of Tamil Sangams of North America held its 25th annual convention to celebrate Tamil culture, literature and history in Baltimore, Maryland's Meyerhoff Symphony Hall with 2,500 people enjoying a multitude of events from July 5-8, 2012.**

Balagan Arumugasamy CPA - Convention Coordinator

Dr. Dhandapani Kuppusamy - FeTNA President

--
Balagan Arumugaswamy, CPA., LL.M.,

Balagan Business and Tax Service
MD Office: 12100 Franklin Street
Beltsville MD 20705
VA Office : 44335 Premier Plaza, Ste 100
Ashburn VA 20147
Phone : 301-931-1040 (MD)
703-723-4458 (VA)
Fax : 301-595-4332 (MD)

** CONFIDENTIALITY NOTICE **
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this

message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version

India-America Business Promotion Council Inc
63-109 Saunders Street – D-1
Rego Park, New York 11374
718-275-0459/pmswamy@gmail.com

March 1, 2011

Mr. KT Srinivasa Raja
Managing Director Adyar Ananda Bhavan
Plot No, 57, Mahatma Gandhi Rd, Shastri Nagar
Adyar, Chennai, Tamil Nadu 600090, India

Dear Mr. Raja:
Greetings from New York
As per our telephonic discussion, we invite you and your senior management team to New York. We, at the IABPC, are proud that you are being honored by New York Tamil Sangam for your services to the Tamils across the globe.

We will be too happy to show you around a few nice places suitable for opening Adyar Ananda Bhavan branch in New York City and New Jersey, to start with. We have tied up with dependable realtors who will show you a couple of good places suitable for opening Indian restaurants and also some existing restaurants that are on sale. We can also assist you in incorporation of your company in the US, assist in getting tax ID and find a good CPA and attorney to handle all the compliances. We have short listed a few and will set up meetings with them on your arrival.

Please let us know your itinerary so that we can send someone with a car to pick you at the JFK airport in New York. The immigration and customs procedures may take about an hour from the time of your arrival.
Looking forward to working with you
Sincerely

PRAKASH M SWAMY PHD
EXECUTIVE DIRECTOR

FEB-07-2007 WED 12:10 PM FAX NO. Feb 8 2007 10:03am P003/003
P. 02

Mail to: PO Box 308
Trenton, NJ 08646

**STATE OF NEW JERSEY**
**DIVISION OF REVENUE**

Overnight to: 225 West State St.
3rd Floor
Trenton, NJ 08608-1001

"FEE REQUIRED"

# PUBLIC RECORDS FILING FOR NEW BUSINESS ENTITY

Fill out all information below INCLUDING INFORMATION FOR ITEM 11, this form constitutes your original certificate of incorporation/formation/regist form is considered public. Refer to the instructions for delivery/return options remit the appropriate fee amount. Use attachments if more space is required for

DP

FILED
FEB 0 7 2007
STATE TREASURER

0100975367

1. Business Name: Adyar Ananda Bhavan Sweets & Snacks Inc

2. Type of Business Entity: D P
(See Instructions for Codes, Page 21, Item 2)

3. Business Purpose:
(See Instructions, Page 22, Item 3)

4. Stock (Domestic Corporations only, LLCs and Non-Profit leave blank):
1000

5. Duration (If Indefinite or Perpetual, leave blank):

6. State of Formation/Incorporation (Foreign Entities Only)

7. Date of Formation/Incorporation (Foreign Entities Only)

8. Contact Information:
Registered Agent Name: Kavitha Ramasami

Registered Office:
(Must be a New Jersey street address)
Street 24 Maida Road
City Edison Zip 08820

Main Business or Principal Business Address:
Street 123 Bishop drive
City Aston State PA Zip 19014

9. Management (Domestic Corporations and Limited Partnerships Only)
- For-Profit and Professional Corporations list initial Board of Directors, minimum of 1;
- Domestic Non-Profits list Board of Trustees, minimum of 3;
- Limited Partnerships list all General Partners.

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| K.T. Srinivasa Raja | 9, M.G. Road, Shastri Ngr, Adyar | Chennai, Tamil Nadu | India | 600020 |
| K.T. Venkatesan | 9, M.G. Road, Shastri Ngr, Adyar | Chennai, Tamil Nadu | India | 600020 |
| Balamurugan K. Raja | 123 Bishop Drive | Aston | PA | 19014 |

The signatures below certify that the business entity has complied with all applicable filing requirements pursuant to the laws of the State of New Jersey.

10. Incorporators (Domestic Corporations Only, minimum of 1)

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| Kavitha Ramasami | 24 Maida Road | Edison | NJ | 08820 |

Signature(s) for the Public Record (See instructions for Information on Signature Requirements)

| Signature | Name | Title | Date |
|---|---|---|---|
| [signature] | Kavitha Ramasami | | 02/07/07 |

1861163
2392288



HEAVEN SPICE 000026

Law Offices of Kavitha Ramasami
55, Carter Drive 207
Edison, NJ 08817
Phone: 732-393-9557
Fax: 732-875-0300

Website: www.usimmigrationesq.com

PAID

# Client Receipt

| | | | |
|---|---|---|---|
| To | Adyar Ananda Bhavan Sweets & Snacks Inc | | |
| Attn | | | |
| Address | 123 Bishops Drive<br>Aston PA 19014 | | |
| Email | | | |
| Primary Phone | | Alternate Phone | |
| Fax | | | |

| | | | |
|---|---|---|---|
| Invoice # | 204 | Invoiced Amount | $350.00 |
| Invoiced Date | Jan 29 2007 | Due date | Jan 29 2007 |
| Credit/Escrow Amount | $0.00 | Received Amount | $350.00 |
| Balance Due | $0.00 | Pay Now | $0.00 |

| | |
|---|---|
| Comments | Due upon Receipt Comments |

| Details | Description | File No Rate | Quantity | Total |
|---|---|---|---|---|
| Gov. Related Fees | | | | |
| Gov. Fees | | $125.00 | 1 | $125.00 |
| | | | Sub Total | $125.00 |
| General Fee Items | | | | |
| Legal Fees | | $150.00 | 1 | $150.00 |
| corporate kit | | $75.00 | 1 | $75.00 |
| Misc1 | | $0.00 | 1 | $0.00 |
| Misc2 | | $0.00 | 1 | $0.00 |
| Misc3 | | $0.00 | 1 | $0.00 |
| | | | Sub Total | $225.00 |
| | | | Case Total | $350.00 |
| | | | Grand Total | $350.00 |
| | | | Paid Amount | $350.00 |
| | | | Balance Due | $0.00 |
| Comments | | | | |

**Payments made for Invoice 204**

| Paid Amount | Applied Amount | Original Due Amount | Current Balance Amount | Payment Received Date | Payment Method |
|---|---|---|---|---|---|
| $350.00 | $350.00 | $350.00 | $0.00 | Jan 29 2007 | By Check - 1071 |
| Comments : Incorporation fees fully paid | | | | | |

** If current balance amount is shown in Red color; that indicates, Invoice has been changed after the payment was received.

HEAVEN SPICE 000030


Indo American Chamber of Commerce
INDO-AMERICAN
CHAMBER OF COMMERCE
www.iaccindia.com
K.T.SRINIVASA RAJA
PARTNER
ADYAR ANANDA BHAVAN
CHENNAI
Valid March 31, 2008
MEMBER

# State of Connecticut

QUI TRANSTULIT SUSTINET

## General Assembly

## Official Citation

Introduced by Representative Prasad Srinivasan, M.D., 31st District

Be it hereby known to all that:
The Connecticut House of Representatives
hereby offers its sincerest congratulations to:

K.T. Srinivasa Raja
Adyar Ananda Bhavan (Aab)

In recognition of

Your Hard Work And Efforts In Building AAB Throughout India Into A Nationally Recognized Business, And Your Commitment To Provide Employment Opportunities To Those Yearning To Better Themselves. Best Wishes As You Prepare To Expand Your Operations In The United States, And Offering South Indian Traditional Sweets And Other Foods To New Customers And Cultures.

The entire membership extends its
very best wishes on this memorable occasion
and expresses the hope for continued success.

Given this 28th day of May 2011
at the State Capitol
Hartford, Connecticut

by

Speaker of the House

Secretary of the State

# Invoice

INDIANSWEETSTOUSA.com
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 16/09/2014 |
| **Order ID:** | 125 |
| **Payment Method:** | Credit/Debit Cards |
| **Shipping Method:** | USA (Weight: 2.50kg) |

| **To** | **Ship To (if different address)** |
|---|---|
| VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States<br>vikaskrishna@hotmail.com<br>2014175060 | VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States |

| **Product** | **Model** | **Quantity** | **Unit Price** | **Total** |
|---|---|---|---|---|
| Badam Halwa- 250gms | GS_SWEETS | 2 | $8.99 | $17.98 |
| Sri Krishna Mysorepauk | K_sweets | 2 | $4.99 | $9.98 |
| Masala Cashewnut - 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Seedai - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Athirasam - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Badam-Burfi | A2B_SWEETS | 1 | $4.99 | $4.99 |
| Coconut - Burfi 1 | A2B_SWEETS | 1 | $4.99 | $4.99 |
| | | | **Sub-Total:** | $54.90 |
| | | | **USA (Weight: 2.50kg):** | $18.99 |
| | | | **Total:** | $73.89 |

# Invoice

INDIANSWEETSTOUSA.com
New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.
Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com
Website - www.indiansweetstousa.com
FB - https://www.facebook.com/Indiansweetstousa

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| | |
|---|---|
| **Date Added:** | 16/09/2014 |
| **Order ID:** | 125 |
| **Payment Method:** | Credit/Debit Cards |
| **Shipping Method:** | USA (Weight: 2.50kg) |

| **To** | **Ship To (if different address)** |
|---|---|
| VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States<br>vikaskrishna@hotmail.com<br>2014175060 | VIKAS KRISHNA KALLALATHIL KONNATH<br>1412 VALLEY TRL<br>IRVING, Texas 75063<br>United States |

| **Product** | **Model** | **Quantity** | **Unit Price** | **Total** |
|---|---|---|---|---|
| Badam Halwa- 250gms | GS_SWEETS | 2 | $8.99 | $17.98 |
| Sri Krishna Mysorepauk | K_sweets | 2 | $4.99 | $9.98 |
| Masala Cashewnut - 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Seedai - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Athirasam - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Badam-Burfi | A2B_SWEETS | 1 | $4.99 | $4.99 |
| Coconut - Burfi 1 | A2B_SWEETS | 1 | $4.99 | $4.99 |
| | | | **Sub-Total:** | $54.90 |
| | | | **USA (Weight: 2.50kg):** | $18.99 |
| | | | **Total:** | $73.89 |

HEAVEN SPICE 000034

# Invoice

| | | | |
|---|---|---|---|
| INDIANSWEETSTOUSA.com<br>New No 220, Old No. 200 Royapettah High Road, Mylapore, Chennai – 600004.<br>Email - senthilgs21@gmail.com, indiansweetstousa@gmail.com<br>Website - www.indiansweetstousa.com<br>FB - https://www.facebook.com/Indiansweetstousa | **Date Added:** | 10/09/2014 |
| | **Order ID:** | 121 |
| | **Payment Method:** | PayPal |
| | **Shipping Method:** | USA (Weight: 5.50kg) |

Telephone: +91-9840386615, +91-9940100200
info@indiansweetstousa.com
http://www.indiansweetstousa.com

| **To** | **Ship To (if different address)** |
|---|---|
| Usha Srinivasan<br>6507 Fishers Ct<br>Moorpark, California 93021<br>United States<br>shreevidya@yahoo.com<br>8053762809 | Usha Srinivasan<br>6507 Fishers Ct<br>Moorpark, California 93021<br>United States |

| **Product** | **Model** | **Quantity** | **Unit Price** | **Total** |
|---|---|---|---|---|
| Kai Murukku | Savouries | 2 | $3.99 | $7.98 |
| Masala Groundnut - 250 GMS | GS_SAVOUR | 2 | $3.99 | $7.98 |
| Mullu Thenkuzhal - 250 GMS | A2A_SAVOUR | 1 | $3.99 | $3.99 |
| Mysore Dhall Mixture - 250 GMS | A2A_SAVOUR | 1 | $3.99 | $3.99 |
| Pepper Vadai- 250 GMS | GS_SAVOUR | 1 | $3.99 | $3.99 |
| Badhusha | GS_SWEETS | 1 | $4.99 | $4.99 |
| Laddu - 250 GMS | GS_SWEETS | 1 | $4.99 | $4.99 |
| Parupu Poli - 250gms | GS_SWEETS | 1 | $4.99 | $4.99 |
| Cashew Kathli - 250gms | GS_SWEETS | 1 | $8.99 | $8.99 |
| Ambika's Manathakali Vathal | A_VATHAL | 2 | $2.99 | $5.98 |
| Ambika's SP.RiceAppalam | A_APPALAM | 1 | $2.99 | $2.99 |
| Coffee Powder ( Filter coffee powder)<br>- Pack: 250gms | Coffee powder | 1 | $9.99 | $9.99 |
| Sambar Podi - 250 GMS | POWDER | 1 | $2.99 | $2.99 |
| Coconut Podi | POWDER | 1 | $2.99 | $2.99 |
| Ambika's Thamarai Kizhangu | A_VATHAL | 1 | $2.99 | $2.99 |
| Ambika's Vepp Ampoo | A_VATHAL | 1 | $2.99 | $2.99 |
| Ambika Vengaya Vadaam | A_VADAAM | 1 | $2.99 | $2.99 |
| Tirunelveli Halwa | Special | 1 | $4.99 | $4.99 |
| Ambika's Gundu Moormilagai Vathal | A_VATHAL | 1 | $2.99 | $2.99 |
| | | | **Sub-Total:** | $93.78 |
| | | | **USA (Weight: 5.50kg):** | $36.96 |
| | | | **Total:** | $130.74 |

**Comment**

Please ensure that packaging is strong.

**Larry Hardcastle**

[redacted]

[redacted]

[redacted]

----- Forwarded Message -----
**From:** Ramesh Raju <gramesh_14@yahoo.com>
**To:** Balamurugan Raja <balamorgan@yahoo.com>
**Sent:** Wednesday, July 14, 2021, 07:30:10 PM EDT
**Subject:** Fw: Restaurant Photos/ A2B USA/ Dallas

----- Forwarded Message -----
**From:** balamurugan raja <balamorgan@yahoo.com>
**To:** "gramesh_14@yahoo.com" <gramesh_14@yahoo.com>; "shreyabala@hotmail.com" <shreyabala@hotmail.com>
**Sent:** Monday, March 14, 2016, 10:33:43 AM CDT
**Subject:** Re: Restaurant Photos/ A2B USA/ Dallas

Hello Mr. Ramesh,

I do not have any word to say about store location. Its fantastic, amazing that's all I would said. Good Luck and any help if you need from you please let me know.

Very Best Regards,
Murugan Raja

On Monday, March 14, 2016 9:51 AM, Ramesh Raju <gramesh_14@yahoo.com> wrote:

Hello Murugan sir,

Greetings!!!

Please find attached photos (restaurant)....Please take a look and let me know if you need any information/details on photos.

It is centrally located. Surrounded by 16 Major companies, with nearly 50,000 employees.
Location is in Frisco....Stonebriar Mall entrance...

Since, it is existing restaurant, most of the work has done..We have to work on our traditional furniture and kitchen equipment.

As mentioned, we have signed the lease and got the keys from the landlord..

Thanks and regards,

Ramesh Gadiraju


















HALL OFFICE PARK
Dr Pepper Arena
Parkwood Blvd
Stonebriar Centre
JCPenney
Dr Pepper Ballpark
Mama Fu's Asian House
CLOSED
Sam Rayburn Tollway
ENCLAVE AT STONEBRIAR CREEK ESTATES
Parkwood Blvd
iFLY Dallas
Sam Rayburn Tollway (Toll road)
Dallas North Tollway (Toll road)
IKEA Dallas
FRISCO BRIDGES
121
THE CANA ON PRESTO
Rasor Boulevard
Mission Gate Apartmen
TOWN HOMES III AT LEGACY TOWN CENTER
Headquarters Dr
LEGACY TOWN CENTER NORTH
Pepsi Co Inc
Preston Rd
JCPenney Headquarters
Mexican Sugar
Google
Imagery ©2016 Google, Map data ©2016 Google Terms Privacy Send feedback 1000 ft




HEAVEN SPICE 000048