# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------X
ADYAR ANANDA BHAVAN, CORP.,

PLAINTIFF,

-against- Case No:
19-16879-JMV-JSA

HEAVEN SPICE USA, LLC, et al.,
DEFENDANTS.
----------------------------------------X

DATE: February 10, 2022
TIME: 8:36 A.M.

VIRTUAL DEPOSITION of the Defendant, ADYAR ANANDA BHAVAN SWEETS & SNACKS, INC., by SRINIVASA KOTTUMUKULU THIRUPATHY RAJA, taken by the Plaintiff, pursuant to Agreement and to the Federal Rules of Civil Procedure, held at the above date and time, remotely before Cleo Shenkin, a Notary Public of the State of New York.

A P P E A R A N C E S:

SCULLY, SCOTT, MURPHY & PRESSER, P.C.
Attorney for the Plaintiff
400 Garden City Plaza
Garden City, New York 11530
BY: KEITH A. WELTSCH, ESQ.

LANCIANO & ASSOCIATES, L.L.C.
Attorneys for the Defendants
2 Route 31 North
Pennington, New Jersey 08534
BY: LARRY E. HARDCASTLE, II, ESQ.

ALSO PRESENT:
JAY KUMAR, Tamil Interpreter
Eiber Translation

* * *

F E D E R A L S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

* * * *

S R I N I V A S A K O T T U M U K U L U T H I R U P A T H Y R A J A, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. WELTSCH:

Q. Please state your name for the record.

A. Srinivasa Kottumukulu Thirupathy Raja.

Q. What is your address?

A. 53A 2nd Space 3rd Street, Ambatur Industrial Estate, Ambatur, Chennai. That's in the state of Tamil Nadu.

Q. May I call you, Mr. Raja.

A. Yes, okay. Raja is fine, yes.

Q. Okay, thank you.

So to start, I am just going to read sort of a short statement regarding sort of the rules associated with the deposition, it doesn't require you to answer anything, and then I can go forward

S. RAJA
with the questions.
A. Okay.
MR. WELTSCH: And can I call you Jay, is that --
THE INTERPRETER: Yes, that is perfect, sir.
MR. WELTSCH: So like two sentences at a time, is that generally about right for you to be able to process?
THE INTERPRETER: Yes. If they are simple sentences; if it is complex, just break it down to one sentence, please.
MR. WELTSCH: Okay.
THE INTERPRETER: I don't know what you are going to say, so.
Q. Hello, my name is Keith Weltsch. I am counsel for the plaintiff in this action, Adyar Ananda Bhavan, Corp.
A. Okay.
Q. The reason I am here today is because of a lawsuit that the parties are involved in in the District Court of New

Jersey surrounding the use and registration of the name Adyar Ananda Bhavan.

A. Okay.

Q. Before we proceed with the substance of the deposition, we have several overall points we wanted to discusses with you. First, I am going to ask you a series of questions about you and your involvement in these matters, please answer these questions to the extent that you have personal knowledge regarding the questions that I am asking.

A. Okay.

Q. In addition, while your attorney may object to some of the questions that I may ask, unless he specifically directs you not to answer, you are obligated to respond to my questions.

A. Okay.

Q. Second, please wait until I am done asking my question and, in fact, until the interpreter finishes translating my question before providing me with an answer.

S. RAJA

A. Okay.

Q. Okay, please tell me your name?

A. Srinivasa Raja.

Q. Please tell me the name of your current employer?

A. I am the managing director for Adyar Ananda Bhavan Sweets & Snacks.

It's India Private Limited. Adyar Ananda Bhavan India Private Limited, I am the managing director in that company.

Q. Okay. Through some research that I have done, I have determined that the company is a partnership, that's my understanding is that it is a partnership; is that correct?

A. It is a private limited company and two people jointly run this.

Q. Okay, and who is the other partner in the company?

A. My older brother, his name is K.T. Venkatesan.

Q. Could you please tell me what all of your responsibilities are in this position?

S. RAJA

A. My responsibility, we actually have a sweets and restaurant business, by looking to the production and also we try to expand and I work on new projects as well.

Q. Try to expand in what way?

A. Adyar Ananda Bhavan.

Q. Okay.

A. So all over the country, we have vegetarian restaurants, there are about 140 restaurants in India. And, in addition, we have some in Singapore, Australia and other countries. We try to do vegetarian foods, which is also kind of Chinese vegetarian food. We also work on sweets and snacks throughout the world.

Q. Okay. And when did you start -- is it okay if I just say -- I am trying to think of the best way to say it. Is it okay if I refer to the companies, so it's sort of an easier way to understand, as AAB India?

A. Yes, okay.

Q. So I think for the purpose of

S. RAJA

this conversation, I think we will say AAB India to refer to the company that is in India and AAB US to refer to Adyar Ananda Bhavan Sweets & Snacks, Inc., the New Jersey corporation.

A. Yes, okay.

Q. So when did you first start working for AAB India?

A. So I started in 1997, I started my business. At that time, it was --

1977.

THE INTERPRETER: Did I say 1997? I'm sorry.

A. 1977 is when I started my business and, at that time, it was called Sri Ananda Bhavan.

Q. You started it in 1977?

A. Yes.

Yes, it was a family business; my father myself and my brother.

Q. Okay, so the three of you started the business at the same time?

A. Yes. We are continuing the same business that we started in 1977.

S. RAJA

Q. Okay, and what was the nature of the business in 1977?

A. So, first, it was only Indian sweets and snacks is all we made.

Q. Okay. And you started out with how many locations?

A. It was only in two locations.

Q. Okay, and where were those locations?

A. Okay, so there were two locations, one was in Bangalore and the other one was Chennai.

THE INTERPRETER: He is just clarifying the location.

A. Which is Rasipuram, it was Old Washermanpet.

Q. Okay. And what was your role when the business first started; did everybody have multiple positions, did one person do one certain task and other people do different tasks?

A. So, at that time, my position was we were doing the production, so I used to help in the production. And my father

S. RAJA

was the cook.

Q. Okay. So what I'm going to do now is introduce an exhibit. So I am going to share what is Plaintiff's Exhibit A.

Okay, can you see the item on the screen that says sweets and more?

MR. HARDCASTLE: No.

MR. WELTSCH: Okay, hold on.

Off the record.

(Whereupon, an off-the-record discussion was held.)

MR. WELTSCH: All right, how about now?

MR. HARDCASTLE: Yes.

MR. WELTSCH: I am going to introduce what is Plaintiff's Exhibit A, which has been produced by plaintiff and marked as Heaven Spice 000056 to 000066.

(Whereupon, the aforementioned advertising brochure Bates Stamped Heaven Spice 000056 to 000066 was deemed marked as Plaintiff(s)' Exhibit A for identification as of

S. RAJA

this date by the Reporter.)

Q. Mr. Raja, have you seen this document before?

A. No.

Q. You have not seen this document before?

A. No.

Q. Okay. This document appears to be an advertising brochure, produced by your counsel, speaking to some of the history of Adyar Ananda Bhavan Sweets & Snacks, and you have is not seen it previously?

MR. HARDCASTLE: Objection.

A. My father is very old now, he started it in 1960 and I joined in 1977. I am not able to see properly.

MR. WELTSCH: I am not sure what he means when he says he's not able to see the property.

A. No, I'm not able to see properly.

MR. WELTSCH: He can't see what I'm sharing on my screen?

S. RAJA

A. I don't know anything about the brochure, the one that -- about the brochure.

MR. WELTSCH: Okay, so he can see it, he's just not familiar with it?

A. Yes, that is correct. I am able to see, but I am not familiar with what it is.

Q. Okay, that's fine. So I'm just going to ask some questions about the content of the brochure.

Okay, so first, I wanted to confirm, Mr. -- and I apologize if I am mispronouncing it -- K.S. Thirupathi Raja is your father, Mr. Raja; is that correct?

A. Yes.

Q. So this document says that in 1960, your father opened up a restaurant and/or I guess a sweet shop called Guru Sweets, are you familiar with Guru Sweets?

A. Yes, it was only -- it was not a restaurant, it was only a sweet shop. Guru Sweets is the name of it.

S. RAJA

Q. Okay. Just so I understand, and maybe this is an Indian term of art, can you just explain what a sweet is?

THE INTERPRETER: I cannot -- you are kind of breaking up, say that one more time, Mr. Weltsch.

MR. WELTSCH: I said I apologize for not being familiar, but could you please explain what a sweet is.

A. So most of us as South Indians, we start any celebration with a sweet, so it is to indicate the happy moment. We start with sweets.

Q. What is a sweet?

A. So sweet is sweet, it is something that that gives you energy and we start with it in the beginning eating it and it is for the happy occasion that we start with sweets.

We add milk, sugar, clarified butter and nuts, we mix it all and then we make sweets out of it, that is what is sweet.

S. RAJA

Q. Would a sweet be similar to a dessert?

A. We do it both in the beginning and in the end, as a dessert.

Q. Before a meal, as like a snack, and then after a meal, as a dessert?

A. Yes, there are different varieties and that's what we eat.

Q. Okay. So it says in this document that your father opened up the first store in Washermanpet in 1978; is that correct?

A. No. No, it was Guru Sweets that he started with and the second store was opened in Bangalore in 1977. Somewhere around '79, '80, he opened another store in Washermanpet, Chennai.

Q. Okay. So at this point, in the late 1970s, there were two stores?

A. Yes.

Q. Okay, so the document further says, his commitment and passion helped him to do well and open up a second store, which you talked about, but then it says

S. RAJA

here that an additional store was opened up in Adyar; is that correct?

A. Yes.

Q. Okay. And so this document further says, the chain was soon known as Adyar Ananda Bhavan, could you tell me, to the best of your recollection, in what year the company was first known as Adyar Ananda Bhavan?

A. So the Adyar Ananda Bhavan first started on April 7, 1988.

Q. That is when you first started operating under the name Adyar Ananda Bhavan, correct?

A. So there is a river by the name Adyar which ends in that area, that is why we named it as Adyar Ananda Bhavan.

And the earlier one was Sri Ananda Bhavan.

Q. Okay, so when you opened up the new location in Adyar, that's why you named the sweets shop Adyar Ananda Bhavan, correct?

A. Yes.

S. RAJA

Q. Okay. And during this time, is it correct to say that you were only offering sweets and snacks?

A. Yes.

Q. Okay, so let's go further down to the entry for 2004, if I can read it, it says here in this document that the company started restaurants under the brand name A2B, does this mean that the company started offering restaurant services at that time in 2004?

A. So what we did was in 1992, we registered it as a business all over India. Trademark.

Q. You registered what as a trademark, Adyar Ananda Bhavan or A2B?

A. Adyar Ananda Bhavan.

Q. Okay.

MR. WELTSCH: Off the record.

(Whereupon, an off-the-record discussion was held.)

Q. Okay, so in 1992, you said that you registered Adyar Ananda Bhavan as a trademark in India, when did you start

S. RAJA

operating under the name A2B?

A. So what happened was we started in 2004 as sweets and snacks, so Adyar Ananda Bhavan was just the sweets and snacks, okay. So, in 2004, we started the restaurant business. In 2004, it was Adyar Ananda Bhavan, there were two As and they kind of had it A squared B, but not many people understood it, so they made it as A2B.

Q. So I'm trying to get an understanding, so you started in 2004 under the name A2B and, in doing so, did you offer Indian restaurant services, excuse me, and sweet shops in India in the same building?

A. Yes. Yes, both of them were together, both the sweet and the restaurant.

Q. In the same building, correct?

A. Yes. Yes, it was in the same building.

Q. Okay. So A2B would be the name of the restaurant and Adyar Ananda Bhavan

S. RAJA

would be the name of the sweets, correct?

A. Yes.

Q. Okay. So with respect to the sweets, were the sweets, in 2004, only sold in buildings or stores that your company owned?

A. No, we sold it everywhere.

Q. So what are examples of the kinds of places someone could buy sweets from if they were not in your stores?

A. We can only buy it in our stores.

Q. So, to clarify, you could not buy Adyar Ananda Bhavan sweets or snacks in a grocery stored owned by a different company, correct?

A. Yes, people buy it from us and then sell it.

Q. Oh, okay. So individuals could buy the sweets in stores for themselves but then other companies could buy the sweets from you in large packages or in bulk and then sell them in their own stores if they wanted to, correct?

S. RAJA

A. No, they cannot, no. No, they cannot do that. It has to be in our packages.

Q. I will rephrase the question.

Is it possible for someone to buy these products in bulk from you in packaging and sell them in their own store?

So let's say, for example, I was a grocery store owner in India, I would come to you and you sell me 100 packages of sweets in your packages, could I then do that and then sell them in my store in packages?

A. Only in 2010, we started with trading; up until then, we were on our own, we did it on our own.

Q. Okay. Okay, so prior to 2010, it was only possible to buy packaged sweets at your own stores, but after 2010, you began selling to other stores for them to sell in their individual grocery stores?

MR. HARDCASTLE: Objection.

A. Yes.

Q. Okay. All right, so let's talk

S. RAJA

about what some of these shops look like for a second. Are there --

MR. WELTSCH: Go ahead.

THE INTERPRETER: Go ahead.

MR. WELTSCH: Jay, you can go ahead.

THE INTERPRETER: Okay.

Q. Okay, so what I'm talking about is what kind of -- the types of signs that would be shown on some of these locations. So if someone were to go to a restaurant, an A2B restaurant in India, do you typically sell Adyar Ananda Bhavan Sweets & Snacks within an A2B restaurant?

A. Yes, it would be available.

Q. Okay. If you were to go to an A2B restaurant, what sort of signage or signs would be on the front of the store?

And so the follow-up question would be would the sign just say A2B Restaurant or would it say A2B Restaurant and then have a separate sign that says Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

S. RAJA

THE INTERPRETER: Okay, so you said A2B Restaurant and then, you said steppage? Can you repeat?

(Whereupon, the referred to question was read back by the Reporter.)

A. So if they have sweets and snacks, it's going to read Adyar Ananda Bhavan, but if it is a restaurant, it is going to say A2B Vegetarian Restaurant.

Q. Are there locations that have signs that say A2B Restaurant and also have a sign that says Adyar Ananda Bhavan on the same location?

A. Yes, there will be.

Q. Okay. And what would be offered in these kinds of stores that have a sign that says A2B restaurant and Adyar Ananda Bhavan on the front of it?

A. In Adyar Ananda Bhavan, there would be South Indian, North Indian, Chinese, chaat, sweet and Continental food, that is all for in this place.

MR. WELTSCH: I don't think he

S. RAJA

answered the question.

Q. What I was asking is if a store has A2B Vegetarian Restaurant --

MR. WELTSCH: Is there something in the background?

MR. HARDCASTLE: You're cutting out a little.

MR. WELTSCH: Okay, I'll try it again.

Q. If there was a restaurant that said A2B on the front of the store, as well as Adyar Ananda Bhavan on the front of the store, what kind of services would be offered inside of that kind of store, where it had both signs?

MR. WELTSCH: Hello? I can't hear Jay?

MR. HARDCASTLE: Yes, we lost Jay.

MR. WELTSCH: Okay, let's go off the record.

(Whereupon, a brief recess was taken.)

MR. WELTSCH: Can you read back

S. RAJA

the open question.

(Whereupon, the referred to question was read back by the Reporter.)

A. So the name Adyar Ananda Bhavan -- okay, it's other way around, A2B is a short form for Adyar Ananda Bhavan. Youngsters call it like that. It is a short form just like how KFC is.

We will have all kinds of service.

Q. Okay. I think we need to be a little bit more specific. Inside a restaurant that says A2B Vegetarian Restaurant and Adyar Ananda Bhavan on it, would there be sit-down eating with a waiter?

A. So all of it is under one roof. Inside of the restaurant, you come and eat, you can also do a takeout and, in addition, you can also buy the sweets and snacks. Everything is under the same roof.

Q. Okay. That answers my question.

S. RAJA

If you were to buy sweets and snacks in one of these kinds of stores, is there typically a separate counter to buy the sweets and snacks?

A. No, everything will be under the same roof. It will all be in one, everything will be in one. Even the building will be under Adyar Ananda Bhavan India Private Limited.

Q. I understand they would be in the same building, but what I wanted to know is within the same restaurant, will there be a walk-up counter to buy sweets and snacks from within the restaurant?

A. Yes.

Q. Yes, okay. And will that separate counter have any signs behind it?

A. No.

Q. No, okay. So, to clarify, is it correct to say that the outside of the store might say A2B Vegetarian Restaurant and Adyar Ananda Bhavan on the outside of the restaurant, correct?

A. Yes.

S. RAJA

Q. Okay. But inside a restaurant that has A2B Vegetarian Restaurant and Adyar Ananda Bhavan on it, there would not be separate signs that show that one part is for the restaurant and one part is for the counter?

THE INTERPRETER: So you are saying inside?

MR. WELTSCH: Inside the store.

Q. I am saying inside the store, there would not be separate signs showing A2B Restaurant and Adyar Ananda Bhavan Sweets & Snacks at the counter; is that correct?

MR. HARDCASTLE: Objection.

THE INTERPRETER: Huh?

MR. WELTSCH: I will rephrase that.

THE INTERPRETER: No, I got it I thought I heard something.

MR. WELTSCH: I am going to strike the question.

THE INTERPRETER: Okay.

Q. Is it correct that inside the

S. RAJA

store itself that there are not separate signs that say A2B Vegetarian Restaurant and Adyar Ananda Bhavan inside?

MR. HARDCASTLE: Objection.

A. No. No, there are no separate signs.

Q. Okay. That's fine.

Okay, so I am going to just look at this further down in this brochure, which Mr. Raja said he's not familiar with, could you look at what I have now on the screen, page 64, Heaven Spice page 64, could you just briefly read this document?

A. (Witness complying.)

Q. Okay, have you read this page of the document?

A. Yes.

Q. Okay. So on this page, it says USA Plans, AAB now plans to focus on the huge US market with a concentrated effort to open outlets across North America.

So I'm going to go up briefly, sorry, to page, this is page 60, Heaven Spice 60. At the top of the page, it says,

S. RAJA

what started as a small outlet in 1978 in North Chennai has grown to 100 branches in India within a span of 38 years.

So, just doing some simple math, would it seem correct that if this brochure came out 38 years after 1978, that this brochure would have been from 2016; does that seem correct?

MR. HARDCASTLE: Object to the form.

A. Yes, that is correct, it was after 2015.

Q. After '15.

So for the purpose of the discussion, let's presume this document was written in 2016.

So going to --

THE INTERPRETER: Yes, one second.

Yes, sir, go ahead.

Q. Okay, so looking at this document, it says, USA Plans, so it says AAB now plans to focus on the huge US market with a concentrated effort to open

S. RAJA

outlets across North America, so this document if we go on the operating presumption that in 2016 -- sorry, that this document was created in 2016, is it accurate to say that AAB did not have any restaurants or stores that were open in 2016 in the United States?

A. So, in 2007, that is on February 7, 2007, we registered in New Jersey as Adyar Ananda Bhavan Sweets & Snacks Company.

MR. HARDCASTLE: Is the question completed?

MR. WELTSCH: Well, he didn't answer the question.

MR. HARDCASTLE: Right, no, so I assume you were going to re-ask it. But is that -- I just wanted to make sure that that exchange was done.

I just wanted to jump in, given the time difference, my client, we are going to need to wrap this up around 11:00, so I just want you to keep that in mind as we --

S. RAJA

MR. WELTSCH: Okay, I mean, do we have a little bit of give on that, maybe until 11:15 or so?

MR. HARDCASTLE: Yeah, we can try to accommodate him, but I want to be cognizant on that it's fairly late over there and 11 o'clock I think puts it at 9:30.

MR. WELTSCH: Okay, we will try to.

MR. HARDCASTLE: Yes.

Q. So, Mr. Raja, I don't believe you answered the question. What I was asking was is it accurate to say that there were no stores or restaurants in 2016 that had the words Adyar Ananda Bhavan or A2B on the front of the stores at that time?

MR. WELTSCH: Sorry, before you finish -- before you finish, sorry, I just wanted to clarify.

THE INTERPRETER: Yes.

MR. WELTSCH: My question did not say in the United States, so I wanted to make that clear.

S. RAJA

THE INTERPRETER: Okay.

A. Yes, there were no stores, but sweets and snacks.

MR. WELTSCH: Off the record.

(Whereupon, an off-the-record discussion was held.)

MR. WELTSCH: So let's go to Exhibit F. Sorry, it's going to be Exhibit B.

(Whereupon, the aforementioned Interrogatories was deemed marked as Plaintiff(s)' Exhibit B for identification as of this date by the Reporter.)

Q. Okay, so to explain, during this litigation, we sent a series of interrogatories, which are basically questions about this case that AAB US and the other defendants were obligated to answer.

All right, so I am going to go to interrogatory No. 9, so could you please read this, so you see here my cursor at No. 9, could you just read this question

S. RAJA

starting with No. 9, please, Mr. Raja, and then read to the end of the question and let me know when you are done?

THE INTERPRETER: He needs to read just the question or answer too?

MR. WELTSCH: The question and the answer for No. 9.

THE INTERPRETER: The question and the answer.

Okay, he wants me to read and say; is it okay, can I do that?

MR. WELTSCH: You want to read to him?

THE INTERPRETER: He wants me to read it and tell him; is it okay or.

MR. WELTSCH: Sure, go ahead.

THE INTERPRETER: Okay.

MR. WELTSCH: Yes.

A. Okay.

I don't know about the last part.

MR. WELTSCH: I am not sure what he means by he doesn't know

S. RAJA

about the last part.

A. In the beginning, I did not know that he came and started the company.

Q. Okay. All right, so let me ask you a couple of questions about your conversations with Mr. Anandan.

I guess the first question is how did you and Mr. Anandan end up speaking with each other?

A. He was already working in our place.

Q. Starting when?

A. I don't exactly remember, but I think it was in 2006.

Q. That's not my question.

The interrogatory says, Mr. Raja identified above has had conversations with Mr. Anandan about the fact that he worked with the Indian-based company in 2006, what I want to know is at what point did Mr. Raja speak to Mr. Anandan about his prior work history with Adyar Ananda Bhavan, when did that occur?

S. RAJA

THE INTERPRETER: Could you rephrase the last? When did Raja?

MR. WELTSCH: When did Mr. Raja speak with Mr. Anandan about his prior work history with Adyar Ananda Bhavan.

A. I do not know, but he left work here and went somewhere. There were so many thousands of employees, we did not know that he was the one who was -- who stayed -- lived here and did what he did. We did not know about that.

Q. Okay. But that is not my question.

MR. WELTSCH: Has Mr. Raja spoken with Mr. Anandan since this dispute began in 2019.

A. In the beginning, I did not know -- yes, in the beginning, I did not know, but afterwards, in our office, we tried to -- we got a lot of other information and, then, when we tried to go through that, we noted that he was an ex-employee.

S. RAJA

MR. WELTSCH: He didn't answer the question still.

When did Mr. Raja speak with Mr. Anandan about his prior work history.

A. So after we -- there was a branch in New Jersey and he used to visit there often, so he was the one who told us -- he was the one who talked with the staff periodically.

Q. Have you personally spoken with Mr. Anandan?

A. No.

He was the one who first talked to our branch; only after I came to know about this, I talked to him.

Q. So you have personally spoken with him?

A. Yes.

Only after he gave a message to my branch, I talked to him; prior to that, I did not know who he was.

Q. Okay. And when did that conversation happen, what year did that

S. RAJA

happen?
A. I don't exactly remember, but it has been a long time. Many days have passed, I don't remember.
Q. Would you estimate that it was within the last year?
A. Maybe more, but I don't know exactly.
Q. Would you say, just as a time marker, after the COVID-19 pandemic began, after that?
A. No, it might be before there.
Q. Maybe before then.
So it may be as long as more than two years ago, perhaps, correct?
A. Yeah, about one or two years.
Q. Okay.
A. Probably.
Q. So, to confirm, Mr. Anandan approached people at your New Jersey branch personally, correct?
A. So initially, we did not know, but he used to visit the branch, there are three branches in New Jersey, initially

there were only two branches, he used to visit them, talk to the staff and then he started taking videos in the branch.

Initially, we did not know who he was; later on, we found out who he was.

Q. Okay. And have you spoken with him in person in India?

A. Yes.

Q. Yes, he came to your offices in India, correct?

A. Yes.

Q. Okay. Do you have any personal knowledge that Mr. Anandan worked with AAB India in 2006?

A. Yes.

Q. Okay. Do you have any records indicating that Mr. Anandan worked with AAB India in 2006?

MR. HARDCASTLE: Object to form.

Keith, I just -- if I may, he is testifying on behalf of the defendant in this action, you are asking him about his capacity as a

S. RAJA

managing director of a nonentity, I just want to be clear that there is --

You know, I have given quite a bit of leeway on those questions, as I think it's arguably within the scope, but I just when it comes to what is in his possession, I think it's important to point out that he's here testifying on behalf of the New Jersey entity in which he is a shareholder.

So if you are asking whether that entity has the documents or you are asking -- I think we just need to be a little bit clearer.

MR. WELTSCH: So the answer to that would be no. So I guess we will move on to --

Q. So did you ever personally see Mr. Anandan work for AAB India?

A. No.

Q. No. Have you spoken with anybody who has, to your knowledge,

verified that he worked for AAB India in 2006?

A. Yes. Yes, I spoke with the HR department.

Q. And someone in the HR department informed you of that?

THE INTERPRETER: One more time.

Q. Someone in the HR department informed you that he worked for AAB India in 2006?

MR. HARDCASTLE: Objection.

A. Mr. Senthil Anandan was the one who talked to me over the phone and he was the one who told me that he was an ex-employee and he worked from this year to this year.

Q. And, then, is it correct that the HR department confirmed that?

MR. HARDCASTLE: Objection.

A. Yes. He was the one who let me know that I worked here and, after he said that, I checked with the human resources department and then I confirmed that he

S. RAJA

worked here.

Q. Okay. Do you know what location he worked in?

A. Yes, I do.

It was in a town called Salem, that was the branch. He lived in and around Salem, so that's where he worked, in that branch.

Q. Okay. So, to confirm, it is your understanding that he lived in Salem at the time, but did you receive confirmation from the HR department that he, in fact, worked at the Salem branch?

MR. HARDCASTLE: Objection.

A. So after we talked over the phone, I went back and in the data system, I tried to pool -- get everything together and then we were convinced that he worked there.

Q. Okay. And how long, to your understanding, did he work for AAB India?

A. About probably eight months.

Q. Eight months.

Do you know if anybody at AAB

S. RAJA

India provided a work letter previously to Mr. Anandan establishing his work history at AAB India?

A. I don't know, sir; they may have given one.

Q. Okay. Are you aware of what Mr. Anandan's relationship is with the principal of my client?

A. He came back from US to India.

MR. WELTSCH: I am going to repeat the question.

Is he aware of the relationship that Mr. Anandan has with the principal for my client?

THE INTERPRETER: Principal, I don't believe I understand the word principal in this context, could you please rephrase or clarify?

MR. HARDCASTLE: The owner?

THE INTERPRETER: Owner, okay.

MR. HARDCASTLE: Well, it's Keith's question, I was just suggesting that to Keith.

MR. WELTSCH: Yes, owner would

S. RAJA

be fine, yes.

THE INTERPRETER: So the relationship of the owner with Mr. Raja?

MR. WELTSCH: No, that Mr. Anandan has -- is he aware of the relationship Mr. Anandan has with the owner of my client.

A. Just now, I know -- are you talking about Mr. Senthil Anandan? Who is Anandan?

Q. Yes, Senthil Anandan. The person we have been talking about.

A. Okay.

MR. WELTSCH: He didn't answer the question.

A. I don't know, I just now only came to know about it.

Q. What does just now mean?

A. I did not know earlier that you were his counsel. Prior to that, I did not know.

MR. WELTSCH: That's not the question. The question is is he

S. RAJA

aware of a relationship between Mr. Senthil Anandan and the owner of my client.

MR. HARDCASTLE: Just a suggestion, can we say the owner of, what did we call it, AAB US?

MR. WELTSCH: No, because it's not. AAB US is the New Jersey company. So I would say --

MR. HARDCASTLE: At the beginning of this, you established that we would call AAB --

MR. WELTSCH: AAB US was the New Jersey company.

MR. HARDCASTLE: Okay. So do we have one for your client?

MR. WELTSCH: We don't.

Why don't we just say relationship between Mr. Anandan and the owner of AAB New York City.

MR. HARDCASTLE: And her name, if we have it. That might be helpful, as well.

MR. WELTSCH: Ms. Anitha

S. RAJA

Gounder.

MR. HARDCASTLE: There we go.

I think that might be able to do it.

A. Yes. I know that.

Q. Yes. Are you aware they are currently separated?

MR. HARDCASTLE: Objection.

A. That I don't know.

Q. Are you aware that Mr. Anandan currently lives in India?

A. Yes, I know. Yes, I know.

Q. Okay. Okay, I am going to go to this same document, question No. 1. Okay, so I'm going to read it to you, it says, identify by common commercial name each product or service which has been offered by defendants in commerce in the United States bearing or utilizing the Adyar Ananda Bhavan mark?

A. Yes.

MR. WELTSCH: Okay, so what I'm going to do is slowly scroll through this list of things in response to this interrogatory and if I am going

S. RAJA

too fast -- I am just going to ask Mr. Raja to read the list. So I am just going to show one page and then when he's done, I will go to the next page.

A. Okay, you can go down.

Okay.

Okay.

Q. Are all of these items food items?

A. Yes.

Q. Okay.

A. All of these are sweets. Sweets and snacks.

Q. Okay. And in looking at this list that I just read, do you see restaurant service listed?

A. Yes, it is there and the people pack it and take it with them, also.

MR. WELTSCH: That's not the question. Does he see restaurant services listed in this response to this interrogatory question.

A. No.

S. RAJA
Q. Do you see catering services in the list of items in response to this interrogatory?
A. It's not in this list.
Q. Are takeout restaurant services listed in response to this interrogatory?
A. No.
Q. Are there any serviced listed at all in response to this interrogatory discussing what products or services are offered in the United States bearing the name Adyar Ananda Bhavan?
THE INTERPRETER: New Jersey or New York, you said?
THE WITNESS: New Jersey (in English).
A. I don't know where you got this menu card from, but in our menu card, everything will be listed.
Q. Okay, but that is not the question I am asking. The question I am asking is are there any services at all nonfood items that are listed in response to this interrogatory No. 1.

S. RAJA

A. No. The one that you are showing, in that it is not there.

Q. Okay. All right, I am going to move on to I guess this is Exhibit C, Plaintiff's Exhibit C, which is marked as Bates stamped Heaven Spice 000175 and 000176.

(Whereupon, the aforementioned document Bates stamped Heaven Spice 000175 and 000176 was deemed marked as Plaintiff(s)' Exhibit C for identification as of this date by the Reporter.)

Q. Okay, have you seen this document before?

A. Yes, I have seen it.

Q. You have seen it before, okay.

Obviously there is a large group of employees who work beneath you at AAB India, but do you help supervise the shipment of the products from India outside to other countries?

MR. HARDCASTLE: Objection.

MR. WELTSCH: I will rephrase.

S. RAJA

I will rephrase.

Q. Are you involved with supervising the shipment of the products using the Adyar Ananda Bhavan mark from India to countries outside of India?

A. No.

Q. You are not involved with that.

A. They show -- if there are big orders, large orders, they show me and then they proceed.

Q. Okay. Are you familiar with the website online Indian sweets dot com?

A. No, I don't know.

Q. You don't know who they are.

A. I don't know.

Q. You don't know, okay.

Do you know how products that are ordered from outside of India are shipped from AAB India?

THE INTERPRETER: Can you rephrase that? I am not understanding the question.

MR. WELTSCH: I said do you know how products that are ordered

S. RAJA

from, say, the United States for shipment are processed and delivered to the United States from India.

THE INTERPRETER: From US to US?

MR. WELTSCH: From India to US.

THE INTERPRETER: From India to US.

A. I know it.

Q. Okay, could you explain that, please?

A. You are asking how -- which one is the question more directed towards, are you asking how we make it or are you asking how we ship it?

Q. Both.

A. So, during the festivals, we have orders, that kind of is like the holiday season, we take special care and there are special packages made.

And if they are overseas packing, it is going to be different, we try to take special care and increase the shelf life of these products so that they

S. RAJA

don't go bad, they don't get spoiled.

Q. Is it possible for someone in the United States to order a sweets package directly from AAB India?

A. Yes.

Q. And how would that be done?

A. There are a number of online delivery websites and since we have our branch there, they can purchase there as well.

Q. Okay. So if there is not a branch near my house, then would I go to a website owned by another company to order these products?

MR. HARDCASTLE: Objection.

A. We deliver through FedEx. Yes, we have.

Q. Can you please name several websites that AAB India has a business relationship where those websites ship products to the United States?

A. Mylai Bazar is one of the websites. Mylai Bazar is one of the websites where they purchase and sell and

S. RAJA

ship. You can also order through online Indian sweets --

So earlier, we had online Indian sweets at Gmail dot com. There was also another one which was Milage Bazar where we can purchase Indian sweets.

Because we open -- so we don't give much business to these other Indian websites after we opened the branch there.

Q. Okay. So is it correct to say that prior to opening the branch, you sold products through third-party websites?

MR. HARDCASTLE: Objection.

A. Yes.

Q. But after the first branch opened in the United States, is it correct to say that you no longer do significant business with these websites?

MR. HARDCASTLE: Objection.

A. Yes.

MR. WELTSCH: I am going to turn to what will be marked Exhibit D.

(Whereupon, the aforementioned

S. RAJA

document Bates stamped Heaven Spice 000033 through 000035 was deemed marked as Plaintiff(s)' Exhibit D for identification as of this date by the Reporter.)

Q. Okay, so if you just take a look at Exhibit D, Heaven Spice 000033 through 000035.

Okay, so I'm going to show you these documents, so I am going to show the first page and then when you are finished looking at the first page, I will go to the next page, okay?

A. Okay.

I saw the first one. Next?

Q. Okay.

A. Okay.

Okay.

Q. Okay, so I have a couple of questions about these invoices.

Have you seen these before?

A. No.

Q. Okay. Looking at the top left of this first page, do you see where it

S. RAJA

says Indian sweets to USA dot com.

A. I see that, but I don't know.

Q. You are not familiar with this website?

A. I don't know. I don't know.

Q. Okay. Does this document, however, look like an invoice that you might receive from a third-party website to deliver products to the United States?

A. No, we won't know anything about this, because it is purchased in the branch and they buy it in the branch.

Q. Well, that wouldn't be the case here, because this document is from 2014. There were certainly no branches in the United States in 2014; is that correct?

A. This they have purchased from another branch from the name of the area is Mylapore, that's from where they have purchased, so I don't know.

Q. But, in this instance, it was shipped to the United States and was purchased through Indian sweets to USA dot com, does it not look like that from this

S. RAJA

invoice?

MR. HARDCASTLE: Objection.

A. Yes.

Q. Okay. If you look at these three invoices, they all are from -- if you look, I will just go through them quickly, you will see, 33, 34, and 35, they all say 2014 in the upper right-hand corner (indicating), do you see that?

A. Yes, I see.

Q. Were there continuous sales from 2014 through the opening of the first branch in the United States of Adyar Ananda Bhavan products?

THE INTERPRETER: Were there sales, you are asking?

MR. WELTSCH: Continuous sales.

THE INTERPRETER: Okay. In the you USA?

MR. WELTSCH: From India to the USA prior to the opening of the first branch.

A. No, there were no direct sales, but they purchased it and then sold them.

S. RAJA

Q. Who is they?

A. So it was indirect sales.

Q. Who is they in that response?

A. We don't know who they are, we don't know exactly who they are, but online -- they used to buy it online and did this.

Q. And, to your knowledge, were these sales continuous and extensive from 2014 through until the opening of the first branch in New Jersey?

A. During festival season, a lot of them used to purchase, so we don't know whether they bought it for their own household use or to sell them.

Q. Okay.

MR. WELTSCH: I am just going to look at these invoices and then I am going to move on to one more topic and then we will try to wrap it up. I understand there's a time difference.

Q. Looking at these documents, do you see the words Adyar Ananda Bhavan

S. RAJA

anywhere on these documents?

A. So the only thing I can say is GS in this particular, in this particular page refers to Grand Sweets and KS Krishna Sweets. When they say A2B, it is us, Adyar Ananda Bhavan.

Q. Okay, so these are separate companies, GS and K are separate companies?

A. Yes (in English).

Yes.

Q. Okay. So I want to ask you some questions about your knowledge, as an executive at AAB India and at AAB US, about AAB NYC.

When did you first learn about AAB NYC?

A. After all of this happened, we came to know late about it. They could not reach the market levels like us.

MR. WELTSCH: Please repeat the question. He did not answer the question I asked.

A. Somebody came here and spoke about -- somebody came hear from the branch

S. RAJA
and talked to us, only after that, we came to know about this.
Q. Which branch?
A. New Jersey branch.
Q. So you learned about AAB NYC from a representative of the New Jersey branch?
A. Yes.
Q. Okay. And how many branches at the time do you recall were open in the United States that you learned about the existence of AAB NYC?
A. Are you talking about our branch?
MR. WELTSCH: How many A2B United States branches were open at the time he learned about the existence of AAB NYC.
A. Three branches.
Q. Three branches, which branches were those?
A. There were two branches in New Jersey and one branch in Dallas.
Q. In Dallas.

S. RAJA

And when did the second branch in New Jersey open up?

A. The branch in Dallas was open in 2017 and the New Jersey branch was in 2019.

Second branch (in English).

The second branch.

Q. And, to confirm, is it correct that the first New Jersey branch opened up in 2007?

A. Yes, yes.

Q. Okay. Do you recall or are you aware of the domain name complaint that AAB India filed against AAB NYC?

THE INTERPRETER: AAB India, AAB NYC you said, right?

MR. WELTSCH: Yes.

A. Yes, I know. But I came to know of it later on.

Q. You came to know of what later on?

A. After we opened that New Jersey branch, after many days after it opened, I came to know about it.

S. RAJA

MR. WELTSCH: I don't think that's answering the question. I was asking is he aware that AAB India filed a complaint again a domain name owned by AAB NYC.

A. Yes, I know of it only after looking in the website.

MR. WELTSCH: Okay, I am going to -- I apologize, I think this is -- because I am skipping a couple exhibits, I think this is E.

Yes, okay, this is E. So that's marked as Heaven Spice 000084 through 000089.

(Whereupon, the aforementioned document Bates stamped Heaven Spice 000084 through 000089 was deemed marked as Plaintiff(s)' Exhibit E for identification as of this date by the Reporter.)

Q. Do you recall seeing this decision before?

A. No.

Q. Are you aware of the fact that

S. RAJA

a complaint was filed against the website Adyar Ananda Bhavan NY?

A. No, we had done a trademark about it.

MR. HARDCASTLE: Hey, Keith, we're at 9:43 on my client's time.

MR. WELTSCH: Okay. We are getting close.

Could you repeat the question? Because I don't think he answered question.

(Interpreter complying.)

A. Yes, I know about it.

MR. WELTSCH: He knows about this complaint, okay.

A. Yes.

Q. Okay. Do you know what the decision was, do you recall what the decision was in the case?

A. No, I don't know. This was being done globally, so they were following it, I don't know exactly.

Q. You did not personally authorize the filing of a complaint against

S. RAJA

AAB NYC's domain name; is that correct?

A. No.

Q. Okay.

A. Only after we came to know about it, we did it.

Q. I don't understand what that means.

A. In the beginning, we did not know that our brand is being used by somebody else; later on, we came to know about it and then we started to fight.

Q. Okay, could you read this section here (indicating)?

MR. WELTSCH: I don't know if you want to read it to him. I don't know if it's too small.

THE INTERPRETER: Yes, it's very small. Can we make it big?

Yes, that's good. Thank you.

(Interpreter complying.)

A. So the name of the place is Adyar and everything there is Adyar because the river joins the sea in that place --

MR. WELTSCH: There's no

S. RAJA

question. There was no question asked. I am not -- I have to ask a question first. I just asked him to read it.

Q. Okay. Mr. Raja, are you aware that our client owns a trademark registration, a federal trademark registration for Adyar Ananda Bhavan?

MR. HARDCASTLE: Note my objection.

A. In the beginning, I did not know, but only now I know about it.

Q. What does now mean in that sentence?

A. He came to the branch and talked and all of this happened, that's when we came to know.

Q. So would that be in approximately 2017?

A. I don't know exactly.

Q. Have you --

THE WITNESS: It is 10 o'clock where I live, can you give me some time?

S. RAJA

MR. WELTSCH: Can we say we will be done by no later than 10:00, I think probably sooner.

MR. HARDCASTLE: I think it is 10:00.

THE INTERPRETER: It is 10:00 where he lives.

MR. WELTSCH: All right, 9:50.

THE WITNESS: I am still in my office and it takes me an hour and a half to get to my residence.

MR. WELTSCH: Okay, just a couple of more questions and then we will be done.

THE WITNESS: Okay.

Q. The question is have you continued to open branches in the United States or has AAB India or AAB US continued to open restaurants in the United States after learning that our client owned a federal trademark registration for Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. No.

S. RAJA

Q. No, it has not?

A. No.

Q. So the branches that you have opened since you learned about our client's trademark registration do not use the words Adyar Ananda Bhavan?

A. No.

A2B.

MR. HARDCASTLE: Okay, that's it. If you feel like you need more, you know, we will have to deal with it in the court, but I am not keeping my client.

I said 11:00, it's 11:22, we were here on time, the deposition started a half an hour late, more than a half an hour later.

MR. WELTSCH: Obviously, out of our control.

MR. HARDCASTLE: The least responsible person is my client and it's 10 o'clock and I don't think it's appropriate to continue the deposition at this point.

S. RAJA

MR. WELTSCH: Okay, I have one more question and then I will be done, that's it.

MR. HARDCASTLE: Keith, I -- my client has consistently answered your questions, you said two more, you asked two, he provided the answers, I would like to let my client get home. It's 10 o'clock where he is, he has an hour and a half travel time.

MR. WELTSCH: I promise you one more and then no more, that's it.

MR. HARDCASTLE: Well, you said two before and here we are.

MR. WELTSCH: This is one more and then no follow-up.

MR. HARDCASTLE: Okay, one more question, it doesn't matter whether his answer is responsive, it doesn't matter if you feel like you didn't get a response, this is it.

MR. WELTSCH: Okay.

Q. Okay, did A2B US and its branches stop using Adyar Ananda Bhavan

S. RAJA

after learning about our client's federal trademark registration?

A. I will check and let you know. Let me confirm and then let you know.

MR. HARDCASTLE: Okay, thank you.

Thank you very much, you are excused now, Mr. Raja.

THE WITNESS: Thank you, sir. Thank you, everybody.

MR. HARDCASTLE: We could go off the record.

MR. WELTSCH: Yes, we could go off the record.

(Whereupon, an off-the-record discussion was held.)

(Whereupon, at 11:25 A.M., the Examination of this witness was concluded.)

° ° ° °

S. RAJA

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

______________________________________

SRINIVASA KOTTUMUKULU THIRUPATHY RAJA

Subscribed and sworn to before me
this _____ day of ________________ 20___.

_________________________

NOTARY PUBLIC

S. RAJA

E X H I B I T S

(Deemed) PLAINTIFF EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A | Advertising brochure Bates Stamped Heaven Spice 000056 to 000066 | 11 |
| Exhibit B | Interrogatories | 31 |
| Exhibit C | Document Bates stamped Heaven Spice 000175 and 000176 | 47 |
| Exhibit D | Document Bates stamped Heaven Spice 000033 through 000035 | 51 |
| Exhibit E | Document Bates stamped Heaven Spice 000084 through 000089 | 59 |

(Exhibits retained by Counsel.)

I N D E X


| EXAMINATION BY | PAGE |
|---|---|
| MR. WELTSCH | 4 |

S. RAJA

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF KINGS )

I, CLEO SHENKIN, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of March 2022.

______________________________

CLEO SHENKIN

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Adyar Ananda Bhavan, Corp. v. Heaven Spice USA LLC., Et Al

DATE OF DEPOSITION: 2/10/2022

WITNESSES' NAME: K.T. Srinivasa Raja

| PAGE | LINE (S) | CHANGE | REASON |
| --- | --- | --- | --- |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
K.T. Srinivasa Raja

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ (NOTARY PUBLIC)

_______________________ MY COMMISSION EXPIRES:

**&**

**&** 1:16 2:4,8 3:17 7:8 9:5 12:12 21:14 26:14 29:11

**0**

**000033** 52:3,8 68:13
**000035** 52:3,9 68:14
**000056** 11:20,23 68:9
**000066** 11:20,23 68:9
**000084** 59:14,18 68:15
**000089** 59:15,18 68:16
**000175** 47:7,11 68:11
**000176** 47:8,11 68:12
**08534** 2:9

**1**

**1** 3:17 44:14 46:25
**10** 1:11 62:23 64:23 65:10
**100** 20:11 28:3
**11** 30:8 68:9
**11530** 2:5
**11:00** 29:24 64:15
**11:15** 30:4
**11:22** 64:15
**11:25** 66:18
**140** 8:12
**15** 28:14
**19** 36:11
**19-16879** 1:6
**1960** 12:17 13:20
**1970s** 15:20
**1977** 9:12,15,18,25 10:3 12:17 15:16
**1978** 15:12 28:2,7
**1988** 16:12
**1992** 17:13,23
**1997** 9:10,14

**2**

**2** 2:9
**2/10/2022** 70:3
**20** 67:19 70:22
**2004** 17:7,12 18:4 18:6,7,13 19:5
**2006** 33:15,21 37:15,19 39:3,12
**2007** 29:9,10 58:11
**2010** 20:15,18,20
**2014** 53:15,17 54:9 54:13 55:11
**2015** 28:13
**2016** 28:8,17 29:4 29:5,8 30:16
**2017** 58:5 62:20
**2019** 34:18 58:6
**2022** 1:11 69:20
**24399** 69:22
**2nd** 4:14 69:20

**3**

**30** 3:16
**31** 2:9 68:10
**33** 54:8
**34** 54:8
**35** 54:8
**38** 28:4,7
**3rd** 4:14

**4**

**4** 68:23
**400** 2:5
**47** 68:12

**5**

**51** 68:14
**53a** 4:14
**59** 68:16

**6**

**60** 27:24,25
**64** 27:13,13

**7**

**7** 16:12 29:10
**79** 15:17

**8**

**80** 15:17
**8:36** 1:12

**9**

**9** 31:23,25 32:2,8
**9:30** 30:9
**9:43** 60:7
**9:50** 63:9

**a**

**a.m.** 1:12 66:18
**a2b** 17:10,17 18:2 18:11,14,24 21:13 21:15,18,21,22 22:3,11,13,19 23:4 23:12 24:7,15 25:22 26:3,13 27:3 30:17 56:6 57:16 64:9 65:24
**aab** 8:23 9:2,4,9 27:20 28:24 29:6 31:19 37:14,18 38:22 39:2,11 40:22,25 41:4 43:7,9,13,14,21 47:21 48:20 50:5 50:20 56:14,14,15 56:17 57:6,13,19 58:14,15,16,17 59:4,6 61:2 63:19 63:19
**able** 5:11 12:18,21 12:22 13:9 44:4
**accommodate** 30:6
**accurate** 29:6 30:15
**action** 5:21 37:24 69:16
**add** 14:22
**addition** 6:15 8:13 24:21
**additional** 16:2
**address** 4:13
**administer** 3:11
**advertising** 11:22 12:10 68:8
**adyar** 1:3,16 5:21 6:3 7:8,10 8:8 9:4 12:12 16:3,7,9,11 16:14,17,18,22,23 17:17,18,24 18:4,7 18:25 19:15 21:14 21:24 22:9,14,19 22:21 23:13 24:6 24:8,16 25:9,23 26:4,13 27:4 29:11 30:17 33:24 34:6 44:20 46:13 48:5 54:14 55:25 56:6 60:3 61:23 61:23 62:9 63:22 64:7 65:25 70:2
**aforementioned** 11:21 31:11 47:9 51:25 59:16
**ago** 36:16
**agreed** 3:5,20
**agreement** 1:19
**ahead** 21:4,5,7 28:21 32:18

**al** 1:8 70:2
**ambatur** 4:15,15
**america** 27:22 29:2
**ananda** 1:3,16 5:21 6:3 7:8,10 8:8 9:4,17 12:12 16:7,9,11,14,18,20 16:23 17:17,18,24 18:5,8,25 19:15 21:14,24 22:9,14 22:20,21 23:13 24:6,8,16 25:9,23 26:4,13 27:4 29:11 30:17 33:24 34:6 44:20 46:13 48:5 54:14 55:25 56:7 60:3 62:9 63:23 64:7 65:25 70:2
**anandan** 33:7,9,19 33:23 34:5,17 35:5,13 36:20 37:14,18 38:22 39:14 41:3,14 42:7,8,11,12,13 43:3,20 44:10
**anandan's** 41:8
**anitha** 43:25
**answer** 4:25 6:11 6:18,25 29:16 31:21 32:6,8,10 35:2 38:18 42:16 56:22 65:20
**answered** 23:2 30:14 60:11 65:6
**answering** 59:3
**answers** 24:24 65:8
**anybody** 38:25 40:25
**apologize** 13:15 14:9 59:10
**appears** 12:9
**approached** 36:21
**appropriate** 64:24
**approximately** 62:20
**april** 16:12
**area** 16:17 53:19
**arguably** 38:7
**art** 14:3
**asked** 56:23 62:3,4 65:8
**asking** 6:13,22 23:3 30:15 37:25 38:14,16 46:22,23 49:13,15,15 54:17 59:4
**associated** 4:23
**associates** 2:8
**assume** 29:18
**attorney** 2:4 6:16
**attorneys** 2:8
**australia** 8:14
**authorize** 60:25
**authorized** 3:11
**available** 21:16
**aware** 41:7,13 42:7 43:2 44:6,10 58:14 59:4,25 62:6

**b**

**b** 18:9 31:10,13 68:2,10
**back** 22:6 23:25 24:4 40:17 41:10
**background** 23:6
**bad** 50:2
**bangalore** 10:12 15:16
**based** 33:20
**basically** 31:18
**bates** 11:22 47:7 47:10 52:2 59:17 68:8,11,13,15
**bazar** 50:23,24 51:6
**bearing** 44:19 46:12
**began** 20:21 34:18 36:11
**beginning** 14:19 15:4 33:3 34:19 34:20 43:12 61:9 62:12
**behalf** 37:23 38:11
**believe** 30:13 41:17
**beneath** 47:20
**best** 8:20 16:8
**bhavan** 1:3,16 5:21 6:3 7:8,10 8:8 9:5,17 12:12 16:7,10,11,15,18 16:20,23 17:17,18 17:24 18:5,8,25 19:15 21:14,24 22:10,14,20,21 23:13 24:7,8,16 25:9,23 26:4,13 27:4 29:11 30:17 33:24 34:7 44:20 46:13 48:5 54:15 55:25 56:7 60:3 62:9 63:23 64:7 65:25 70:2
**big** 48:9 61:19
**bit** 24:14 30:3 38:6 38:17
**blood** 69:16
**bought** 55:15
**branch** 35:8,16,22 36:21,24 37:4 40:7,9,14 50:10,13 51:10,12,16 53:13 53:13,19 54:14,23 55:12 56:25 57:4 57:5,8,15,24 58:2 58:4,5,7,8,10,24 62:16
**branches** 28:3 36:25 37:2 53:16 57:10,17,20,21,21 57:23 63:18 64:4 65:25
**brand** 17:9 61:10
**break** 5:14
**breaking** 14:6
**brief** 23:23
**briefly** 27:14,23
**brochure** 11:22 12:10 13:3,4,13 27:10 28:7,8 68:8
**brother** 7:21 9:21
**building** 18:17,21 18:23 25:9,12
**buildings** 19:6
**bulk** 19:23 20:7
**business** 8:3 9:11 9:16,20,23,25 10:3 10:19 17:14 18:7 50:20 51:9,19
**butter** 14:23
**buy** 19:10,12,15 19:18,21,22 20:7 20:19 24:22 25:2 25:4,14 53:13 55:7

**c**

**c** 2:2 47:5,6,12 67:2 68:11 69:2,2
**call** 4:18 5:4 24:9 43:7,13
**called** 4:3 9:16 13:21 40:6
**capacity** 37:25
**card** 46:19,19
**care** 49:20,24
**case** 1:6 31:19 53:14 60:20 70:2
**catering** 46:2
**celebration** 14:13
**certain** 10:21
**certainly** 53:16
**certification** 3:8
**certify** 67:4,8 69:9 69:14
**chaat** 22:23
**chain** 16:6
**change** 70:5
**check** 66:4
**checked** 39:24
**chennai** 4:16 10:13 15:18 28:3
**chinese** 8:16 22:23
**city** 2:5,5 43:21
**civil** 1:20
**clarified** 14:22
**clarify** 19:14 25:20 30:21 41:19
**clarifying** 10:15
**clear** 30:25 38:3
**clearer** 38:17
**cleo** 1:21 69:7,24
**client** 29:22 41:9 41:15 42:9 43:4 43:17 62:7 63:21 64:14,22 65:6,9
**client's** 60:7 64:5 66:2
**close** 60:9
**cognizant** 30:7
**com** 48:13 51:5 53:2,25
**come** 20:11 24:20
**comes** 38:8
**commerce** 44:18
**commercial** 44:16
**commission** 70:25
**commitment** 15:23
**common** 44:16
**companies** 8:21 19:22 56:9,9
**company** 7:11,14 7:17,20 9:3 16:9 17:8,10 19:6,17 29:12 33:4,21 43:10,15 50:14
**complaint** 58:14 59:5 60:2,16,25
**completed** 29:14
**complex** 5:14
**complying** 27:15 60:13 61:21
**concentrated** 27:21 28:25
**concluded** 66:20
**confirm** 13:15 36:20 40:10 58:9 66:5
**confirmation** 40:13
**confirmed** 39:20 39:25
**consistently** 65:6
**content** 13:13
**context** 41:18
**continental** 22:23
**continue** 64:24
**continued** 63:18 63:19
**continuing** 9:24
**continuous** 54:12 54:18 55:10
**control** 64:20
**conversation** 9:2 35:25
**conversations** 33:7,19
**convinced** 40:19
**cook** 11:2
**copy** 3:14,17
**corner** 54:9
**corp** 1:3 5:21 70:2
**corporation** 9:6
**correct** 7:16 13:8 13:17 15:13 16:3 16:15,24 17:3 18:21 19:2,17,25 25:21,24 26:15,25 28:6,9,12 36:16,22 37:11 39:19 51:11 51:17 53:17 58:9 61:2 67:9
**counsel** 3:6,17 5:20 12:11 42:22 68:18
**counter** 25:4,14,18 26:7,14
**countries** 8:14 47:23 48:6
**country** 8:10
**county** 69:5
**couple** 33:6 52:20 59:11 63:14
**court** 1:2 3:13 5:25 64:13
**covid** 36:11
**created** 29:5
**current** 7:6
**currently** 44:7,11
**cursor** 31:24
**cutting** 23:7

**d**

**d** 3:2 51:24 52:4,8 67:2 68:13,20
**dallas** 57:24,25 58:4
**data** 40:17
**date** 1:11,21 12:2 31:14 47:13 52:5 59:20 70:3
**day** 67:19 69:20 70:22
**days** 3:16 36:4 58:24
**deal** 64:12
**decision** 59:23 60:19,20
**deemed** 11:24 31:12 47:11 52:3 59:18 68:4
**defendant** 1:16 37:24
**defendants** 1:9 2:8 31:20 44:18
**deliver** 50:17 53:10
**delivered** 49:3
**delivery** 50:9
**department** 39:5,7 39:10,20,25 40:13
**deposition** 1:15 3:8,9,14 4:24 6:6 64:16,25 70:3
**description** 68:7
**dessert** 15:3,5,7

**determined** 7:13
**difference** 29:22 55:23
**different** 10:22 15:8 19:16 49:23
**direct** 54:24
**directed** 49:14
**directly** 50:5
**director** 7:7,11 38:2
**directs** 6:18
**discusses** 6:8
**discussing** 46:11
**discussion** 11:12 17:22 28:16 31:7 66:17
**dispute** 34:18
**district** 1:2,2 5:25
**document** 12:4,6,9 13:19 15:11,22 16:5 17:8 27:14 27:17 28:16,23 29:3,5 44:14 47:10,16 52:2 53:7,15 59:17 68:11,13,15
**documents** 38:15 52:11 55:24 56:2
**doing** 10:24 18:14 28:5
**domain** 58:14 59:5 61:2
**dot** 48:13 51:5 53:2,24
**duly** 4:4 67:5 69:11

**e**

**e** 2:2,2,10 3:2,2 59:12,13,19 67:2 68:2,15,20 69:2,2
**earlier** 16:19 42:21 51:4
**easier** 8:22
**eat** 15:9 24:20
**eating** 14:19 24:17
**effect** 3:12,15
**effort** 27:21 28:25
**eiber** 2:13
**eight** 40:23,24
**employee** 34:25 39:17
**employees** 34:10 47:20
**employer** 7:6
**ends** 16:17
**energy** 14:18
**english** 46:17 56:10 58:7
**entity** 38:12,15
**entry** 17:7
**errata** 70:1
**esq** 2:6,10
**established** 43:12
**establishing** 41:3
**estate** 4:15
**estimate** 36:6
**et** 1:8 70:2
**everybody** 10:20 66:11
**ex** 34:25 39:17
**exactly** 33:14 36:3 36:9 55:6 60:23 62:21
**examination** 4:7 66:19 68:22 69:10 69:12
**examined** 4:6
**example** 20:9
**examples** 19:9
**exchange** 29:20
**excuse** 18:15
**excused** 66:9
**executive** 56:14
**exhibit** 11:4,5,18 11:25 31:9,10,13 47:5,6,12 51:24 52:4,8 59:19 68:6 68:6,8,10,11,13,15
**exhibits** 59:12 68:4,18
**existence** 57:13,19
**expand** 8:5,7
**expires** 70:25
**explain** 14:4,10 31:16 49:11
**extensive** 55:10
**extent** 6:11

**f**

**f** 3:2 31:9 69:2
**fact** 6:22 33:20 40:14 59:25
**fairly** 30:7
**familiar** 13:6,9,22 14:9 27:11 48:12 53:4
**family** 9:20
**fast** 45:2
**father** 9:21 10:25 12:16 13:17,20 15:11
**february** 1:11 29:10
**federal** 1:19 62:8 63:22 66:2
**fedex** 50:17
**feel** 64:11 65:21
**festival** 55:13
**festivals** 49:18
**fight** 61:12
**filed** 58:15 59:5 60:2
**filing** 3:7 60:25
**fine** 4:19 13:11 27:8 42:2
**finish** 30:20,20
**finished** 52:12
**finishes** 6:23
**first** 4:4 6:8 9:8 10:4,19 13:14 15:12 16:9,12,13 33:8 35:15 51:16 52:12,13,16,25 54:13,22 55:11 56:16 58:10 62:4 67:5
**focus** 27:20 28:24
**follow** 21:20 65:17
**following** 60:22
**follows** 4:6
**food** 8:16 22:23 45:10
**foods** 8:15
**force** 3:15
**foregoing** 67:8
**form** 3:21 24:8,10 28:11 37:21
**forth** 69:11
**forward** 4:25
**found** 37:6
**front** 21:19 22:20 23:12,13 30:18
**further** 3:20 15:22 16:6 17:6 27:10 67:8 69:14

**g**

**garden** 2:5,5
**generally** 5:10
**getting** 60:9
**give** 30:3 51:9 62:24
**given** 29:21 38:5 41:6 67:10 69:13

**gives** 14:18
**globally** 60:22
**gmail** 51:5
**go** 4:25 17:6 21:4 21:5,6,12,17 23:21 27:23 28:21 29:3 31:8,22 32:18 34:23 44:3,13 45:5,7 50:2,13 52:13 54:7 66:12 66:14
**going** 4:21 5:18 6:8 11:3,4,16 13:12 22:9,11 26:22 27:9,23 28:18 29:18,23 31:9,22 41:11 44:13,15,23,25 45:2,4 47:4 49:23 51:22 52:10,11 55:18,20 59:9
**good** 61:20
**gounder** 44:2
**grand** 56:5
**grocery** 19:16 20:10,22
**group** 47:20
**grown** 28:3
**gs** 56:4,9
**guess** 13:21 33:8 38:19 47:5
**guru** 13:21,22,25 15:14

**h**

**h** 4:3,3 68:2
**half** 63:12 64:17 64:18 65:11
**hand** 54:9 69:20
**happen** 35:25 36:2
**happened** 18:3 56:18 62:17
**happy** 14:14,20
**hardcastle** 2:10 11:8,15 12:15 20:23 21:25 23:7 23:19 26:16 27:5 28:10 29:13,17 30:5,12 37:20 39:13,21 40:15 41:20,22 43:5,11 43:16,22 44:3,8 47:24 50:16 51:14 51:20 54:3 60:6 62:10 63:5,24 64:10,21 65:5,14 65:18 66:6,12
**hear** 23:18 56:25
**heard** 26:21
**heaven** 1:8 11:19 11:23 27:13,24 47:7,10 52:2,8 59:14,17 68:8,11 68:13,15 70:2
**held** 1:20 11:12 17:22 31:7 66:17
**hello** 5:19 23:17
**help** 10:25 47:21
**helped** 15:23
**helpful** 43:24
**hereinbefore** 67:11 69:11
**hereunto** 69:19
**hey** 60:6
**history** 12:12 33:23 34:6 35:6 41:3
**hold** 11:9
**holiday** 49:20
**home** 65:9
**hour** 63:11 64:17 64:18 65:11
**house** 50:13
**household** 55:16
**hr** 39:4,6,10,20 40:13
**huge** 27:21 28:24
**huh** 26:17
**human** 39:24

**i**

**identification** 11:25 31:14 47:13 52:5 59:20
**identified** 33:18
**identify** 44:16
**ii** 2:10
**important** 38:10
**increase** 49:24
**india** 7:9,10 8:12 8:23 9:3,4,9 17:14 17:25 18:16 20:10 21:13 25:10 28:4 37:8,11,15,19 38:22 39:2,11 40:22 41:2,4,10 44:11 47:21,22 48:6,6,19,20 49:4 49:7,8 50:5,20 54:21 56:14 58:15 58:16 59:4 63:19
**indian** 10:4 14:3 18:15 22:22,22 33:20 48:13 51:3 51:5,7,9 53:2,24
**indians** 14:12
**indicate** 14:14
**indicating** 37:18 54:10 61:14
**indirect** 55:3
**individual** 20:22
**individuals** 19:20
**industrial** 4:15
**information** 34:23
**informed** 39:7,11
**initially** 36:23,25 37:5
**inside** 23:15 24:14 24:20 26:2,9,10,11 26:25 27:4
**instance** 53:22
**interested** 69:17
**interpreter** 2:13 5:6,12,17 6:23 9:13 10:14 14:5 21:5,8 22:2 26:8 26:17,20,24 28:19 30:22 31:2 32:5,9 32:15,19 34:2 39:8 41:16,21 42:3 46:14 48:21 49:5,8 54:16,19 58:16 60:13 61:18 61:21 63:7
**interrogatories** 31:12,18 68:10
**interrogatory** 31:23 33:17 44:25 45:24 46:4,7,10,25
**introduce** 11:4,17
**invoice** 53:8 54:2
**invoices** 52:21 54:6 55:19
**involved** 5:25 48:3 48:8
**involvement** 6:10
**item** 11:6
**items** 45:10,11 46:3,24

**j**

**j** 4:3
**jay** 2:13 5:5 21:6 23:18,20

**jersey** 1:2 2:9 6:2 9:6 29:11 35:8 36:21,25 38:12 43:9,15 46:14,16 55:12 57:5,7,24 58:3,5,10,23
**jmv** 1:6
**joined** 12:17
**joins** 61:24
**jointly** 7:18
**jsa** 1:6
**judge** 3:13
**jump** 29:21

**k**

**k** 4:2,2 56:9
**k.s.** 13:16
**k.t.** 7:22 70:3,21
**keep** 29:25
**keeping** 64:13
**keith** 2:6 5:19 37:22 41:24 60:6 65:5
**keith's** 41:23
**kfc** 24:10
**kind** 8:15 14:6 18:9 21:10 23:14 23:15 49:19
**kinds** 19:10 22:18 24:11 25:3
**kings** 69:5
**know** 5:17 13:2 25:13 32:4,22,25 33:4,21 34:8,11,13 34:20,21 35:16,23 36:8,23 37:5 38:5 39:23 40:3,25 41:5 42:10,18,19 42:21,23 44:5,9,12 44:12 46:18 48:14 48:15,16,17,18,25 49:10 53:3,6,6,11 53:21 55:5,6,14 56:19 57:3 58:19 58:20,21,25 59:7 60:14,18,21,23 61:5,10,11,15,17 62:13,13,18,21 64:12 66:4,5
**knowledge** 6:12 37:14 38:25 55:9 56:13
**known** 16:6,9
**knows** 60:15
**kottumukulu** 1:17 4:11 67:15
**krishna** 56:5
**ks** 56:5
**kumar** 2:13

**l**

**l** 3:2,2 4:2 67:2
**l.l.c.** 2:8
**lanciano** 2:8
**large** 19:23 47:19 48:10
**larry** 2:10
**late** 15:20 30:7 56:19 64:17
**lawsuit** 5:24
**learn** 56:16
**learned** 57:6,12,18 64:5
**learning** 63:21 66:2
**leeway** 38:6
**left** 34:8 52:24
**letter** 41:2
**levels** 56:20
**life** 49:25
**limited** 7:9,10,17 25:10
**line** 70:5
**list** 44:24 45:3,17 46:3,5
**listed** 45:18,23 46:7,9,20,24
**litigation** 31:17
**little** 23:8 24:14 30:3 38:17
**live** 62:24
**lived** 34:12 40:7 40:11
**lives** 44:11 63:8
**llc** 1:8 70:1,2
**location** 10:15 16:22 22:15 40:4
**locations** 10:7,8,10 10:12 21:11 22:12
**long** 36:4,15 40:21
**longer** 51:18
**look** 21:2 27:10,12 52:8 53:8,25 54:5 54:7 55:19
**looking** 8:4 28:22 45:16 52:13,24 55:24 59:8
**lost** 23:19
**lot** 34:22 55:13

**m**

**m** 4:2
**managing** 7:7,11 38:2
**march** 69:20
**mark** 44:20 48:5
**marked** 11:19,24 31:12 47:6,11 51:23 52:4 59:14 59:19
**marker** 36:11
**market** 27:21 28:25 56:20
**marriage** 69:16
**math** 28:6
**matter** 65:19,21 69:18
**matters** 6:10
**meal** 15:6,7
**mean** 17:10 30:2 42:20 62:14
**means** 12:20 32:25 61:8
**menu** 46:19,19
**message** 35:21
**milage** 51:6
**milk** 14:22
**mind** 29:25
**mispronouncing** 13:16
**mix** 14:23
**moment** 14:14
**months** 40:23,24
**move** 38:20 47:5 55:20
**multiple** 10:20
**murphy** 2:4
**mylai** 50:23,24
**mylapore** 53:20

**n**

**n** 2:2 3:2 4:2 67:2 68:20
**nadu** 4:17
**name** 4:9 5:19 6:3 7:3,5,21 13:25 16:14,16 17:9 18:2,14,24 19:2 24:6 43:22 44:16 46:13 50:19 53:19 58:14 59:5 61:2 61:22 70:2,3
**named** 16:18,22
**nature** 10:2
**near** 50:13

**need** 24:13 29:23 38:16 64:11
**needs** 32:5
**new** 1:2,23 2:5,9 4:5 5:25 8:5 9:5 16:22 29:10 35:8 36:21,25 38:11 43:9,15,21 46:14 46:15,16 55:12 57:5,7,23 58:3,5 58:10,23 69:4,8 70:1
**nonentity** 38:2
**nonfood** 46:24
**north** 2:9 22:22 27:22 28:3 29:2
**notary** 1:22 4:5 67:22 69:7 70:25
**note** 62:10
**noted** 34:24
**number** 50:8 68:7
**nuts** 14:23
**ny** 60:3
**nyc** 56:15,17 57:6 57:13,19 58:15,17 59:6
**nyc's** 61:2

**o**

**o** 3:2 4:2 67:2
**o'clock** 30:8 62:23 64:23 65:10
**oath** 3:12
**object** 6:16 28:10 37:20
**objection** 12:15 20:23 21:25 26:16 27:5 39:13,21 40:15 44:8 47:24 50:16 51:14,20 54:3 62:11 63:24
**objections** 3:21
**obligated** 6:19 31:20
**obviously** 47:19 64:19
**occasion** 14:20
**occur** 33:25
**offer** 18:15
**offered** 22:18 23:15 44:18 46:12
**offering** 17:4,11
**office** 34:21 63:11
**offices** 37:10
**oh** 19:20
**okay** 4:19,20 5:3 5:16,22 6:4,14,20 7:2,3,12,19 8:9,18 8:19,21,24 9:7,22 10:2,6,9,11,18 11:3,6,9 12:9 13:5 13:11,14 14:2 15:10,19,22 16:5 16:21 17:2,6,19,23 18:6,24 19:4,20 20:18,18,25 21:8,9 21:17 22:2,17 23:9,21 24:7,13,24 25:17,20 26:2,24 27:8,9,16,19 28:22 30:2,10 31:2,16 32:11,12,16,19,21 33:5 34:14 35:24 36:18 37:7,13,17 40:3,10,21 41:7,21 42:15 43:16 44:13 44:13,15,22 45:7,8 45:9,13,16 46:21 47:4,15,18 48:12 48:17 49:11 50:12 51:11 52:7,10,14 52:15,17,18,19,20 52:24 53:7 54:5 54:19 55:17 56:8 56:12 57:10 58:13 59:9,13 60:8,16,18 61:4,13 62:6 63:13,16 64:10 65:2,18,23,24 66:6
**old** 10:16 12:16
**older** 7:21
**online** 48:13 50:8 51:2,4 55:7,7
**open** 15:24 24:2 27:22 28:25 29:7 51:8 57:11,17 58:3,4 63:18,20
**opened** 13:20 15:11,16,17 16:2 16:21 51:10,17 58:10,23,24 64:5
**opening** 51:12 54:13,22 55:11
**operating** 16:14 18:2 29:3
**order** 50:4,14 51:2
**ordered** 48:19,25
**orders** 48:10,10 49:19
**original** 3:9,17
**outcome** 69:17
**outlet** 28:2
**outlets** 27:22 29:2
**outside** 25:21,23 47:22 48:6,19
**overall** 6:7
**overseas** 49:22
**owned** 19:7,16 50:14 59:6 63:21
**owner** 20:10 41:20 41:21,25 42:4,9 43:3,6,21
**owns** 62:7

**p**

**p** 2:2,2 3:2 4:3
**p.c.** 2:4
**pack** 45:20
**package** 50:4
**packaged** 20:19
**packages** 19:23 20:4,11,12,14 49:21
**packaging** 20:8
**packing** 49:23
**page** 27:13,13,16 27:19,24,24,25 45:4,6 52:12,13,14 52:25 56:5 68:6 68:22 70:5
**pandemic** 36:11
**part** 26:5,6 32:23 33:2
**particular** 56:4,4
**parties** 3:7 5:24 69:15
**partner** 7:20
**partnership** 7:14 7:15
**party** 51:13 53:9
**passed** 36:5
**passion** 15:23
**pennington** 2:9
**people** 7:18 10:21 18:10 19:18 36:21 45:19
**perfect** 5:7
**periodically** 35:11
**person** 10:21 37:8 42:14 64:22
**personal** 6:12 37:13
**personally** 35:12 35:18 36:22 38:21

60:24
**phone** 39:15 40:17
**place** 22:24 33:12 61:22,24 67:11
**places** 19:10
**plaintiff** 1:4,18 2:4 5:20 11:19,24 31:13 47:12 52:4 59:19 68:4
**plaintiff's** 11:5,17 47:6
**plans** 27:20,20 28:23,24
**plaza** 2:5
**please** 4:9 5:15 6:10,21 7:3,5,23 14:10 31:23 32:2 41:19 49:12 50:19 56:21
**point** 15:19 33:22 38:10 64:25
**points** 6:7
**pool** 40:18
**position** 7:25 10:23
**positions** 10:20
**possession** 38:9
**possible** 20:6,19 50:3
**present** 2:12
**presser** 2:4
**presume** 28:16
**presumption** 29:4
**previously** 12:14 41:2
**principal** 41:9,15 41:16,18
**prior** 20:18 33:23 34:6 35:5,22 42:22 51:12 54:22
**private** 7:9,10,17 25:10
**probably** 36:19 40:23 63:4
**procedure** 1:20
**proceed** 6:5 48:11
**process** 5:11
**processed** 49:3
**produced** 11:18 12:10
**product** 44:17
**production** 8:4 10:24,25
**products** 20:7 46:11 47:22 48:4 48:18,25 49:25 50:15,22 51:13 53:10 54:15
**projects** 8:5
**promise** 65:12
**properly** 12:18,23
**property** 12:21
**provided** 41:2 65:8
**providing** 6:24
**public** 1:22 4:5 67:22 69:7 70:25
**purchase** 50:10,25 51:7 55:14
**purchased** 53:12 53:18,21,24 54:25
**purpose** 8:25 28:15
**pursuant** 1:19
**puts** 30:9

**q**

**question** 6:22,24 20:5 21:20 22:6 23:2 24:2,4,25 26:23 29:14,16 30:14,23 31:25 32:3,6,7,9 33:8,16 34:15 35:3 41:12 41:23 42:17,25,25 44:14 45:22,24 46:22,22 48:23 49:14 56:22,23 59:3 60:10,12 62:2,2,4 63:17 65:3,19
**questions** 5:2 6:9 6:11,13,17,19 13:12 31:19 33:6 38:6 52:21 56:13 63:14 65:7
**quickly** 54:7
**quite** 38:5

**r**

**r** 2:2 3:2 4:2,3,3 67:2 69:2
**raja** 1:18 4:12,18 4:19 5:1 6:1 7:1,4 8:1 9:1 10:1 11:1 12:1,3 13:1,16,17 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1,11 28:1 29:1 30:1,13 31:1 32:1,2 33:1,18,22 34:1,3,4,16 35:1,4 36:1 37:1 38:1 39:1 40:1 41:1 42:1,5 43:1 44:1 45:1,3 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1,6 63:1 64:1 65:1 66:1,9 67:1,15 68:1 69:1 70:3,21
**rasipuram** 10:16
**reach** 56:20
**read** 4:22 17:7 22:6,9 23:25 24:4 27:14,16 31:24,25 32:3,6,11,13,16 44:15 45:3,17 61:13,16 62:5
**reason** 5:23 70:5
**recall** 57:11 58:13 59:22 60:19
**receive** 40:12 53:9
**recess** 23:23
**recollection** 16:8
**record** 4:10 11:10 11:11 17:20,21 23:22 31:5,6 66:13,15,16 69:12
**records** 37:17
**refer** 8:21 9:3,4
**referred** 22:5 24:3
**refers** 56:5
**regarding** 4:22 6:12
**registered** 17:14 17:16,24 29:10
**registration** 6:2 62:8,9 63:22 64:6 66:3
**related** 69:15
**relationship** 41:8 41:13 42:4,8 43:2 43:20 50:21
**remember** 33:14 36:3,5
**remotely** 1:21
**repeat** 22:4 41:12 56:21 60:10

**rephrase** 20:5 26:18 34:3 41:19 47:25 48:2,22
**reporter** 12:2 22:7 24:5 31:15 47:14 52:6 59:21
**reporting** 70:1
**representative** 57:7
**require** 4:24
**research** 7:12
**reserved** 3:22
**residence** 63:12
**resources** 39:24
**respect** 19:4
**respective** 3:6
**respond** 6:19
**response** 44:24 45:23 46:3,7,10,24 55:4 65:22
**responsibilities** 7:24
**responsibility** 8:2
**responsible** 64:22
**responsive** 65:20
**restaurant** 8:3 13:20,24 17:11 18:7,15,20,25 21:12,13,15,18,22 21:22 22:3,10,11 22:13,19 23:4,11 24:15,16,20 25:13 25:15,22,24 26:2,3 26:6,13 27:3 45:18,22 46:6
**restaurants** 8:11 8:12 17:9 29:7 30:16 63:20
**retained** 68:18
**right** 5:10 11:13 20:25 29:17 31:22 33:5 47:4 54:9 58:17 63:9
**river** 16:16 61:24
**role** 10:18
**roof** 24:19,23 25:7
**route** 2:9
**rules** 1:20 4:23
**run** 7:18

**s**

**s** 2:2 3:2,2 4:2,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1,24 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1,13 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1,12 48:1 49:1 50:1 51:1 52:1,4 53:1 54:1 55:1 56:1 57:1 58:1 59:1,19 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1,2 69:1 70:5
**salem** 40:6,8,11,14
**sales** 54:12,17,18 54:24 55:3,10
**saw** 52:16
**saying** 26:9,11
**says** 11:7 12:20 13:19 15:10,23,25 16:6 17:8 21:23 22:14,19 24:15 27:19,25 28:23,23 33:17 44:16 53:2
**scope** 38:8
**scott** 2:4
**screen** 11:7 12:25 27:13
**scroll** 44:23
**scully** 2:4
**sea** 61:24
**sealing** 3:7
**season** 49:20 55:13
**second** 6:21 15:15 15:24 21:3 28:20 58:2,7,8
**section** 61:14
**see** 11:6 12:18,21 12:22,24 13:6,9 31:24 38:21 45:17 45:22 46:2 52:25 53:3 54:8,10,11 55:25
**seeing** 59:22
**seen** 12:3,6,13 47:15,17,18 52:22
**sell** 19:19,24 20:8 20:11,13,22 21:14 50:25 55:16
**selling** 20:21
**sent** 31:17
**sentence** 5:15 62:15
**sentences** 5:9,13
**senthil** 39:14 42:11,13 43:3
**separate** 21:23 25:4,18 26:5,12 27:2,6 56:8,9
**separated** 44:7
**series** 6:9 31:17
**service** 3:16 24:12 44:17 45:18
**serviced** 46:9
**services** 17:11 18:15 23:14 45:23 46:2,6,11,23
**set** 69:11,20
**share** 11:5
**shareholder** 38:13
**sharing** 12:25
**sheet** 70:1
**shelf** 49:25
**shenkin** 1:22 69:7 69:24
**ship** 49:16 50:21 51:2
**shipment** 47:22 48:4 49:3
**shipped** 48:20 53:23
**shop** 13:21,24 16:23
**shops** 18:16 21:2
**short** 4:22 24:8,10
**show** 26:5 45:4 48:9,10 52:10,11
**showing** 26:12 47:3
**shown** 21:11
**sign** 21:21,23 22:14,19
**signage** 21:18
**signature** 69:22
**signed** 3:10,12,15
**significant** 51:18
**signs** 21:10,19 22:13 23:16 25:18 26:5,12 27:3,7
**similar** 15:2
**simple** 5:13 28:5

**singapore** 8:13
**sir** 5:7 28:21 41:5 66:10
**sit** 24:17
**skipping** 59:11
**slowly** 44:23
**small** 28:2 61:17 61:19
**snack** 15:6
**snacks** 1:17 7:8 8:17 9:5 10:5 12:13 17:4 18:4,6 19:15 21:15 22:9 24:22 25:3,5,15 26:14 29:12 31:4 45:15
**sold** 19:5,8 51:12 54:25
**somebody** 56:24 56:25 61:11
**soon** 16:6
**sooner** 63:4
**sorry** 9:14 27:24 29:4 30:19,20 31:9
**sort** 4:22,23 8:22 21:18
**south** 14:12 22:22
**space** 4:14
**span** 28:4
**speak** 33:22 34:5 35:4
**speaking** 12:11 33:9
**special** 49:20,21 49:24
**specific** 24:14
**specifically** 6:18
**specified** 67:11
**spice** 1:8 11:19,23 27:13,25 47:7,10 52:2,8 59:14,17 68:9,11,13,15 70:2
**spoiled** 50:2
**spoke** 39:4 56:24
**spoken** 34:17 35:12,18 37:7 38:24
**squared** 18:9
**sri** 9:17 16:19
**srinivasa** 1:17 4:11 7:4 67:15 70:3,21
**ss** 69:4
**staff** 35:11 37:3
**stamped** 11:22 47:7,10 52:2 59:17 68:8,11,13 68:15
**start** 4:21 8:19 9:8 14:13,15,19,21 17:25
**started** 9:10,10,15 9:18,23,25 10:6,19 12:17 15:15 16:12 16:13 17:9,11 18:3,6,13 20:15 28:2 33:4 37:4 61:12 64:17
**starting** 32:2 33:13
**state** 1:22 4:5,9,16 69:4,8
**statement** 4:22
**states** 1:2 29:8 30:24 44:19 46:12 49:2,4 50:4,22 51:17 53:10,17,23 54:14 57:12,17 63:19,20
**stayed** 34:12
**steppage** 22:4
**stipulated** 3:5,20
**stop** 65:25
**store** 15:12,15,17 15:24 16:2 20:8 20:10,13 21:19 23:3,12,14,15 25:22 26:10,11 27:2
**stored** 19:16
**stores** 15:20 19:6 19:11,13,21,24 20:20,21,22 22:18 25:3 29:7 30:16 30:18 31:3
**street** 4:14
**strike** 26:23
**subscribed** 67:18 70:22
**substance** 6:6
**sugar** 14:22
**suggesting** 41:24
**suggestion** 43:6
**supervise** 47:21
**supervising** 48:4
**sure** 12:19 29:20 32:18,24
**surrounding** 6:2
**sweet** 13:21,24 14:4,10,13,16,17 14:17,25 15:2 18:16,19 22:23
**sweets** 1:16 7:8 8:3,17 9:5 10:5 11:7 12:12 13:22 13:22,25 14:15,21 14:24 15:14 16:23 17:4 18:4,5 19:2,5 19:5,10,15,21,22 20:12,19 21:14 22:8 24:22 25:2,5 25:14 26:14 29:11 31:4 45:14,15 48:13 50:4 51:3,5 51:7 53:2,24 56:5 56:6
**sworn** 3:10 4:4 67:5,18 69:11 70:22
**system** 40:17

**t**

**t** 3:2,2 4:2,2,3,3 67:2 68:2 69:2,2
**take** 45:20 49:20 49:24 52:7
**taken** 1:18 23:24
**takeout** 24:21 46:6
**takes** 63:11
**talk** 20:25 37:3
**talked** 15:25 35:10 35:15,17,22 39:15 40:16 57:2 62:17
**talking** 21:9 42:11 42:14 57:14
**tamil** 2:13 4:16
**task** 10:21
**tasks** 10:22
**tell** 7:3,5,23 16:7 32:16
**term** 14:3
**testified** 4:6
**testify** 67:5
**testifying** 37:23 38:11
**testimony** 67:6,10 69:13
**thank** 4:20 61:20 66:6,8,10,11
**thing** 56:3
**things** 44:24
**think** 8:20,25 9:2 22:25 24:13 30:8

33:15 38:7,9,16 44:4 59:2,10,12 60:11 63:4,5 64:23
**third** 51:13 53:9
**thirupathi** 13:16
**thirupathy** 1:18 4:12 67:15
**thought** 26:21
**thousands** 34:10
**three** 9:22 36:25 54:6 57:20,21
**time** 1:12,21 3:22 5:9 9:11,16,23 10:23 14:7 17:2 17:12 29:22 30:18 36:4,10 39:9 40:12 55:22 57:11 57:18 60:7 62:25 64:16 65:11 67:10
**today** 5:23
**told** 35:9 39:16
**top** 27:25 52:24
**topic** 55:20
**town** 40:6
**trademark** 17:15 17:17,25 60:4 62:7,8 63:22 64:6 66:3
**trading** 20:16
**transcript** 67:9,9
**translating** 6:23
**translation** 2:13
**travel** 65:11
**trial** 3:22
**tried** 34:22,23 40:18
**true** 67:9 69:12
**truth** 67:5
**try** 8:4,7,14 23:9 30:6,10 49:24
55:21
**trying** 8:20 18:12
**turn** 51:23
**two** 5:8 7:18 10:8 10:11 15:20 18:8 36:16,17 37:2 57:23 65:7,8,15
**types** 21:10
**typically** 21:14 25:4

**u**

**u** 3:2 4:2,2,2,2,3
**understand** 8:22 14:2 25:11 41:17 55:22 61:7
**understanding** 7:15 18:13 40:11 40:22 48:23
**understood** 18:10
**united** 1:2 29:8 30:24 44:19 46:12 49:2,4 50:4,22 51:17 53:10,17,23 54:14 57:12,17 63:18,20
**unsigned** 3:14
**upper** 54:9
**usa** 1:8 27:20 28:23 53:2,24 54:20,22 70:2
**use** 6:2 55:16 64:6
**utilizing** 44:19

**v**

**v** 4:2 70:2
**varieties** 15:9
**vegetarian** 8:11,15 8:16 22:11 23:4 24:15 25:22 26:3 27:3
**venkatesan** 7:22
**verified** 39:2
**veritext** 70:1
**videos** 37:4
**virtual** 1:15
**visit** 35:8 36:24 37:3

**w**

**wait** 6:21
**waiter** 24:18
**waived** 3:9
**walk** 25:14
**want** 29:24 30:6 32:13 33:21 38:3 56:12 61:16
**wanted** 6:7 13:14 19:25 25:12 29:19 29:21 30:21,25
**wants** 32:11,15
**washermanpet** 10:17 15:12,18
**way** 8:7,20,22 24:7 69:17
**website** 48:13 50:14 53:5,9 59:8 60:2
**websites** 50:9,20 50:21,24,25 51:10 51:13,19
**weltsch** 2:6 4:8 5:4 5:8,16,20 11:9,13 11:16 12:19,24 13:5 14:7,8 17:20 21:4,6 22:25 23:5 23:9,17,21,25 26:10,18,22 29:15 30:2,10,19,23 31:5 31:8 32:7,13,18,20 32:24 34:4,16 35:2 38:18 41:11 41:25 42:6,16,24
43:8,14,18,25 44:22 45:21 47:25 48:24 49:7 51:22 54:18,21 55:18 56:21 57:16 58:18 59:2,9 60:8,15 61:15,25 63:2,9,13 64:19 65:2,12,16 65:23 66:14 68:23
**went** 34:9 40:17
**whereof** 69:19
**witness** 3:10,16,18 4:4 27:15 46:16 62:23 63:10,16 66:10,19 69:10,13 69:19
**witnesses'** 70:3
**word** 41:17
**words** 30:17 55:25 64:6
**work** 8:5,16 33:23 34:6,8 35:5 38:22 40:22 41:2,3 47:20
**worked** 33:20 37:14,18 39:2,11 39:17,23 40:2,4,8 40:14,19
**working** 9:9 33:11
**world** 8:17
**wrap** 29:23 55:21
**written** 28:17

**x**

**x** 1:3,9 68:2,20

**y**

**y** 4:3
**yeah** 30:5 36:17
**year** 16:8 35:25 36:7 39:17,18

**years** 28:4,7 36:16 36:17
**york** 1:23 2:5 4:5 43:21 46:15 69:4 69:8 70:1
**youngsters** 24:9

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.