# EXHIBIT 11

| S.NO | DOMAIN NAME | REGISTER-DATE | EXPIRY DATE |
|---|---|---|---|
| 1 | AABSWEETS.IN | 15-Dec-2008 | 15-Dec-2019 |
| 2 | AABSWEETS.COM | 4-Nov-2004 | 23-Nov-2019 |
| 3 | ADYARANANDABHAVAN.COM | 6-Mar-2013 | 6-Mar-2020 |
| 4 | aabresidency.club | 2-Jul-2017 | 2-Jun-2020 |
| 5 | aabresidency.xxx | 22-May-2017 | 22-May-2020 |
| 6 | aabresidency.company | 22-May-2017 | 22-May-2020 |
| 7 | aabresidency.store | 22-May-2017 | 22-May-2020 |
| 8 | aabresidency.mobi | 22-May-2017 | 22-May-2020 |
| 9 | aabresidency.website | 22-May-2017 | 22-May-2020 |
| 10 | aabresidency.in.net | 22-May-2017 | 22-May-2020 |
| 11 | aabresidency.pro | 22-May-2017 | 22-May-2020 |
| 12 | aabresidency.info | 22-May-2017 | 22-May-2020 |
| 13 | aabresidency.us | 22-May-2017 | 21-May-2020 |
| 14 | aabresidency.top | 22-May-2017 | 22-May-2020 |
| 15 | aabresidency.xyz | 22-May-2017 | 22-May-2020 |
| 16 | aabresidency.me | 22-May-2017 | 22-May-2020 |
| 17 | aabresidency.co | 22-May-2017 | 21-May-2020 |
| 18 | aabresidency.site | 22-May-2017 | 22-May-2020 |
| 19 | aabresidency.online | 22-May-2017 | 22-May-2020 |
| 20 | aabresidency.biz | 22-May-2017 | 21-May-2020 |
| 21 | aabresidency.net | 22-May-2017 | 22-May-2020 |
| 22 | aabresidency.org | 22-May-2017 | 22-May-2020 |
| 23 | aabresidency.co.in | 22-May-2017 | 22-May-2020 |
| 24 | a2brestaurant.xxx | 22-May-2017 | 22-May-2020 |
| 25 | a2brestaurant.guide | 22-May-2017 | 22-May-2020 |
| 26 | a2brestaurant.tours | 22-May-2017 | 22-May-2020 |
| 27 | a2brestaurant.solutions | 22-May-2017 | 22-May-2020 |
| 28 | a2brestaurant.institute | 22-May-2017 | 22-May-2020 |
| 29 | a2brestaurant.academy | 22-May-2017 | 22-May-2020 |
| 30 | a2brestaurant.community | 22-May-2017 | 22-May-2020 |
| 31 | a2brestaurant.guru | 22-May-2017 | 22-May-2020 |
| 32 | a2brestaurant.digital | 22-May-2017 | 22-May-2020 |
| 33 | a2brestaurant.church | 22-May-2017 | 22-May-2020 |
| 34 | a2brestaurant.cash | 22-May-2017 | 22-May-2020 |
| 35 | a2brestaurant.agency | 22-May-2017 | 22-May-2020 |
| 36 | a2brestaurant.education | 22-May-2017 | 22-May-2020 |
| 37 | a2brestaurant.in.net | 22-May-2017 | 22-May-2020 |
| 38 | a2bgreens.biz | 3-May-2017 | 2-May-2020 |
| 39 | adyaricecreams.biz | 3-May-2017 | 2-May-2020 |
| 40 | a2bgreens.co | 3-May-2017 | 2-May-2020 |
| 41 | a2bretail.co | 3-May-2017 | 2-May-2020 |
| 42 | a2bretail.biz | 3-May-2017 | 2-May-2020 |
| 43 | a2bgreens.link | 3-May-2017 | 3-May-2020 |