# EXHIBIT 12

From: Snaxpo Registration <crobinson@sfa.org> | Add to Address Book | Block Sender

To:"kts@aabsweets.com" <kts@aabsweets.com>

Subject: Snaxpo 2005: Registration Confirmation

Date: Wed, 08 Dec 04 14:41:33 IST

Dear Srinivasa Raja,

Thank you for registering for SNAXPO 2005, March 12-15, 2005. Your registration has been received and you currently have a balance owing of $670 USD.

You can view your registration confirmation / receipt anytime by clicking on the link below:

http://www.snaxporeg.com/public/stmtFull.asp?ID=1062-55388

If you have not already done so, please be sure to reserve your room directly with the Westin Diplomat Resort and Spa by calling 954-602-6000. Please mention SNAXPO in order to receive the special group room rate of $225 single or double occupancy. The reservation deadline is February 16, 2005.

SFA is partnering with several transportation carriers for special discounts to SNAXPO 2005 attendees traveling to Hollywood, Florida. For discounts with United Airlines, call Meeting Reservations at 1-800-521-4041 and mention ID number 557XK; discounts with US Airways, call 1-800-874-7687 and mention Gold File #291231852908; for discounts with Avis Rent A Car, call Meeting and Group Reservations at 1-800-331-1600 and mention discount #A378099.

Your badges and tickets can be picked up at the SNAXPO registration area beginning at 8:00 a.m. on Friday, March 11, and continuing throughout the convention. Badges and tickets will not be mailed in advance.

As a reminder, name badges and tickets must be worn to all SFA functions and tickets will be collected when required. The recommended dress is resort casual for the Saturday evening reception/dinner; business casual attire for the exhibit hall and educational sessions; and resort casual for the Tuesday evening Chairman's Reception and Gala.

We look forward to seeing you at SNAXPO 2005 in Hollywood, Florida. If you have any questions on registration, please Colleen Robinson at 1-800-628-1334 ext. 213.

Sincerely,

James A. McCarthy
President and CEO
Snack Food Association

ES-REF#:1130:1062

SNAXPO® 2005
Making Snacks: A Global Business

# SNAXPO 2005

68th Snack Food Association Annual Exhibit and Conference Hollywood, Florida - March 12 -15

Thank you for registering for 68th Snack Food Association Annual Exhibit and Conference
Hollywood, Florida - March 12 -15

We look forward to seeing you at the event.

## Other Registrations

REGISTER AND PAY FOR A SPOUSE/GUEST

SELECT BANQUET TABLE SEATING

REGISTER AND PAY FOR ANOTHER DELEGATE
**Please pay for this delegate before registering and paying for another delegate**

## STATEMENT

| FROM: | TO: |
|---|---|
| Attn: SNAXPO 2005<br>Snack Food Association<br>1711 King Street, Suite One<br>Alexandria, VA 22314<br>Tel: 703-836-4500 or 800-628-1344<br>Fax: 703-836-7148 | Srinivasa Raja<br>#9 Fourth Street Parameshwar<br>Chennad, Tamilnadu, TamilNadu<br>600 020 INDIA<br>011-91-44-2446-0202<br>kts@aabsweets.com |

| QTY | DESCRIPTION | AMOUNT | TAX1 | TAX2 | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | Member (Early Bird) | 695.00 | 0.0% | 0.0% | 25.00 | 670.00 |

| | |
|---|---|
| TOTAL FEES | 670.00 |
| TAX1 | 0.00 |
| TAX2 | 0.00 |
| TOTAL FEES | 670.00 |
| PAYMENTS | 670.00 |
| **BALANCE (US$)** | **$0.00** |

### TRANSACTION HISTORY

| DATE | METHOD | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/31/2004 | CC * | Payment | 670.00 |

*Please note that when you receive your credit card statement the charge will appear as
**Conference / Tradeshow Registration**

## Registrant Information Summary

| ATTENDEE INFORMATION | |
|---|---|
| REG ID#: | 1062-55388 |
| First Name: | Srinivasa |
| Last Name: | Raja |
| Middle Name: | k.t |
| Badge Name: | Srinivasa |
| Title: | M.D |
| Company: | Adyar Ananda Bhavan Sweets & Snacks |
| BadgeCompany: | Adyar Ananda Bhavan Sweets & snacks |
| Address: | #9 Fourth Street Parameshwar |
| City: | Chennad, Tamilnadu |
| State/Province: | TamilNadu |
| Postal/Zip Code: | 600 020 |
| Country: | INDIA |
| Telephone: | 011-91-44-2446-0202 |
| Fax: | 011-91-44-2446-0607 |
| Email: | kts@aabsweets.com |
| ContactName: | |
| ContactTelephone: | |
| ProductsSell: | Potato Chips, Corn Chips, Extruded Snacks, Party Mix |
| ProductOther: | |
| JobFunction: | CEO/President/Owner |
| Decision: | Final Decision |
| Expenditures: | Yes |
| NewProduct: | Yes |
| JoinedSFABefore2002: | |
| FirstSnaxpo: | |
| SpecialAssistance: | |

R
17/04/05
4.15pm

SNACK FOOD ASSOCIATION
An International Trade Association

March 20, 2005

Mr. K.T. Raja
Chairman of the Board
Adyar Ananda Bhavan Sweets & Snacks
#9 Fourth Street Parameshwar
Nagar Adyar
Chennad, Tamilnadu, 600 020
INDIA

Dear K.T.:

As you know, January 1, 2005 marked the beginning of SFA's new fiscal year. Enclosed please find your company's invoice for SFA membership dues for 2005.

As we begin 2005, we continue to bring you the best industry education and networking opportunities to help your business grow. Because of your support and participation we are also able to continue important industry research and education and provide the high level of member service that you have come to expect form SFA. The snack food industry continues to become a global industry and we want to hear from you. Please contact us about news or events at your company as well as snack food industry developments or trends in INDIA.

Thank you again for being a member of the Snack Food Association. We currently list you as Adyar Ananda Bhavan Sweets & Snacks's primary contact for SFA membership dues renewal. Please notify us if we should contact another representative regarding SFA dues. You may also renew your membership by using Visa, MasterCard or American Express credit cards.

We look forward to continuing to work with you and Adyar Ananda Bhavan Sweets & Snacks in the coming year. If you have any questions, please contact me (800-628-1334, ext. 201/jmccarthy@sfa.org) or Christopher Clark, SFA's Vice President of Membership & Administration at 800-628-1334, ext. 218/cclark@sfa.org.

Sincerely,

Jim McCarthy

James A. McCarthy
President & CEO

Enclosure:

P.S. Our monthly *International Snack Report* email newsletter brings you the latest industry news and information about SFA's programs. If you are not receiving the monthly SFA *International Snack Report*, please contact us Chris Clark, SFA's Vice President of Membership & Administration at cclark@sfa.org. For information on SFA's programs and services, please visit us online at www.sfa.org.

**1711 King Street, Suite One ◆ Alexandria, Virginia 22314**
**Phone (703) 836-4500 ◆ Fax: (703) 836-8262 ◆ www.sfa.org**

**Snack Food Association**
P.O. Box 890877
Charlotte NC 28289-0877
703-836-4500 FAX 703-836-8262

# INVOICE

Invoice No.: 2005DUES01
Date: March 3, 2005

**To:** Mr. K.T. Raja
Chairman of the Board
Adyar Ananda Bhavan Sweets & Snacks
#9 Fourth Street Parameshwar
Nagar Adyar
Chennad, Tamilnadu, 600 020
INDIA

Payable by Check (Drawn on a U.S. Bank and Payable in U.S. Dollars) or by Credit Card. Please forward all payment to the address listed above. Thank you.

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | 2005 Snack Food Association Membership Dues | | See attached dues schedule |
| | | Balance Due | |

THANK YOU FOR BEING A MEMBER!