# EXHIBIT 13

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 2:19-cv-16879

ADYAR ANANDA BHAVAN, CORP.,

Plaintiff,

REMOTE DEPOSITION OF: SENTHIL KUMAR ANANDAN

vs.

HEAVEN SPICE USA LLC, BLUE BELL USA, LLC AND ADYAR ANANDA BHAVAN SWEETS & SNACKS, INC.,

Defendants.

---

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before RITA GARDNER, a Notary Public and Certified Court Reporter of the State of New Jersey, held REMOTELY VIA ZOOM, on Friday, February 11, 2022, commencing at 8:00 a.m.

A P P E A R A N C E S :

LANCIANO & ASSOCIATES LLC
By: LAWRENCE E. HARDCASTLE, ESQUIRE
2 Route 31 North
Pennington, New Jersey 08534
Lhardcastle@lancianolaw.com
(609) 452-7100
Attorneys for the Plaintiff

SCULLY SCOTT MURPHY & PRESSER PC
By: KEITH A. WELTSCH, ESQUIRE
400 Garden City Plaza Suite 300
Garden City, New York 11530
Kweltsch@ssmp.com
Attorneys for the Defendants

A L S O P R E S E N T:

EIBER TRANSLATIONS
By: JAY KUMAR, TAMIL INTERPRETER

INDEX TO WITNESS


| WITNESS | PAGE |
|---|---|
| SENTHIL ANANDAN | |
| By MR. WELTSCH | 4 |


INDEX TO EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| A | A document Bates-stamped AABC 002839 | 10 |
| B | A letter from Annai Enterprises, Bates-stamped AABC 002843 | 11 |
| C | A letter from Sha Communication, Bates-stamped AABC 002834 | 12 |
| D | Defendants' Responses to Plaintiff's First Set of Interrogatories | 17 |
| E | A letter from Shanmuga Colour Park, Bates-stamped AABC 0002835 | 38 |
| F | Three pages of text messages, Bates-stamped AABC 0002836 through AABC 0002838 | 49 |


(Exhibits were not provided to the reporter.)

SENTHILKUMAR ANANDAN, 35 Chinnakavoor Thermal Post Mettur Taluk Salem District Tamil Nadu, India 636406, having been duly sworn, was examined and testified as follows:

EXAMINATION BY MR. WELTSCH:

Q. Hello, my name is Keith Weltsch. I am counsel for the plaintiff in this action, Adyar Ananda Bhavan, Corp. The reason I am here today is because of a lawsuit that the parties are involved in involved in the District Court of New Jersey surrounding the use and registration of the trademark Adyar Ananda Bhavan.

A. I know about this case.

Q. Before we proceed with the substance of the deposition, we have several ground rules we wanted to discuss with you.

A. Okay.

Q. This deposition we will conducting today is a procedure under U.S. laws that is designed to enable us to ask you questions under oath as though you were sitting in a courtroom in the United States.

A. Yes. I have lived nine years in the United States, so I know about the rules and regulations, and I am going to be saying truth only

and I am going to abide by the truth and the rules and the laws.

Q. Please understand that you have taken an oath to provide truthful testimony during this deposition. I am going to be asking you a series of questions about you and your involvement in the matters concerning the present lawsuit.

A. I am going to tell you everything, all the truth. I am going to say the truth throughout this case. I know a lot about this case. I am going to abide by the rules, and I cannot talk anything about my personal life because there is a lot going on.

MR. WELTSCH: Ms. Kumar, can you just communicate to Mr. Anandan that he doesn't have to speak right now, I will done within a couple of minutes, and then I will start with the questions.

THE INTERPRETER: Okay.

Q. Please answer these questions to the extent that you have personal knowledge regarding the questions that I am asking. In addition, while your attorney may object to some questions that I may ask, unless he specifically directs you not to answer, you are obligated to answer my questions.

A. Okay. I will answer.

Q. If at any time you do not understand my question, please say so, and I will try to clarify my question.
A. Definitely, I am going to let you know if I don't understand the question.
Q. For the benefit of the court reporter and the translator, please do not answer with body gestures or uh-huhs or uh-hums. Please say yes or no, but speak clearly in your responses to my questions.
A. Yes, I will definitely answer.
Q. If you need to take a break, please let me finish my question and your answer and we will take a short break.
A. Definitely.
Q. Do you understand all these ground rules?
A. Yes, I understand.
Q. Can you please tell me your name for the record?
A. Senthil Kumar Anandan.
Q. Are you currently employed?
A. I am working in India.
Q. And what are you doing in India?
A. Chef. I am a chef with catering.

Q. What is the name of your employer?
A. The name of the restaurant is Muruga Vilas, and the employer's name is Murali, and it is located in Mettur.
Q. Can you tell me in what country you were born?
A. India. The city I was born in is Mettur Tamil Nadu, India.
Q. Have you lived in India your entire life?
A. I got married in 2007, and in 2011 I came to the United States.
Q. For how long did you live in the United States?
MR. HARDCASTLE: Can we have the witness instructed to, even if he understands the substance of the question, to wait until the translator translates, and then provide the response, just so that we have a clean record? Is that okay with you?
MR. WELTSCH: I was just about to say the same thing.
(Interpreter instructs witness and repeats the prior question.)
A. Eight years and six months in the

United States.
BY MR. WELTSCH:
Q. When you lived in the United States, where did you live?
A. Queens, New York.
Q. When you lived in the United States, did you live with anybody?
A. Yes, me, my wife, and my children.
Q. Who is your wife?
A. Anitha Gounder.
Q. When did you and Ms. Gounder meet?
A. She is my relative. And it is an arranged marriage in 2007.
Q. You met in 2007?
A. I met her one month before the marriage and we communicated through the phone since we are relatives.
Q. So you met a month before you got married in 2007, correct?
A. When I came for the wedding, we were all there.
MR. WELTSCH: Can we take a short break for me to pull exhibits?
(Remote deposition recessed at 8:25 a.m. and resumed at 8:31 a.m.)

BY MR. WELTSCH:
Q. So to confirm, you were married in 2007 and then you moved to the United States in 2011; is that correct?
A. Yes.
Q. Do you remember anything about the legal process associated with attempting to move to the United States?
A. I got married to Anitha Gounder and she sponsored me and that is how I came to the United States.
Q. And did you have to fill out any paperwork associated with moving to the United States?
A. I don't remember exactly, but all the paperwork was taken care of by my wife. All I did was interviewed in the Chennai embassy.
Q. So your wife arranged filing the paperwork; is that correct?
A. Yes.
Q. Again, Mr. Anandan, please wait until the interpreter finishes interpreting the question before responding.
A. Okay.
Q. I am going to go back in time a little

bit. So let's discuss a little bit about your work and educational background.
A. Okay.
Q. What I am going to do is introduce a series of exhibits in this case and we are going to discuss them as they are relevant to these proceedings.
(A document Bates-stamped AABC 002839 was marked for identification as Plaintiff's Exhibit A.)
BY MR. WELTSCH:
Q. This is Exhibit A and it is going to be Bates number AABC 002839.
Do you recognize this document?
A. Yes. I know it. It is mine.
Q. So your name is -- Senthil Kumar is your first name; is that correct?
A. Are you talking about my father's name or are you asking about my name?
Q. Your name.
A. Yes, my name is Senthil Kumar.
Q. So looking at this document, it says that you had a background in the field of economics and that you graduated from college in 2001; is that correct?

A. Yes.
Q. So you graduated college in May 2001. Do you recall what you did after that?
A. I was working in a company here locally in a thermal power plant.
(A letter from Annai Enterprises, Bates-stamped AABC 002843 was marked for identification as Plaintiff's Exhibit B.)
BY MR. WELTSCH:
Q. I am going to introduce another exhibit as B, which is marked as AABC 0002843.
What kind of company was Annai Enterprises?
A. It is an electrical power plant and inside of the plant this is a mechanically maintenance type of company.
Q. Are the dates listed on this document correct, namely that you worked from June 2002 until November 2004?
A. Yes.
Q. And what work did you do for Annai Enterprises?
A. Supervisor. I was a super in Annai Enterprises.
Q. What kind of supervising did you do?

A. There were ten people who I supervised and we had to make sure that they worked and I also oversaw the payment of the salary.

(A letter from Sha Communication, Bates-stamped AABC 002834 was marked for identification as Plaintiff's Exhibit C.)

BY MR. WELTSCH:

Q. I am going to now introduce Exhibit C, which is going to be marked as Plaintiff's Exhibit C Bates-stamped AABC 0002834.

Have you seen this letter before?

A. Yes, I have seen it, I have seen it.

Q. What kind of company is Sha Communication?

A. It is a mobile shop. It is a cell phone mobile shop.

Q. And what was your job at this location?

A. It was a part-time job. It was a marketing position. As you know, in India, we sell the SIM card so you can go anywhere and sell it anywhere. So it was more like a pocket money, as many SIM cards you sell, we would be incentivized based on the number of sales.

Q. Were you in a store?

A. No.

Q. And how many hours a week did you work?
A. So there is no times as such in India. So at the time I was working, this was at its peak. So we used to get 15 to 20 rupees per SIM card we sold. I used to sell anywhere between 10 to 100 SIM card a day.
Q. How would you sell them?
A. In this company, you could buy these SIMs where you buy a phone. So there were a number of companies which were doing that; Vodafone, BSNL, Airtel were the companies which were involved in selling these SIMs.
Q. So I am trying to get a better understanding. So who would you get the SIM cards from?
A. You are asking about Sha Communication, right? He was the dealer. The company was the dealer; Sha Communication was the dealer.
Q. I am not sure I understand the response. Please explain the process from who you obtained the SIM cards from and how you sold them and who you sold them to.
A. There are a number of network companies; Motorphone, Ideal Mobile, Airtel, BSNL, Aircel. These are the big companies.

So for in the State of Tamil Nadu, in the District the Salem, there are about 30, 60 districts around Salem.

There is a further division in the district that is called Taluk. There are a number of Taluks. One of them is Salem Taluk, Mettur Taluk, Omlur Taluk.

So if I sold these SIMs within the city, I will not be selling too many.

Q. If I interrupted you -- go ahead.

A. So what happens is when we try to make the sales of these SIM cards within the city, we don't succeed much because they are available in abundance. But if it is outside of the city, that is the smaller villages or rural areas, they need proof to buy the SIM card, so we need either their motor I.D. or some kind of identification. After we obtain that, we go to their houses and provide service.

MR. HARDCASTLE: I just want to -- as was the case yesterday, the witness is in India, where it is much later and, you know, it is coming on to 9 o'clock now, so I don't imagine we have much more, if any, time than we had yesterday. I would just like us to be cognizant of that.

MR. WELTSCH: I am just trying to get a better understanding as to what his duties were, just from the beginning of, you know, how he obtained a SIM card, who he obtained a SIM card from, how he sold it, how he got paid.

MR. HARDCASTLE: I understand what you are trying to do, and I certainly appreciate that. We just have constraints and I just want to make sure that we are all being cognizant of that.

A. Also, he is basically repeating whatever he said. Sha Communication is a dealer, so what happens is when he sell these SIM cards, we make about 15 to 20 rupees per SIM card that we sell. So this is pocket money for us that we make.

BY MR. WELTSCH:

Q. I am trying to understand how he obtains the SIM cards.

A. So earlier in India it is very easy to get a SIM card. If you have a proof of identification, you can very easily obtain a SIM card. So many of the companies had closed, so it was easy to get your hands on a SIM card.

Q. And then after he sold the SIM card, he would give a certain portion of money -- would it be accurate to say that he gave a certain portion of

the money from the sale to Sha Communication and then he got a portion of it back?

A. Yes. Yes.

Q. So looking back at Exhibits A through C, so I will just repeat what those were. Exhibit A was your college degree. Exhibit B was your work papers from Annai. And Exhibit C was your work papers from Sha Communication.

A. I didn't understand.

THE INTERPRETER: Can I explain again?

MR. WELTSCH: Yes.

A. Yes, I understood.

BY MR. WELTSCH:

Q. Do you recall providing those documents to Ms. Gounder?

A. We are talking about Anitha Gounder?

Q. Anitha Gounder, yes.

A. Yes.

Q. "Yes" you recall giving them to her?

A. Yes. Yes, I do.

Q. And do you recall the purpose of giving her those documents?

A. So they had asked me where I had worked.

Q. Who is the "they" in your response?

A. So this is to support the visa process or documents, so that is why I obtained these documents and provided them to her.

Q. Okay. Great. I am going to turn to the next exhibit, which is Exhibit D.

(Defendants' Responses to Plaintiff's First Set of Interrogatories was marked for identification as Plaintiff's Exhibit D.)

BY MR. WELTSCH:

Q. These are defendants' responses. I will share my screen. These are Defendants' Responses to Plaintiff's First Set of Interrogatories. So I am going to explain what this document is.

So basically during the lawsuit, we asked the Defendant in this case, Heaven Spice, Blue Bell, which are the owners of restaurants in New Jersey that operate under the name A2B and Ananda Bhavan Sweets & Snacks, which is the principal US company that manages the businesses, and that is the licensure in the United States.

So these are a series of questions that I asked and we received responses from the defendants in this case.

I am going to direct you to what I have

here as No. 9 of the interrogatories and the response.

A. Just hold on. I don't see anything on the screen.

(Discussion off the record.)

BY MR. WELTSCH:

Q. So, do you see No. 9?

Does he need you to read him the question or can he read it on his own?

MR. WELTSCH: The only relevant part that I need you to read is the second paragraph of the answer that begins with: Additionally, Mr. Srinivasa Raja."

THE INTERPRETER: He wants me to repeat, so that is what I will do.

A. Am I supposed to answer this?

Q. No, I haven't asked a question yet.

Do you know who Mr. Srinivasa Raja is?

A. Yes, now I know who he is, but in 2006, I knew that he owned Adyar Ananda Bhavan.

Q. How did you manage to speak with Mr. Srinivasa Raja?

Before he answers, did he approach Mr. Srinivasa Raja to talk about this issue or did Mr. Srinivasa Raja approach him?

A. So in 2006, I was still selling the SIM cards and our family talked about starting the business, the restaurant business. So what happened was my wife's uncle owned a restaurant in Manhattan, New York. The name of the restaurant was Adyar Ananda Bhavan.

So we discussed as a family about starting the restaurant. So at that time I decided to work in the Adyar Ananda Bhavan so that I can learn the business. Nobody hired me, but I asked them to hire me.

Q. He didn't answer the question at all.

THE INTERPRETER: Go ahead and ask and I will tell you the answer.

Q. When did you speak with Mr. Srinivasa Raja personally?

A. So I don't know exactly, but somewhere around 2018 when we opened a store in New Jersey.

Q. Who is "we"?

A. I don't know all about that, but I just went there to check.

Q. Now when you said "we opened a store," who is "we"?

A. When I say "we" I meant family, Anitha Gounder.

Q. You still haven't answered my question though. When did you speak with Mr. Srinivasa Raja about this matter?
A. So when the store was opened in New Jersey, I started to work there and then I asked who was the owner and I took the phone number. I tried many times, but he was not available. I talked to him in 2019. I was able to get through to him.
Q. I just want to confirm the timeline of events. So your wife and her family opened up a restaurant in New York City; is that correct?
A. It was opened before 2019.
Q. I just asked if they opened a restaurant.
A. There are a number of restaurants that they opened, but I went to one particular restaurant where I wanted to review everything.
Q. He is not answering. He is not answering the question.
I am saying, your wife and -- is it your understanding that your wife and her family opened up a restaurant called Adyar Ananda Bhavan in and around approximately 2013?
A. There were three people who jointly opened up the restaurant. We did have an auditor

also. We opened it with Murugan and Logu. All three of them were chefs. We first started to open the restaurant in Long Island, so we could not find anything in Long Island. So we found one in Manhattan and that is where we opened it, and the friends who we had did not like this. We had a lawsuit of it -- there was no lawsuit, but they just asked for the money of their partnership and to get --

Q. I am going to cut off this line of -- this has nothing to do with the question that I asked. I am going to ask that he answer the question that I asked, which is a simple yes or no question.

A. We cannot decide everything with a simple yes or no. So unless I explain, you are not going to be getting the answer. You are not going to get the answer.

Q. This is a simple yes or no question. The question is, is it your understanding that your wife and her family opened up a restaurant called Adyar Ananda Bhavan in Manhattan in 2013? That is a yes or no question.

A. There were no chefs there, so I was the chef there. How can I tell you yes or no for this

question? If they had to open it, they would have opened it prior, earlier to this. Why did they wait until I got there?

MR. WELTSCH: He is not answering the question.

A. This is the answer.

BY MR. WELTSCH:

Q. It is not an answer to the question. The question is, is Mr. Anandan aware of the fact that his wife's family opened a restaurant called Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. Yes, they opened it, but if it was -- if they did not need me or if it was to be opened in my absence, they would have done it before then.

BY MR. WELTSCH:

Q. Just to confirm, Mr. Anandan, I am not asking about your involvement in the restaurant at all at this time.

A. If you say I am not involved, the question is based on me. That is why I am answering.

Q. I just wanted to know what his personal knowledge was.

MR. HARDCASTLE: Is there a question in

that? I am not sure what the question is.
MR. WELTSCH: No. He keeps deflecting, so I am trying to get an answer. I believe we have an answer, fine.
BY MR. WELTSCH:
Q. You said before that in approximately 2018 you visited a restaurant in New Jersey. Is that correct?
MR. HARDCASTLE: Objection.
A. It has been two years since I have moved in India, or I am in India rather. So I have kind of memory losses, memory loss, so I cannot remember the dates. I have pictures. If you need me to, I can submit those.
BY MR. WELTSCH:
Q. Pictures of what?
A. Me visiting the restaurant. Eating in the restaurant. I have taken pictures of those.
Q. What was purpose of your visit to the restaurant in New Jersey?
A. I used to visit a number of vegetarian restaurants as a chef because I wanted to check the quality of food as a vegetarian restaurant, as a vegetarian food.
Q. So you travelled -- at the time, you

were living in Queens?

A. Yes, I lived in Queens every week. I used to get one day off, and the days I would be off I would travel.

Q. And you would drive to various locations randomly in New Jersey to try vegetarian Indian food; is that correct?

MR. HARDCASTLE: Objection.

A. Yes, I used to visit different restaurants; Biryani Park was one of them. And there were some other restaurants also that I visited, some grocery stores called Patel Brothers. Now I have forgotten a few things.

BY MR. WELTSCH:

Q. Did you ask to speak to the owner of each restaurant that you visited?

A. No.

Q. You mentioned before that you asked to speak to the owner of A2B -- sorry. Did you ask to speak with the owner of A2B Vegetarian Restaurant?

A. Yes, in New Jersey when I was visiting the A2B restaurant, I did ask.

Q. Why did you ask to speak with the owner?

A. He was my ex-boss, and I had come to

the United States so it was for sheer happiness that I wanted to talk to him.

Q. Who was your ex-boss?

A. Srinivasa Raja?

Q. Mr. Srinivasa Raja was your ex-boss -- let me back up.

Do you have an approximate understanding of how many employees Adyar Ananda Bhavan has in India?

A. The place where I worked, there used to be about 42 to 45 people. I don't know the company secret. The place where I worked, there were about 42 to 45 people, so I don't know the answer to that question.

Q. Do you have an approximate understanding as to how many different restaurants or shops Adyar Ananda Bhavan operated in India, approximately?

A. Which year are you talking about? Which year are you asking me about? Are you asking about 2008 or are you asking about 2022?

Q. At the time that you asked to speak with Mr. Raja in 2018, approximately?

A. I don't know. I checked in Google, so approximately there might have been about 70 to 80

stores.
Q. Okay. Great. So I am asking a hypothetical question. So let's say there were approximately 70 or 80 stores, each of which had a similar number of employees at the time, 40 to 50 employees. We are talking at the time, just doing some quick math, approximately 2 to 3,000 employees, approximately.
Do you believe that Mr. Srinivasa Raja personally knew each of the thousands of employees at the time you were working?
MR. HARDCASTLE: Objection.
A. No, I don't think he would have known that many. There is no chance.
BY MR. WELTSCH:
Q. Did you speak with Mr. Srinivasa Raja personally in 2006?
A. No, but I have seen him from a distance. He is my role model.
Q. Did you call Mr. Raja in approximately 2018 or 2019 for the purpose of saying hello?
Scratch that question.
Did you call Mr. Raja in 2018 for the purpose of saying hello, despite the fact that you had not worked for the company in more than ten

years and had never met or spoken with him personally?

MR. HARDCASTLE: Objection.

A. See, it is more, I wanted to introduce myself, and it was more a question of an opportunity to talk to a big wig or a big person.

BY MR. WELTSCH:

Q. At the time you asked to speak with Mr. Srinivasa Raja, did you mention the fact that your wife's family owned a restaurant called Adyar Ananda Bhavan in New York City?

A. So he did not know who I was, so I introduced myself. I did a self-introduction and I did tell him that I have worked under you and I am interested in opening a restaurant.

Q. Were you interested in opening a separate restaurant apart from your wife's family?

A. No, nothing like that. Together we opened another restaurant in Stanford.

Q. I don't think we got an answer to the question, though, which was, did you mention that the name of the restaurant in New York City that you worked with was Adyar Ananda Bhavan?

MR. HARDCASTLE: Objection.

A. I did mention, but I think he did not

understand. He was thinking that it was Ananda Bhavan. So I did explain to him later on that no, sir, this is Adyar Ananda Bhavan, and he was very shocked.
BY MR. WELTSCH:
Q. When you say "later," what do you mean by "later"?
A. So sometimes we don't pay full attention, so I just clearly mentioned that to him one more time as Adyar Ananda Bhavan.
Q. Do you mean during the same initial conversation?
A. Yes, I didn't say -- so I introduced myself to him because as a business man sometimes people do -- so what I did was I explained everything in detail and I mentioned to him that I have grown in this business this far and I would like to open a restaurant.
Q. Would it be more accurate that there already was a restaurant?
A. I didn't understand.
Q. Was there not already a restaurant with which you were affiliated?
A. Which restaurant?
Q. In Manhattan.

A. That is my restaurant.
Q. Do you mean that you wanted to open your own restaurant?
A. This is a family business. This is my restaurant. It is a family business. Me and my wife is a family.
Q. I am trying to clarify because you mentioned before that you said to Mr. Srinivasa Raja that you wanted to open a restaurant. When you say "wanted to," that creates the impression that there was not a restaurant that was already opened. Is that correct?
A. No, I did not have that in my mind at all. If I had that in mind, I would have opened a separate restaurant in and around 2018 and I could have done it myself specifically.
Q. I am trying to get a better understanding of your conversation of Mr. Srinivasa Raja. You said that -- you mentioned before that you said to him that you wanted to open a restaurant and that you were --
MR. WELTSCH: Say that first.
A. So I have never said that I am going to open a restaurant separately. I have never used the word "separately." You can please check from the

beginning to the end. I have never used the word "separately." So please don't use that word, sir.

Q. I didn't say that. You said before in the transcript, the translation at least, that Ms. Kumar said was, "I told Mr. Raja that I wanted to open a restaurant." That is what you said.

MR. HARDCASTLE: Objection.

Q. I did not mean to imply that by saying "I" that you meant separately.

MR. HARDCASTLE: Objection.

THE WITNESS: I need a break for five minutes, please.

MR. WELTSCH: Okay.

(Remote deposition recessed at 9:43 a.m. and resumed at 9:49 a.m.)

BY MR. WELTSCH:

Q. I just want to make sure that I have the timeline correct, and I am going to try to ask these in a series of short questions. You visited A2B vegetarian restaurants to try their food as someone who was in the restaurant business; is that correct -- I am sorry, scratch that.

Did you visit A2B vegetarian restaurants to try their food because you were in the restaurant business?

A. So here is what I do. As a chef, I would like to -- and also as an owner of a restaurant, I would like to improve the quality of my food. So I go to different restaurants and try the food.

Q. Did you ask an employee at A2B Vegetarian Restaurant for the phone number for Mr. Srinivasa Raja?

A. Yes.

Q. When you asked for Mr. Srinivasa Raja's phone number, did you mention the Adyar Ananda Bhavan restaurant in Manhattan?

A. Yes.

Q. Did you mention that to the employee you asked for his phone number from?

A. Many of them know of me. They know that Mr. Senthil is a chef, so there were a number of people from the south Indian community who knew of me.

Q. But did they know you were affiliated with Adyar Ananda Bhavan in Manhattan?

A. That question was not -- that question never arose. Prior to that, I was working in another restaurant called Chennai Garden and many of my friends knew of it.

Q. When you asked for Mr. Srinivasa Raja's phone number, did you mention anything about Adyar Ananda Bhavan in Manhattan?
MR. HARDCASTLE: Objection.
A. I did not mention this to the employee or the person from whom I obtained the phone number, but I did mention it to Mr. Srinivasa Raja.
BY MR. WELTSCH:
Q. Were you surprised that you were able to get Mr. Srinivasa Raja's phone number walking in from off the street?
A. Certainly, it was because he is a very big businessman, and I come from a very small village. I am a small man. So it was a very big value to me. It was really a big deal.
Q. In this answer, it says, "Mr. Srinivasa Raja, identified above, has had conversations with Mr. Anandan about the fact that he had worked with the Indian-based company in 2006."
So by that statement, does Mr. -- does the response mean Adyar Ananda Bhavan in India?
MR. HARDCASTLE: Objection.
THE INTERPRETER: Can you repeat the question or rephrase it? I am not sure I understand what you are saying.

MR. WELTSCH: Sure.
THE INTERPRETER: I saw the response, okay.
BY MR. WELTSCH:
Q. The question was, by that statement, is Mr. Srinivasa Raja referring to Adyar Ananda Bhavan located in India?
MR. HARDCASTLE: Objection.
A. Yes.
BY MR. WELTSCH:
Q. So did you work for Adyar Ananda Bhavan in 2006?
A. Yes, to learn. I was working at the restaurant.
Q. Did you have any background as a cook or a chef prior to working at Adyar Ananda Bhavan?
A. No, I did not have any experience as a chef. The answer is no.
Q. Was Mr. Anandan paid for his work at an employee at Adyar Ananda Bhavan?
A. Yes, they did. Yes, they did.
Q. Why did your term at Adyar Ananda Bhavan end? Your employment -- sorry. Why did your employment at Adyar Ananda Bhavan end?
A. I was trying to get ready for my

wedding after that.

Q. So you could no longer work while you were preparing -- are you saying that you could no longer work because you were preparing for your wedding?

A. Yes. On my own, I quit. And after my marriage, I was working in another restaurant in Chennai called Sangeetha restaurant.

Q. Did you receive any physical paystubs during your time working for Adyar Ananda Bhavan?

A. So at that time, it was only cash and carry. There are many rules that have changed for the past three years. There is a direct deposit of the salary into the bank. Back then, we did not have any general sales tax. It is called GST.

Q. General sales taxes. To your understanding in 2006, was there income tax in India?

A. Yes, there is.

Q. Did you declare your pay, your cash and carry pay from Adyar Ananda Bhavan on your income taxes?

A. No, I did not pay the tax.

THE INTERPRETER: He was saying something about the office and the manager, he did

not know much about it. So I just asked him if he paid tax. Is that okay?

MR. WELTSCH: Yes, I think that is fine. I might come back to that.

BY MR. WELTSCH:

Q. Did you receive any work papers confirming your employment with Adyar Ananda Bhavan?

A. So I went there on my own. It was my choice. I wanted to learn the business. And so it was not based on the salary that I got employed there that I got enrolled there.

Q. That was not the question. The question was, did you receive work papers confirming his employment at Adyar Ananda Bhavan?

A. No, there were no places because I wanted to leave. That is what I said in the beginning. Because I went there wanting to be as a helper, there were no papers.

Q. But you didn't work there voluntarily, you were paid a salary.

A. Yes, I was paid. They paid me a salary.

Q. Is it correct to say that you were not there voluntarily?

A. I didn't understand.

Q. Is it correct to say that you were there as an employee?
A. It is not like in the United States. There are not that many rules. It is based on the manager's need or requirement. He may hire more help. He might hire extra help. The management may or may not know about this. So it is also called as training labor.
Q. Are you saying that the main offices for Adyar Ananda Bhavan in India may not have known about your employment?
A. That I don't know. They may know or may not know, but I want to learn, that is all there is to me.
Q. So you said you worked -- after you left Adyar Ananda Bhavan, you worked as a chef; is that correct?
A. No.
Q. I think you did say that before, that you worked at a restaurant -- you worked at a restaurant after you left Adyar Ananda Bhavan.
A. After my marriage, I worked at Sangeetha Restaurant.
Q. Where is Sangeetha Restaurant?
A. Chennai Salem.

Q. How long did you work there for?
A. For almost two or three years.
Q. Would you know approximately what time frame, what years those would be?
A. It was 2008, '09, '10, up to '10 I will say.
Q. Did you earn -- were you paid a salary during your time working at this restaurant?
A. Not big, but they paid me.
Q. Were you paid formally or was it cash and carry?
A. Mostly it was only they were paying me by cash.
Q. Was this a full-time position?
A. So I worked from 2008 to 2010 as a kitchen helper.
Q. Approximately how many hours a week did you work as a kitchen helper at this restaurant?
A. There is no time like that, said like that. The masters have clear-cut shifts. You can do the morning shifts or work on both shifts.
Q. I am trying to understand. If you recall, approximately how many hours a week you worked at this restaurant.
A. Eight to ten hours a day. One day

eight to ten.
Q. How many days a week approximately?
A. I only work five days a week.
Q. So Mr. Anandan worked approximately 40 to 50 hours a week on average at this restaurant; is that correct?
A. In India, there is a different set of rules. Our salary is based on a monthly -- it is monthly based, so it is somewhere around four to 500 rupees.
Q. I am just trying to understand approximately how many hours a week you worked at the restaurant on average.
A. 40 to 50 hours.
Q. I am going to share my screen again.
(A letter from Shanmuga Colour Park, Bates-stamped AABC 0002835 was marked for identification as Plaintiff's Exhibit E.)
BY MR. WELTSCH:
Q. I am going to pull up Exhibit E, which is marked AABC 0002835. Have you seen this document before?
A. Yes.
Q. Could you explain to what type of company Shanmuga Colour Park is?

A. It is a photo studio.
Q. And what did you do at this photo studio?
A. Wedding photograph, yes. So if there is a wedding, if you have any relatives or somebody you know, this company gives them commission based on the salary.
Q. I am trying to understand what your job was at Shanmuga Colour Park from 2007 to 2011.
A. This is a photo studio. This is a photo studio, first off, and if there are weddings where there may be receptions or other events, for that event, I have to get them to order this studio. Then, based on the commission, my salary is paid.
Q. How many hours a week -- sorry.
Did Mr. Anandan have to go to an office to perform this job?
A. No. We don't need because this is marketing, right.
Q. So he did this job from his home?
A. I told you that I was working in Sangeetha Restaurant. So this was a commission-based business. It is wedding season, like in January, February.
Q. Okay, but the document says that you

worked -- I am sorry.
Does the document say that you worked through February 2007 until March 2011?
MR. HARDCASTLE: Objection.
A. As it mentions in this document, I was a marketing executive. So we used to go to the weddings and if they ordered us, if they booked through us, then I get commission. If not, I don't.
BY MR. WELTSCH:
Q. How many hours on average a week would you say you spent at this job?
A. It was not based on per week or anything like that. So what happens is, if there are any, whatever events or celebration, we just go there and then we try to talk to people and it takes about one or two hours to -- for them to book us or order us. So there is not per week or anything.
Q. Okay. At the end of your term at the Sangeetha Restaurant, did you receive work papers confirming your employment there?
A. So it is not a big restaurant. It is alongside the highway, and my wife has also visited there. It is not a big establishment. It is a small establishment so there are no papers.
Q. Would you say Adyar Ananda Bhavan is a

big establishment or a small establishment?
A. It is a big store.
Q. But to confirm, Adyar Ananda Bhavan did not provide you with working papers confirming your employment there either, correct?
A. Because I was trying to learn, I was not an employee -- maybe I was not given the paper. But if I were to look into it, maybe there were some papers.
Q. Do you know if on your visa paperwork anything was submitted describing your background working in restaurants?
A. I don't remember.
Q. So to confirm, you received -- is it correct to say that you received work papers confirming that you worked at Annai Enterprises, Sha Communication, and Shanmuga Colour Park; is that correct?
A. No.
Q. "No" you did not receive work papers establishing that you worked at Sha Communication, Annai Enterprise, and Shanmuga a Colour Park?
A. No.
Q. We have looked at those working papers; is that not correct?

A. So, these papers that we saw are more experience that I have, that I work there in those organizations. It is a long story, so I don't know how to exactly explain how, but these are experience papers, papers that I had experience with those companies.

Q. Mr. Anandan, do you have any independent proof showing his employment at Adyar Ananda Bhavan or Sangeetha Restaurant?

A. So once again, no, I did not go there as an employee. I went there to learn, so that was work that was most important to me. So I wanted to learn how to make the south Indian dishes. So that was my motive. Money was not important to me.

Q. I am going to turn to this Exhibit D again. I am going to look at the last sentence of this response. "After moving to the U.S. in 2011, he and his wife, who is believed to be plaintiff's principal, discussed starting a business with the India-based company's name."

I am going to talking about that a little bit further. During these discussions, did you or your wife or anybody from your wife's family contact A2B or Adyar Ananda Bhavan in India?

A. It was just me, nobody from my family

contacted.
Q. When you says "just me," do you mean your family?
A. No, I am talking about 2018. I said I had contacted -- I had talked with somebody over the phone.
Q. I am talking about when the restaurant was first opened, when Adyar Ananda Bhavan in New York City was first opened.
MR. HARDCASTLE: Objection.
Can you put the exhibit back on? I think that is the problem.
BY MR. WELTSCH:
Q. The question is, when you had these discussions about opening up a restaurant with your wife, Ms. Gounder, did either you or your wife contact anybody in India about this business plan?
A. No.
Q. At the time the restaurant was first opened in 2013, did you have any ownership share personally in the restaurant?
A. No.
Q. Did you ever have any shares in Adyar Ananda Bhavan Corp., the New York company that owned Adyar Ananda Bhavan in Manhattan?

A. I didn't know about the American rules, so I did not know anything about the shares either.
Q. Did you have any role in selecting the corporate name Adyar Ananda Bhavan in 2013 personally?
A. So, yes, we did go to the auditor, and as a family we went together, and he -- there were two or three names that he suggested and this was one that we chose.
Q. So there were multiple names that were being discussed at the time that you opened the restaurant; is that correct?
A. Yes. Yes.
Q. And is it your testimony that you personally went to the accountant to select the name?
A. No, as a family we liked a few things and this particular name was the one that got approved. That is why we chose this.
Q. But you were not personally there with the accountant when the final name was selected; is that correct?
A. Yes, I was there.
Q. You were with the --
A. With my friends, you know, there were

three people, right, Logu and Murugan. So we were there. And Anitha Gounder also.

Q. So Anitha Gounder, you, and two friends -- are you testifying that Anitha Gounder, you and two friends, just the four of you, all went together to the accountant's office to select this name?

MR. HARDCASTLE: Objection.

A. In addition to us four, we also had Anitha's father and mother.

BY MR. WELTSCH:

Q. So it is your testimony that there were six people who visited the accountant that day?

A. Yes.

Q. And how was the final decision made to select this name?

A. So what happened was we all had gone there together. The auditor said that these are the names that are available. Then as a family, we sat together and decided, we picked one name, and then we called him by phone and then confirmed it.

Q. You called who by phone?

A. Mostly my wife, Anitha Gounder.

Q. I am saying -- I don't think he is answering the question. I am going to lay out some

facts and I will try to summarize what he said.
Is your testimony that six people went to the accountant's office; is that correct?
A. So it is a long process, and that is why sometimes what would happen was there would just be two people visiting the accountant or the family would go, because I had to go to work. Some of us had to go to work, so not always six of us went.
Q. So by the time the name was finally selected, it is possible -- are you saying that it is possible that not all six people were in the accountant's office at the time; is that correct?
A. So after we discussed everything, we decided about it. We picked the name. So I don't remember whether it was in person or over the phone. At that time, I can't remember that exactly, but we all discussed jointly about it.
Q. Do you recall when you were having these discussions if the fact that there was a restaurant or business in India with the name Adyar Ananda Bhavan, if that was a factor or a consideration in selecting the name?
A. Yes, I knew about it. I had worked there, right?
Q. Understood. But what I was saying was,

did the family decide, in your recollection, that this was the primary reason for choosing the name?

A. So, we liked the name, so it was not because it was Adyar Ananda Bhavan. We liked the name. And, of course, we compared, since I was the chef, and jointly maybe my wife and my father-in-law and my mother may have jointly decided about it because I used to work periodically. I mean, like I used to go to work.

THE INTERPRETER: Sorry, not periodically.

BY MR. WELTSCH:

Q. And what were you -- sorry, you are on mute.

What job did you have at the time the restaurant in Manhattan was opened, before it was opened?

A. So there were two restaurants. One was called Chennai Garden and the other restaurant was called Tongul[ph]. I was a chef in those places. I was a South Indian chef.

Q. Did you stop working at those restaurants after the restaurant in -- after Adyar Ananda Bhavan opened?

A. Yes, for about three or four months I

did not work because we had to look for the place and we had to get all of this together. So the other part to it was the restaurant by name Chennai Garden had some problems and eventually they closed it down.

Q. I was asking -- the question I was asking was, once Adyar Ananda Bhavan in Manhattan opened, did Mr. Anandan start working as a chef at that restaurant?

A. Yes, full time.

Q. Did Mr. Anandan have an administrative or leadership role at the restaurant?

A. In the beginning, we did not need a leadership role because there were three to four people that worked, mostly family members.

Q. Who was responsible for paying for the food that was cooked in the restaurant?

A. Anitha Gounder.

Q. Who was responsible for ordering the supplies for the kitchen in the restaurant?

A. My responsibility.

Q. You were responsible?

A. There were two kitchens, so it got very difficult to manage the groceries, so I asked Anitha to take care of it. But most of the suppliers knew

me.

Q. Did you work at Adyar Ananda Bhavan from the time it opened until you returned to India?

A. Yes.

Q. I am going to go to -- I am just going to start discussing more of your discussions with Adyar Ananda Bhavan in India or Adyar Ananda Bhavan in New Jersey.

A. Okay.

Q. So to confirm, the initial contact with -- so the initial contract with Adyar Ananda Bhavan in India was made by you?

A. Yes.

(Three pages of text messages, Bates-stamped AABC 0002836 through AABC 0002838 was marked for identification as Plaintiff's Exhibit F.)

BY MR. WELTSCH:

Q. I am going to pull up Exhibit F. This is several pages, so I am going to scroll down. This is the first page, so I would ask you to read this page and then I can go to second page, just let me know.

MR. WELTSCH: For the reporter, this is Bates-stamped number AABC 0002836 through 2838.

BY MR. WELTSCH:

Q. This is the first page. Let me know
when you are done.
A. This was a text I sent.
Q. I haven't asked a question. I just
want you to read. Let me know when you are done.
A. Yes.
Q. Do you recall this text exchange?
A. Yes. This communication, I was the one
who saved in our system.
Q. I just want to confirm that the blue,
the text in the blue bubble is you, correct?
A. Yes.
Q. So do you know who is Hamadhan?
A. No, I don't know.
Q. You don't know, but you were texting
with him and you don't know who he is?
A. If I knew, I would have saved the name.
Q. Say it again?
A. If I knew, I would have saved the name.
Q. You wrote here, "Why you take with me?"
Do you know what that means?
A. Why you talk with me.
Q. Oh talk. Okay.
A. Yes, there is a spelling mistake, talk.
Q. Did you receive this text after you

originally spoke with Mr. Srinivasa Raja?
MR. HARDCASTLE: Objection.
A. Maybe different. I don't remember. I can check and tell you, maybe. I don't remember.
BY MR. WELTSCH:
Q. Do you know who -- look at this, where my cursor is, do you know who Helmi is?
A. He is a waiter at Adyar Ananda Bhavan.
Q. And where is that restaurant?
A. It is on Lexington Avenue in Manhattan.
Q. Could you explain what this portion that I am circling here with my cursor means? I am reading it. It says, "That I know this America is America, I just heard you call us a few months back, you planning to your restaurant that is why I try to contact you."
I understand the English is not perfect, but can you explain what you understand that to mean?
A. Prior to that, I have said that this is America, you don't have to necessarily open a restaurant after I say with my consent.
Q. But this says -- this text says, "I heard you called us a few months back planning your restaurant."

So why was he saying that you called them rather them calling you? Why did you call them?

A. In the beginning, we said hi, if we know about this person. If this was an important person, then I would have surely save everything.

Q. That doesn't really answer the question.

Do you know why this person would have said, "You called me discussing the planning of opening your restaurant"?

A. If I had called, definitely it would be in the call log, it would be in the history. You can go there and check to see if I called.

Q. So if you had that information, I would ask that you provide it.

A. If I had called this number, then you would surely be able to get records of it. I am in India, so there is no way I can get this to work. I cannot do that. In addition, this is in my father-in-law's name, so if you need it, you can check the records there.

Q. I am going to move on from this topic.

A. Excuse me. I still didn't eat. This is very long. Can we have it another day?

Q. We can't have it another day, no. I am going to try to finish it up.
A. We can do it another day, right?
Q. We can't do it another day. Unless --
MR. WELTSCH: Larry, I don't know what your availability is. If you can do it Monday morning at 8:00 or Tuesday morning at 8:00, that is fine with me, if you are willing to do that.
MR. HARDCASTLE: I can do Monday at 8:00. It will only be two hours.
THE INTERPRETER: Monday I have an arbitration. Sorry.
THE WITNESS: Excuse me. I would like to tell you that I am also a working person, so only if they allow me, only if they give me time off I would be able to come and do this. So...
MR. HARDCASTLE: What time are you working until?
THE WITNESS: So we have two shifts. So the restaurant opens at 7 o'clock and it closes at 11:00 -- there are two shifts, 10:00 to 3:00, and then 5:00 to 11:00.
(Discussion off the record.)
MR. HARDCASTLE: We will continue this deposition until Tuesday morning at 8:00 a.m.

Eastern Time. 6:30 p.m. India Standard Time.
(Remote deposition adjourned at 11:05 a.m.)

______________________________
SENTHIL KUMAR ANANDAN

Subscribed and sworn to before me

this __ day of ___________, 2022.

_________________________________
Notary public

CERTIFICATE

I, RITA GARDNER, Notary Public of the State of New Jersey and a Certified Court Reporter, do hereby certify that prior to the commencement of the examination, SENTHILKUMAR ANANDAN was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the remote testimony as taken stenographically by and before me at the time and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative or employee of such attorney or counsel, and that I am not financially interested in the action.

Notary Public of the State of New Jersey

Dated: February 23, 2022

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS

CASE NAME: Adyar Ananda Bhavan, Corp. v. Heaven Spice USA LLC., Et Al
DATE OF DEPOSITION: 2/11/2022
WITNESSES' NAME: Senthil Kumar Anandan

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
Senthil Kumar Anandan

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ (NOTARY PUBLIC)

_______________________ MY COMMISSION EXPIRES:

**&**

**&** 1:8 2:2,6 17:19

**0**

**0002834** 12:10
**0002835** 3:15 38:17,21
**0002836** 3:16 49:15,24
**0002838** 3:17 49:15
**0002843** 11:11
**002834** 3:11 12:5
**002839** 3:8 10:8,13
**002843** 3:10 11:7
**08534** 2:3
**09** 37:5

**1**

**10** 3:8 13:5 37:5,5
**100** 13:5
**10:00** 53:21
**11** 1:15 3:9
**11530** 2:7
**11:00** 53:21,22
**11:05** 54:3
**12** 3:11
**15** 13:4 15:13
**16879** 1:3
**17** 3:12

**2**

**2** 2:3 26:7
**2/11/2022** 56:3
**20** 13:4 15:13 56:22
**2001** 10:24 11:2
**2002** 11:18
**2004** 11:19
**2006** 18:19 19:1 26:17 32:19 33:12 34:17
**2007** 7:11 8:13,14 8:19 9:2 39:9 40:3
**2008** 25:21 37:5,15
**2010** 37:15
**2011** 7:11 9:3 39:9 40:3 42:17
**2013** 20:23 21:22 43:20 44:4
**2018** 19:18 23:7 25:23 26:21,23 29:15 43:4
**2019** 20:8,12 26:21
**2022** 1:15 25:21 54:9 55:23
**23** 55:23
**2838** 49:24
**2:19** 1:3

**3**

**3,000** 26:7
**30** 14:2
**300** 2:7
**31** 2:3
**35** 4:1
**38** 3:14
**3:00** 53:21

**4**

**4** 3:4
**40** 26:5 38:4,14
**400** 2:7
**42** 25:11,13
**45** 25:11,13
**452-7100** 2:4
**49** 3:16

**5**

**50** 26:5 38:5,14
**500** 38:9
**5:00** 53:22

**6**

**60** 14:2
**609** 2:4
**636406** 4:2
**6:30** 54:1

**7**

**7** 53:20
**70** 25:25 26:4

**8**

**80** 25:25 26:4
**8:00** 1:16 53:7,7 53:10,25
**8:31** 8:25

**9**

**9** 14:23 18:1,7
**9235** 55:20
**9:49** 30:15

**a**

**a.m.** 1:16 8:25,25 30:15,15 53:25 54:3
**a2b** 17:18 24:19 24:20,22 30:20,23 31:6 42:24
**aabc** 3:8,10,11,15 3:16,17 10:8,13 11:7,11 12:5,10 38:17,21 49:15,15 49:24
**abide** 5:1,11
**able** 20:8 32:9 52:18 53:16
**absence** 22:15
**abundance** 14:14
**accountant** 44:15 44:21 45:13 46:6
**accountant's** 45:6 46:3,12
**accurate** 15:25 28:19 55:11
**action** 1:3 4:7 55:16,19
**addition** 5:21 45:9 52:20
**additionally** 18:12
**adjourned** 54:2
**administrative** 48:11
**adyar** 1:4,7 4:7,12 18:20 19:5,9 20:22 21:22 22:11 25:8,17 27:10,23 28:3,10 31:11,21 32:2,21 33:6,11,16 33:20,22,24 34:10 34:21 35:7,14 36:10,16,21 40:25 41:3 42:8,24 43:8 43:23,25 44:4 46:20 47:4,23 48:7 49:2,7,7,11 51:8 56:2
**affiliated** 28:23 31:20
**ahead** 14:10 19:13
**aircel** 13:25
**airtel** 13:11,24
**al** 56:2
**allow** 53:15
**alongside** 40:22
**america** 51:13,14 51:21
**american** 44:1
**ananda** 1:4,8 4:8 4:12 17:18 18:20 19:6,9 20:22 21:22 22:11 25:8 25:17 27:11,23 28:1,3,10 31:11,21

32:3,21 33:6,11,16 33:20,22,24 34:10 34:21 35:7,14 36:10,16,21 40:25 41:3 42:9,24 43:8 43:24,25 44:4 46:21 47:4,24 48:7 49:2,7,7,11 51:8 56:2
**anandan** 1:6 3:3 4:1 5:15 6:21 9:21 22:9,17 32:18 33:19 38:4 39:16 42:7 48:8,11 54:6 55:7 56:3,21
**anitha** 8:10 9:9 16:16,17 19:24 45:2,3,4,23 48:18 48:24
**anitha's** 45:10
**annai** 3:9 11:6,12 11:21,23 16:7 41:16,22
**answer** 5:19,24,24 5:25 6:7,11,13 18:12,16 19:12,14 21:12,17,18 22:6,8 23:3,4 25:13 27:20 32:16 33:18 52:7
**answered** 20:1
**answering** 20:18 20:19 22:4,22 45:25
**answers** 18:23
**anybody** 8:7 42:23 43:17
**apart** 27:17
**appreciate** 15:7
**approach** 18:23 18:25
**approved** 44:19
**approximate** 25:7 25:15
**approximately** 20:23 23:6 25:18 25:23,25 26:4,7,8 26:20 37:3,17,23 38:2,4,12
**arbitration** 53:12
**areas** 14:15
**arose** 31:23
**arranged** 8:13 9:18
**asked** 16:23 17:16 17:23 18:17 19:10 20:5,13 21:8,12,13 24:18 25:22 27:8 31:10,15 32:1 35:1 48:24 50:4
**asking** 5:5,21 10:19 13:16 22:18 25:20,20,21 26:2 48:6,7
**associated** 9:7,13
**associates** 2:2
**attempting** 9:7
**attention** 28:9
**attorney** 5:22 55:15,17
**attorneys** 2:5,8
**auditor** 20:25 44:6 45:18
**availability** 53:6
**available** 14:13 20:7 45:19
**avenue** 51:10
**average** 38:5,13 40:10
**aware** 22:9

**b**

**b** 3:9 11:8,11 16:6
**back** 9:25 16:2,4 25:6 34:14 35:4 43:11 51:14,24
**background** 10:2 10:23 33:15 41:11
**bank** 34:14
**based** 12:23 22:21 32:19 35:10 36:4 38:8,9 39:6,14,23 40:12 42:20
**basically** 15:10 17:15
**bates** 3:8,10,11,15 3:16 10:8,13 11:7 12:5,10 38:17 49:15,24
**beginning** 15:3 30:1 35:17 48:13 52:4
**begins** 18:12
**believe** 23:3 26:9
**believed** 42:18
**bell** 1:7 17:17
**benefit** 6:6
**better** 13:13 15:2 29:17
**bhavan** 1:4,8 4:8 4:12 17:19 18:20 19:6,9 20:22 21:22 22:11 25:9 25:17 27:11,23 28:2,3,10 31:12,21 32:3,21 33:6,11,16 33:20,23,24 34:10 34:21 35:7,14 36:10,16,21 40:25 41:3 42:9,24 43:8 43:24,25 44:4 46:21 47:4,24 48:7 49:2,7,7,11 51:8 56:2
**big** 13:25 27:6,6 32:13,14,15 37:9 40:21,23 41:1,2
**biryani** 24:10
**bit** 10:1,1 42:22
**blue** 1:7 17:16 50:10,11
**body** 6:7
**book** 40:16
**booked** 40:7
**born** 7:6,7
**boss** 24:25 25:3,5
**break** 6:12,14 8:22 30:11
**brothers** 24:12
**bsnl** 13:10,24
**bubble** 50:11
**business** 19:3,3,10 28:14,17 29:4,5 30:21,25 35:9 39:23 42:19 43:17 46:20
**businesses** 17:20
**businessman** 32:13
**buy** 13:8,9 14:16

**c**

**c** 2:1 3:11 12:6,8,9 16:5,7
**call** 26:20,23 51:14 52:2,13
**called** 14:5 20:22 21:21 22:10 24:12 27:10 31:24 34:8 34:15 36:7 45:21 45:22 47:19,20 51:24 52:1,10,12 52:14,17

**calling** 52:2
**card** 12:20 13:4,6 14:16 15:4,4,13,19 15:21,22,23
**cards** 12:22 13:14 13:21 14:12 15:12 15:17 19:2
**care** 9:16 48:25
**carry** 34:12,21 37:11
**case** 4:13 5:10,10 10:5 14:21 17:16 17:24 56:2
**cash** 34:11,20 37:10,13
**catering** 6:25
**celebration** 40:14
**cell** 12:15
**certain** 15:24,25
**certainly** 15:7 32:12
**certificate** 55:2
**certified** 1:14 55:5
**certify** 55:6,10,14
**chance** 26:14
**change** 56:5
**changed** 34:12
**check** 19:21 23:22 29:25 51:4 52:14 52:22
**checked** 25:24
**chef** 6:25,25 21:25 23:22 31:1,17 33:16,18 36:16 47:6,20,21 48:8
**chefs** 21:2,24
**chennai** 9:17 31:24 34:8 36:25 47:19 48:3
**children** 8:8
**chinnakavoor** 4:1
**choice** 35:9
**choosing** 47:2
**chose** 44:9,19
**circling** 51:12
**city** 2:7,7 7:7 14:9 14:12,14 20:11 27:11,22 43:9
**civil** 1:3
**clarify** 6:2 29:7
**clean** 7:19
**clear** 37:20
**clearly** 6:9 28:9
**closed** 15:21 48:4
**closes** 53:20
**cognizant** 14:25 15:9
**college** 10:24 11:2 16:6
**colour** 3:14 38:16 38:25 39:9 41:17 41:22
**come** 24:25 32:13 35:4 53:16
**coming** 14:22
**commencement** 55:6
**commencing** 1:16
**commission** 39:6 39:14,23 40:8 56:25
**communicate** 5:15
**communicated** 8:16
**communication** 3:11 12:4,14 13:16,18 15:11 16:1,8 41:17,21 50:8
**community** 31:18
**companies** 13:10 13:11,24,25 15:21 42:6
**company** 11:4,12 11:16 12:13 13:8 13:17 17:20 25:11 26:25 32:19 38:25 39:6 43:24
**company's** 42:20
**compared** 47:5
**concerning** 5:7
**conducting** 4:18
**confirm** 9:2 20:9 22:17 41:3,14 49:10 50:10
**confirmed** 45:21
**confirming** 35:7 35:13 40:20 41:4 41:16
**consent** 51:22
**consideration** 46:22
**constraints** 15:8
**contact** 42:24 43:17 49:10 51:16
**contacted** 43:1,5
**continue** 53:24
**contract** 49:11
**conversation** 28:12 29:18
**conversations** 32:17
**cook** 33:15
**cooked** 48:17
**corp** 1:4 4:8 43:24 56:2
**corporate** 44:4
**correct** 8:19 9:4 9:19 10:17,25 11:18 20:11 23:8 24:7 29:12 30:18 30:22 35:23 36:1 36:17 38:6 41:5 41:15,18,25 44:12 44:22 46:3,12 50:11
**counsel** 4:7 55:15 55:17
**country** 7:5
**couple** 5:16
**course** 47:5
**court** 1:1,14 4:10 6:6 55:5
**courtroom** 4:21
**creates** 29:10
**currently** 6:22
**cursor** 51:7,12
**cut** 21:10 37:20
**cv** 1:3

**d**

**d** 3:12 17:5,8 42:15
**date** 55:13 56:3
**dated** 55:23
**dates** 11:17 23:13
**day** 13:6 24:3 37:25,25 45:13 52:25 53:1,3,4 54:9 56:22
**days** 24:3 38:2,3
**deal** 32:15
**dealer** 13:17,18,18 15:11
**decide** 21:15 47:1
**decided** 19:8 45:20 46:14 47:7
**decision** 45:15
**declare** 34:20
**defendant** 17:16
**defendants** 1:9 2:8 3:12 17:6,10,11,24

**definitely** 6:4,11 6:15 52:12
**deflecting** 23:2
**degree** 16:6
**deposit** 34:13
**deposition** 1:5 4:15,18 5:5 8:24 30:14 53:25 54:2 56:3
**describing** 41:11
**description** 3:7
**designed** 4:20
**despite** 26:24
**detail** 28:16
**different** 24:9 25:16 31:4 38:7 51:3
**difficult** 48:24
**direct** 17:25 34:13
**directs** 5:23
**discuss** 4:16 10:1,6
**discussed** 19:7 42:19 44:11 46:13 46:17
**discussing** 49:6 52:10
**discussion** 18:5 53:23
**discussions** 42:22 43:15 46:19 49:6
**dishes** 42:13
**distance** 26:19
**district** 1:1,2 4:2 4:10 14:2,5
**districts** 14:3
**division** 14:4
**document** 3:8 10:8 10:14,22 11:17 17:14 38:21 39:25 40:2,5
**documents** 16:14 16:22 17:2,3
**doing** 6:24 13:10 26:6
**drive** 24:5
**duly** 4:3 55:7
**duties** 15:2

**e**

**e** 2:1,1,2,9,9 3:14 38:18,20
**earlier** 15:18 22:2
**earn** 37:7
**easily** 15:20
**eastern** 54:1
**easy** 15:18,22
**eat** 52:24
**eating** 23:17
**economics** 10:23
**educational** 10:2
**eiber** 2:10
**eight** 7:25 37:25 38:1
**either** 14:16 41:5 43:16 44:2
**electrical** 11:14
**embassy** 9:17
**employed** 6:22 35:10
**employee** 31:6,14 32:5 33:20 36:2 41:7 42:11 55:15 55:17
**employees** 25:8 26:5,6,7,10
**employer** 7:1
**employer's** 7:3
**employment** 33:23 33:24 35:7,14 36:11 40:20 41:5 42:8
**enable** 4:20
**english** 51:17
**enrolled** 35:11
**enterprise** 41:22
**enterprises** 3:9 11:6,13,22,24 41:16
**entire** 7:9
**entitled** 1:12
**errata** 56:1
**esquire** 2:2,6
**establishing** 41:21
**establishment** 40:23,24 41:1,1
**et** 56:2
**event** 39:13
**events** 20:10 39:12 40:14
**eventually** 48:4
**ex** 24:25 25:3,5
**exactly** 9:15 19:17 42:4 46:16
**examination** 4:5 55:7
**examined** 4:3
**exchange** 50:7
**excuse** 52:24 53:13
**executive** 40:6
**exhibit** 3:7 10:9,12 11:8,10 12:6,8,9 16:5,6,7 17:5,5,8 38:18,20 42:15 43:11 49:16,18
**exhibits** 3:6,18 8:23 10:5 16:4
**experience** 33:17 42:2,4,5
**expires** 56:25
**explain** 13:20 16:10 17:13 21:16 28:2 38:24 42:4 51:11,18
**explained** 28:15
**extent** 5:20
**extra** 36:6

**f**

**f** 3:16 49:16,18
**fact** 22:9 26:24 27:9 32:18 46:19
**factor** 46:21
**facts** 46:1
**family** 19:2,7,24 20:10,21 21:21 22:10 27:10,17 29:4,5,6 42:23,25 43:3 44:7,17 45:19 46:6 47:1 48:15
**far** 28:17
**father** 45:10 47:6 52:21
**father's** 10:18
**february** 1:15 39:24 40:3 55:23
**field** 10:23
**filing** 9:18
**fill** 9:12
**final** 44:21 45:15
**finally** 46:9
**financially** 55:18
**find** 21:3
**fine** 23:4 35:4 53:8
**finish** 6:13 53:2
**finishes** 9:22
**first** 3:13 10:17 17:7,12 21:2 29:22 39:11 43:8 43:9,19 49:20 50:1
**five** 30:11 38:3

**follows** 4:4
**food** 23:23,24 24:7 30:20,24 31:4,5 48:17
**foregoing** 55:10
**forgotten** 24:13
**formally** 37:10
**forth** 55:13
**found** 21:4
**four** 38:9 45:5,9 47:25 48:14
**frame** 37:4
**friday** 1:15
**friends** 21:6 31:25 44:25 45:4,5
**full** 28:8 37:14 48:10
**further** 14:4 42:22 55:10,14

**g**

**garden** 2:7,7 31:24 47:19 48:4
**gardner** 1:13 55:4
**general** 34:15,16
**gestures** 6:8
**getting** 21:17
**give** 15:24 53:15
**given** 41:7
**gives** 39:6
**giving** 16:19,21
**go** 9:25 12:20 14:10,18 19:13 31:4 39:16 40:6 40:14 42:10 44:6 46:7,7,8 47:9 49:5 49:21 52:14
**going** 4:25 5:1,5,8 5:9,11,13 6:4 9:25 10:4,5,12 11:10 12:8,9 17:4,13,25 21:10,12,17,17 29:23 30:18 38:15 38:20 42:15,16,21 45:25 49:5,5,18,19 52:23 53:2
**google** 25:24
**gounder** 8:10,11 9:9 16:15,16,17 19:25 43:16 45:2 45:3,4,23 48:18
**graduated** 10:24 11:2
**great** 17:4 26:2
**groceries** 48:24
**grocery** 24:12
**ground** 4:15 6:16
**grown** 28:17
**gst** 34:15

**h**

**hamadhan** 50:13
**hands** 15:22
**happen** 46:5
**happened** 19:3 45:17
**happens** 14:11 15:12 40:13
**happiness** 25:1
**hardcastle** 2:2 7:15 14:20 15:6 22:12,25 23:9 24:8 26:12 27:3 27:24 30:7,10 32:4,22 33:8 40:4 43:10 45:8 51:2 53:9,17,24
**heard** 51:14,24
**heaven** 1:7 17:16 56:2
**held** 1:15
**hello** 4:6 26:21,24
**helmi** 51:7
**help** 36:6,6
**helper** 35:18 37:16 37:18
**hereinbefore** 55:13
**hi** 52:4
**highway** 40:22
**hire** 19:11 36:5,6
**hired** 19:10
**history** 52:13
**hold** 18:3
**home** 39:20
**hours** 13:1 37:17 37:23,25 38:5,12 38:14 39:15 40:10 40:16 53:10
**houses** 14:18
**huhs** 6:8
**hums** 6:8
**hypothetical** 26:3

**i**

**i.d.** 14:17
**ideal** 13:24
**identification** 10:9 11:8 12:6 14:17 15:20 17:8 38:18 49:16
**identified** 32:17
**imagine** 14:23
**imply** 30:8
**important** 42:12 42:14 52:5
**impression** 29:10
**improve** 31:3
**incentivized** 12:22
**income** 34:17,21
**independent** 42:8
**index** 3:1,6
**india** 4:2 6:23,24 7:7,8,9 12:19 13:2 14:21 15:18 23:11 23:11 25:9,17 32:21 33:7 34:18 36:10 38:7 42:20 42:24 43:17 46:20 49:3,7,12 52:19 54:1
**indian** 24:7 31:18 32:19 42:13 47:21
**information** 52:15
**initial** 28:11 49:10 49:11
**inside** 11:15
**instructed** 7:16
**instructs** 7:23
**interested** 27:15 27:16 55:18
**interpreter** 2:11 5:18 7:23 9:22 16:10 18:14 19:13 32:23 33:2 34:24 47:10 53:11
**interpreting** 9:22
**interrogatories** 3:13 17:7,13 18:1
**interrupted** 14:10
**interviewed** 9:17
**introduce** 10:4 11:10 12:8 27:4
**introduced** 27:13 28:13
**introduction** 27:13
**involved** 4:9,10 13:11 22:20
**involvement** 5:6 22:18
**island** 21:3,4
**issue** 18:24

**j**

**january** 39:24
**jay** 2:11
**jersey** 1:2,14 2:3 4:10 17:18 19:18 20:5 23:7,20 24:6 24:21 49:8 55:5 55:21
**job** 12:17,18 39:8 39:17,20 40:11 47:15
**jointly** 20:24 46:17 47:6,7
**june** 11:18

**k**

**keeps** 23:2
**keith** 2:6 4:6
**kind** 11:12,25 12:13 14:17 23:12
**kitchen** 37:16,18 48:20
**kitchens** 48:23
**knew** 18:20 26:10 31:18,25 46:23 48:25 50:17,19
**know** 4:13,24 5:10 6:4 10:15 12:19 14:22 15:3 18:18 18:19 19:17,20 22:23 25:11,13,24 27:12 31:16,16,20 35:1 36:7,12,12,13 37:3 39:6 41:10 42:3 44:1,2,25 49:22 50:1,5,13,14 50:15,16,21 51:6,7 51:13 52:5,9 53:5
**knowledge** 5:20 22:24
**known** 26:13 36:10
**kumar** 1:6 2:11 5:14 6:21 10:16 10:21 30:5 54:6 56:3,21
**kweltsch** 2:8

**l**

**l** 2:9
**labor** 36:8
**lanciano** 2:2
**lancianolaw.com** 2:4
**larry** 53:5
**law** 47:6
**law's** 52:21
**lawrence** 2:2
**laws** 4:19 5:2
**lawsuit** 4:9 5:7 17:15 21:7,7
**lay** 45:25
**leadership** 48:12 48:14
**learn** 19:10 33:13 35:9 36:13 41:6 42:11,13
**leave** 35:16
**left** 36:16,21
**legal** 9:7 56:1
**letter** 3:9,11,14 11:6 12:4,11 38:16
**lexington** 51:10
**lhardcastle** 2:4
**licensure** 17:21
**life** 5:12 7:10
**liked** 44:17 47:3,4
**line** 21:10 56:5
**listed** 11:17
**little** 9:25 10:1 42:22
**live** 7:13 8:4,7
**lived** 4:23 7:9 8:3 8:6 24:2
**living** 24:1
**llc** 1:7,7 2:2 56:2
**locally** 11:4
**located** 7:4 33:7
**location** 12:17
**locations** 24:6
**log** 52:13
**logu** 21:1 45:1
**long** 7:13 21:3,4 37:1 42:3 46:4 52:25
**longer** 34:2,4
**look** 41:8 42:16 48:1 51:6
**looked** 41:24
**looking** 10:22 16:4
**loss** 23:12
**losses** 23:12
**lot** 5:10,13

**m**

**main** 36:9
**maintenance** 11:16
**man** 28:14 32:14
**manage** 18:21 48:24
**management** 36:6
**manager** 34:25
**manager's** 36:5
**manages** 17:20
**manhattan** 19:4 21:5,22 28:25 31:12,21 32:3 43:25 47:16 48:7 51:10
**march** 40:3
**marked** 10:9 11:7 11:11 12:5,9 17:7 38:17,21 49:16
**marketing** 12:19 39:19 40:6
**marriage** 8:13,15 34:7 36:22
**married** 7:11 8:19 9:2,9
**masters** 37:20
**math** 26:7
**matter** 1:12 20:3
**matters** 5:7
**mean** 28:6,11 29:2 30:8 32:21 43:2 47:8 51:19
**means** 50:21 51:12
**meant** 19:24 30:9
**mechanically** 11:15
**meet** 8:11
**members** 48:15
**memory** 23:12,12
**mention** 27:9,21 27:25 31:11,14 32:2,5,7
**mentioned** 24:18 28:9,16 29:8,19
**mentions** 40:5
**messages** 3:16 49:14
**met** 8:14,15,18 27:1
**mettur** 4:2 7:4,8 14:6
**mind** 29:13,14
**mine** 10:15
**minutes** 5:17 30:12
**mistake** 50:24
**mobile** 12:15,16 13:24

**model** 26:19
**monday** 53:6,9,11
**money** 12:21 15:14,24 16:1 21:8 42:14
**month** 8:15,18
**monthly** 38:8,9
**months** 7:25 47:25 51:14,24
**morning** 37:21 53:7,7,25
**mother** 45:10 47:7
**motive** 42:14
**motor** 14:17
**motorphone** 13:24
**move** 9:7 52:23
**moved** 9:3 23:11
**moving** 9:13 42:17
**multiple** 44:10
**murali** 7:3
**murphy** 2:6
**muruga** 7:2
**murugan** 21:1 45:1
**mute** 47:14

**n**

**n** 2:1,9
**nadu** 4:2 7:8 14:1
**name** 4:6 6:19 7:1 7:2,3 10:16,17,18 10:19,20,21 17:18 19:5 27:22 42:20 44:4,16,18,21 45:7 45:16,20 46:9,14 46:20,22 47:2,3,5 48:3 50:17,19 52:21 56:2,3
**names** 44:8,10 45:19
**necessarily** 51:21
**need** 6:12 14:15,16 18:8,11 22:14 23:13 30:11 36:5 39:18 48:13 52:21
**neither** 55:14,16
**network** 13:23
**never** 27:1 29:23 29:24 30:1 31:23
**new** 1:2,14 2:3,7 4:10 8:5 17:17 19:5,18 20:4,11 23:7,20 24:6,21 27:11,22 43:8,24 49:8 55:5,21
**nine** 4:23
**north** 2:3
**notary** 1:13 54:11 55:4,21 56:25
**notes** 1:11
**november** 11:19
**number** 10:13 12:23 13:9,23 14:5 20:6,15 23:21 26:5 31:7 31:11,15,17 32:2,6 32:10 49:24 52:17

**o**

**o** 2:9
**o'clock** 14:23 53:20
**oath** 4:21 5:4
**object** 5:22
**objection** 22:12 23:9 24:8 26:12 27:3,24 30:7,10 32:4,22 33:8 40:4 43:10 45:8 51:2
**obligated** 5:24
**obtain** 14:18 15:20
**obtained** 13:21 15:4,4 17:2 32:6
**obtains** 15:17
**office** 34:25 39:16 45:6 46:3,12
**offices** 36:9
**oh** 50:23
**okay** 4:17 5:18,25 7:20 9:24 10:3 17:4 26:2 30:13 33:3 35:2 39:25 40:18 49:9 50:23
**omlur** 14:7
**once** 42:10 48:7
**open** 21:2 22:1 28:18 29:2,9,20,24 30:6 51:21
**opened** 19:18,22 20:4,10,12,13,16 20:22,25 21:1,5,21 22:2,10,13,14 27:19 29:11,14 43:8,9,20 44:11 47:16,17,24 48:8 49:3
**opening** 27:15,16 43:15 52:11
**opens** 53:20
**operate** 17:18
**operated** 25:17
**opportunity** 27:5
**order** 39:13 40:17
**ordered** 40:7
**ordering** 48:19
**organizations** 42:3
**originally** 51:1
**outside** 14:14
**oversaw** 12:3
**owned** 18:20 19:4 27:10 43:24
**owner** 20:6 24:15 24:19,20,24 31:2
**owners** 17:17
**ownership** 43:20

**p**

**p** 2:1,1,9
**p.m.** 54:1
**page** 3:2,7 49:20 49:21,21 50:1 56:5
**pages** 3:16 49:14 49:19
**paid** 15:5 33:19 35:2,20,21,21 37:7 37:9,10 39:14
**paper** 41:7
**papers** 16:7,8 35:6 35:13,18 40:19,24 41:4,9,15,20,24 42:1,5,5
**paperwork** 9:13 9:16,19 41:10
**paragraph** 18:11
**park** 3:15 24:10 38:16,25 39:9 41:17,22
**part** 12:18 18:10 48:3
**particular** 20:16 44:18
**parties** 4:9 55:16
**partnership** 21:8
**patel** 24:12
**pay** 28:8 34:20,21 34:23
**paying** 37:12 48:16
**payment** 12:3
**paystubs** 34:9
**pc** 2:6
**peak** 13:3
**pennington** 2:3

**people** 12:1 20:24 25:11,13 28:15 31:18 40:15 45:1 45:13 46:2,6,11 48:15
**perfect** 51:18
**perform** 39:17
**periodically** 47:8 47:11
**person** 27:6 32:6 46:15 52:5,6,9 53:14
**personal** 5:12,20 22:23
**personally** 19:16 26:10,17 27:2 43:21 44:5,15,20
**ph** 47:20
**phone** 8:16 12:16 13:9 20:6 31:7,11 31:15 32:2,6,10 43:6 45:21,22 46:15
**photo** 39:1,2,10,11
**photograph** 39:4
**physical** 34:9
**picked** 45:20 46:14
**pictures** 23:13,16 23:18
**place** 25:10,12 48:1
**places** 35:15 47:20
**plaintiff** 1:5 2:5 4:7
**plaintiff's** 3:13 10:9 11:8 12:6,9 17:6,8,12 38:18 42:18 49:16
**plan** 43:17
**planning** 51:15,24 52:10
**plant** 11:5,14,15
**plaza** 2:7
**please** 5:3,19 6:2,7 6:8,12,19 9:21 13:20 29:25 30:2 30:12
**pocket** 12:21 15:14
**portion** 15:24,25 16:2 51:11
**position** 12:19 37:14
**possible** 46:10,11
**post** 4:1
**power** 11:5,14
**preparing** 34:3,4
**present** 5:7
**presser** 2:6
**primary** 47:2
**principal** 17:19 42:19
**prior** 7:24 22:2 31:23 33:16 51:20 55:6
**problem** 43:12
**problems** 48:4
**procedure** 4:19
**proceed** 4:14
**proceedings** 1:12 10:7
**process** 9:7 13:20 17:1 46:4
**proof** 14:16 15:19 42:8
**provide** 5:4 7:18 14:18 41:4 52:16
**provided** 3:18 17:3
**providing** 16:14
**public** 1:13 54:11 55:4,21 56:25
**pull** 8:23 38:20 49:18
**purpose** 16:21 23:19 26:21,24
**put** 43:11

**q**

**quality** 23:23 31:3
**queens** 8:5 24:1,2
**question** 6:2,3,5 6:13 7:17,24 9:22 18:9,17 19:12 20:1,19 21:11,13 21:14,19,20,23 22:1,5,8,9,21,25 23:1 25:14 26:3 26:22 27:5,21 31:22,22 32:24 33:5 35:12,13 43:14 45:25 48:6 50:4 52:8
**questions** 4:20 5:6 5:17,19,21,22,24 6:10 17:22 30:19
**quick** 26:7
**quit** 34:6

**r**

**r** 2:1,9
**raja** 18:13,18,22 18:24,25 19:16 20:2 25:4,5,23 26:9,16,20,23 27:9 29:8,19 30:5 31:8 32:7,17 33:6 51:1
**raja's** 31:10 32:1 32:10
**randomly** 24:6
**read** 18:8,9,11 49:20 50:5
**reading** 51:13
**ready** 33:25
**really** 32:15 52:7
**reason** 4:8 47:2 56:5
**recall** 11:3 16:14 16:19,21 37:23 46:18 50:7
**receive** 34:9 35:6 35:13 40:19 41:20 50:25
**received** 17:23 41:14,15
**receptions** 39:12
**recessed** 8:24 30:14
**recognize** 10:14
**recollection** 47:1
**record** 6:20 7:19 18:5 53:23
**records** 52:18,22
**referring** 33:6
**regarding** 5:20
**registration** 4:11
**regulations** 4:25
**relative** 8:12 55:15 55:17
**relatives** 8:17 39:5
**relevant** 10:6 18:10
**remember** 9:6,15 23:13 41:13 46:15 46:16 51:3,4
**remote** 1:5 8:24 30:14 54:2 55:11
**remotely** 1:15
**repeat** 16:5 18:15 32:23

**repeating** 15:10
**repeats** 7:24
**rephrase** 32:24
**reporter** 1:14 3:18 6:6 49:23 55:5
**requirement** 36:5
**responding** 9:23
**response** 7:19 13:20 16:25 18:2 32:21 33:2 42:17
**responses** 3:12 6:9 17:6,10,12,23
**responsibility** 48:21
**responsible** 48:16 48:19,22
**restaurant** 7:2 19:3,4,5,8 20:11 20:14,16,22,25 21:3,21 22:10,18 23:7,17,18,20,23 24:16,20,22 27:10 27:15,17,19,22 28:18,20,22,24 29:1,3,5,9,11,15 29:20,24 30:6,21 30:25 31:3,7,12,24 33:14 34:7,8 36:20,21,23,24 37:8,18,24 38:5,13 39:22 40:19,21 42:9 43:7,15,19,21 44:12 46:20 47:16 47:19,23 48:3,9,12 48:17,20 51:9,15 51:22,25 52:11 53:20
**restaurants** 17:17 20:15 23:22 24:10 24:11 25:16 30:20 30:24 31:4 41:12 47:18,23
**resumed** 8:25 30:15
**returned** 49:3
**review** 20:17
**right** 5:16 13:17 39:19 45:1 46:24 53:3
**rita** 1:13 55:4
**role** 26:19 44:3 48:12,14
**route** 2:3
**rules** 4:15,24 5:1 5:11 6:17 34:12 36:4 38:8 44:1
**rupees** 13:4 15:13 38:10
**rural** 14:15

**s**

**s** 2:1,9,9 56:5
**salary** 12:3 34:14 35:10,20,22 37:7 38:8 39:7,14
**sale** 16:1
**salem** 4:2 14:2,3,6 36:25
**sales** 12:23 14:12 34:15,16
**sangeetha** 34:8 36:23,24 39:22 40:19 42:9
**sat** 45:19
**save** 52:6
**saved** 50:9,17,19
**saw** 33:2 42:1
**saying** 4:25 20:20 26:21,24 30:8 32:25 34:3,24 36:9 45:24 46:10 46:25 52:1
**says** 10:22 32:16 39:25 43:2 51:13 51:23,23
**scott** 2:6
**scratch** 26:22 30:22
**screen** 17:11 18:4 38:15
**scroll** 49:19
**scully** 2:6
**season** 39:23
**second** 18:11 49:21
**secret** 25:12
**see** 18:3,7 27:4 52:14
**seen** 12:11,12,12 26:18 38:21
**select** 44:15 45:6 45:16
**selected** 44:21 46:10
**selecting** 44:3 46:22
**self** 27:13
**sell** 12:19,20,22 13:5,7 15:12,14
**selling** 13:12 14:9 19:1
**sent** 50:3
**sentence** 42:16
**senthil** 1:6 3:3 6:21 10:16,21 31:17 54:6 56:3 56:21
**senthilkumar** 4:1 55:7
**separate** 27:17 29:15
**separately** 29:24 29:25 30:2,9
**series** 5:5 10:5 17:22 30:19
**service** 14:19
**set** 3:13 17:7,12 38:7 55:13
**sha** 3:11 12:4,13 13:16,18 15:11 16:1,8 41:16,21
**shanmuga** 3:14 38:16,25 39:9 41:17,22
**share** 17:11 38:15 43:20
**shares** 43:23 44:2
**sheer** 25:1
**sheet** 56:1
**shifts** 37:20,21,21 53:19,21
**shocked** 28:4
**shop** 12:15,16
**shops** 25:17
**short** 6:14 8:22 30:19
**showing** 42:8
**signature** 55:20
**sim** 12:20,22 13:4 13:5,14,21 14:12 14:16 15:4,4,12,13 15:17,19,20,22,23 19:1
**similar** 26:5
**simple** 21:13,16,19
**sims** 13:9,12 14:8
**sir** 28:3 30:2
**sitting** 4:21
**six** 7:25 45:13 46:2 46:8,11
**small** 32:13,14 40:24 41:1
**smaller** 14:15

**snacks** 1:8 17:19
**sold** 13:5,21,22 14:8 15:5,23
**solutions** 56:1
**somebody** 39:5 43:5
**sorry** 24:19 30:22 33:23 39:15 40:1 47:10,13 53:12
**south** 31:18 42:13 47:21
**speak** 5:16 6:9 18:21 19:15 20:2 24:15,19,20,23 25:22 26:16 27:8
**specifically** 5:23 29:16
**spelling** 50:24
**spent** 40:11
**spice** 1:7 17:16 56:2
**spoke** 51:1
**spoken** 27:1
**sponsored** 9:10
**srinivasa** 18:13,18 18:22,24,25 19:15 20:2 25:4,5 26:9 26:16 27:9 29:8 29:18 31:8,10 32:1,7,10,16 33:6 51:1
**ssmp.com** 2:8
**stamped** 3:8,10,11 3:15,16 10:8 11:7 12:5,10 38:17 49:15,24
**standard** 54:1
**stanford** 27:19
**start** 5:17 48:8 49:6
**started** 20:5 21:2
**starting** 19:2,8 42:19
**state** 1:14 14:1 55:5,21
**statement** 32:20 33:5
**states** 1:1 4:22,24 7:12,14 8:1,3,6 9:3,8,11,14 17:21 25:1 36:3
**stenographic** 1:11
**stenographically** 55:12
**stop** 47:22
**store** 12:24 19:18 19:22 20:4 41:2
**stores** 24:12 26:1,4
**story** 42:3
**street** 32:11
**studio** 39:1,3,10 39:11,13
**submit** 23:14
**submitted** 41:11
**subscribed** 54:7 56:22
**substance** 4:14 7:17
**succeed** 14:13
**suggested** 44:8
**suite** 2:7
**summarize** 46:1
**super** 11:23
**supervised** 12:1
**supervising** 11:25
**supervisor** 11:23
**suppliers** 48:25
**supplies** 48:20
**support** 17:1
**supposed** 18:16
**sure** 12:2 13:19 15:9 23:1 30:17 32:24 33:1
**surely** 52:6,18
**surprised** 32:9
**surrounding** 4:11
**sweets** 1:8 17:19
**sworn** 4:3 54:7 55:7 56:22
**system** 50:9

**t**

**t** 2:9
**take** 6:12,14 8:22 48:25 50:20
**taken** 1:12 5:3 9:16 23:18 55:12
**takes** 40:15
**talk** 5:11 18:24 25:2 27:6 40:15 50:22,23,24
**talked** 19:2 20:7 43:5
**talking** 10:18 16:16 25:19 26:6 42:21 43:4,7
**taluk** 4:2 14:5,6,7 14:7
**taluks** 14:6
**tamil** 2:11 4:2 7:8 14:1
**tax** 34:15,17,23 35:2
**taxes** 34:16,22
**tell** 5:8 6:19 7:5 19:14 21:25 27:14 51:4 53:14
**ten** 12:1 26:25 37:25 38:1
**term** 33:22 40:18
**testified** 4:3
**testify** 55:8
**testifying** 45:4
**testimony** 5:4 44:14 45:12 46:2 55:12
**text** 3:16 49:14 50:3,7,11,25 51:23
**texting** 50:15
**thermal** 4:1 11:5
**thing** 7:22
**things** 24:13 44:17
**think** 26:13 27:20 27:25 35:3 36:19 43:12 45:24
**thinking** 28:1
**thousands** 26:10
**three** 3:16 20:24 21:2 34:13 37:2 44:8 45:1 47:25 48:14 49:14
**time** 6:1 9:25 12:18 13:3 14:24 19:8 22:19 23:25 25:22 26:5,6,11 27:8 28:10 34:10 34:11 37:3,8,14,19 43:19 44:11 46:9 46:12,16 47:15 48:10 49:3 53:15 53:17 54:1,1 55:13
**timeline** 20:9 30:18
**times** 13:2 20:7
**today** 4:8,19
**told** 30:5 39:21
**tongul** 47:20
**topic** 52:23
**trademark** 4:12
**training** 36:8

**transcript** 1:11 30:4 55:11
**translates** 7:18
**translation** 30:4
**translations** 2:10
**translator** 6:7 7:18
**travel** 24:4
**travelled** 23:25
**tried** 20:6
**true** 55:11
**truth** 4:25 5:1,9,9 55:8,8,9
**truthful** 5:4
**try** 6:2 14:11 24:6 30:18,20,24 31:4 40:15 46:1 51:15 53:2
**trying** 13:13 15:1 15:7,16 23:3 29:7 29:17 33:25 37:22 38:11 39:8 41:6
**tuesday** 53:7,25
**turn** 17:4 42:15
**two** 23:10 37:2 40:16 44:8 45:3,5 46:6 47:18 48:23 53:10,19,21
**type** 11:16 38:24

**u**

**u.s.** 4:19 42:17
**uh** 6:8,8
**uncle** 19:4
**understand** 5:3 6:1,5,16,18 13:19 15:6,16 16:9 28:1 28:21 32:24 35:25 37:22 38:11 39:8 51:17,18
**understanding** 13:14 15:2 20:21 21:20 25:8,16 29:18 34:17
**understands** 7:16
**understood** 16:12 46:25
**united** 1:1 4:22,24 7:12,13 8:1,3,6 9:3,8,10,13 17:21 25:1 36:3
**usa** 1:7,7 56:2
**use** 4:11 30:2

**v**

**v** 56:2
**value** 32:15
**various** 24:5
**vegetarian** 23:21 23:23,24 24:6,20 30:20,23 31:7
**veritext** 56:1
**vilas** 7:3
**village** 32:14
**villages** 14:15
**visa** 17:1 41:10
**visit** 23:19,21 24:9 30:23
**visited** 23:7 24:12 24:16 30:19 40:22 45:13
**visiting** 23:17 24:21 46:6
**vodafone** 13:10
**voluntarily** 35:19 35:24
**vs** 1:6

**w**

**wait** 7:17 9:21 22:2
**waiter** 51:8
**walking** 32:10
**want** 14:20 15:8 20:9 30:17 36:13 50:5,10
**wanted** 4:16 20:17 22:23 23:22 25:2 27:4 29:2,9,10,20 30:5 35:9,16 42:12
**wanting** 35:17
**wants** 18:14
**way** 52:19
**wedding** 8:20 34:1 34:5 39:4,5,23
**weddings** 39:11 40:7
**week** 13:1 24:2 37:17,23 38:2,3,5 38:12 39:15 40:10 40:12,17
**weltsch** 2:6 3:4 4:5 4:6 5:14 7:21 8:2 8:22 9:1 10:11 11:9 12:7 15:1,15 16:11,13 17:9 18:6,10 22:4,7,16 23:2,5,15 24:14 26:15 27:7 28:5 29:22 30:13,16 32:8 33:1,4,10 35:3,5 38:19 40:9 43:13 45:11 47:12 49:17,23,25 51:5 53:5
**went** 19:21 20:16 35:8,17 42:11 44:7,15 45:5 46:2 46:8
**wife** 8:8,9 9:16,18 20:10,20,21 21:21 29:6 40:22 42:18 42:23 43:16,16 45:23 47:6
**wife's** 19:4 22:10 27:10,17 42:23
**wig** 27:6
**willing** 53:8
**witness** 3:1,2 7:16 7:23 14:21 30:11 53:13,19
**witnesses'** 56:3
**word** 29:25 30:1,2
**work** 10:1 11:21 13:1 16:6,7 19:9 20:5 33:11,19 34:2,4 35:6,13,19 37:1,18,21 38:3 40:19 41:15,20 42:2,12 46:7,8 47:8,9 48:1 49:2 52:19
**worked** 11:18 12:2 16:24 25:10,12 26:25 27:14,23 32:18 36:15,16,20 36:20,22 37:15,24 38:4,12 40:1,2 41:16,21 46:23 48:15
**working** 6:23 11:4 13:3 26:11 31:23 33:13,16 34:7,10 37:8 39:21 41:4 41:12,24 47:22 48:8 53:14,18
**wrote** 50:20

**y**

**year** 25:19,20
**years** 4:23 7:25 23:10 27:1 34:13 37:2,4
**yesterday** 14:21 14:24

**york** 2:7 8:5 19:5 20:11 27:11,22 43:9,24

**z**

**zoom** 1:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.