# EXHIBIT 14

*STATE OF NEW JERSEY*
*DEPARTMENT OF TREASURY*
*SHORT FORM STANDING*

*ADYAR ANANDA BHAVEN SWEETS & SNACKS INC*
*0100975367*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic Profit Corporation was registered by this office on February 7, 2007.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.*

*I further certify that the registered agent and registered office are:*

*Kavitha Ramasami*
*24 Maida Road*
*Edison, NJ 08820*

*Continued on next page . . .*

*STATE OF NEW JERSEY*
*DEPARTMENT OF TREASURY*
*SHORT FORM STANDING*

*ADYAR ANANDA BHAVEN SWEETS & SNACKS INC*

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 26th day of May, 2007*

Bradley Abelow

*Bradley Abelow*
*State Treasurer*