# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 2:19-cv-16879-JMV-MF

ADYAR ANANDA BHAVAN CORP., :
:
Plaintiff, :
:
vs. :
:
HEAVEN SPICE USA LLC, BLUE BELL :
USA, LLC and ADYAR ANANDA BHAVAN :
SWEETS & SNACKS, INC. :
:
Defendants. :

---------
FEBRUARY 14, 2022
---------

Videoconference deposition of ANITHA RAJU GOUNDER, appearing at 2205 Davenport Avenue, Queens Village, New York, taken pursuant to notice, commencing at 2:02 p.m. on the above date, before GINA A. FAROLDI, a Certified Court Reporter of the State of New Jersey.

Magna Legal Services
866-624-6221
www.magnals.com

R E M O T E A P P E A R A N C E S:

SCULLY SCOTT MURPHY & PRESSER PC
BY: KEITH A. WELTSCH, ESQUIRE
400 Garden City Plaza
Suite 300
Garden City, New York 11530
(516) 742-4343
kweltsch@ssmp.com
Representing the Plaintiff

LANCIANO & ASSOCIATES L.L.C.
BY: LARRY E. HARDCASTLE, II, ESQUIRE
Two Route 31 North
Pennington, New Jersey 08534
(609) 452-7100
lhardcastle@lancianolaw.com
Representing the Defendants



------
I N D E X
------


Testimony of: ANITHA RAJU GOUNDER
By: Mr. Hardcastle 5
By: Mr. Weltsch 109


--------
E X H I B I T S
--------

| NO. | DESCRIPTION |
|---|---|
| AG-1 | Letter |
| AG-2 | E-mail string |
| AG-3 | Plaintiff/counterclaim defendant/ Adyar Ananda Bhavan Corporation's verified objections and answers to defendants'/counterclaim plaintiff's first set of interrogatories |

Photocopies of exhibits attached



-------------
DEPOSITION SUPPORT INDEX
-------------

Direction to Witness Not to Answer

Page Line Page Line Page Line

Request for Production of Documents
Page Line Page Line Page Line
35-19 42-2

Stipulations
Page Line Page Line Page Line

Question Marked

Page Line Page Line Page Line



A N I T H A R A J U G O U N D E R, 2205 Davenport Avenue, Queens Village, New York 11427, sworn, testifies as follows:

BY MR. HARDCASTLE:

Q. Good afternoon, Ms. Gounder. My name is Larry Hardcastle. I represent the defendant in this matter.
We're here today to take your deposition.
Have you ever had a deposition taken?
A. Yes, I have.
Q. When was the last time you had a deposition taken?
A. Like, 3 years ago.
Q. You said about 3 years ago?
A. 3 years ago.
Q. Do you recall the instructions that were given to you at that time?
A. Vaguely.
Q. To the extent that you do, I'm going to ask that you disregard them. I'm going to give you a set of instructions and ask that you follow mine.
A. Okay.
Q. As you know from your prior



MAGNA LEGAL SERVICES

deposition, the point of this exercise is to have a transcript where I ask a question and you provide an answer.

To better facilitate that and to help the court reporter, I'm going to ask that you wait until I finish my question completely before giving an answer even if you anticipate where my question is going.

Likewise, I will try to allow you to finish your answer completely before moving on.

We're here today to talk about the things that you recall personally.

If you provide an answer, I'm going to recall that -- I'm going to assume that you are recalling the event based on your own personal knowledge.

If at any time you're providing me information that was relayed to you by another person, I'll ask you to identify that.

Unless I specifically ask you, please do not speculate. There may be a time, though, where I asked a broad range of times, or years, or dates and the point of that is just to try to help jog your memory.

Are you under the influence of any



substance that would inhibit your recollection or ability to tell the truth?

A. No.

Q. Just so I get this right, please pronounce your last name for me. Gounder is it?

A. Gounder. Yes.

Q. Okay, Ms. Gounder.

Please tell me your date and location of birth.

A. Date of birth is March 27, 1987.

Q. And location?

A. Salem.

Q. And that's the Salem we've been discussing in this case in Tamil Nadu, India?

A. Yes. Tamil Nadu.

S-a-l-e-m.

Q. How long have you been in the United States?

A. From 1993.

Q. 1993?

A. Yes. '93.

Q. What's your highest grade of education that you have completed?

A. I have a bachelor's degree in computer science. Data communication.



Q. When did you obtain that?

A. It was in 2009.

Q. Following your graduation, please provide a complete history of your work experience.

A. Wow. So since the recession, after I graduated, a job in IT field or whichever field I was trying to persuade, I couldn't get in.

So I was out of job for a couple of months. Almost seven months I was out of job.

I took a job as a -- it's like a data storing kind of facility. That was only about two months.

Then I got a job at Smart Choice Communication from -- I remember maybe 2010 till 2013 as a customer service tech -- support technician.

Q. And moving forward from that?

A. Moving forward from that, now is the business that I have started from 2013 and current.

Q. When did you resign your position with your prior employer?

A. I think it was in August maybe. August, September. I really don't remember.

Q. In what year?

A. 2013.



Q. What made you decide to resign your position?

A. The main reason was that I wanted to do my business. I was having a sour relationship at the company. Too much -- my position got a little bit higher. So too much burden was there. 24/7 help desk. And working under someone is becoming a tightening kind of situation. So I wanted to do my own business. Be my own person. You know?

So that is it.

Q. Did you consider any other business, besides a restaurant?

A. At the time?

Q. Correct.

A. No. That was the -- a better scope of business. Not much work is needed maybe. Like, you know, it doesn't need, like, a high-end degree for it. 'Cause I already have customer service experience.

Q. Apart from what you've just said, if anything, what about the restaurant industry made that an appealing opportunity to you?

A. What it made appealing? Excuse me? Can you rephrase that?

Q. An appealing opportunity for you.



MAGNA LEGAL SERVICES

A. Other than the customer service experience. Is that what you're asking?
Q. Correct.
A. Yes.
So I have knowledge -- my dad has experience in a restaurant field when he first came to the U.S.
So we have basically him as a back support who can give me advice in that field.
Q. Is that all?
A. Yes. That is all.
Q. You were in the room sitting next to your father when he testified. Correct?
A. Correct.
Q. I'm going to ask you some questions --
A. Sure.
Q. -- about his testimony.
If that conflicts with your recollection, feel free to tell me that.
A. Okay.
Q. If you don't think I'm accurately characterizing his testimony, feel free to tell me that, as well.
A. Okay.



Q. I'm just going to try to ask you facts based on his testimony. Okay? That's my intent.
Is it your understanding that your father worked at a restaurant for 1 year approximately after he arrived in America?
A. Correct.
Q. Do you know what position he held when he worked there?
A. Waiter.
Q. Do you know whether, in his position as a waiter, he gained any experience in operations of a restaurant?
A. Within Annapoorna Restaurant. Is that what you're asking?
Q. Correct.
A. If someone had trained him under management, he might have. He may have.
But he was a close friend to the owner.
Q. Do you know the owner's name?
A. No. I'm not sure if it's Mansoor. I'm not sure.
Q. Would that be M-a-n-s-o-u-r?
A. Yeah. M -- may I type it?



Q. Sure.
So your father was close friends with Mansoor?
A. Yes.
Q. Apart from working at Mansoor's restaurant, what's your understanding of your father's experience in the restaurant industry?
A. Can you, please, rephrase it? Like --
Q. Sure.
A. Can you rephrase it?
Q. I can rephrase it.
Apart from working for Mansoor, what do you know of your father's experience working in a restaurant?
A. Apart from the restaurant?
He's a very good cook. He's a very good cook. Especially vegetarian, nonveg -- especially nonveg. He does very good cooking.
Q. Is it your understanding that the sum total of your father's experience in the restaurant industry before Adyar Ananda Bhavan was 1 year working for Mansoor?
A. Can you please repeat?
It was too fast.



Q. Sorry.
A. I'm trying to understand it.
Q. Apart from working for Mansoor for 1 year -- strike that.
Your understanding is that the totality of your father's experience working in the restaurant industry is 1 year for Mansoor?
A. He could gain that experience in the restaurant field.
You don't need, like, a high-end degree for a -- running a Indian restaurant.
Q. Let me try to ask it a different way.
A. Okay.
Q. Do you know of any other restaurant, besides Mansoor's, that your father worked for?
A. No.
Q. And that was from 1990 to 1991?
A. You can recall from his deposition.
Q. Well, I would ask that you testify from your personal knowledge.
So to the extent that your personal knowledge conflicts with your father's testimony, it's been a long time, so nobody would fault him for that.
A. Yeah.



MAGNA LEGAL SERVICES

Page 14

Q. When did you first start thinking about leaving -- is it smart sheik?
A. No. Smart Choice.
Q. Smart Choice?
A. Yeah. Smart Choice Communication, LLC.
Q. When did you first start thinking about leaving Smart Choice?
A. Smart Choice Communication was maybe April or May kind of thing. Yeah.
Q. In what year?
A. I think Mayish of 2015.
Q. What did you do once you started -- strike that.
What did you do to prepare for leaving Smart Choice?
A. What -- like, informing them wise?
Q. No.
What steps did you take?
If I understand your testimony correctly, in April or May of 2013, you made the decision that you were going to leave Smart Choice. Correct?
A. Correct.
Q. After you made that decision, what

Page 15

did you do to prepare for leaving Smart Choice?
A. Nothing much. I didn't do.
I continued to work for them until the -- until maybe August and September, when I put in -- came out of that position.
Q. So you didn't do anything from April to May when you made the decision that you were going to leave Smart Choice, to August when you actually left Smart Choice?
A. Doing any particular --
MR. WELTSCH: Objection.
A. Doing anything meaning looking for a restaurant?
Q. I said to prepare for leaving.
A. Prepare for leaving? I didn't do anything for prepare for leaving.
Q. Okay.
A. I continued to do my job during that time.
Q. When did you start to think about opening a restaurant?
A. During April and May. That same month.
I came to -- I was having issues at my current job I think Aprilish in the beginning of

Page 16

the spring. So I had talked to my father, you know, I'm having these ongoing issues at the company with the stress and, you know, this new position that they had hired me in for. And it's taking a toll on me for -- for me to persuade another career, it's not gonna happen. You know? They gonna also be asking me to do a 24/7 desk job.
So I wanted to do my own business at the time when I told my dad in May or something like that.
Q. Now at the time, your father was a shareholder in Communicar. Correct? Is that correct?
A. Yeah. He's a shareholder in Communicar.
Q. Do you know how many other shareholders there are?
A. No. I don't know the -- that details.
Q. Did you and he ever discuss your going to work for Communicar?
A. Myself?
Q. Yes.
A. No.
Q. Is there any reason in particular?

Page 17

A. That I should be working for Communicar?
Q. No.
Is there any reason in particular that you didn't consider working for the company that your father was then affiliated with and a shareholder of?
A. Communicar, the job I was doing already -- I was making good money and I had something of my degree at the time. You know. It was, like, a start -- I would say it was like a small stepping to reach what I wanted to do. In software related. It was only a stepping-stone of Smart Choice Communication. I'm still trying to understand where my career takes forward from there.
How could I just go all of a sudden into Communicar? Communicar is what -- how does that have connection to me?
He's doing livery service. I'm doing tech support help desk. Technology related, phone communication service.
You know. Like, they had -- the company I was working had to do computer setup for corporate companies, telephone companies, those kind of things.



MAGNA LEGAL SERVICES

Q. But what you were thinking about going into was a restaurant. You have testified that part of the appeal was that you didn't need any of those degrees and it wasn't all that difficult.
A. Again, this is only at the time when --
MR. WELTSCH: Objection.
A. -- I didn't have any internship to give me an idea which career I'm supposed to take at the time.
During the recession, I couldn't get a job. 2008 to 2009, computer industry was very lagging. I couldn't -- how -- there was -- my career position wasn't steady at the time to properly go into that field.
Again, the restaurant field has customer service. It's just dealing with customers directly, also.
Q. What, if anything, do you know about the Communicar business?
A. Communicar business?
Q. Yes.
A. It's a livery service. Right?
Q. I'm asking you.
A. Oh. It's a livery service that I



know of.
Q. What was your father doing, to the extent that you know, with Communicar company in or around 2013? What was his role?
A. In 2013, he was driving. A livery driving.
Q. That was all he was doing?
A. In --
MR. WELTSCH: Objection.
A. Once the restaurant came into place, he would help with the management, purchase, looking over the restaurant and so forth. In 2013.
Q. So the only endeavor you considered going into was opening a restaurant when you decided to leave Smart Choice?
A. Only whenever? When I was planning to leave Smart Choice, I had the idea you're asking me?
Q. Right.
A. I had it in back of my mind.
But I didn't come into consideration of the restaurant business put in place. Because financially, I wasn't stable at the time.
I was financially stable at 2013, which could support the business in 2013.



My dad was financially able to support me too at the time.
Q. So you said that you started thinking about it before 2013.
A. Yes.
But --
Q. Strike that.
You said you started thinking about opening a restaurant before 2013. Correct?
A. Before -- it's, like, there's a -- not before -- this was in my college years. I had done some reports on it. Accounting reports on it. But it was never implemented during my college years for a restaurant business to open.
Q. When you say --
A. Basically, my career path went different directions at the time due to the current situation, I was from a middle class, didn't have much of a steady background. So I had to try -- in order to support myself, where am I gonna get the money? So I have to build my career at the time. Okay. I have saved enough money. So why don't I venture for my dream? Right? Which I had in the back of my mind and I had put it aside at the time.
Q. What's the earliest you recall



thinking about opening up your own restaurant?
A. Maybe around 2006 or -- no. Maybe 2004 or '5. I think it was 2005.
Q. Were you in college at that point?
A. Correct.
Q. Do you recall, back in 2004 or 2005, what attracted you personally to the business?
A. I worked as a part-time. As a waitress at the time.
Q. What's the name of the restaurant you worked at?
A. I worked at my aunt's restaurant.
Q. What was the name of it?
A. Tamil Nadu Bhavan.
Q. Is there a reason why you said it's your aunt's restaurant and not your uncle's restaurant?
A. Oh. It could be -- sorry. It just came up.
They both -- excuse me one second.
It's both of their restaurant. My aunt's and my uncle. Both of their restaurant that I know of.
Q. What is your aunt's name?
A. My aunt is -- it's hard to pronounce.



MAGNA LEGAL SERVICES

Page 22

I'll type it in.
Q. Okay.
If you could also just give it a shot at pronunciation for the court reporter.
A. Yes.
Pooni. Pooni.
Q. Okay.
What's your uncle's name?
A. Is Veerappan.
Q. So in 2004 or 2005, you worked at Tamil Nadu Bhavan?
A. Yes.
Q. How long did you work at Tamil Nadu Bhavan?
A. I worked only as a part-time. Maybe a couple -- maybe a month or two?
Q. What was your position?
A. Waiter. Waitress.
Q. To the extent that you recall, what was it about working at Tamil Nadu Bhavan that made you want to pursue a career in restaurant operations?
A. Can you please rephrase it?
Q. Do you recall anything specific about that experience that made you want to pursue a

Page 23

career in restaurant operations?
A. Fast-moving. Fast-moving restaurant field.
Q. I think you said you also did some accounting reports --
A. Yes.
Q. -- in college?
A. Yes.
We had to do, like --
MR. WELTSCH: Objection.
A. We had to do some kind of, like, a project in accounting.
Q. Can you explain that?
A. Meaning there's accounting class for, like, a project that I remember was -- how to say? The debits, credits, those kind of findings of the raw material goods. Those type of records we have to show as a project.
Q. Did it have to be restaurants or did you choose your subject as restaurants?
MR. WELTSCH: Objection.
A. I chose a restaurant. Because it had more number of figures.
Q. I'm sorry. It had -- what was that?
A. The figure numbers. Because it has

Page 24

the inventory so much. Those kind of things. Inventory list. So it's well for a project.
Q. What year, approximately, was that?
A. That was in 2005 I think. '5. '5ish.
Q. Did your aunt and uncle help you in any way with that project?
A. No. No.
Q. Apart from working for your aunt and uncle for one or two months and doing a project in 2005, was there anything else that you did to gain experience in the restaurant industry?
A. No. Not in particular. If I can recall that. No.
Q. What year of college were you in in 2004 or 2005?
Let's start with 2004. What year of college were you in?
A. First year.
Q. Am I correct that in 2005, you were a sophomore, the second year?
MR. WELTSCH: Objection.
A. I must have been in sophomore in fall 2005?
Because it's semester wise.

Page 25

Q. So what month and year did you enroll in college?
A. September 2004?
Q. Were you working for your aunt and uncle before or after going to college?
A. In college. During my college year.
Q. During. Okay.
Do you recall why you only worked for one or two months?
A. My classes. Yeah. My classes was, like -- wasn't -- my classes and the workdays, it's, like, I had to concentrate more on classes than that job.
Q. Understood.
In college, did you take any classes related to restaurants specifically or hospitality in general?
A. Business.
Q. Was there any particular focus in restaurant management?
A. They don't give that option, the college I had.
Q. What college did you go to again?
A. Touro College.
Q. So your major was computer science?



MAGNA LEGAL SERVICES

Page 26

A. Data communication.
MR. WELTSCH: Objection.
Q. What year did you graduate? 2009?
A. Correct.
MR. WELTSCH: Objection.
Q. So from 2004 to 2009, is the sum of your experience in the restaurant industry the one or two months that you worked for your aunt and uncle?
A. Yes.
MR. WELTSCH: Objection.
MR. HARDCASTLE: Basis?
MR. WELTSCH: I don't think it was in the form of a question. I think you made a misstatement.
MR. HARDCASTLE: Okay.
Q. Is it true that the sum of your experience from 2004 to 2009 in the restaurant industry was one or two months working with your aunt and uncle?
A. Yes.
Can you give me just one minute, please? I just want to check if they went to pick up my son. One second.
Q. Sure.

Page 27

(Recess beginning at 2:32 p.m., concluding at 2:38 p.m.)
Q. During that period, "that period" being 2004 to 2009, did you stay in contact with your aunt and uncle? The ones who owned the restaurant that you worked at formerly?
A. We lost contact maybe in -- after 2007?
Q. When you say you "lost contact," can you explain what that means?
A. Relationship issues.
Q. Your father testified that you had several -- strike that.
Your father testified that there were seven cousins? You had seven cousins from your uncle who owned Tamil Nadu Bhavan. Is that correct?
A. No.
Q. Okay.
How many cousins do you have from his marriages?
A. No. I think it's -- you confused -- so that's a different uncle.
Veerappan only had one daughter and two sons. Veerappan. Veerappan. Tamil Nadu Bhavan, Veerappan.

Page 28

Q. What are those children's name?
A. Hari, Sathish, and Jayanthi.
Jayanthi wasn't -- I didn't see Jayanthi at the time. From 2004 onwards.
Q. So you haven't seen Jayanthi since 2004?
A. Yes. I haven't seen her.
Q. Have you kept in touch with the other two cousins?
A. No.
Q. When was the last time that you had contact with the two cousins that are not Jayanthi?
A. Once one family says no talking, they all stop talking.
So, 2007?
Q. So you haven't spoken with any of those cousins --
A. Yeah.
Q. -- since 2007. Correct?
A. Correct.
MR. WELTSCH: Objection.
A. Yes.
Q. How is this uncle related to you? Is it your mother's sibling or your father's sibling?
A. Which uncle?

Page 29

Q. The one we're talking about who owned Tamil Nadu Bhavan.
A. Veerappan is my dad's brother.
Q. So when you were considering going into the restaurant business, did you try to contact either Veerappan, his wife, or your cousins?
A. No.
Q. What month and year were you married?
A. September 2007? 13th? September 13, 2007.
Q. Say that again?
A. September 13, 2007.
Q. Did that ceremony take place in India?
A. Yes.
Q. Specifically in Salem?
A. Yes.
Q. How long were you in India before and after your marriage ceremony?
A. After marriage ceremony, about a week.
Q. How about before?
A. Before? Maybe about one and a half months? Maybe. Yeah. About maybe one and a half months.



MAGNA LEGAL SERVICES

Page 30

Q. What did you do during that one and a half months before your wedding ceremony?
A. I can't do any -- I'm not -- particularly for bride. So she cannot do much things going outside. Because due to religious reason.
Q. Were you with your in-laws during that period?
A. My ex side?
Q. Yes.
Pardon me. I wasn't sure if you were officially divorced. I don't know the status of your relationship.
A. No. My -- no. I was not with them.
I was with my mom, sister, and brother.
Q. Where did you all stay?
A. We stayed in our grandparents' place and then we had the -- our house in Salem cleared for the marriage.
And then we -- after, then have we had to move back. Because they were renting it back again.
Q. Sorry. You had to move back where?
A. To my grandparents' place.

Page 31

Q. I see.
How long were you at your house in Salem? Your father's -- strike that.
How long were you at the home in Salem that your father owns?
A. At the wedding time I was there.
Q. And how long was the wedding ceremony?
A. It takes about three to -- three -- as I can recall, almost three -- maximum three weeks. It's, like, 28 days. Like that.
Q. Did you come back to America -- strike that.
To whom were you married?
A. Senthilkumar Anandan.
Q. Did you come back to America with Senthil Anandan after the wedding?
A. No.
Q. How long was Senthil -- Mr. Anandan in India before coming to America?
A. From -- he -- after marriage, from 2007 till 2011.
Q. Do you know what he was doing for employment during that period, while he was in India and you were in America?

Page 32

A. I know that he was working in some kind of photo company.
Q. During that entire period?
A. That, I can recall. Yes, he did.
Q. When, in 2011, did he come to America?
A. April I think?
Q. What did he do for employment when he came to America?
A. First, he worked with my dad for a couple of weeks in Communicar to learn driving.
Then my sister just took him to, you know, look for a job in the City. And she took him to a restaurant and he got hired in Pongal.
Q. What is it?
A. Pongal. P-o-n-g-a-l. Pongal Restaurant.
Q. Why did your sister take him to restaurants?
A. Because he doesn't know English.
Q. I'm sorry. That's the full answer?
A. Yeah. He doesn't know English.
Q. Can you explain the connection between not knowing English and being taken to a restaurant?

Page 33

A. Because communication wise, you know, traveling.
He's not familiar with the place. So that's the thing, to ask for the job. He wasn't sure how to go about asking the job and stuff.
So my sister is familiar with this whole thing. So she is the one who took him to get him a job.
Q. I think my question is a little different.
Why the restaurant sector?
A. Why the restaurant sector?
Q. Yes.
A. Because restaurant sector is -- it's basically -- it's easy for anybody who comes to the U.S. to start off. Even my dad went to the restaurant field to start off. So we felt it's okay for him to do restaurant.
Because he doesn't know -- when we try to train him for Communicar, the directions and stuff, he couldn't understand.
Q. Did it have anything to do with him having experience in the restaurant industry?
A. No.
Q. Do you know that he didn't have



MAGNA LEGAL SERVICES

experience in the restaurant industry?
A. Can you please repeat?
Q. Is it your understanding that in April of 2011, when Mr. Anandan came to the United States, that he had no experience in the restaurant industry?
A. Yes.
Q. What are you basing that off of?
A. What I'm basing off?
Q. Yes.
A. From his documents we submitted for the United States -- USCIS. For his application. The certificates.
Q. Why did you get those certificates?
A. Because it's to show his work histories. We needed to show it for visa purpose.
Q. Does the visa require that you get a certificate from every place of employment?
A. Yes. At the time. Because we have to show his work history when he filed for the paperwork, green card, where he -- which place he's worked at. They had that category on that application form.
Q. Again, my question is a little different.



To your knowledge, does the application --
A. Yes.
Q. Let me just finish.
A. Okay.
Q. To your knowledge, does the application that he filled out require that he give every place of employment that he's worked?
A. Correct.
Q. Okay.
Have you produced anything to that effect in this litigation?
A. To Mr. Keith?
MR. HARDCASTLE: Keith, I didn't see anything regarding his actual application. Certainly nothing that said he was obligated to produce a certificate of employment for every place of employment that he had been.
So I request that that be produced as soon as possible.
MR. WELTSCH: Okay.
Q. So is it fair to say that you're not basing your belief that he had no experience in the restaurant industry on personal knowledge?
A. Yes. From personal knowledge, he did



not work in any industry from that time period.
Q. I don't think we established a time period.
Why don't you tell me what time period you were required -- strike that.
Why don't you tell me what time period Mr. Anandan was required to submit work histories for?
A. All his work history. From his certificates, from his schoolwork, to -- until his application is still, like, current. Right?
Q. Keith has the request. He'll give it to me.
Again, it's not based on you actually knowing what he was --
A. I do have knowledge what he --
Q. I'm sorry. As I said, please allow me to finish.
A. Sorry.
Q. It's correct that you were not in India with him from 2011 to -- 2007 to 2011. Correct?
A. No. No. No.
Again, 2007, only for two months. Not from 2007 to 2011 I was with him.



Q. Right.
MR. WELTSCH: She said "Not." Go ahead.
A. Yeah. Please.
Q. So it's true that you were not with him the entire period from 2007 to 2011. Correct?
A. Correct.
Q. So you don't actually have personal knowledge of what he was doing during that period. Correct?
A. Meaning, like -- when you're a husband and wife, you've been sharing what you've been doing. Right? What job you're doing? That is -- yeah.
He would've disclosed if he had worked with any such experience as a -- in a restaurant. He would have disclosed that.
Q. Sure.
I'm going to go back to an instruction that I gave you at the beginning of this.
A. Okay.
Q. You're here to testify based on personal knowledge.
A. Correct.



MAGNA LEGAL SERVICES

Page 38

Q. If you are making an assumption from something someone did or did not say, that's not what I'm asking you for.
A. Okay.
Q. So if I ask you if you had personal knowledge of whether or not he had experience in a restaurant during that period, I'm not asking you whether he did or did not tell you.
Does that make sense?
A. Can you please rephrase it?
Q. Okay.
If I ask you a question, I'm not asking you to tell me what someone did or did not tell you.
I'm asking you whether you observed it, whether you have personal knowledge of it. Does that make sense?
A. But it's a fact. Wouldn't it? That my --
Q. That's certainly not established.
A. He did not establish that experience.
He established the experience here.
Q. I'm going to try to ask this one more time.
A. Yes.

Page 39

Not from my personal knowledge --
Q. Let me ask the question.
A. Okay.
Q. From the period of 2007 to the period of 2011, do you have personal knowledge of what Mr. Anandan was doing for employment?
A. Yes.
Q. And explain that knowledge.
A. That knowledge is that he was freelancing and also he was doing that for -- he was working at -- first, he was working in his dad's company. Retired position he was doing.
Then he was working some cell phone related company that I know of.
Then he was working in some photography related company.
That is to my knowledge.
Q. That is to your knowledge based on what?
A. Yes.
Q. Based on what?
A. I -- those jobs he worked at, he had told me.
Q. So you don't --
A. When I'm calling, there's photos

Page 40

which he had shared with me. Basically, when I was there, I have seen him, too.
Q. When, between --
A. In 2007. 2007.
Q. So after you left -- am I correct that from when you left in 2007 to 2011, you didn't travel back to India?
A. 2009, I traveled.
Q. Okay.
When in 2009?
A. This was in April?
Q. Is that a trip that your father went on with you?
A. No. It was myself.
Q. In April of 2009, you went to India.
How long were you there for?
A. About two months? Two to three months? No. Two months.
Q. During that period, what did you observe Mr. Anandan doing for employment?
A. Mr. Anandan was spending time with me.
Q. So he didn't work during those two months?
A. No. Those two months, he didn't

Page 41

work. Because he took off.
Q. Is it fair to say that from that period, from 2007 to 2011, the only source of your knowledge is the papers that Mr. Anandan submitted in connection with his application for U.S. citizenship -- no?
A. No.
Can you re -- sorry. I'm trying to understand.
Q. From 2007 to 2011, the only source of your information about what Mr. Anandan was doing for employment is based on the letters that he gave in connection with his application for U.S. citizenship?
A. Yes.
And he told me.
Q. You weren't there to see what he was doing day in and day out?
MR. WELTSCH: Objection.
A. How could I be there when he's able to show me -- we had video chats during that time. We had photos. Those are the only things that I -- that is to my knowledge.
Q. Do you have any photos of him where he was working?



MAGNA LEGAL SERVICES

A. I might. I have to research.
Q. I'd ask that those be produced.
Prior to 2007 -- before 2007, did you know Mr. Anandan?
A. He's my mom's mom's sister --
Q. Did you know him?
A. Directly? No.
Q. When were you first introduced to Mr. Anandan?
A. Over the phone call.
Q. In what year? Month and year if you could.
A. Maybe 2007.
Q. So you didn't know him prior to that phone call in 2007?
A. As a relative. That I know that there's this person exists.
Q. Sure.
But you didn't know --
A. Through discussion.
No. Not directly.
Q. So when Mr. Anandan came to America in 2011 and started working in the restaurant industry, do you know what his position was?
A. Helper. Chef helper. Like, a chef



assistant.
Or they say line cook.
Q. Line cook?
A. Maybe line cook.
Q. What was the name of the restaurant?
A. Pongal.
Q. How long was he at Pongal?
A. Seven, eight months maybe?
Q. Where did he go after that?
A. Chennai Garden.
Q. How did he find that opportunity?
A. Maybe he went to ask a job.
Q. You don't know?
A. No.
Q. Your father testified that a cousin of yours works there. Is that correct?
A. Yes.
Q. Forgive me.
What is this cousin's relationship?
A. He is -- he is one of the -- his sister's son. I don't know which son.
Sorry. I don't know her name.
Q. And this is the same individual that was going to come work for your company. Correct?
A. Yes.



Q. How long was he at Chennai Garden?
A. Who? Murugan or --
Q. No. Sorry.
Mr. Anandan.
A. I think maybe up to August?
Q. How many --
A. August -- August 2013.
Q. From 2012 to August 2013?
A. Yes.
Q. Did he leave Chennai Garden to come work for Adyar Ananda Bhavan?
A. Yes.
Q. So once you decided to leave Smart Choice in April or May of 2013, how long did it take you to take concrete steps to bring into existence the restaurant that would become Adyar Ananda Bhavan?
A. I did not leave in April.
Q. That's not what I said.
MR. HARDCASTLE: Can we have the question read back?
A. Yeah. Can --
(Question is read.)
A. About four months.
Q. So your restaurant opened in October



of 2013. Is that correct?
A. Correct.
Q. So from August of 2013 to October of 2013, you did everything that was necessary to open a brand-new restaurant?
A. Correct. Yes.
Q. Can you detail that process for me?
A. How I went about -- I talked to my dad.
Q. When, approximately, is the first conversation you recall having with your father about --
A. Conversation was I -- maybe May or -- May or so-ish. That I talked to my dad regarding about that job issue. And we had a discussion.
And then in order to move forward, we needed the advice --
Q. If I could just stop you.
What's your recollection of the conversation that you and your father had?
A. My recollection -- I asked my dad, you know, I wanted to do something for myself. My own business to stand on my two feet. You know? Help me out. You know? That's what I had told him.
And I cannot continue to work in



MAGNA LEGAL SERVICES

Page 46

another company related desk job anymore. And it's tiring and to be hounded by 24/7 -- like, you had to be on calls whenever they beckon you to be on calls. So if once you become your own person of a individual -- once you become a owner of your own business, you had -- you have control over it. Right? That's what I told him.
And he said okay. We had the talk. And he said we will need to further talk to our accountant.
He's been with that accountant for over maybe 15 -- 10-15 years.
So we went to our accountant. Made an appointment --
Q. When was the first time that you went to the accountant?
A. Maybe June?
Q. How did you schedule the appointment with the accountant?
A. We -- I scheduled a call. I remember it was a call. Yes. We called and then he said come to the office.
Q. At that point, had you already decided that your business was going to be a restaurant?

Page 47

A. Yes.
Q. And in June of 2013, at the meeting with your accountant, what did you discuss?
A. I asked our accountant -- we told him what we wanted to do and how to go about doing that.
He told us that you have to have a corporate -- corporation or a LLC. Because you -- then they will give you the Tax ID and so forth. And he told us in order to do that, you have to have a name for that corporation. So me and my dad had a discussion, and my mom was there, about what name to give for the corporation.
Q. How many names did you end up considering?
A. We had a lot of names. And I remember three to five names.
Q. Do you have any written documents that were created at that time that support that you had multiple names?
A. I wrote it on a paper. I'm not sure if the accountant has it. I don't remember that. Because I remember writing it down.
Q. I'd like you to walk me through the process of selecting the various names.
A. Okay.

Page 48

Q. To your best recollection, please tell me every name that you considered for the restaurant that would become Adyar Ananda Bhavan.
A. Please repeat that?
Q. To the best of your recollection, please tell me every name that you considered for the restaurant that would become Adyar Ananda Bhavan.
A. Can you rephrase it? Because -- how -- saying I thought up -- can you rephrase it, please?
Q. Sure.
As we sit here today, I'd like you to tell me every name that you recall having or coming up with for the restaurant that would become Adyar Ananda Bhavan.
A. The meaning -- this is what happened.
Q. Let me stop you there.
I'm asking a very specific question and I'd like a very specific answer. Okay?
So let me just ask the question and please answer it.
My question is, as we sit here today, please tell me every name that you recall considering for the restaurant that would become

Page 49

Adyar Ananda Bhavan.
A. The rephrasing, I -- I cannot -- rephrasing, you're saying a whole bunch of names, then you came to -- came to Adyar Ananda Bhavan.
But there's different names that we put in.
Q. Correct.
I'm asking you --
A. Those names.
Q. -- as you sit here today, every name that you considered calling the restaurant that would become Adyar Ananda Bhavan.
A. Okay.
Before becoming to Adyar Ananda Bhavan.
So --
Q. Before deciding on Adyar Ananda Bhavan.
A. Yeah. Before deciding. That's the thing.
Before deciding Adyar Ananda Bhavan, our first choice was Bhalaji Bhavan. Bhalaji Bhavan. And when we --
Q. Can you spell that?
A. Bhalaji, B-h-a-l-a-j-i.



MAGNA LEGAL SERVICES

Q. That's the first name that you recall as we sit here today?
A. Yes.
Q. What's the second?
A. So Bhalaji Bhavan -- our initial decision was Bhalaji Bhavan.
Q. What's the next name that you remember as a potential for the restaurant that would become Adyar Ananda Bhavan?
A. Yes. So first, it was Bhalaji Bhavan.
Our accountant said add more names. This is what happened. Add more names.
So I asked my father, you know -- as I'm not very fluent with the names, I asked for his advice. And we brainstormed the name. Something to represent New York. So he -- I asked him what can represent New York? New York City is basically crowded. "Big Apple. I love New York." It's busy, it's polluted, and it's a business location where it's on almost on an island surrounded by water bodies. So he basically translated that word which I asked for him into Adyar Ananda Bhavan. He is the one translated those words that I asked him to into Tamil and --



Q. Adyar Ananda Bhavan was the second --
A. Yes.
Q. What was the third name --
A. Third name -- excuse me?
Q. If any.
A. Yeah.
So third name was my name. A-1 Adyar Ananda Bhavan.
Q. Is there a fourth name?
A. Fourth name? There was Vasantha Bhavan.
Q. Was there a fifth name?
A. Maybe. I don't know. Maybe Vasantha Bhavan is the last or --
Q. So four?
A. Maybe. Yeah.
Q. As you sit here today, you can recall four?
A. Yeah. I can recall four.
Q. And you are unaware -- strike that.
Are you aware of any document created in 2013 that has all of those names on it?
A. Yes. The one I gave to the accountant.
Q. I thought your testimony was that you



weren't sure about that.
A. No. The accountant has those names. He has to file it. Meaning the paper is written. Then he has to put it in another paper.
Q. So your accountant has a list of all of the names that you considered at the time --
A. Yes. He should have those papers.
Q. And it's handwritten so there's no way to date it. Is that correct?
A. It's handwritten in his office.
Q. You came up with all of the names in his office?
A. Correct.
Q. This was all at that June meeting in 2013?
A. Correct.
MR. WELTSCH: Objection.
Q. Is there any other writing that was created in June 2013 that shows the process of selecting the name Adyar Ananda Bhavan from the names that were being considered?
A. I had submitted that document which the accountant had submitted.
Q. So there's nothing, besides what you've already produced, that would show that



process?
A. No.
Q. So after you selected the name in June of 2013, what did you do?
A. The accountant has to get back to us on which name has been selected or available.
Q. How did the accountant communicate to you which names were available?
A. Accountant had basically told us take two to three business days. You have to check in the business entity to see if it's available and then he will let me know.
Q. How did the accountant communicate to you what was available?
A. Over the phone.
Q. What did the accountant say to the best of your recollection?
A. He told me the first one is available.
Q. And the first one was the Bhalaji Bhavan?
A. No.
He told me that Adyar Ananda Bhavan was available as the first.
Q. But that wasn't the first one that

you said was under consideration. Correct?
A. The first -- they put everything in alphabetical order when they submitted it.
So when they put it in alphabetical order, they said this is available as first.
Q. So your testimony is that Adyar Ananda Bhavan is before A-1 Adyar Ananda Bhavan?
A. Adyar Ananda Bhavan is first.
Q. That comes before A-1?
A. Before A-1.
Q. When, approximately, was that communicated to you?
A. Excuse me?
Q. When, approximately, was that communicated to you? Do you know?
A. Over the phone.
Q. Yes.
A. Over the phone.
Q. When, approximately, was that communicated --
A. After, like, about two to three business day that I can recall.
Q. After you were told that Adyar Ananda Bhavan was available -- strike that.
The accountant said the first



alphabetically listed name was available. Your testimony is that that's Adyar Ananda Bhavan. Correct?
A. Correct.
Q. Did he tell you the status of any of the other names?
A. No.
Q. Is there a reason why you didn't wait for any of the other names?
A. I didn't think of at the time.
Q. I'm sorry?
A. I didn't -- I didn't think.
Because first come -- like, it's, like, a good luck kind of thing. When the first one is selected, you go with it -- with the flow.
Q. But A-1 Adyar Ananda Bhavan was one that --
A. That was second.
Q. When they said they did it in alphabetical order, did they show you anything to substantiate that -- strike that.
Apart from telling you on the phone, did they have any communication with you about the availability of any of the names that you submitted?
A. Can you please repeat? Like --



any -- can you please repeat so I can answer?
Q. Apart from the phone call that you just testified to, was there any communication that was created in June of 2013 concerning the names that you were considering at that time?
A. That's the only document.
Q. So after you learned that that name was available, what did you do?
A. Then they filed for the corporate. Corporation.
Q. How long did that take?
A. Two weeks? More than two weeks? Maybe seven business days?
Q. Where, approximately, does that bring us to in terms of date? If you can recall.
A. Mid -- I think maybe mid June?
Exact date, I -- exact date, I don't know. But it was in June. Mid June.
Q. So after you got the confirmation that the name was available and the corporation was established by your accountant, what did you do?
A. Then we started to look for a restaurant -- potential restaurant.
Q. With whom did you work looking for that space?



A. Who did I look for the space with?
Q. Yes.
A. With my dad.
Q. Were you working with a real estate agent?
A. Yes.
Q. Who was that real estate agent?
A. Only my dad knows. He's the one who contacted him.
Q. Did you ever have contact with that real estate agent?
A. Not with the -- with that guy. No.
Like, we would see each other. But direct contacting space availability, they will be on the call. It wouldn't be towards my call. They would have the conversation. I would just go to the place with my father when it's available to take a look.
Q. Were you introduced to the real estate agent?
A. I remember, yes, one -- when we went to look up our space, yes. I was introduced.
Q. But you don't remember his name at this point?
A. I don't remember his name.



MAGNA LEGAL SERVICES

It's -- he's a -- only I can recall was that he was a Singh.
Q. How long have you had the e-mail address gounder_anitha@yahoo.com?
A. When all that e-mail -- e-mail was becoming a trend. Maybe it was in 2004 or '5?
Q. How certain are you of that date?
A. I know it was definitely one of those years. But I cannot give you specifics. I don't recall that.
Q. Does anyone else, besides you, have access to that e-mail address?
A. Yes. My sister and brother.
Q. How long have your sister and brother had access to that e-mail address?
A. The whole time.
Q. When you say "The whole time," do you mean from 2004 or 2005, when it was established?
A. Yes.
Q. Why did you provide your sister and brother with access to that e-mail?
A. They could use -- they used it for their work. I mean their college. High school stuff.
Q. Are your siblings older or younger



than you?
A. They're younger than me.
Q. When did they enter college, if they did?
A. No. They didn't.
Enter college or --
Q. Yes.
A. My sister entered in 2008.
My brother -- my brother -- my brother I recall 2011?
No. 20 -- 20 -- 2012. My brother entered college.
Q. Did your sister graduate college?
A. Yes.
Q. What year?
A. She graduated in 2011. No. She graduated in 2012.
Q. How about your brother?
A. My brother graduated in 2015? 2015?
Q. So when you were at the accountant's office in June of 2013, who were you there with?
A. My mom and dad.
Q. And you came up with the names -- strike that.
Was it during that visit that you



came up with all the names for the restaurant that were going to be submitted?
A. Yes.
Q. You wrote those names down on a piece of paper that you left with your accountant?
A. Yes.
Q. And then your accountant called you and told you that the first name on that list was available?
A. Yes.
MR. WELTSCH: Objection.
Q. Before you went into that meeting in June of 2013, did you have any idea what the name of the business that you would select would be?
A. No.
Q. Who else was at that meeting in June of 2013 with the accountant?
A. Rajathi Raju, Raju Perumal, Anitha Raju Gounder.
Q. I'm sorry. Can you just put the names in the chat?
A. Yes. Yes, I will.
Q. Three people?
A. Yes.
Q. Do you know your uncle Veerappan's



phone number?
A. No.
Q. Your testimony was that you didn't let the accountant tell you the availability status of the other names -- the other potential names. Correct?
A. I didn't -- he told me this is available. And I picked it right away because this is the first choice.
Q. You heard your father testifying about Murugan Gounder. Correct?
A. Yes.
Q. Did you ever have any contact with Murugan Gounder?
A. Yes.
Q. Can you tell me how many times you spoke with Mr. Gounder?
A. All? Maybe one or two times?
Q. Did you have some other type of communication with him?
A. He would visit my house.
Q. How many times would he visit your house?
A. Couple of times.
Q. When is the last time you recall



MAGNA LEGAL SERVICES

Mr. Gounder visiting your house?
A. August I remember.
Q. I'm sorry?
A. August.
Q. August of --
A. August 2013.
Q. Is that the last time you saw Mr. Gounder or is that just the last time he visited your house?
A. That's the last time he visited.
Q. When was the last time you saw him?
A. Yeah. Visited and saw at that time.
Q. How about the last time you spoke to Mr. Gounder?
A. That -- in August.
Q. How about before that? Before August of 2013, when is the last time you recall seeing Mr. Gounder?
A. I saw him in August 2013.
Before August 2013 is the last time?
Q. Yes. That's the question.
A. I saw him last in August 2013. He was in my house.
Q. Right.
A. So that was the last time.



Q. Before that, when was the last time?
A. Oh. Before that. Maybe a couple days before, too. Like, in August.
Q. So two times in August.
How about before the time you just testified to in August of 2013? When was the last time you saw him?
A. No. It was only maybe in -- in July?
Q. Was that also July of 2013?
A. July 2013.
Q. How about before that?
A. No. Before that it was just phone call.
Q. The last time you saw -- strike that.
It sounds like you've seen Mr. Gounder three times. Is that correct?
A. Yes.
Q. In your life?
A. Meaning -- in my life. Yes.
Q. Okay. Three times.
And before the first of those three times that you saw him, you spoke on the phone?
A. Yes.
Q. How many times did you speak on the phone --



MR. WELTSCH: Objection.
Q. -- before that first time that you saw him?
A. That was in 2012 maybe? When -- when me husband worked with Murugan.
Q. Why did you speak to him on the phone in 2012 when he was working with your husband at Chennai Garden?
A. It was just a casual talk. Just saying hi, how are you?
Q. Do you recall the substance of that conversation?
MR. WELTSCH: Objection.
A. No.
Q. Before the phone call that you are referring to in 2012, when was the last time that you spoke on the phone with Mr. Gounder?
A. Not much. That I remember. Not that I remember.
I remember in 2012 because we just -- again, the relationship with the family member is not that great. So I wasn't supposed to be talking to him. But I had to talk to him because my husband had told that he was here, why don't you talk to him. So I couldn't avoid that conversation at that



time.
Q. You said that Mr. Gounder is one of your father's sister's, you don't know which, sons?
A. Yes.
Q. Do you know whether it's one of the two sisters that lives in America?
A. She's not -- she wasn't here in America.
Q. My question might be slightly different than that.
Your father testified that he currently has two sisters living in America.
A. Yes. Currently.
Q. Correct.
Do you know if it's the son of one of those two sisters?
A. Oh.
No. No.
Q. The son of one of the three sisters?
A. Yes.
Q. Or two sisters?
A. A total, four sisters.
Q. One of the two sisters who lives in India?
A. Correct.



MAGNA LEGAL SERVICES

MR. WELTSCH: Could we pause for half a second?
(Discussion held off the record.)
Q. In 2012, you spoke with him.
I'm just trying to get very clear on your testimony.
As you sit here today, do you recall, any time, speaking with Mr. Gounder before that 2012 phone call that you referenced?
A. Sorry. I have not met him before 2012.
Q. You had never even met him?
A. No. No. I had never met him.
Q. How did your husband know that -- strike that.
How did Mr. Anandan know that he was a relative of yours?
A. There -- Lexington Avenue, the restaurant -- Indian -- what is it called? Little India. That's where they met. Little India where all this -- all the Indian restaurants are located. So he came across from that.
Q. My question was, how did Mr. Anandan know that you and Mr. Gounder were related?
A. Gounder?



Q. Yes. Gounder. Excuse me.
A. He -- Mr. Murugan told Mr. Anandan about my dad. That he's the sister's -- he's my dad's sister's son.
Q. Do you know why they were talking about family relations at all?
A. To be honest, family --
MR. WELTSCH: Objection.
MR. HARDCASTLE: What's the basis of that?
MR. WELTSCH: Speculation.
I don't know how she's supposed to know what --
Q. My question to you is very specific. I'm not asking for speculation.
A. Okay.
Q. Do you know, as a matter of fact, why those two began talking about their relations?
A. No.
Q. How did Mr. Anandan communicate to you that he had met your cousin?
A. He told my parents.
Q. Mr. Anandan told your parents?
A. Yes.
Q. Mr. Anandan met your cousin --



A. Yes.
MR. WELTSCH: Objection.
Q. -- and then Mr. Anandan told your parents?
MR. WELTSCH: Objection.
A. Anandan. Yes. He told -- he met -- yeah. There was a discussion that he had and he told my parents that I met this person.
Q. Do you know what the substance of their discussion was?
A. Not that I remember.
Q. So you would have no reason to doubt anything that Mr. Anandan or Mr. Gounder said was the substance of that conversation?
MR. WELTSCH: Objection.
A. I -- I don't recall.
MR. HARDCASTLE: Basis?
MR. WELTSCH: It's a statement.
MR. HARDCASTLE: No. It's a question.
Q. Is it true that you have no reason to doubt anything that Mr. Gounder or Mr. Anandan said was the substance of that conversation?
A. I don't recall what conversation they had between them. I only know that he had met him.



Q. Do you know how long after it was that Mr. Anandan and Mr. Gounder met that you had the phone call with Mr. Gounder that you had previously testified to?
A. I -- this was in 2012. So I don't know the timeline. The meeting and the phone call. But this was in 2012.
Q. Okay.
In 2011, to your recollection, did you think about opening a restaurant?
A. No.
Q. In 2012, to your recollection, did you think about opening a restaurant?
A. No.
Q. It was only in 2013 that you decided to open a restaurant?
A. Yes.
Q. I'm going to apologize for my pronunciation.
Who is Lognanathan Thangarasu?
A. He was a friend.
Q. Of whose?
A. Of Murugan.
Q. Do you know how Mr. Gounder -- can you just pronounce that name for me so that I can



MAGNA LEGAL SERVICES

try to do my best here?
A. Murugan Rangasamy or Logan Thangarasu.
Q. Thangarasu.
A. Yeah. Thangarasu.
Q. Mr. Gounder and Mr. Thangarasu, do you know how those two know each other?
A. No.
I just know that they're friends.
Q. Did you ever meet Mr. Thangarasu?
A. Yes.
Q. When was the first time you met Mr. Thangarasu?
A. This was in August.
Q. Of what year?
A. Of 2013.
Q. When was the first time you spoke with Mr. Thangarasu?
A. It was -- this was at my house.
Q. When is the first time you spoke with Mr. Thangarasu?
A. In August.
Q. So the first time you met him was the first time you spoke with him?
A. Yes. Yes.



Q. Who else was at the meeting where you first met and spoke with Mr. Thangarasu?
A. Murugan.
Q. It was just you three?
A. No.
It was everybody there. Meaning me, my mom -- me, my mom. I don't know about -- I don't remember. Me, my mom, Murugan, my -- I don't know if sister was there. I think Senthil maybe.
Q. Senthil --
A. Kumar. The ex.
Q. Mr. Anandan.
What were you discussing in August of 2013 at the meeting that you just referenced?
A. My dad basically needed, for the restaurant, employees. That's why.
Q. How certain are you of that August 2013 date?
A. August 2013 date because we needed -- before we go for restaurants, we need employees. So we had talked to Senthil about it and there were -- Thangarasu was also available for the job and Murugan was also available for the job at the time.
Q. Did Mr. Thangarasu ever work for Adyar Ananda Bhavan?



A. No.
Q. Do you know why not?
A. No.
They just left. Both Logna -- both -- sorry. Thangarasu and Murugan are friends. So they just didn't want to come for work. They had some kind of communication.
Q. I'm sorry. They what?
A. They might have had some kind of communication and found another job.
Q. Do you know that to be true or are you guessing?
A. I'm not guessing.
Q. You know that they had another job?
A. They had another job.
Q. Do you know what that job was?
A. As chef.
Q. Do you know where?
A. This was in Hicksville.
Q. Hicksville?
A. Hicksville.
Q. H-i-c-k-s --
A. The one in Long Island.
MR. WELTSCH: It's literally the town next to me, Larry. I am sitting 3 miles from



Hicksville.
Q. All right. Which one got the job as a chef?
A. Both are chefs.
Q. I'm sorry. I thought someone got a job as a head chef?
A. Both are head chefs. We wanted them to work for us as a head chef. But they didn't want the job. They just didn't show up for the job.
And they found a job I think -- what I -- to my knowledge -- I mean, not my -- they got the job in Hicksville that -- Hicksville itself.
Lognanathan had a job in Hicksville.
Murugan, I don't know if he had -- he got the job in -- I think he got the job back in Tiffan Wallah I think. Or one of the restaurants in Lexington Avenue.
Q. So they didn't go to work at the same place. Is that correct?
A. That I remember, no. They didn't.
He worked -- Lognanathan worked in Hicksville. This -- Murugan, I don't know if he was working in Hicksville -- got the job in Hicksville or was it in Lexington?
Q. So in the August 2013 meeting, did



MAGNA LEGAL SERVICES

Page 74

they, "they" being Mr. Gounder and Mr. Thangarasu, agree to be the chef for your facility?
A. Yes.
Q. When did they tell you that they'd no longer be working at the facility?
Strike that.
Did they tell you? Did they communicate to you, either orally or in written communication, that they wouldn't be working at the restaurant?
A. Orally only was told to me.
Q. Was it by both of them or one of them?
A. One of them.
Q. Do you recall which one it was?
A. I think Murugan.
Q. Do you know when it was?
A. It was in August only. August -- within that month. August or September that I recall. One of that month.
Q. Did you ever have a discussion with Mr. Gounder or Mr. Thangarasu about being an owner of Adyar Ananda Bhavan?
A. I am the owner of Adyar Ananda Bhavan.

Page 75

Q. About their being a partial owner of Adyar Ananda Bhavan.
A. No. We never had a discussion.
Q. In 2012, when you spoke with Mr. Gounder, did you discuss potentially opening a restaurant?
A. Please repeat?
Q. When you spoke with Mr. Gounder in 2012, did you discuss potentially opening a restaurant?
A. Oh. No.
Q. At some point after your deciding to use the name Adyar Ananda Bhavan, did you come to learn that some other entity was using that name?
A. That was through the WIPO case. The domain issue case.
Q. I'm not specifically talking about the defendant or any of its licensors, licensees.
I'm talking about anyone at all.
A. Can you please repeat?
Q. Sure.
At any point after your decision to use the name Adyar Ananda Bhavan, did you come to learn that a different entity was using that or a substantially similar name?

Page 76

A. Not that I remember.
Q. Has Adyar Ananda Bhavan ever been involved in any other lawsuit, apart from this one?
A. Yes.
Q. Okay. Please identify every lawsuit that Adyar Ananda Bhavan has been a part of, besides this one.
A. One is labor case.
Q. What's the caption?
A. Ocampo?
Q. Can you spell that?
A. O -- okay.
Q. Thank you.
When was that case filed?
A. This was in -- last year.
Q. So 2021?
A. Yes.
Q. Is that the only other lawsuit?
A. Miguel.
Q. What year was that?
A. That was 2016?
Q. Any other lawsuits?
A. Other lawsuit is this Thangarasu Lognanathan.
Q. I'm sorry?

Page 77

A. Thangarasu Lognanathan. Thangarasu Lognanathan.
Sorry.
Gounder and Thangarasu.
Q. Sued Adyar?
A. Yes.
Q. What's that case caption?
A. It was related to money lending.
Q. Do you have a docket number for that case?
A. No.
Q. Where was that case filed?
A. Queens.
Q. In what year?
A. 2013.
Q. Do you know what month?
A. No. Not 2013.
2014.
Q. What were they seeking?
A. The money to return.
Q. Money from what?
A. From loaning money. They loaned me money for the business.
Q. How much did they loan you?
A. I don't recall.



MAGNA LEGAL SERVICES

Q. Approximately.
A. Maybe 4 -- oh. 25?
Q. What was the result of that case?
A. I made payments.
Q. You said that was in Queens County?
A. Yes.
Q. Any other cases?
A. No.
Q. Apart from the parties to this lawsuit and their dispute in the Patent and Trademark Office, has Adyar Ananda Bhavan been in any other disputes in the Patent and Trademark Office?
A. Can you please -- the case in the trademark that we are --
Q. Yes.
A. That's what -- the current case we are in -- doing.
Q. Not this one.
Any other case?
A. With the Trademark Office?
Q. Yes.
A. With the Ananda Bhavan?
Q. Yes.
A. Yes. Ananda Bhavan.



Q. What were the allegations in that case?
A. Ananda Bhavan?
Q. Yes.
A. Ananda Bhavan wouldn't allow us to move forward with the trademark -- registration of the trademark. Ananda Bhavan.
MR. WELTSCH: Off the record.
(Discussion held off the record.)
Q. What were the allegations in the Ananda Bhavan case?
A. No. They were opposing it because they also put in a trademark after us. To register Ananda Bhavan, what we registered before that. There was already an existing Ananda Bhavan trademark that was waiting for expiration, also.
That was in Jackson Heights.
Q. Do you know how that case was resolved?
A. The one Ananda Bhavan?
Q. Yes.
A. It was resolved because of a geographical -- like, geographic limitation kind of thing.
Q. Did you have any issues with getting



the signage of your restaurant approved?
A. The building had a violation.
Q. How did that impact your ability to get the sign approved?
A. They had to first clear out the violation.
But the landlord wasn't moving forward with that. He was battling that in court.
Q. When did that resolve?
A. I don't know.
Q. Did it get resolved?
A. I think so.
Q. Do you have a sign for your business now?
A. Yes.
It must've been resolved if they were able to get it.
I didn't took into too much consideration.
Q. Who was handling that?
A. My sister.
Q. What year was that?
A. The sign?
Q. Yes.
A. In 2013.



Q. How much money did you put into the business personally?
A. Personally, I put almost -- other than my dad you are saying?
Q. Correct.
A. Personally, I put maybe about 30?
Q. How did you get that $30,000?
A. I had savings and I borrowed money from my friends.
Q. From Mr. Gounder?
A. No. That was -- that was also borrowed from him.
I borrowed from other friends, too. Not including that. Not including the 25,000. I had some savings. I had borrowed from other friends, too. That's what I'm saying. Other than -- so it's about more than 50,000.
Q. So the 30 and the 25 would be 55,000 and then your father testified that he put in I think he said 40 to 50.
Do you recall how much your father put in?
A. 40 to 50.
Q. Let's just say 50.
Does 105,000 sound about right for



MAGNA LEGAL SERVICES

Page 82

how much it cost to get the business up and running?
A. Yes.
Exact amount, I cannot specify.
But maybe 80 to a hundred.
Q. If I told you that your balance sheet, as of December 31, 2013, showed loans from shareholders in the amount of $178,970.71, would that surprise you?
A. No. It's including the -- my credit card bills, also.
Q. Okay.
So you put $78,000 in credit card bills?
A. Yes. Credit card bills and so forth. Yeah.
Q. Understood.
How were those bills paid?
A. Monthly.
Q. They were paid monthly?
By whom?
A. By myself.
Like, from the business it would get paid. Right? From the business --
Q. Do you know how much your business made in 2013?

Page 83

A. 2013? 25 maybe? I don't know.
Q. That would be gross receipts. Right?
A. That would be gross -- less than 25.
Q. Does 23,000 sound about right?
A. Yeah.
Q. So you were paying your credit card bills with the 23,000?
A. We're not paying the whole amount. This is minimum balance, whatever we can pay.
MR. WELTSCH: Objection.
Q. I'm going to share my screen and show you what I've marked Exhibit AG1.
Do you recognize this document?
A. Yes.
Q. What is this?
A. I -- I can't see the rest because the things are blocking it.
Yes. This was submitted to the -- to the landlord. Like, an introduction kind of thing.
Q. Do you see the sentence that I have highlighted there?
A. Yes. I do see it.
Q. Okay.
Do you believe that your husband is a chef --

Page 84

A. I believe that I had to specify not only -- I -- not as a chef, but a chef assistant. But at that time, I had specified just the uncle as chefs. I have could've elaborated more at the time but I didn't.
Q. But you see you say "my husband and uncle are chefs."
A. Yes.
I could've get -- in order to, you know -- to get -- he's a chef assistant. So I didn't want to elaborate too much into it. That's why I put it as "chefs."
MR. WELTSCH: Larry, one second.
Whenever you're done with this line, we need a five minute break.
MR. HARDCASTLE: Okay.
Q. What uncle are you referring to there?
A. Murugan.
Q. Murugan Gounder?
A. Murugan -- yeah. Murugan Gounder.
Q. He's your uncle?
A. Yeah. Because his sister is my dad's sister's -- sorry. My dad's sister's son.
Q. So your cousin?

Page 85

A. Yeah.
It works differently. I apologize. Like, the relationship in India is different how they say it.
Q. How old is Gounder?
A. Who? Murugan?
Q. Yes.
A. Murugan. Maybe at the time -- at 2013, maybe he was in his 30s?
Q. By that time, he had already owned Saravana --
A. No. Not him.
That is not him.
Q. Who is that?
A. That is the other uncle. My -- Veerappan. My dad's brother.
Q. Why did you reference him in this document?
A. I didn't -- who? My dad's uncle -- I mean dad's brother?
Q. Yes.
A. In order -- as you know, without a background of some kind of business, they won't, you know, give any kind of restaurants for consideration at the time.



MAGNA LEGAL SERVICES

So you have to have some type of, like, information, like, okay, they have some kind of idea.
Q. So is it -- strike that.
It's not true that your uncle was involved in this?
A. Which uncle?
Q. Any uncle.
A. This -- me -- can -- I don't understand.
Like, in which -- his involvement you're saying?
Q. Well I'm trying to understand what your purpose was for putting this letter together.
A. Okay.
Q. Why don't you answer that?
What was the purpose of your putting this letter together?
A. They had -- the management had to present -- basically, the broker had to present that to the management company to see the background of what type of restaurant's gonna be put up in their space. So that's why I came up with this.
Q. Did you state that your husband and uncle are chefs to -- strike that.



What was the purpose of your stating that your "uncle and husband are chefs in South Indian cuisine"?
A. Because I was gonna open a South Indian restaurant.
Q. Did you expect your uncle to be a chef?
A. At the time? When the letter was created? Yes. That's what I thought.
Q. Do you know when this letter was created?
A. It -- no. I don't remember.
This was in August. I know it was in August. But a specific date, no. I don't recall.
It was beginning --
Q. I just want to be clear. There seems to be a little confusion.
A. Okay.
Q. When I use the word "uncle," I mean uncle in the American sense. That would be a sibling of a parent.
A. No.
My India -- I -- that's you.
But my thing is different.
Q. And this is why I'm asking.



Is it your testimony that in India, an uncle is a cousin?
A. Yes.
Q. So when you call someone "uncle," what you're really referring to is the children of your parent's sibling?
MR. WELTSCH: Objection.
A. It's very difficult to specify that word when it comes to Indian -- the relationship tree.
Q. Well you've been in America since you were what? 3 or 4 years old?
A. No. I was here when I was seven. Six, seven.
Q. Strike that. Yes. Okay.
Six or seven.
So since 1993, thereabouts?
A. Yes.
Q. When you use "uncle" in the sentence I have highlighted, you mean to refer to Murugan Gounder.
A. Yes.
Q. Is that your testimony?
A. That is my testimony.
Q. But when you use "uncle" in this



sentence that says "My uncle owned Saravana Bhavan, Cardamom, and Tamil Nadu Bhavan in Lexington Avenue," you mean to use the word "uncle" as it's commonly understood in America, to mean your father's sibling?
A. Father's brother. Yes. Correct.
MR. WELTSCH: Objection.
MR. HARDCASTLE: What was the basis of the objection?
MR. WELTSCH: It wasn't a question.
Q. Why did you use the same word in two different -- strike that.
Why did you use the word "uncle" with two different meanings in this letter?
A. Why I used two different uncles?
I should've stated the name would've helped. But, I did not state the name.
But the only person to my knowledge owned the restaurant was my dad's brother.
And the person who is supposed to take up the position as a chef with my husband starting the restaurant was my uncle Murugan Gounder.
Q. My question was a little different.
My question was why did you use the



MAGNA LEGAL SERVICES

word "uncle" in two different sentences in this letter?
A. As I said, the relationship meaning in India is different than how it's -- relationship is being said in America.
Q. I believe your father testified that you can speak Tamil, but you can't read or write it. Is that correct?
A. Yes.
Q. Do you know what the word for the concept of "uncle" in Tamil is?
A. I need to explain.
The word uncle is represent in Tamil is differently.
I would have to say, for example, mama, periyappa.
But those words cannot be understood by an American. You get what I'm saying?
An American won't understand periyappa. Periyappa is basically my dad's brother. That's the representation.
And mama is the -- basically the representation -- a representation of Murugan Gounder.
Q. In 2013, did you understand that to



an English speaker, the word "uncle" would mean a parent's sibling? A parent's brother?
A. Excuse me? Can you please repeat that?
Q. Sure.
In 2013, when you wrote this letter, did you understand that the word "uncle" would be understood to mean a parent's brother?
A. Parent's brother. Yes.
But it can only -- but it can mean --
Q. Are you aware of -- go ahead.
A. The problem is that me -- to my knowledge, to state what is the -- my aunt's son, I had to specify him as a uncle. Because that's how I know him as, uncle.
Q. At the time you wrote this letter, were you unfamiliar with the English word "cousin"?
A. Yes.
Q. You were unfamiliar with it?
A. Yes. I was unfamiliar with the word cousin.
Q. So we agree that this use of the word uncle was intended to refer to your father's brother. Correct?
A. Correct.



Q. Why were you referring to your uncle in this letter?
A. Because -- to show that I had -- that an existing restaurant was there and that I had worked in that -- those type of restaurant before.
Q. But had you ever worked in --
A. Yes. Tamil Nadu Bhavan.
Q. I'm sorry. The month or two in college. Got it.
When you said "We have a strong background to run a restaurant business," who is the "We" you were referring to?
A. At the time, I was referring to myself and my dad. The family I was referring to.
Q. Can you expound on that? You identified two and then just said "The family."
A. So it's gonna be run by -- as you know, it's my -- now it's ex. So my husband, my dad --
Q. Go ahead. Please continue.
Your husband, your dad?
A. And myself. And the uncle that was there at the time. And --
Q. If we could, for the sake of the record, I'd like to use the English word "cousin"



for the person that is the son of a parent's sibling.
A. Okay.
MR. WELTSCH: Maybe this would be easier, I'm not going to tell the witness how to answer, if we just refer to people by name rather than by family relation?
I know we're talking about Murugan versus Veerappan. Can we distinguish between your cousin Murugan and your uncle Veerappan? Using their names rather than the relation would be easier I think.
Q. I'm just trying to round this out.
The "we" that you're referring to in the highlighted sentence was you?
A. Yes.
Q. At that time, you had one to two months of restaurant experience. Correct?
A. Yes.
Q. Your father, who had 1 year of restaurant experience in 1990?
A. Yes.
MR. WELTSCH: Objection.
Q. I won't say your cousin. Mr. Gounder who had how much restaurant experience?



MAGNA
LEGAL SERVICES

A. That, I don't know.
Q. And your husband who at that time had how much restaurant experience?
A. From 2011 to 2013. Maybe about 2 years?
Q. We're good for a break now, Keith.
(Recess beginning at 4:20, concluding at 4:26 p.m.)
Q. What is the earliest you recall looking for office space -- strike that.
When is the earliest you recall looking for restaurant space?
A. July of 2013.
Q. When, in July, is the time that you met the agent that your father was working with?
A. That was in -- that was in between in July. But I don't know specific days. The agent we met up with. July or end of June? End of June or July? Like that.
Q. While we were on the break, did you speak with anyone about your testimony?
A. No.
Q. Did you review any documentation?
A. No.
Q. Do you recall when, approximately,



you sent the letter that we had been discussing before we went on break?
A. Which letter?
Q. The letter that had the imprecise using of the word "uncle."
A. Can you please --
MR. WELTSCH: Objection.
Q. The letter that had the imprecise wording of the word "uncle."
MR. WELTSCH: Objection.
Q. Do you have an answer?
A. No, I don't.
MR. HARDCASTLE: Please repeat it.
(Question is read.)
A. Oh.
When we sent that letter out? That was in August. That I can recall. Was it -- yeah. August.
Q. And at that time, it's your testimony that you believe that your cousin, Mr. Gounder, was going to be joining you. Correct?
A. Yes.
Q. I'm going to share my screen and show you what's being marked Exhibit AG-2.
Do you recognize this document?



A. Yes.
Q. What is this document?
A. This is for a workers' comp.
Q. When you said "I would like to update you as two of the employees have withdrawn from their position to work at the restaurant," we see Murugan Gounder and Lognanathan Thangarasu.
Are those the same individuals that we had been discussing?
A. Yes.
Q. The individual that I have highlighted here, is that the individual that you said you thought in AG-1 was going to become be a chef?
A. Correct. Yes.
Q. And you sent that e-mail in August. Correct?
A. Yes.
No. This -- this one was related to the workers' comp for insurance coverage.
Q. I'm not sure what that -- hold on.
What were you trying to communicate to stuart@5starcoverage.com when you sent this e-mail?
A. I think this was related to the



insurance.
Q. So they were still going to work for you?
A. This was in July.
Q. Correct.
A. But August was when everything was confirming. But they left before we can do anything further.
It was, like -- there was Hicksville going on at the time. This was for that I think, this coverage.
There was another location that we were in the process.
Q. There was another location or another restaurant?
A. No. No. Restaurant. Potential -- remember the Hicksville location that I was -- discussed? The Realtor that I was working with. So this was related to that restaurant.
Q. I'm not sure I understand what you mean.
Let me --
A. Yes.
Q. -- ask a couple questions.
I understood that Mr. Gounder and



MAGNA LEGAL SERVICES

Mr. Thangarasu did not come to work for you because they went to work for another restaurant. Is that correct or is that wrong?
A. That was after. Late after August.
Q. Why don't you explain to me what -- frankly, this is the first time I'm hearing about this Hicksville. I thought it was a different restaurant.
Why don't you explain to me exactly what was going on in this e-mail chain?
A. So, this is related to the insurance coverage for Hicksville.
Q. What documentation do you have concerning the Hicksville location and have you produced it?
A. Hicksville. Yes. It's an e-mail.
Q. To the best of your recollection, what does that e-mail say?
A. That e-mail are -- we were in the process of getting that restaurant. But they told us insurance -- we were going back and forth with the architect and stuff. Insurance related stuff is needed. Like, workers' comp. But that never went through because the person wanted to get the tax over to -- like, the person was, like, being fishy.



So we just dropped that. That's why I sent out this statement saying that they are not working anymore. So they can drop that insurance information, now move forward.
Q. When you say you were going to move forward with the Hicksville location --
A. Yes.
Q. -- in June of 2013, were you purchasing a restaurant or were you renting space?
A. Renting space.
Q. Okay.
Was this the same operation as Adyar Ananda Bhavan?
A. Yes.
Q. To the best of your knowledge, why would Mr. Founder and Mr. Thangarasu withdraw from the Hicksville location only to rejoin for the New York location and withdraw again?
A. No. This was the -- this was insurance issue that I was having that I was going back and forth. No. This is the insurance coverage.
Q. I understand that.
I'm not talking about this e-mail in the context of insurance coverage.



I'm talking about this e-mail from the standpoint of you say you have two employees who have withdrawn from their position to work at the restaurant.
Am I correct that "the restaurant" you are referring to here, is Adyar Ananda Bhavan?
A. This was the Hicksville.
Q. Am I correct that "the restaurant" you're referring to here is Adyar Ananda Bhavan?
A. Yes.
Q. And you're saying that these two had withdrawn their position to work at Adyar Ananda Bhavan. Correct?
A. These papers is for the insurance purpose that I had to give the insurance company stating that I'm not adding them to the insurance. That's why I stated that employees withdrawn. 'Cause I was trying to get a quote at the time for insurance coverage. That's why I made that statement.
But they fully withdrew in August.
Q. Did you ever send a quote for the New York -- to get a quote for the New York location that had Mr. Gounder and Mr. Thangarasu as employees?



A. For New York.
I don't recall.
Q. Did you use Stuart at 5 Star Coverage for your insurance at the New York location?
A. No. Not that I remember. No. I did not use Stuart.
Q. Who did you use?
A. I used a company from Monarch Brokerage that I remember.
Q. Did you ever send an e-mail to the company that you ultimately used for your insurance that included Mr. Gounder and Mr. Thangarasu as employees?
A. For the Manhattan location, I don't recall.
Q. You agree with me that this does not reference any location. Correct?
A. This is for the location in Hicksville.
Q. My question is different.
You agree with me that this document that I have marked Exhibit 2 here doesn't refer to any specific location. Correct?
A. It does for one specific location that I was trying to get insurance for.



MAGNA LEGAL SERVICES

Q. Where does it refer to that location?
A. This is -- as I remember, this was for Hicksville that I can recall.
Q. Ms. Gounder, that's not an answer to my question.
My question is very simple.
On this document, does it refer to the Hicksville location anywhere?
A. On this document, no. On this specific document, no.
But --
Q. To your recollection, have you produced any document that purportedly refers to the New York City location that shows Mr. Gounder and Mr. Thangarasu as employees?
A. I don't recall. We might have. We might have. But I don't recall that.
Q. I'm sharing my screen to show you what I'm marking as Exhibit 3.
I'm going to scroll through this document. I'd like you to tell me if you recognize it.
If I'm going too fast or too slow, please let me know.
Do you recognize that document that



we just finished scrolling through?
A. Yes.
Q. Is that your signature?
A. Yeah.
Q. What do you understand this document to be?
A. The questions and answers.
Q. I only have a few. I have them highlighted so we'll be able to get right to them.
Question 11 asks you to "Identify all instances of actual confusion or misdirected communications of which you are aware between or concerning plaintiff's use of the disputed mark and any defendant's use of the disputed mark."
Your lawyer has placed an objection that if I try to use this, he will articulate to the court. We don't need to concern ourselves with that now.
I'd like to focus your attention to one part of the answer. I would encourage you to read the whole thing.
I'd like to ask you questions about the highlighted part. Please tell me when you've completed reading the answer.
A. I'm finished.



Q. Okay.
The area that I have highlighted says "which opened well after AABC first opened its restaurant in October of 2013 and without authorization of AABC, are associated or affiliated with AABC's Adyar Ananda Bhavan restaurant, takeout food, food delivery, and catering services."
Do you see that?
A. Yes.
Q. Throughout the course of this litigation and in fact before, you've become aware of a restaurant in India that operates a chain through many countries that's called Adyar Ananda Bhavan. Isn't that correct?
A. No.
Q. That's not correct?
As we sit here today, you still have no knowledge of a company in India and throughout the globe --
A. Now. Now. Yes. We are aware of this issue. Now. Now we are aware of this issue.
Q. That's my question.
Do you have any reason to believe that the people who came in and thought that they were eating at an Adyar Ananda Bhavan restaurant



when they said they were affiliated with Adyar Ananda Bhavan, that it wasn't, in fact, the Indian company that they were referring to?
A. Not directed to me. If they have -- if people are putting up reviews and saying all of this, why should I have any consideration if they keep on saying A to B, A to B. I'm not A to B. I'm not Ananda Bhavan.
Q. Question 12 asks to identify all instances of actual confusion or misdirected communications of which you are aware concerning plaintiff's use of the disputed mark and AAB India or its trademarks, service marks, or intellectual property rights, including, without limitations, Adyar Ananda Bhavan Sweets and Snacks.
Once again, your lawyer placed an objection before the answer which isn't relevant to my questioning.
I have highlighted a paragraph that I'd like to direct your attention to. But I'd ask that you first read the entire answer.
A. Can you go back to the question?
Okay.
Q. Can you explain what this sentence means?



MAGNA LEGAL SERVICES

A. This is afterwards.
Q. What does that mean?
A. After -- when we gave -- after the knowledge of -- in 2017 that existing both an Indian -- Indian -- Indian Adyar Ananda Bhavan is existing.
So we came -- with the WIPO case, we had more of an open to see that it is more confusion because there is a so-called Indian Adyar Ananda Bhavan Sweets and Snacks which is causing a confusion with my Adyar Ananda Bhavan in the U.S.
Q. I ask that you take a look at question 24 "Identify all persons plaintiff intends to rely upon as witnesses in this matter and state precisely the facts or subject matter concerning which each such witness is expected to testify."
You identified three people.
This is yourself, correct, "Anitha Gounder"?
A. Correct.
Q. And this is your --
A. Sister.
Q. -- sister?
A. Yes.
Q. "Vanitha Raju."



And this is your brother. Correct?
A. Correct.
Q. "Suthan Gounder."
So that's the only three people that you intend to rely on as witnesses in this matter. Is that correct?
A. Correct.
Q. You indicate that Vanitha Raju and Suthan Gounder are expected to testify about "the selection and adoption of the Adyar Ananda Bhavan name for use by AABC."
Do you see that in both responses?
I have that highlighted both in your sister's and then second in your brother's.
A. Yes.
Q. You testified earlier that you didn't go into the June meeting with the accountant having any name in mind.
A. Yes.
Q. You sat down at the meeting --
A. Yes.
Q. -- and you wrote down names, one of which was Adyar Ananda Bhavan, and you explained how your father came up with it.
A. Yes.



Q. And then you received a call two days later where the accountant told you that Adyar Ananda Bhavan was available and you immediately selected it. Correct?
A. I selected over the phone.
Q. How did your brother and sister participate in the selection and adoption of the Adyar Ananda Bhavan name?
A. I had discussed with them because they are the ones who are basically as -- basically was working at the restaurant. They came up with the menu. They came -- my sister came up with the design. So that's why they're part of that discussion afterwards of the selection.
Q. It says "adoption of the Adyar Ananda Bhavan name for use by AABC" --
A. Right. This is afterwards with selection of the name Adyar Ananda Bhavan.
I had, like -- okay. I selected the name. I had a discussion. Okay. I had -- the name has been confirmed with my family. This is after the accountant discussion.
Q. Okay.
MR. HARDCASTLE: That's all I have.
MR. WELTSCH: I have a short group of questions. Really short.



BY MR. WELTSCH:
Q. Anitha, when you spoke with the accountant in 2013, did he discuss the existence of any other active or inactive companies named Adyar Ananda Bhavan in New York State?
A. He did not discuss anything about active or inactive.
Q. But did he discuss the existence of a company called Adyar Ananda Bhavan in New York?
A. No. He did not.
MR. HARDCASTLE: Objection.
Q. He did not. Okay.
I have nothing else.
MR. HARDCASTLE: I have no redirect.
(Deposition concluded at 4:51 p.m.)



MAGNA LEGAL SERVICES

C E R T I F I C A T E

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

GINA A. FAROLDI, CCR
CCR License No. 30XIOO179800
Expiration Date: June 30, 2022

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)



LAWYER'S NOTES

PAGE LINE



MAGNA LEGAL SERVICES

### A

**A-1** 51:7 54:7,9,10 55:16
**AAB** 105:12
**AABC** 104:3,5 107:11 108:16
**AABC's** 104:6
**ability** 7:2 80:3
**able** 20:1 41:20 80:17 103:9
**access** 58:12,15,21
**accountant** 46:10,11 46:13,16,19 47:3,4 47:21 50:12 51:24 52:2,5,23 53:5,7,9 53:13,16 54:25 56:21 60:5,7,17 61:4 107:17 108:2,22 109:5
**accountant's** 59:20
**accounting** 20:12 23:5 23:12,14
**accurately** 10:22
**ACTION** 1:2
**active** 109:6,9
**actual** 35:15 103:11 105:10
**add** 50:12,13
**adding** 100:16
**address** 58:4,12,15
**adoption** 107:10 108:7 108:15
**advice** 10:9 45:17 50:16
**Adyar** 1:4,7 3:12 12:22 44:11,16 48:3 48:7,15 49:1,4,12,14 49:17,21 50:9,23 51:1,7 52:20 53:23 54:6,7,8,23 55:2,16 71:25 74:23,24 75:2 75:13,23 76:2,6 77:5 78:11 99:12 100:6,9 100:12 104:6,13,25 105:1,15 106:5,9,11 107:10,23 108:2,8 108:15,18 109:6,11
**affiliated** 17:6 104:5 105:1
**afternoon** 5:5
**AG-1** 3:10 96:13
**AG-2** 3:11 95:24
**AG-3** 3:12
**AG1** 83:12
**agent** 57:5,7,11,20 94:15,17
**ago** 5:14,15,16
**agree** 74:2 91:22 101:16,21
**ahead** 37:3 91:11 92:20
**allegations** 79:1,10
**allow** 6:9 36:17 79:5
**alphabetical** 54:3,4 55:20
**alphabetically** 55:1
**America** 11:6 31:12 31:16,20,25 32:6,9 42:22 65:6,8,12 88:11 89:4 90:5
**American** 87:20 90:18 90:19
**amount** 82:3,7 83:8
**Ananda** 1:4,7 3:12 12:22 44:11,16 48:3 48:7,16 49:1,4,12,14 49:17,21 50:9,23 51:1,8 52:20 53:23 54:7,7,8,23 55:2,16 71:25 74:23,24 75:2 75:13,23 76:2,6 78:11,23,25 79:3,5,7 79:11,14,15,20 99:13 100:6,9,12 104:6,13,25 105:2,8 105:15 106:5,9,11 107:10,23 108:3,8 108:15,18 109:7,11
**Anandan** 31:15,17,19 34:4 36:7 39:6 40:20 40:21 41:4,11 42:4,9 42:22 44:4 66:16,23 67:2,20,23,25 68:3,6 68:13,22 69:2 71:12
**and/or** 110:25
**Anitha** 1:15 3:3 60:18 106:18 109:4
**Annapoorna** 11:14
**answer** 4:3 6:3,7,10 6:13 32:21 48:20,22 56:1 86:16 93:6 95:11 102:4 103:20 103:24 105:17,21
**answers** 3:13 103:7
**anticipate** 6:7
**anybody** 33:15
**anymore** 46:1 99:2
**apart** 9:20 12:5,13,16 13:3 24:9 55:22 56:2 76:3 78:9
**apologize** 69:18 85:2
**appeal** 18:3
**appealing** 9:22,23,25
**appearing** 1:16
**Apple** 50:19
**application** 34:12,23 35:2,7,15 36:11 41:5 41:13
**apply** 110:23
**appointment** 46:14,18
**approved** 80:1,4
**approximately** 11:6 24:3 45:10 54:11,14 54:19 56:14 78:1 94:25
**April** 14:10,21 15:6,22 32:7 34:4 40:11,15 44:14,18
**Aprilish** 15:25
**architect** 98:22
**area** 104:2
**arrived** 11:6
**articulate** 103:16
**aside** 20:24
**asked** 6:22 45:21 47:4 50:14,15,17,23,24
**asking** 10:2 11:15 16:7 18:24 19:17 33:5 38:3,7,13,15 48:19 49:8 67:15 87:25
**asks** 103:10 105:9
**assistant** 43:1 84:2,10
**associated** 104:5
**ASSOCIATES** 2:7
**assume** 6:14
**assumption** 38:1
**attached** 3:15
**attention** 103:19 105:20
**attracted** 21:7
**August** 8:22,23 15:4,8 44:5,7,7,8 45:3 62:2 62:4,5,6,15,16,19,20 62:22 63:3,4,6 70:14 70:22 71:13,17,19 73:25 74:18,18,19 87:13,14 95:17,18 96:16 97:6 98:4 100:21
**aunt** 21:25 24:6,9 25:4 26:8,20 27:5
**aunt's** 21:12,16,22,24 91:13
**authorization** 104:5
**availability** 55:24 57:14 61:4
**available** 53:6,8,11,14 53:19,24 54:5,24 55:1 56:8,20 57:17 60:9 61:8 71:22,23 108:3
**Avenue** 1:16 5:2 66:18 73:17 89:3
**avoid** 64:25
**aware** 51:21 91:11 103:12 104:11,20,21 105:11

### B

**B** 3:7 105:7,7,7
**B-h-a-l-a-j-i** 49:25
**bachelor's** 7:24

**back** 10:8 19:20 20:24 21:6 30:22,22,24 31:12,16 37:19 40:7 44:21 53:5 73:15 98:21 99:21 105:22
**background** 20:19 85:23 86:21 92:11
**balance** 82:5 83:9
**based** 6:15 11:2 36:14 37:23 39:18,21 41:12
**basically** 10:8 20:16 33:15 40:1 50:18,22 53:9 71:15 86:20 90:20,22 108:10,10
**basing** 34:8,9 35:23
**basis** 26:12 67:9 68:17 89:8
**battling** 80:8
**beckon** 46:3
**becoming** 9:7 49:14 58:6
**began** 67:18
**beginning** 15:25 27:1 37:20 87:15 94:7
**belief** 35:23
**believe** 83:24 84:1 90:6 95:20 104:23
**BELL** 1:7
**best** 48:1,5 53:17 70:1 98:17 99:15
**better** 6:4 9:15
**Bhalaji** 49:22,22,25 50:5,6,10 53:20
**Bhavan** 1:4,7 3:12 12:22 21:14 22:11 22:14,20 27:16,25 29:2 44:11,17 48:3,8 48:16 49:1,4,12,15 49:18,21,22,23 50:5 50:6,9,11,23 51:1,8 51:11,14 52:20 53:21,23 54:7,7,8,24 55:2,16 71:25 74:23 74:25 75:2,13,23 76:2,6 78:11,23,25 79:3,5,7,11,14,15,20 89:1,2 92:7 99:13 100:6,9,13 104:6,14 104:25 105:2,8,15 106:5,10,11 107:10 107:23 108:3,8,16 108:18 109:7,11
**Big** 50:19
**bills** 82:10,13,14,17 83:7
**birth** 7:9,10
**bit** 9:6
**blocking** 83:17
**BLUE** 1:7
**bodies** 50:22
**borrowed** 81:8,12,13 81:15
**brainstormed** 50:16
**brand-new** 45:5
**break** 84:15 94:6,20 95:2
**bride** 30:4
**bring** 44:15 56:14
**broad** 6:22
**broker** 86:20
**Brokerage** 101:9
**brother** 29:3 30:16 58:13,14,21 59:9,9 59:10,11,18,19 85:16,20 89:6,19 90:20 91:2,8,9,24 107:1 108:6
**brother's** 107:14
**build** 20:21
**building** 80:2
**bunch** 49:3
**burden** 9:6
**business** 8:19 9:4,9,11 9:16 16:8 18:20,21 19:22,25 20:14 21:7 25:18 29:5 45:23 46:6,24 50:20 53:10 53:11 54:22 56:13 60:14 77:23 80:13 81:2 82:1,22,23,24 85:23 92:11
**busy** 50:19

**C**

**C** 2:1 110:1,1
**call** 42:10,15 46:20,21 56:2 57:15,15 63:13 64:15 66:9 69:3,6 88:4 108:1
**called** 46:21 60:7 66:19 104:13 109:11
**calling** 39:25 49:11
**calls** 46:3,3
**caption** 76:9 77:7
**card** 34:21 82:10,12 82:14 83:6
**Cardamom** 89:2
**career** 16:5 17:15 18:9 18:14 20:16,21 22:21 23:1
**case** 7:14 75:15,16 76:8,14 77:7,10,12 78:3,14,17,20 79:2 79:11,18 106:7
**cases** 78:7
**casual** 64:9
**category** 34:22
**catering** 104:7
**Cause** 9:18 100:18
**causing** 106:10
**CCR** 110:16,17
**cell** 39:13
**ceremony** 29:13,19,20 30:2 31:8
**certain** 58:7 71:17
**certainly** 35:16 38:20
**certificate** 34:18 35:17
**certificates** 34:13,14 36:10
**certification** 110:22
**Certified** 1:19
**CERTIFY** 110:6
**certifying** 110:25
**chain** 98:10 104:12
**characterizing** 10:23
**chat** 60:21
**chats** 41:21
**check** 26:23 53:10
**chef** 42:25,25 72:17 73:3,6,8 74:2 83:25 84:2,2,10 87:7 89:21 96:14
**chefs** 73:4,7 84:4,7,12 86:25 87:2
**Chennai** 43:10 44:1 44:10 64:8
**children** 88:5
**children's** 28:1
**choice** 8:13 14:3,4,5,8 14:9,16,22 15:1,8,9 17:14 19:15,17 44:14 49:22 61:9
**choose** 23:20
**chose** 23:22
**citizenship** 41:6,14
**City** 2:3,4 32:13 50:18 102:14
**CIVIL** 1:2
**class** 20:18 23:14
**classes** 25:10,10,11,12 25:15
**clear** 66:5 80:5 87:16
**cleared** 30:19
**close** 11:19 12:2
**college** 20:11,13 21:4 23:7 24:15,18 25:2,5 25:6,6,15,22,23,24 58:23 59:3,6,12,13 92:9
**come** 19:21 31:12,16 32:5 43:24 44:10 46:22 55:13 72:6 75:13,23 98:1
**comes** 33:15 54:9 88:9
**coming** 31:20 48:14
**commencing** 1:18
**commonly** 89:4
**Communicar** 16:12 16:15,21 17:2,8,17 17:17 18:20,21 19:3 32:11 33:20
**communicate** 53:7,13

67:20 74:8 96:22
**communicated** 54:12 54:15,20
**communication** 7:25 8:14 14:5,9 17:14,21 26:1 33:1 55:23 56:3 61:20 72:7,10 74:9
**communications** 103:12 105:11
**comp** 96:3,20 98:23
**companies** 17:24,24 109:6
**company** 9:5 16:2 17:5,23 19:3 32:2 39:12,14,16 43:24 46:1 86:21 100:15 101:8,11 104:18 105:3 109:11
**complete** 8:4
**completed** 7:23 103:24
**completely** 6:6,10
**computer** 7:25 17:23 18:12 25:25
**concentrate** 25:12
**concept** 90:11
**concern** 103:17
**concerning** 56:4 98:14 103:13 105:11 106:15
**concluded** 109:17
**concluding** 27:2 94:7
**concrete** 44:15
**confirmation** 56:19
**confirmed** 108:21
**confirming** 97:7
**conflicts** 10:19 13:22
**confused** 27:21
**confusion** 87:17 103:11 105:10 106:8 106:11
**connection** 17:18 32:23 41:5,13
**consider** 9:11 17:5
**consideration** 19:21 54:1 80:19 85:24
105:6
**considered** 19:13 48:2 48:6 49:11 52:6,21
**considering** 29:4 47:14 48:25 56:5
**contact** 27:4,7,9 28:12 29:5 57:10 61:13
**contacted** 57:9
**contacting** 57:14
**context** 99:25
**continue** 45:25 92:20
**continued** 15:3,18
**control** 46:6 110:24
**conversation** 45:11,13 45:20 57:16 64:12 64:25 68:14,23,24
**cook** 12:17,18 43:2,3,4
**cooking** 12:19
**CORP** 1:4
**corporate** 17:24 47:7 56:9
**corporation** 47:7,10 47:12 56:10,20
**Corporation's** 3:12
**correct** 9:14 10:3,13 10:14 11:7,16 14:23 14:24 16:12,13 20:9 21:5 24:20 26:4 27:16 28:19,20 35:9 36:20,22 37:6,7,10 37:25 40:5 43:16,24 45:1,2,6 49:7 52:9 52:13,16 54:1 55:3,4 61:6,11 63:16 65:14 65:25 73:19 81:5 89:6 90:8 91:24,25 93:18 95:21 96:15 96:17 97:5 98:3 100:5,8,13 101:17 101:23 104:14,16 106:18,20 107:1,2,6 107:7 108:4
**correctly** 14:21
**cost** 82:1
**could've** 84:4,9
**countries** 104:13
**County** 78:5
**couple** 8:8 22:16 32:11 61:24 63:2 97:24
**course** 104:10
**court** 1:1,19 6:5 22:4 80:8 103:17
**cousin** 43:15 67:21,25 84:25 88:2 91:17,21 92:25 93:10,24 95:20
**cousin's** 43:19
**cousins** 27:15,15,19 28:9,12,17 29:6
**coverage** 96:20 97:11 98:12 99:22,25 100:19 101:3
**created** 47:18 51:21 52:19 56:4 87:9,11
**credit** 82:9,12,14 83:6
**credits** 23:16
**crowded** 50:19
**cuisine** 87:3
**current** 8:19 15:25 20:17 36:11 78:17
**currently** 65:12,13
**customer** 8:15 9:18 10:1 18:17
**customers** 18:17

**D**

**D** 3:1 5:1
**dad** 10:5 16:9 20:1 32:10 33:16 45:9,14 45:21 47:10 57:3,8 59:22 67:3 71:15 81:4 92:14,19,21
**dad's** 29:3 39:11 67:4 84:23,24 85:16,19 85:20 89:19 90:20
**data** 7:25 8:10 26:1
**date** 1:18 7:8,10 52:9 56:15,17,17 58:7 71:18,19 87:14 110:18
**dates** 6:23
**daughter** 27:23
**Davenport** 1:16 5:2
**day** 41:18,18 54:22
**days** 31:11 53:10 56:13 63:3 94:17 108:1
**dealing** 18:17
**debits** 23:16
**December** 82:6
**decide** 9:1
**decided** 19:14 44:13 46:24 69:15
**deciding** 49:17,19,21 75:12
**decision** 14:22,25 15:7 50:6 75:22
**defendant** 5:6 75:18
**defendant's** 103:14
**defendant/** 3:12
**Defendants** 1:9 2:10
**defendants'/counte...** 3:13
**definitely** 58:8
**degree** 7:24 9:17 13:11 17:10
**degrees** 18:4
**delivery** 104:7
**deposition** 1:15 4:1 5:9,10,13 6:1 13:18 109:17 110:7
**DESCRIPTION** 3:9
**design** 108:13
**desk** 9:7 16:7 17:20 46:1
**detail** 45:7
**details** 16:19
**different** 13:12 20:17 27:22 33:10 34:25 49:5 65:10 75:24 85:3 87:24 89:12,14 89:15,24 90:1,4 98:7 101:20
**differently** 85:2 90:14
**difficult** 18:4 88:8
**direct** 57:14 105:20 110:24

**directed** 105:4
**Direction** 4:3
**directions** 20:17 33:20
**directly** 18:18 42:7,21
**disclosed** 37:15,17
**discuss** 16:20 47:3 75:5,9 109:5,8,10
**discussed** 97:18 108:9
**discussing** 7:14 71:13 95:1 96:9
**discussion** 42:20 45:15 47:11 66:3 68:7,10 74:21 75:3 79:9 108:14,20,22
**dispute** 78:10
**disputed** 103:13,14 105:12
**disputes** 78:12
**disregard** 5:21
**distinguish** 93:9
**DISTRICT** 1:1,1
**divorced** 30:12
**docket** 77:9
**document** 51:21 52:22 56:6 83:13 85:18 95:25 96:2 101:21 102:7,9,10,13,21,25 103:5
**documentation** 94:23 98:13
**documents** 4:7 34:11 47:17
**doing** 15:10,12 17:8 17:19,19 19:2,7 24:10 31:23 37:9,13 37:13 39:6,10,12 40:20 41:11,18 47:5 78:18
**domain** 75:16
**doubt** 68:12,22
**dream** 20:23
**driving** 19:5,6 32:11
**drop** 99:3
**dropped** 99:1
**due** 20:17 30:5
**duly** 110:7

**E**

**E** 2:1,1,1,1,7 3:1,7 5:1 110:1,1
**e-mail** 3:11 58:3,5,5 58:12,15,21 96:16 96:24 98:10,16,18 98:19 99:24 100:1 101:10
**earlier** 107:16
**earliest** 20:25 94:9,11
**easier** 93:5,11
**easy** 33:15
**eating** 104:25
**education** 7:23
**effect** 35:12
**eight** 43:8
**either** 29:6 74:8
**elaborate** 84:11
**elaborated** 84:4
**employees** 71:16,20 96:5 100:2,17,25 101:13 102:15
**employer** 8:21
**employment** 31:24 32:8 34:18 35:8,17 35:18 39:6 40:20 41:12
**encourage** 103:20
**endeavor** 19:13
**English** 32:20,22,24 91:1,17 92:25
**enroll** 25:1
**enter** 59:3,6
**entered** 59:8,12
**entire** 32:3 37:6 105:21
**entity** 53:11 75:14,24
**especially** 12:18,19
**ESQUIRE** 2:3,7
**establish** 38:21
**established** 36:2 38:20 38:22 56:21 58:18
**estate** 57:4,7,11,20
**event** 6:15
**everybody** 71:6
**ex** 30:9 71:11 92:18
**exact** 56:17,17 82:3
**exactly** 98:9
**example** 90:15
**excuse** 9:23 21:20 51:4 54:13 67:1 91:3
**exercise** 6:1
**Exhibit** 83:12 95:24 101:22 102:19
**exhibits** 3:15
**existence** 44:15 109:5 109:10
**existing** 79:15 92:4 106:4,6
**exists** 42:17
**expect** 87:6
**expected** 106:16 107:9
**experience** 8:4 9:19 10:2,6 11:12 12:7,14 12:21 13:6,8 22:25 24:12 26:7,18 33:23 34:1,5 35:23 37:16 38:6,21,22 93:18,21 93:25 94:3
**expiration** 79:16 110:18
**explain** 23:13 27:10 32:23 39:8 90:12 98:5,9 105:24
**explained** 107:23
**expound** 92:15
**extent** 5:20 13:21 19:3 22:19

**F**

**F** 110:1
**facilitate** 6:4
**facility** 8:11 74:2,5
**fact** 38:18 67:17 104:11 105:2
**facts** 11:2 106:15
**fair** 35:22 41:2
**fall** 24:23
**familiar** 33:3,6
**family** 28:13 64:21 67:6,7 92:14,16 93:7 108:21
**FAROLDI** 1:19 110:16
**fast** 12:25 102:23
**Fast-moving** 23:2,2
**father** 10:13 11:5 12:2 13:15 16:1,11 17:6 19:2 27:12,14 31:5 40:12 43:15 45:11 45:20 50:14 57:17 61:10 65:11 81:19 81:21 90:6 93:20 94:15 107:24
**father's** 12:7,14,21 13:6,22 28:24 31:3 65:3 89:5,6 91:23
**fault** 13:23
**FEBRUARY** 1:11
**feel** 10:20,23
**feet** 45:23
**felt** 33:17
**field** 8:6,6 10:6,9 13:9 18:15,16 23:3 33:17
**fifth** 51:12
**figure** 23:25
**figures** 23:23
**file** 52:3
**filed** 34:20 56:9 76:14 77:12
**filled** 35:7
**financially** 19:23,24 20:1
**find** 43:11
**findings** 23:16
**finish** 6:6,10 35:4 36:18
**finished** 103:1,25
**first** 3:14 10:6 14:1,7 24:19 32:10 39:11 42:8 45:10 46:15 49:22 50:1,10 53:18 53:20,24,25 54:2,5,8 54:25 55:13,14 60:8 61:9 63:21 64:2 70:12,17,20,23,24 71:2 80:5 98:6 104:3

105:21
**fishy** 98:25
**five** 47:16 84:15
**flow** 55:15
**fluent** 50:15
**focus** 25:19 103:19
**follow** 5:22
**Following** 8:3
**follows** 5:3
**food** 104:7,7
**foregoing** 110:22
**Forgive** 43:18
**form** 26:14 34:23
**formerly** 27:6
**forth** 19:12 47:8 82:14 98:21 99:21
**forward** 8:17,18 17:15 45:16 79:6 80:8 99:4 99:6
**found** 72:10 73:10
**Founder** 99:16
**four** 44:24 51:15,18 51:19 65:22
**fourth** 51:9,10
**frankly** 98:6
**free** 10:20,23
**freelancing** 39:10
**friend** 11:19 69:21
**friends** 12:2 70:9 72:5 81:9,13,16
**full** 32:21
**fully** 100:21
**further** 46:9 97:8

**G**

**G** 5:1
**gain** 13:8 24:11
**gained** 11:12
**Garden** 2:3,4 43:10 44:1,10 64:8
**general** 25:17
**geographic** 79:23
**geographical** 79:23
**getting** 79:25 98:20
**GINA** 1:19 110:16
**give** 5:21 10:9 18:9 22:3 25:21 26:22 35:7 36:12 47:8,12 58:9 85:24 100:15
**given** 5:18 110:8
**giving** 6:6
**globe** 104:19
**go** 17:16 18:15 25:23 33:5 37:3,19 43:9 47:5 55:15 57:16 71:20 73:18 91:11 92:20 105:22 107:17
**going** 5:20,21 6:5,8,13 6:14 10:15 11:1 14:22 15:8 16:21 18:2 19:14 25:5 29:4 30:5 37:19 38:23 43:24 46:24 60:2 69:18 83:11 93:5 95:21,23 96:13 97:2 97:10 98:10,21 99:5 99:20 102:20,23
**gonna** 16:6,6 20:20 86:22 87:4 92:17
**good** 5:5 12:17,18,19 17:9 55:14 94:6
**goods** 23:17
**Gounder** 1:16 3:3 5:5 7:5,6,7 60:19 61:11 61:14,17 62:1,8,14 62:18 63:16 64:17 65:2 66:8,24,25 67:1 68:13,22 69:2,3,24 70:6 74:1,22 75:5,8 77:4 81:10 84:20,21 85:5 88:21 89:23 90:24 93:24 95:20 96:7 97:25 100:24 101:12 102:4,14 106:19 107:3,9
**gounder_anitha@y...** 58:4
**grade** 7:22
**graduate** 26:3 59:13
**graduated** 8:6 59:16 59:17,19
**graduation** 8:3
**grandparents'** 30:18 30:25
**great** 64:22
**green** 34:21
**gross** 83:2,3
**group** 108:25
**guessing** 72:12,13
**guy** 57:12

**H**

**H** 3:7 5:1
**H-i-c-k-s** 72:22
**half** 29:23,24 30:2 66:1
**handling** 80:20
**handwritten** 52:8,10
**happen** 16:6
**happened** 48:17 50:13
**hard** 21:25
**Hardcastle** 2:7 3:4 5:4 5:6 26:12,16 35:14 44:20 67:9 68:17,19 84:16 89:8 95:13 108:24 109:13,16
**Hari** 28:2
**He'll** 36:12
**head** 73:6,7,8
**heard** 61:10
**hearing** 98:6
**HEAVEN** 1:7
**Heights** 79:17
**held** 11:8 66:3 79:9
**help** 6:4,23 9:7 17:20 19:11 24:6 45:24
**helped** 89:17
**helper** 42:25,25
**hi** 64:10
**Hicksville** 72:19,20,21 73:1,12,12,13,22,23 73:23 97:9,17 98:7 98:12,14,16 99:6,17 100:7 101:19 102:3 102:8
**High** 58:23
**high-end** 9:17 13:10
**higher** 9:6
**highest** 7:22
**highlighted** 83:21 88:20 93:15 96:12 103:9,23 104:2 105:19 107:13
**hired** 16:4 32:14
**histories** 34:16 36:8
**history** 8:4 34:20 36:9
**hold** 96:21
**home** 31:4
**honest** 67:7
**hospitality** 25:16
**hounded** 46:2
**house** 30:19 31:2 61:21,23 62:1,9,23 70:19
**hundred** 82:4
**husband** 37:12 64:5,7 64:23 66:14 83:24 84:6 86:24 87:2 89:21 92:18,21 94:2

**I**

**ID** 47:8
**idea** 18:9 19:17 60:13 86:3
**identified** 92:16 106:17
**identify** 6:19 76:5 103:10 105:9 106:13
**II** 2:7
**immediately** 108:3
**impact** 80:3
**implemented** 20:13
**imprecise** 95:4,8
**in-laws** 30:7
**inactive** 109:6,9
**included** 101:12
**including** 81:14,14 82:9 105:14
**INDEX** 4:1
**India** 7:14 29:14,18 31:20,24 36:21 40:7 40:15 65:24 66:20 66:20 85:3 87:23 88:1 90:4 104:12,18

105:12
**Indian** 13:11 66:19,21 87:3,5 88:9 105:2 106:5,5,5,9
**indicate** 107:8
**individual** 43:23 46:5 96:11,12
**individuals** 96:8
**industry** 9:21 12:7,22 13:7 18:12 24:12 26:7,19 33:23 34:1,6 35:24 36:1 42:24
**influence** 6:25
**information** 6:18 41:11 86:2 99:3
**informing** 14:17
**inhibit** 7:1
**initial** 50:5
**instances** 103:11 105:10
**instruction** 37:20
**instructions** 5:17,22
**insurance** 96:20 97:1 98:11,21,22 99:3,20 99:21,25 100:14,15 100:16,19 101:4,11 101:25
**intellectual** 105:13
**intend** 107:5
**intended** 91:23
**intends** 106:13
**intent** 11:3
**internship** 18:8
**interrogatories** 3:14
**introduced** 42:8 57:19 57:22
**introduction** 83:19
**inventory** 24:1,2
**involved** 76:3 86:6
**involvement** 86:11
**island** 50:21 72:23
**issue** 45:15 75:16 99:20 104:21,21
**issues** 15:24 16:2 27:11 79:25

**J**

**J** 5:1
**Jackson** 79:17
**Jayanthi** 28:2,3,4,5,12
**Jersey** 1:1,20 2:8
**job** 8:6,8,9,10,13 15:18,25 16:7 17:8 18:12 25:13 32:13 33:4,5,8 37:13 43:12 45:15 46:1 71:22,23 72:10,14,15,16 73:2 73:6,9,9,10,12,13,15 73:15,23
**jobs** 39:22
**jog** 6:24
**joining** 95:21
**July** 63:8,9,10 94:13 94:14,17,18,19 97:4
**June** 46:17 47:2 52:14 52:19 53:4 56:4,16 56:18,18 59:21 60:13,16 94:18,18 99:8 107:17 110:18

**K**

**keep** 105:7
**Keith** 2:3 35:13,14 36:12 94:6
**kept** 28:8
**kind** 8:11 9:8 14:10 17:24 23:11,16 24:1 32:2 55:14 72:7,9 79:23 83:19 85:23 85:24 86:2
**know** 5:25 9:9,17 11:8 11:11,21 12:14 13:14 16:1,3,6,16,18 17:10,22 18:19 19:1 19:3 21:23 30:12 31:23 32:1,13,20,22 33:1,19,25 39:14 42:4,6,14,16,19,24 43:13,21,22 45:22 45:23,24 50:14 51:13 53:12 54:15 56:18 58:8 60:25 65:3,5,15 66:14,16 66:24 67:5,12,13,17 68:9,25 69:1,6,24 70:7,7,9 71:7,8 72:2 72:11,14,16,18 73:14,22 74:17 77:16 79:18 80:10 82:24 83:1 84:10 85:22,24 87:10,13 90:10 91:15 92:18 93:8 94:1,17 102:24
**knowing** 32:24 36:15
**knowledge** 6:16 10:5 13:20,22 35:1,6,24 35:25 36:16 37:9,24 38:6,16 39:1,5,8,9 39:17,18 41:4,23 73:11 89:18 91:13 99:15 104:18 106:4
**knows** 57:8
**Kumar** 71:11
**kweltsch@ssmp.com** 2:5

**L**

**L.L.C** 2:7
**labor** 76:8
**lagging** 18:13
**LANCIANO** 2:7
**landlord** 80:7 83:19
**Larry** 2:7 5:6 72:25 84:13
**Late** 98:4
**lawsuit** 76:3,5,18,23 78:10
**lawsuits** 76:22
**lawyer** 103:15 105:16
**LAWYER'S** 111:1
**learn** 32:11 75:14,24
**learned** 56:7
**leave** 14:22 15:8 19:15 19:17 44:10,13,18
**leaving** 14:2,8,16 15:1 15:14,15,16
**left** 15:9 40:5,6 60:5 72:4 97:7
**Legal** 1:22
**lending** 77:8
**Let's** 24:17 81:24
**letter** 3:10 86:14,18 87:8,10 89:14 90:2 91:6,16 92:2 95:1,3 95:4,8,16
**letters** 41:12
**Lexington** 66:18 73:17,24 89:2
**lhardcastle@lancia...** 2:9
**License** 110:17
**licensees** 75:18
**licensors** 75:18
**life** 63:18,19
**Likewise** 6:9
**limitation** 79:23
**limitations** 105:14
**line** 4:4,4,4,8,8,8,12,12 4:12,15,15,15 43:2,3 43:4 84:14 111:3
**list** 24:2 52:5 60:8
**listed** 55:1
**literally** 72:24
**litigation** 35:12 104:11
**little** 9:5 33:9 34:24 66:19,20 87:17 89:24
**livery** 17:19 18:23,25 19:5
**lives** 65:6,23
**living** 65:12
**LLC** 1:7,7 14:6 47:7
**loan** 77:24
**loaned** 77:22
**loaning** 77:22
**loans** 82:6
**located** 66:21
**location** 7:8,11 50:20 97:12,14,17 98:14 99:6,17,18 100:23 101:4,14,17,18,23 101:24 102:1,8,14
**Logan** 70:2

**Logna** 72:4
**Lognanathan** 69:20 73:13,21 76:24 77:1 77:2 96:7
**long** 7:17 13:23 22:13 29:18 31:2,4,7,19 40:16 43:7 44:1,14 56:11 58:3,14 69:1 72:23
**longer** 74:5
**look** 32:13 56:22 57:1 57:18,22 106:12
**looking** 15:12 19:11 56:24 94:10,12
**lost** 27:7,9
**lot** 47:15
**love** 50:19
**luck** 55:14

**M**

**M** 2:1 11:25
**M-a-n-s-o-u-r** 11:24
**Magna** 1:22
**main** 9:3
**major** 25:25
**making** 17:9 38:1
**mama** 90:16,22
**management** 11:18 19:11 25:20 86:19 86:21
**Manhattan** 101:14
**Mansoor** 11:22 12:3 12:13,23 13:3,7
**Mansoor's** 12:5 13:15
**March** 7:10
**mark** 103:13,14 105:12
**marked** 4:14 83:12 95:24 101:22
**marking** 102:19
**marks** 105:13
**marriage** 29:19,20 30:20 31:21
**marriages** 27:20
**married** 29:8 31:14
**material** 23:17
**matter** 5:7 67:17 106:14,15 107:5
**maximum** 31:10
**Mayish** 14:12
**mean** 58:18,23 73:11 85:20 87:19 88:20 89:3,4 91:1,8,10 97:21 106:2
**meaning** 15:12 23:14 37:11 48:17 52:3 63:19 71:6 90:3
**meanings** 89:14
**means** 27:10 105:25 110:24
**meet** 70:10
**meeting** 47:2 52:14 60:12,16 69:6 71:1 71:14 73:25 107:17 107:20
**member** 64:21
**memory** 6:24
**menu** 108:12
**met** 66:10,12,13,20 67:21,25 68:6,8,25 69:2 70:12,23 71:2 94:15,18
**mid** 56:16,16,18
**middle** 20:18
**Miguel** 76:19
**miles** 72:25
**mind** 19:20 20:24 107:18
**mine** 5:23
**minimum** 83:9
**minute** 26:22 84:15
**misdirected** 103:11 105:10
**misstatement** 26:15
**mom** 30:15 47:11 59:22 71:7,7,8
**mom's** 42:5,5
**Monarch** 101:8
**money** 17:9 20:21,22 77:8,20,21,22,23 81:1,8
**month** 15:23 22:16 25:1 29:8 42:11 74:19,20 77:16 92:8
**monthly** 82:18,19
**months** 8:9,9,12 24:10 25:9 26:8,19 29:24 29:25 30:2 36:24 40:17,18,18,24,25 43:8 44:24 93:18
**mother's** 28:24
**move** 30:22,24 45:16 79:6 99:4,5
**moving** 6:10 8:17,18 80:7
**multiple** 47:19
**MURPHY** 2:2
**Murugan** 44:2 61:11 61:14 64:5 67:2 69:23 70:2 71:3,8,23 72:5 73:14,22 74:16 84:19,20,21,21 85:6 85:8 88:20 89:22 90:23 93:8,10 96:7
**must've** 80:16

**N**

**N** 2:1 3:1 5:1,1
**Nadu** 7:14,15 21:14 22:11,13,20 27:16 27:24 29:2 89:2 92:7
**name** 5:5 7:5 11:21 21:10,13,24 22:8 28:1 43:5,22 47:10 47:11 48:2,6,14,24 49:10 50:1,7,16 51:3 51:4,7,7,9,10,12 52:20 53:3,6 55:1 56:7,20 57:23,25 60:8,13 69:25 75:13 75:14,23,25 89:16 89:17 93:6 107:11 107:18 108:8,16,18 108:20,20
**named** 109:6
**names** 47:13,15,16,19 47:24 49:3,5,9 50:12 50:13,15 51:22 52:2 52:6,11,21 53:8 55:6 55:9,24 56:4 59:23 60:1,4,21 61:5,5 93:11 107:22
**necessary** 45:4
**need** 9:17 13:10 18:3 46:9 71:20 84:15 90:12 103:17
**needed** 9:16 34:16 45:17 71:15,19 98:23
**never** 20:13 66:12,13 75:3 98:23
**new** 1:1,17,20 2:4,8 5:2 16:3 50:17,18,18 50:19 99:17 100:22 100:23 101:1,4 102:14 109:7,11
**nonveg** 12:18,19
**North** 2:8
**NOTES** 111:1
**notice** 1:17
**number** 23:23 61:1 77:9
**numbers** 23:25

**O**

**O** 2:1 5:1 76:12
**objection** 15:11 18:7 19:9 23:10,21 24:22 26:2,5,11 28:21 41:19 52:17 60:11 64:1,13 67:8 68:2,5 68:15 83:10 88:7 89:7,9 93:23 95:7,10 103:15 105:17 109:13
**objections** 3:13
**obligated** 35:16
**observe** 40:20
**observed** 38:15
**obtain** 8:1
**Ocampo** 76:10
**October** 44:25 45:3 104:4
**office** 46:22 52:10,12

59:21 78:11,13,21 94:10
**officially** 30:12
**oh** 18:25 21:18 63:2 65:17 75:11 78:2 95:15
**okay** 5:24 7:7 10:21 10:25 11:2 13:13 15:17 20:22 22:2,7 25:7 26:16 27:18 33:17 35:5,10,21 37:22 38:4,11 39:3 40:9 46:8 47:25 48:20 49:13 63:20 67:16 69:8 76:5,12 82:11 83:23 84:16 86:2,15 87:18 88:15 93:3 99:11 104:1 105:23 108:19,20,23 109:14
**old** 85:5 88:12
**older** 58:25
**once** 14:13 19:10 28:13 44:13 46:4,5 105:16
**ones** 27:5 108:10
**ongoing** 16:2
**onwards** 28:4
**open** 20:14 45:4 69:16 87:4 106:8
**opened** 44:25 104:3,3
**opening** 15:21 19:14 20:9 21:1 69:10,13 75:5,9
**operates** 104:12
**operation** 99:12
**operations** 11:12 22:22 23:1
**opportunity** 9:22,25 43:11
**opposing** 79:12
**option** 25:21
**orally** 74:8,11
**order** 20:20 45:16 47:9 54:3,5 55:20 84:9 85:22
**outside** 30:5
**owned** 27:5,16 29:1 85:10 89:1,19
**owner** 11:20 46:5 74:22,24 75:1
**owner's** 11:21
**owns** 31:5

**P**

**P** 2:1,1
**P-o-n-g-a-l** 32:16
**p.m** 1:18 27:1,2 94:8 109:17
**Page** 4:4,4,4,8,8,8,12 4:12,12,15,15,15 111:3
**paid** 82:17,19,23
**paper** 47:20 52:3,4 60:5
**papers** 41:4 52:7 100:14
**paperwork** 34:21
**paragraph** 105:19
**Pardon** 30:11
**parent** 87:21
**parent's** 88:6 91:2,2,8 91:9 93:1
**parents** 67:22,23 68:4 68:8
**part** 18:3 76:6 103:20 103:23 108:13
**part-time** 21:8 22:15
**partial** 75:1
**participate** 108:7
**particular** 15:10 16:25 17:4 24:13 25:19
**particularly** 30:4
**parties** 78:9
**Patent** 78:10,12
**path** 20:16
**pause** 66:1
**pay** 83:9
**paying** 83:6,8
**payments** 78:4
**PC** 2:2
**Pennington** 2:8
**people** 60:23 93:6 104:24 105:5 106:17 107:4
**period** 27:3,3 30:8 31:24 32:3 36:1,3,5 36:7 37:6,9 38:7 39:4,4 40:19 41:3
**periyappa** 90:16,20 90:20
**person** 6:19 9:9 42:17 46:4 68:8 89:18,20 93:1 98:24,25
**personal** 6:15 13:20 13:21 35:24,25 37:8 37:24 38:5,16 39:1,5
**personally** 6:12 21:7 81:2,3,6
**persons** 106:13
**persuade** 8:7 16:5
**Perumal** 60:18
**phone** 17:20 39:13 42:10,15 53:15 54:16,18 55:22 56:2 61:1 63:12,22,25 64:6,15,17 66:9 69:3 69:6 108:5
**photo** 32:2
**Photocopies** 3:15
**photography** 39:16
**photos** 39:25 41:22,24
**pick** 26:23
**picked** 61:8
**piece** 60:4
**place** 19:10,22 29:13 30:18,25 33:3 34:18 34:21 35:8,17 57:17 73:19
**placed** 103:15 105:16
**plaintiff** 1:5 2:6 106:13
**plaintiff's** 103:13 105:12
**Plaintiff/countercla...** 3:12
**plaintiff's** 3:13
**planning** 19:16
**Plaza** 2:3
**please** 6:20 7:4,8 8:3 12:8,24 22:23 26:23 34:2 36:17 37:4 38:10 48:1,4,6,11,22 48:24 55:25 56:1 75:7,20 76:5 78:14 91:3 92:20 95:6,13 102:24 103:23
**point** 6:1,23 21:4 46:23 57:24 75:12 75:22
**polluted** 50:20
**Pongal** 32:14,16,16 43:6,7
**Pooni** 22:6,6
**position** 8:20 9:2,5 11:8,11 15:5 16:3 18:14 22:17 39:12 42:24 89:21 96:6 100:3,12
**possible** 35:20
**potential** 50:8 56:23 61:5 97:16
**potentially** 75:5,9
**precisely** 106:15
**prepare** 14:15 15:1,14 15:15,16
**present** 86:20,20
**PRESSER** 2:2
**previously** 69:4
**prior** 5:25 8:21 42:3 42:14
**problem** 91:12
**process** 45:7 47:24 52:19 53:1 97:13 98:20
**produce** 35:17
**produced** 35:11,19 42:2 52:25 98:15 102:13
**Production** 4:7
**project** 23:12,15,18 24:2,7,10
**pronounce** 7:5 21:25

69:25
**pronunciation** 22:4 69:19
**properly** 18:15
**property** 105:14
**provide** 6:2,13 8:4 58:20
**providing** 6:17
**purchase** 19:11
**purchasing** 99:9
**purportedly** 102:13
**purpose** 34:16 86:14 86:17 87:1 100:15
**pursuant** 1:17
**pursue** 22:21,25
**put** 15:4 19:22 20:24 49:6 52:4 54:2,4 60:20 79:13 81:1,3,6 81:19,22 82:12 84:12 86:22
**putting** 86:14,17 105:5

**Q**

**Queens** 1:16 5:2 77:13 78:5
**question** 4:14 6:2,6,7 26:14 33:9 34:24 38:12 39:2 44:21,23 48:19,21,23 62:21 65:9 66:23 67:14 68:20 89:10,24,25 95:14 101:20 102:5 102:6 103:10 104:22 105:9,22 106:13
**questioning** 105:18
**questions** 10:16 97:24 103:7,22 109:1
**quote** 100:18,22,23

**R**

**R** 2:1,1 5:1,1 110:1
**Rajathi** 60:18
**Raju** 1:15 3:3 60:18 60:18,19 106:25 107:8
**Rangasamy** 70:2
**range** 6:22
**raw** 23:17
**reach** 17:12
**read** 44:21,23 90:7 95:14 103:21 105:21
**reading** 103:24
**real** 57:4,7,11,19
**really** 8:23 88:5 109:1
**Realtor** 97:18
**reason** 9:3 16:25 17:4 21:15 30:6 55:8 68:12,21 104:23
**recall** 5:17 6:12,14 13:18 20:25 21:6 22:19,24 24:14 25:8 31:10 32:4 45:11 48:14,24 50:1 51:17 51:19 54:22 56:15 58:1,10 59:10 61:25 62:17 64:11 66:7 68:16,24 74:15,20 77:25 81:21 87:14 94:9,11,25 95:17 101:2,15 102:3,16 102:17
**recalling** 6:15
**receipts** 83:2
**received** 108:1
**Recess** 27:1 94:7
**recession** 8:5 18:11
**recognize** 83:13 95:25 102:21,25
**recollection** 7:1 10:20 45:19,21 48:1,5 53:17 69:9,12 98:17 102:12
**record** 66:3 79:8,9 92:25 110:8
**records** 23:17
**redirect** 109:16
**refer** 88:20 91:23 93:6 101:22 102:1,7
**reference** 85:17 101:17
**referenced** 66:9 71:14
**referring** 64:16 84:17 88:5 92:1,12,13,14 93:14 100:6,9 105:3
**refers** 102:13
**regarding** 35:15 45:14
**register** 79:13
**registered** 79:14
**registration** 79:6
**rejoin** 99:17
**related** 17:13,20 25:16 28:23 39:14,16 46:1 66:24 77:8 96:19,25 97:19 98:11,22
**relation** 93:7,11
**relations** 67:6,18
**relationship** 9:4 27:11 30:13 43:19 64:21 85:3 88:9 90:3,4
**relative** 42:16 66:17
**relayed** 6:18
**relevant** 105:17
**religious** 30:5
**rely** 106:14 107:5
**remember** 8:14,23 23:15 46:20 47:16 47:21,22 50:8 57:21 57:23,25 62:2 64:18 64:19,20 68:11 71:8 73:20 76:1 87:12 97:17 101:5,9 102:2
**renting** 30:22 99:9,10
**repeat** 12:24 34:2 48:4 55:25 56:1 75:7,20 91:3 95:13
**rephrase** 9:24 12:8,11 12:12 22:23 38:10 48:9,10
**rephrasing** 49:2,3
**reporter** 1:19 6:5 22:4 110:25
**reports** 20:12,12 23:5
**represent** 5:6 50:17 50:18 90:13
**representation** 90:21 90:23,23
**Representing** 2:6,10
**reproduction** 110:23
**request** 4:7 35:19 36:12
**require** 34:17 35:7
**required** 36:5,7
**research** 42:1
**resign** 8:20 9:1
**resolve** 80:9
**resolved** 79:19,22 80:11,16
**responses** 107:12
**rest** 83:16
**restaurant** 9:12,21 10:6 11:5,13,14 12:6 12:7,15,16,21 13:7,9 13:11,14 15:13,21 18:2,16 19:10,12,14 19:22 20:9,14 21:1 21:10,12,16,17,21 21:22 22:21 23:1,2 23:22 24:12 25:20 26:7,18 27:6 29:5 32:14,17,25 33:11 33:12,14,17,18,23 34:1,5 35:24 37:17 38:7 42:23 43:5 44:16,25 45:5 46:25 48:3,7,15,25 49:11 50:8 56:23,23 60:1 66:19 69:10,13,16 71:16 74:10 75:6,10 80:1 87:5 89:19,22 92:4,5,11 93:18,21 93:25 94:3,12 96:6 97:15,16,19 98:2,8 98:20 99:9 100:4,5,8 104:4,6,12,25 108:11
**restaurant's** 86:22
**restaurants** 23:19,20 25:16 32:19 66:21 71:20 73:16 85:24
**result** 78:3
**Retired** 39:12
**return** 77:20
**review** 94:23

**reviews** 105:5
**right** 7:4 18:23 19:19 20:23 36:11 37:1,13 46:7 61:8 62:24 73:2 81:25 82:23 83:2,4 103:9 108:17
**rights** 105:14
**role** 19:4
**room** 10:12
**round** 93:13
**Route** 2:8
**run** 92:11,17
**running** 13:11 82:1

**S**

**S** 2:1 3:7
**S-a-l-e-m** 7:16
**sake** 92:24
**Salem** 7:12,13 29:16 30:19 31:3,5
**Saravana** 85:11 89:1
**sat** 107:20
**Sathish** 28:2
**saved** 20:22
**savings** 81:8,15
**saw** 62:7,11,12,19,22 63:7,14,22 64:3
**saying** 48:10 49:3 64:10 81:4,16 86:12 90:18 99:2 100:11 105:5,7
**says** 28:13 89:1 104:2 108:15
**schedule** 46:18
**scheduled** 46:20
**school** 58:23
**schoolwork** 36:10
**science** 7:25 25:25
**scope** 9:15
**SCOTT** 2:2
**screen** 83:11 95:23 102:18
**scroll** 102:20
**scrolling** 103:1
**SCULLY** 2:2
**second** 21:20 24:21 26:24 50:4 51:1 55:18 66:2 84:13 107:14
**sector** 33:11,12,14
**see** 28:3 31:1 35:14 41:17 53:11 57:13 83:16,20,22 84:6 86:21 96:6 104:8 106:8 107:12
**seeing** 62:17
**seeking** 77:19
**seen** 28:5,7 40:2 63:15
**select** 60:14
**selected** 53:3,6 55:15 108:4,5,19
**selecting** 47:24 52:20
**selection** 107:10 108:7 108:14,18
**semester** 24:25
**send** 100:22 101:10
**sense** 38:9,17 87:20
**sent** 95:1,16 96:16,23 99:1
**sentence** 83:20 88:19 89:1 93:15 105:24
**sentences** 90:1
**Senthil** 31:17,19 71:9 71:10,21
**Senthilkumar** 31:15
**September** 8:23 15:4 25:3 29:9,9,12 74:19
**service** 8:15 9:18 10:1 17:19,21 18:17,23 18:25 105:13
**services** 1:22 104:7
**set** 3:14 5:22
**setup** 17:23
**seven** 8:9 27:15,15 43:8 56:13 88:13,14 88:16
**share** 83:11 95:23
**shared** 40:1
**shareholder** 16:12,14 17:7
**shareholders** 16:17 82:7
**sharing** 37:12 102:18
**sheet** 82:6
**sheik** 14:2
**short** 108:25 109:1
**shot** 22:3
**should've** 89:16
**show** 23:18 34:15,16 34:20 41:21 52:25 55:20 73:9 83:11 92:3 95:23 102:18
**showed** 82:6
**shows** 52:19 102:14
**sibling** 28:24,24 87:21 88:6 89:5 91:2 93:2
**siblings** 58:25
**side** 30:9
**sign** 80:4,13,23
**signage** 80:1
**signature** 103:3
**similar** 75:25
**simple** 102:6
**Singh** 58:2
**sister** 30:15 32:12,18 33:6 42:5 58:13,14 58:20 59:8,13 71:9 80:21 84:23 106:22 106:23 108:6,12
**sister's** 43:21 65:3 67:3,4 84:24,24 107:14
**sisters** 65:6,12,16,19 65:21,22,23
**sit** 48:13,23 49:10 50:2 51:17 66:7 104:17
**sitting** 10:12 72:25
**situation** 9:8 20:18
**Six** 88:14,16
**slightly** 65:9
**slow** 102:23
**small** 17:12
**smart** 8:13 14:2,3,4,5 14:8,9,16,22 15:1,8 15:9 17:14 19:15,17 44:13
**Snacks** 1:8 105:15
106:10
**so-called** 106:9
**so-ish** 45:14
**software** 17:13
**son** 26:24 43:21,21 65:15,19 67:4 84:24 91:13 93:1
**sons** 27:24 65:3
**soon** 35:20
**sophomore** 24:21,23
**sorry** 13:1 21:18 23:24 30:24 32:21 36:17,19 41:8 43:22 44:3 55:11 60:20 62:3 66:10 72:5,8 73:5 76:25 77:3 84:24 92:8
**sound** 81:25 83:4
**sounds** 63:15
**sour** 9:4
**source** 41:3,10
**South** 87:2,4
**space** 56:25 57:1,14 57:22 86:23 94:10 94:12 99:9,10
**speak** 63:24 64:6 90:7 94:21
**speaker** 91:1
**speaking** 66:8
**specific** 22:24 48:19 48:20 67:14 87:14 94:17 101:23,24 102:10
**specifically** 6:20 25:16 29:16 75:17
**specifics** 58:9
**specified** 84:3
**specify** 82:3 84:1 88:8 91:14
**speculate** 6:21
**speculation** 67:11,15
**spell** 49:24 76:11
**spending** 40:21
**SPICE** 1:7
**spoke** 61:17 62:13 63:22 64:17 66:4

70:17,20,24 71:2 75:4,8 109:4
**spoken** 28:16
**spring** 16:1
**stable** 19:23,24
**stand** 45:23
**standpoint** 100:2
**Star** 101:3
**start** 14:1,7 15:20 17:11 24:17 33:16 33:17
**started** 8:19 14:13 20:3,8 42:23 56:22
**starting** 89:22
**state** 1:20 86:24 89:17 91:13 106:14 109:7
**stated** 89:16 100:17
**statement** 68:18 99:2 100:20
**States** 1:1 7:18 34:5 34:12
**stating** 87:1 100:16
**status** 30:12 55:5 61:4
**stay** 27:4 30:17
**stayed** 30:18
**steady** 18:14 20:19
**stepping** 17:12
**stepping-stone** 17:13
**steps** 14:19 44:15
**Stipulations** 4:11
**stop** 28:14 45:18 48:18
**storing** 8:11
**stress** 16:3
**strike** 13:4 14:14 20:7 27:13 31:3,13 36:5 51:20 54:24 55:21 59:24 63:14 66:15 74:6 86:4,25 88:15 89:12 94:10
**string** 3:11
**strong** 92:10
**Stuart** 101:3,6
**stuart@5starcovera...** 96:23
**stuff** 33:5,21 58:24
98:22,22
**subject** 23:20 106:15
**submit** 36:7
**submitted** 34:11 41:4 52:22,23 54:3 55:24 60:2 83:18
**substance** 7:1 64:11 68:9,14,23
**substantially** 75:25
**substantiate** 55:21
**sudden** 17:16
**Sued** 77:5
**Suite** 2:4
**sum** 12:20 26:6,17
**supervision** 110:25
**support** 4:1 8:15 10:9 17:20 19:25 20:2,20 47:18
**supposed** 18:9 64:22 67:12 89:20
**sure** 10:17 11:22,23 12:1,10 26:25 30:11 33:5 37:18 42:18 47:20 48:12 52:1 75:21 91:5 96:21 97:20
**surprise** 82:8
**surrounded** 50:21
**Suthan** 107:3,9
**Sweets** 1:8 105:15 106:10
**sworn** 5:3 110:7

**T**

**T** 2:1 3:7 5:1 110:1,1
**take** 5:8 14:19 18:9 25:15 29:13 32:18 44:14,15 53:9 56:11 57:17 89:21 106:12
**taken** 1:17 5:10,13 32:24
**takeout** 104:6
**takes** 17:15 31:9
**talk** 6:11 46:8,9 64:9 64:23,24
**talked** 16:1 45:8,14 71:21
**talking** 28:13,14 29:1 64:22 67:5,18 75:17 75:19 93:8 99:24 100:1
**Tamil** 7:14,15 21:14 22:11,13,20 27:16 27:24 29:2 50:25 89:2 90:7,11,13 92:7
**tax** 47:8 98:24
**tech** 8:15 17:20
**technician** 8:16
**Technology** 17:20
**telephone** 17:24
**tell** 7:2,8 10:20,23 36:4,6 38:8,13,14 48:2,6,14,24 55:5 61:4,16 74:4,7 93:5 102:21 103:23
**telling** 55:22
**terms** 56:15
**testified** 10:13 18:2 27:12,14 43:15 56:3 63:6 65:11 69:4 81:19 90:6 107:16
**testifies** 5:3
**testify** 13:19 37:23 106:16 107:9
**testifying** 61:10
**testimony** 3:3 10:18 10:23 11:2 13:22 14:20 51:25 54:6 55:2 61:3 66:6 88:1 88:23,24 94:21 95:19 110:8
**Thangarasu** 69:20 70:3,4,5,6,10,13,18 70:21 71:2,22,24 72:5 74:1,22 76:23 77:1,2,4 96:7 98:1 99:16 100:24 101:12 102:15
**Thank** 76:13
**thereabouts** 88:17
**they'd** 74:4
**thing** 14:10 33:4,7 49:20 55:14 79:24 83:19 87:24 103:21
**things** 6:12 17:25 24:1 30:5 41:22 83:17
**think** 8:22 10:22 14:12 15:20,25 21:3 23:4 24:4 26:13,14 27:21 32:7 33:9 36:2 44:5 55:10,12 56:16 69:10,13 71:9 73:10 73:15,16 74:16 80:12 81:20 93:12 96:25 97:10
**thinking** 14:1,7 18:1 20:3,8 21:1
**third** 51:3,4,7
**thought** 48:10 51:25 73:5 87:9 96:13 98:7 104:24
**three** 31:9,9,10,10 40:17 47:16 53:10 54:21 60:23 63:16 63:20,21 65:19 71:4 106:17 107:4
**Tiffan** 73:16
**tightening** 9:8
**till** 8:14 31:22
**time** 5:12,18 6:17,21 9:13 13:23 15:19 16:9,11 17:10 18:5 18:10,14 19:23 20:2 20:17,21,24 21:9 28:4,11 31:6 34:19 36:1,2,4,6 38:24 40:21 41:21 46:15 47:18 52:6 55:10 56:5 58:16,17 61:25 62:7,8,10,11,12,13 62:17,20,25 63:1,5,7 63:14 64:2,16 65:1 66:8 70:12,17,20,23 70:24 71:23 84:3,4 85:8,10,25 87:8 91:16 92:13,23 93:17 94:2,14 95:19 97:10 98:6 100:18

**timeline** 69:6
**times** 6:22 61:16,18 61:22,24 63:4,16,20 63:22,24
**tiring** 46:2
**today** 5:8 6:11 48:13 48:23 49:10 50:2 51:17 66:7 104:17
**told** 16:9 39:23 41:16 45:24 46:7 47:4,6,9 53:9,18,23 54:23 60:8 61:7 64:24 67:2 67:22,23 68:3,6,8 74:11 82:5 98:20 108:2
**toll** 16:4
**total** 12:21 65:22
**totality** 13:6
**touch** 28:8
**Touro** 25:24
**town** 72:24
**trademark** 78:11,12 78:15,21 79:6,7,13 79:16
**trademarks** 105:13
**train** 33:20
**trained** 11:17
**transcript** 6:2 110:23
**translated** 50:22,24
**travel** 40:7
**traveled** 40:8
**traveling** 33:2
**tree** 88:10
**trend** 58:6
**trip** 40:12
**true** 26:17 37:5 68:21 72:11 86:5 110:8
**truth** 7:2
**try** 6:9,23 11:1 13:12 20:19 29:5 33:20 38:23 70:1 103:16
**trying** 8:7 13:2 17:14 41:8 66:5 86:13 93:13 96:22 100:18 101:25
**two** 2:8 8:11 22:16 24:10 25:9 26:8,19 27:24 28:9,12 36:24 40:17,17,18,23,25 45:23 53:10 54:21 56:12,12 61:18 63:4 65:6,12,16,21,23 67:18 70:7 89:11,14 89:15 90:1 92:8,16 93:17 96:5 100:2,11 108:1
**type** 11:25 22:1 23:17 61:19 86:1,22 92:5

**U**

**U** 5:1,1
**U.S** 10:7 33:16 41:5 41:13 106:11
**ultimately** 101:11
**unaware** 51:20
**uncle** 21:22 24:6,10 25:5 26:9,20 27:5,16 27:22 28:23,25 60:25 84:3,7,17,22 85:15,19 86:5,7,8,25 87:2,6,19,20 88:2,4 88:19,25 89:1,3,13 89:22 90:1,11,13 91:1,7,14,15,23 92:1 92:22 93:10 95:5,9
**uncle's** 21:16 22:8
**uncles** 89:15
**understand** 13:2 14:20 17:15 33:21 41:9 86:10,13 90:19 90:25 91:7 97:20 99:23 103:5
**understanding** 11:4 12:6,20 13:5 34:3
**understood** 25:14 82:16 89:4 90:17 91:8 97:25
**unfamiliar** 91:17,19 91:20
**United** 1:1 7:17 34:4 34:12
**update** 96:4
**USA** 1:7,7
**USCIS** 34:12
**use** 58:22 75:13,23 87:19 88:19,25 89:3 89:11,13,25 91:22 92:25 101:3,6,7 103:13,14,16 105:12 107:11 108:16

**V**

**Vaguely** 5:19
**Vanitha** 106:25 107:8
**various** 47:24
**Vasantha** 51:10,13
**Veerappan** 22:9 27:23 27:24,24,25 29:3,6 85:16 93:9,10
**Veerappan's** 60:25
**vegetarian** 12:18
**venture** 20:23
**verified** 3:13
**versus** 93:9
**video** 41:21
**Videoconference** 1:15
**Village** 1:17 5:2
**violation** 80:2,6
**visa** 34:16,17
**visit** 59:25 61:21,22
**visited** 62:8,10,12
**visiting** 62:1
**vs** 1:6

**W**

**wait** 6:5 55:8
**waiter** 11:10,12 22:18
**waiting** 79:16
**waitress** 21:9 22:18
**walk** 47:23
**Wallah** 73:16
**want** 22:21,25 26:23 72:6 73:8 84:11 87:16
**wanted** 9:3,8 16:8 17:12 45:22 47:5 73:7 98:24
**wasn't** 18:4,14 19:23 25:11 28:3 30:11 33:4 53:25 64:22 65:7 80:7 89:10 105:2
**water** 50:21
**way** 13:12 24:7 52:9
**we'll** 103:9
**we're** 5:8 6:11 29:1 83:8 93:8 94:6
**we've** 7:13
**wedding** 30:2 31:6,7 31:17
**week** 29:21
**weeks** 31:11 32:11 56:12,12
**Weltsch** 2:3 3:4 15:11 18:7 19:9 23:10,21 24:22 26:2,5,11,13 28:21 35:21 37:2 41:19 52:17 60:11 64:1,13 66:1 67:8,11 68:2,5,15,18 72:24 79:8 83:10 84:13 88:7 89:7,10 93:4,23 95:7,10 108:25 109:3
**went** 20:16 26:23 33:16 40:12,15 43:12 45:8 46:13,15 57:21 60:12 95:2 98:2,23
**weren't** 41:17 52:1
**whichever** 8:6
**wife** 29:6 37:12
**WIPO** 75:15 106:7
**wise** 14:17 24:25 33:1
**withdraw** 99:16,18
**withdrawn** 96:5 100:3 100:12,17
**withdrew** 100:21
**witness** 4:3 93:5 106:16 110:6,8
**witnesses** 106:14 107:5
**word** 50:22 87:19 88:9 89:3,11,13 90:1,10

90:13 91:1,7,17,20 91:22 92:25 95:5,9
**wording** 95:9
**words** 50:24 90:17
**work** 8:4 9:16 15:3 16:21 22:13 34:15 34:20 36:1,7,9 40:23 41:1 43:24 44:11 45:25 56:24 58:23 71:24 72:6 73:8,18 96:6 97:2 98:1,2 100:3,12
**workdays** 25:11
**worked** 11:5,9 13:15 21:8,11,12 22:10,15 25:8 26:8 27:6 32:10 34:22 35:8 37:16 39:22 64:5 73:21,21 92:5,6
**workers'** 96:3,20 98:23
**working** 9:7 12:5,13 12:14,23 13:3,6 17:1 17:5,23 22:20 24:9 25:4 26:19 32:1 39:11,11,13,15 41:25 42:23 57:4 64:7 73:23 74:5,9 94:15 97:18 99:2 108:11
**works** 43:16 85:2
**would've** 37:15 89:16
**wouldn't** 38:18 57:15 74:9 79:5
**Wow** 8:5
**write** 90:7
**writing** 47:22 52:18
**written** 47:17 52:3 74:8
**wrong** 98:3
**wrote** 47:20 60:4 91:6 91:16 107:22
**www.magnals.com** 1:23

**X**

**X** 3:1,7

**Y**

**yeah** 11:25 13:25 14:5 14:10 16:14 25:10 28:18 29:24 32:22 37:4,14 44:22 49:19 51:6,16,19 62:12 68:7 70:5 82:15 83:5 84:21,23 85:1 95:17 103:4
**year** 8:24 11:5 12:22 13:4,7 14:11 24:3,15 24:17,19,21 25:1,6 26:3 29:8 42:11,11 59:15 70:15 76:15 76:20 77:14 80:22 93:20
**years** 5:14,15,16 6:22 20:11,13 46:12 58:9 88:12 94:5
**York** 1:17 2:4 5:2 50:17,18,18,19 99:18 100:23,23 101:1,4 102:14 109:7,11
**younger** 58:25 59:2

**Z**

**0**

**08534** 2:8

**1**

**1** 11:5 12:22 13:4,7 93:20
**10-15** 46:12
**105,000** 81:25
**109** 3:4
**11** 103:10
**11427** 5:3
**11530** 2:4
**12** 105:9
**13** 29:9,12
**13th** 29:9
**14** 1:11
**15** 46:12
**178,970.71** 82:7
**1987** 7:10
**1990** 13:17 93:21
**1991** 13:17
**1993** 7:19,20 88:17

**2**

**2** 94:5 101:22
**2:02** 1:18
**2:19-cv-16879-JMV...** 1:2
**2:32** 27:1
**2:38** 27:2
**20** 59:11,11
**2004** 21:3,6 22:10 24:16,17 25:3 26:6 26:18 27:4 28:4,6 58:6,18
**2005** 21:3,6 22:10 24:4 24:11,16,20,24 58:18
**2006** 21:2
**2007** 27:8 28:15,19 29:9,10,12 31:22 36:21,24,25 37:6 39:4 40:4,4,6 41:3 41:10 42:3,3,13,15
**2008** 18:12 59:8
**2009** 8:2 18:12 26:3,6 26:18 27:4 40:8,10 40:15
**2010** 8:14
**2011** 31:22 32:5 34:4 36:21,21,25 37:6 39:5 40:6 41:3,10 42:23 59:10,16 69:9 94:4
**2012** 44:8 59:11,17 64:4,7,16,20 66:4,8 66:11 69:5,7,12 75:4 75:9
**2013** 8:15,19,25 14:21 19:4,5,12,24,25 20:4 20:9 44:7,8,14 45:1 45:3,4 47:2 51:22 52:15,19 53:4 56:4 59:21 60:13,17 62:6 62:17,19,20,22 63:6 63:9,10 69:15 70:16 71:14,18,19 73:25 77:15,17 80:25 82:6 82:25 83:1 85:9 90:25 91:6 94:4,13 99:8 104:4 109:5
**2014** 77:18
**2015** 14:12 59:19,19
**2016** 76:21
**2017** 106:4
**2021** 76:16
**2022** 1:11 110:18
**2205** 1:16 5:2
**23,000** 83:4,7
**24** 106:13
**24/7** 9:6 16:7 46:2
**25** 78:2 81:18 83:1,3
**25,000** 81:14
**27** 7:10
**28** 31:11

**3**

**3** 5:14,15,16 72:25 88:12 102:19
**30** 81:6,18 110:18
**30,000** 81:7
**300** 2:4
**30s** 85:9
**30XIOO179800** 110:17
**31** 2:8 82:6
**35-19** 4:9

**4**

**4** 78:2 88:12
**4:20** 94:7
**4:26** 94:8
**4:51** 109:17
**40** 81:20,23
**400** 2:3
**42-2** 4:9
**452-7100** 2:9

**5**

**5** 3:4 21:3 24:4 58:6 101:3
**50** 81:20,23,24
**50,000** 81:17
**516** 2:5
**55,000** 81:18
**5ish** 24:5

**6**

**609** 2:9

**7**

**742-4343** 2:5
**78,000** 82:12

**8**

**80** 82:4
**866-624-6221** 1:22

**9**

**93** 7:21