

# PARDALIS & NOHAVICKA, LLP
## ATTORNEYS

September 16, 2025

**VIA ECF**
Honorable Michael E. Farbiarz
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Adyar Ananda Bhavan, Corp. v. Heaven Spice USA LLC et al.*
              Civil Case No.: **2:19-cv-16879-JMV-JSA**

---

Dear Respected District Judge Farbiarz:

    We represent Plaintiff Adyar Ananda Bhavan, Corp. ("Plaintiff") in the above-referenced action and write jointly with Defendants' counsel pursuant to Your Honor's Order dated September 12, 2025 (ECF 133), which directed the parties to submit a joint letter indicating whether the evidentiary issue regarding the inclusion of certain materials in the record has been resolved.

    It is respectfully submitted that the parties have not reached a resolution and therefore request that the Court refer the issue to the United States Magistrate Judge for determination.

    We thank the Court for its time and consideration of this matter.

                                         Respectfully submitted,

                                         **PARDALIS & NOHAVICKA, LLP**

                                         By: /s/Anastasi Pardalis_____
                                             Anastasi Pardalis, Esq.

Cc (Via ECF):
Clerk of the Court
Francis Xavier Nolan, IV