**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ADYAR ANANDA BHAVAN, CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HEAVEN SPICE USA LLC, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 19-16879 (MEF) (JSA)**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on February 25, 2026, for oral argument by Videoconference on the parties' unresolved evidentiary issue related to whether certain materials are properly a part of the record in support of Plaintiff's Motion for Summary Judgment (ECF No. 119); and Defendants having requested that the Court strike Plaintiff's Summary Judgment Exhibits 1, 2, and 3 (ECF Nos. 119-4, 119-5, & 119-6) from the motion record (*see* ECF No. 128 at 5-6); and Plaintiff having opposed Defendants' request (*see* ECF No. 131 at 2-3); and this issue having been referred to the Undersigned by the Honorable Michael E. Farbiarz, U.S.D.J. (ECF No. 133); and this Court then having scheduled oral argument on this dispute and Defendants' request to strike (ECF No. 137); and the Court having considered the parties' respective submissions in support of and in opposition to Defendants' request to strike and having heard the arguments of counsel; and for the reasons set forth on the record, which are incorporated herein at length; and for good cause shown;

**IT IS on this 25th day of February 2026**,

**ORDERED** that Defendants' request to strike Plaintiff's Exhibits 1, 2, and 3 from the record is **GRANTED**, and thus Plaintiff's Exhibits 1, 2, and 3 (ECF Nos. 119-4, 119-5, & 119-6) are hereby **STRICKEN**, pursuant to Federal Rule of Civil Procedure 37(c)(1); and it is further

**ORDERED** that the Clerk of the Court shall **TERMINATE** the parties' dispute as described in ECF No. 137.

**s/Jessica S. Allen**
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

cc: Hon. Michael E. Farbiarz, U.S.D.J.